Arthur W. Coviello (SBN 291226)
arthur.coviello@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

*Counsel for Defendant QD Vision, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NANOSYS, INC., THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>Plaintiffs,<br><br>v.<br><br>QD VISION, INC.<br><br>Defendant. | Case No. 4:16-cv-01957-YGR<br><br>**QD VISION'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of QD Vision, Inc. that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1) North Bridge Venture Partners

2) Highland Capital Partners

3) Passport Capital

4) Novus Energy Partners

5) Capricorn Investment Group

6) BASF Venture Capital

7) Tsing Capital

8) In-Q-Tel

9) Steve Ward, Chairman

10) Mustafa Ozgen, CEO

11) Seth Coe-Sullivan, Co-Founder & CTO Emeritus

12) Sean Dalton, General Partner, Highland Capital Partners

13) Jeff McCarthy, Partner, North Bridge Venture Partners

14) Gary Haroian, Member of Board of Directors

15) Dipender Saluja, Managing Director, Capricorn LLC

16) Michael Li, Managing Partner, Tsing Capital

Case No. 4:16-cv-01957-YGR          - 2 -          QD VISION'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

Dated: April 27, 2015

Respectfully submitted,

/s/ Arthur W. Coviello
Arthur W. Coviello (SBN 291226)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*Counsel for Defendant QD Vision, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 27, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

　　　　　　　　　　　　　　　　/s/ Arthur W. Coviello
　　　　　　　　　　　　　　　　Arthur W. Coviello

Case No. 4:16-cv-01957-YGR　　　　　- 4 -　　　　QD VISION'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS