UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NANOSYS, INC., THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>QD VISION, INC.,<br>　　　　Defendant. | CASE NO. 3:16-CV-01957-YGR<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

Having considered Defendant QD Vision, Inc.'s ("QDV") Motion to Dismiss Plaintiffs' Amended Claims of Induced, Contributory, and Willful Infringement and Plaintiffs Nanosys, Inc.'s, The Regents of the University of California's, and Massachusetts Institute of Technology's Response thereto, this matter was heard by the Court on August 9, 2016. This Court now finds that the First Amended Complaint (D.I. 36 ("FAC")) contains sufficient facts to state a claim under the Patent Laws of the United States. *See* 35 U.S.C. §§ 101, *et seq.* The FAC alleges sufficient facts to show QDV's induced, contributory, and willful infringement of the asserted patents. *See, e.g.*, *In re Bill of Lading Transmission & Processing Sys.*, 681 F.3d 1323 (Fed. Cir. 2012); *Windy City Innovations, LLC v. Microsoft Corp.*, No. 16-CV-01729-YGR, 2016 WL 3361858 (N.D. Cal. June 17, 2016); *Skyworks Sols., Inc. v. Kinetic Techs., Inc.*, No. C 14-00010-SI, 2014 WL 1339829 (N.D. Cal. Apr. 2, 2014); *Symantec Corp. v. Veeam Software*

1  *Corp.*, No. C 12-00700 SI, 2012 WL 1965832 (N.D. Cal. May 31, 2012); *3D Systems, Inc. v.*

2  *Formlabs, Inc.*, No. 13-civ-7973, 2014 WL 1904365 (S.D.N.Y. May 12, 2014); *Weiland Sliding*

3  *Doors & Windows, Inc. v. Panda Windows & Doors, LLC*, No. 10CV677 JLS (MDD), 2012 WL

4  202664 (S.D. Cal. Jan. 23, 2012); *Trading Techs. Int'l, Inc. v. BCG Partners, Inc.*, No. 10 C 715,

5  2011 WL 3946581 (N.D. Ill. Sept. 2, 2011).

6       Accordingly, Defendant's motion to dismiss is DENIED.

7       **IT IS SO ORDERED.**

11 Dated: _____   _____

12         THE HONORABLE YVONNE G. ROGERS
United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER
CASE NO. 3:16-CV-1957-YGR