DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
RICHARD G. FRENKEL (Bar No. 204133)
rick.frenkel@lw.com
NICHOLAS YU (Bar No. 298768)
nicholas.yu@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

GREGORY K. SOBOLSKI (Bar No. 267428)
gregory.sobolski@lw.com
LATHAM & WATKINS LLP
505 Montgomery St. #2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415. 395.8095

Attorneys for Plaintiffs NANOSYS, INC.,
and MASSACHUSETTS
INSTITUTE OF TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NANOSYS, INC., THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>v.<br><br>QD VISION, INC.,<br><br>Defendant. | CASE NO. 4:16-cv-1957-YGR<br><br>**PLAINTIFFS NANOSYS'S AND MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S REQUEST AND PROPOSED ORDER TO ALLOW LEAD COUNSEL TO PARTICIPATE IN THE AUGUST 22, 2016 CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

NANOSYS'S AND MIT'S REQUEST AND PROPOSED ORDER
FOR LEAD COUNSEL CMC PARTICIPATION BY TELEPHONE
CASE NO. 4:16-CV-1957-YGR

Nanosys, Inc. and Massachusetts Institute of Technology respectfully request permission to have their co-lead counsel, Douglas E. Lumish, of Latham & Watkins LLP participate in the August 22, 2016 Case Management Conference by telephone.  Mr. Lumish is lead trial counsel for Apple Inc. in the patent litigation *Cellular Communications Equipment LLC v. Apple Inc.*, which is set to go to trial in the Eastern District of Texas (Case No. 6:16-cv-00251-KNM) on September 6, 2016.  In that case, Judge Nicole Mitchell recently reset a hearing on the parties' dispositive motions and *Daubert* motions for August 22 at 10 a.m. CDT (8 a.m. PDT) – the same day as the CMC in the *Nanosys* matter, which is to begin at 2 p.m. PDT.  Mr. Lumish must appear in person at the dispositive motion hearing in Tyler, Texas.

Co-lead counsel Richard Frenkel of Latham & Watkins will appear in person at the August 22 CMC on behalf of Nanosys and MIT, and will be fully prepared to discuss all issues that may arise.  Further, the Regents of the University of California will be represented in person by its lead counsel, James Day.  Mr. Lumish requests to participate in the CMC by telephone, both to answer any questions the Court may have and to help coordinate scheduling, if necessary.  His hearing in Texas is expected to be completed before the Nanosys CMC is scheduled to begin.

To avoid this situation, counsel for Plaintiffs requested that QD Vision agree to move the CMC by one week, to August 29, when Mr. Lumish is available in person.  But counsel for QD Vision have a conflict and cannot attend on August 29.  However, counsel for QD Vision does not oppose Mr. Lumish participating in the CMC by telephone.

For the foregoing reasons, Nanosys and MIT respectfully request permission for lead counsel Douglas Lumish to participate in the August 22 CMC by telephone.

Dated:  August 16, 2016

Respectfully submitted,

LATHAM & WATKINS LLP

By   */s/ Douglas E. Lumish*
Douglas E. Lumish
Richard G. Frenkel
Gregory K. Sobolski
Nicholas Yu

Attorneys for Plaintiffs NANOSYS, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1   NANOSYS'S AND MIT'S REQUEST AND PROPOSED ORDER
FOR LEAD COUNSEL CMC PARTICIPATION BY TELEPHONE
CASE NO.  4:16-CV-1957-YGR

**IT IS SO ORDERED.**

Dated: _____          _____
                                United States District Judge Yvonne Gonzalez-Rogers

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2   NANOSYS'S AND MIT'S REQUEST AND PROPOSED ORDER
    FOR LEAD COUNSEL CMC PARTICIPATION BY TELEPHONE
    CASE NO. 4:16-CV-1957-YGR