**APPENDIX A**

1. "polymer"................................................................................................................2

2. "an overcoating uniformly deposited on the core" ................................................16

3. "wherein the first semiconductor material and the second semiconductor material are different" / "a second semiconductor material different from the first semiconductor material"..............................29

4. "a second semiconductor material selected from ZnS, CdS, and CdSe"................47

5. "layer" .................................................................................................................55

6. "no greater than about [60/40/37] nm" .................................................................72

7. "having a quantum yield [of] greater than about [30%/40%]" / "about a 10% rms deviation" .....................80

8. "in the range of about 20 Å to about 125 Å" ........................................................94

9. "about 3 nm" / "about 2 nm" ...............................................................................100

10. "substantially monodisperse" / "substantially alter the monodispersity" .............112

11. "coordinating solvent" .........................................................................................133

**1.    "polymer"**

'359 Patent (Claims 1, 28, 32)
'153 Patent (Claims 1, 18, 23, 30)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "a compound that consists essentially of repeating structural units." | **Defendant's Proposal:**<br>"substance made of giant molecules formed by the union of simple molecules" |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed construction is case-dispositive.  That is, even if the Court were to adopt Defendant's proposed construction, factual issues would remain with respect to non-infringement and/or invalidity.<br><br>Plaintiffs and Defendant propose to construe this term.  Plaintiffs did so because Defendant's Invalidity Contentions pursuant to Pat. L.R. 3-3 allege that this term is indefinite.  (QDV Invalidity Contentions at 238).  In its claim construction submissions pursuant to Pat. L.R. 4-2 and 4-3, however, Defendant has not alleged indefiniteness for this term.  Nonetheless, Plaintiffs believe that their proposal would dispose of any indefiniteness challenges on the basis of this term. | **Defendant's Impact Statement**<br><br>Defendant's construction is taken directly from a technical dictionary, is supported by the specification, and reflects the plain meaning of the term.  Defendant's construction would confirm that certain prior art reads on claims 1, 21, 28, and 32 of the '359 Patent and claims 1, 18, 19, 23, 30, and 34 of the '153 Patent. |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Intrinsic Evidence**<br>'359 Patent at Figs. 1-4; '153 Patent at Figs. 1-4<br><br> | **Extrinsic Evidence**<br>"polymer . . . Substance made of giant molecules formed by the union of simple molecules (monomers)"  (McGraw-Hill Dictionary of Scientific and Technical Terms, 5th ed. (1994)).<br><br>**Intrinsic Evidence**<br><br>"The term "proximal structure" as used herein may be an atom, a molecule, or any other substance (e.g., a polymer, a gel, a lipid bilayer, and any substance bonded directly to a semiconductor nanocrystal probe) which is capable of receiving energy transferred from another atom or molecule or other substance (including a semiconductor nanocrystal probe)."  ('359 patent at 5:54-6:3; '153 patent at 6:1-6.)<br><br>"A few examples of the types of linking agents which may be used to link to both the semiconductor nanocrystal (or to a glass coating on the nanocrystal) and to the affinity molecule in the probe are illustrated in the table below, it being understood that this is not intended to be an exhaustive list:<br><br><table><tr><td>*Linking Agent Structure*</td><td>Name</td></tr><tr><td></td><td>N-(3-aminopropyl)3-<br><br>mercapto-benzamide</td></tr></table> |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  | |

'359 Patent at 2:29-3:12; '153 Patent at 2:27-3:12 ("SUMMARY OF THE INVENTION. The invention comprises a semiconductor nanocrystal compound capable of linking to one or more affinity molecules to form a semiconductor nanocrystal probe. The semiconductor nanocrystal compound comprises one or more semiconductor nanocrystals and one or more first linking agents. The one or more semiconductor nanocrystals are capable of providing a detectable signal in response to exposure to energy, wherein such a response may include emission and/or absorption and/or scattering or diffraction of the energy

('359 patent at 10:41-11:15; '153 patent at 10:47-11:23.)

"It should be further noted that a plurality of polymerizable linking agents may be used together to form an encapsulating net or linkage around an individual nanocrystal (or group of nanocrystals). This is of particular interest where the particular linking agent is incapable of forming a strong bond with the nanocrystal. Examples of linking agents capable of bonding together in such a manner to surround the nanocrystal with a network of linking agents include, but are not limited to: diacetylenes, styrene-butadienes, vinyl acetates, acrylates,

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| to which the one or more semiconductor nanocrystals are exposed. In addition to or as an alternative to providing a detectable signal, the one or more semiconductor nanocrystals may transfer energy to one or more proximal structures in response to exposure to energy. The one or more first linking agents have a first portion linked to one or more semiconductor nanocrystals and a second portion capable of linking either to one or more second linking agents or to one or more affinity molecules.<br><br>The invention further comprises a semiconductor nanocrystal probe formed either by (1) linking one or more of the above described semiconductor nanocrystal compounds to one or more affinity molecules; or (2) linking one or more of the above described semiconductor nanocrystal compounds to one or more second linking agents and linking the one or more second linking agents to one or more affinity molecules, wherein the one or more affinity molecules are capable of bonding to one or more detectable substances in a material. As a result, the semiconductor nanocrystal probe, in one embodiment, is capable of absorbing energy from either a particle beam or an electromagnetic radiation source (of broad or narrow bandwidth), and is capable of emitting detectable electromagnetic radiation in a narrow wavelength band when so excited; while in another embodiment the amount of energy from either a particle beam or an electromagnetic radiation source (of broad or narrow bandwidth) which is absorbed, or scattered, or diffracted by the semiconductor nanocrystal probe, is detectable. i.e., the change in absorption, scattering, or diffraction is detectable. In yet another embodiment, the semiconductor nanocrystal probe is capable of receiving energy | acrylamides, vinyl, styryl, and the aforementioned silicon oxide, boron oxide, phosphorus oxide, silicates, borates and phosphates, as well as polymerized forms of at least some of the above." ('359 patent at 11:16-29; '153 patent at 11:23-36.)<br><br>"As stated above, the three-dimensional linking agent structure may comprise an organic or inorganic structure, and may be a porous or non-porous solid, or hollow. When the three-dimensional linking agent structure is a porous (or non-porous) solid the semiconductor nanocrystal may be embedded therein, while the semiconductor nanocrystal may be encapsulated in a hollow three-dimensional linking agent structure. Whatever the choice of material, it will be appreciated that whenever the semiconductor nanocrystal is incorporated into the interior of the three-dimensional structure of the linking agent, e.g., into a "polymer sphere", the material comprising the linking agent must both (1) allow a first energy to be transferred from an energy source to the one or more semiconductor nanocrystals (exposing the semiconductor nanocrystal to energy), and (2) allow a second energy, provided by the one or more semiconductor nanocrystals in response to exposure to the first energy, to be either detected or transferred to a proximal structure. These transfers of energy may be accomplished by the three-dimensional linking agent being transparent to the first and/or second energies, and/or by the three-dimensional linking agent being capable of converting the first and/or second energies to a form which still enables the semiconductor nanocrystal probe to either provide a detectable signal or transfer energy to a proximal structure in response to exposure to energy." ('359 patent at 13:21-45; '153 patent at 13:28-52.) |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| transferred from a proximal source and/or transferring energy to one or more proximal structures in response to exposure to energy.<br><br>The invention also comprises a process for making the semiconductor nanocrystal compound and for making the semiconductor nanocrystal probe comprising the semiconductor nanocrystal compound linked to one or more affinity molecules capable of bonding to one or more detectable substances. The semiconductor nanocrystal probe of the invention is stable with respect to repeated excitation by light, or exposure to elevated temperatures, or exposure to oxygen or other radicals")<br><br>'359 Patent at 4:1-11; '153 Patent at 4:1-11 ("BRIEF DESCRIPTION OF THE DRAWINGS.<br><br>FIG. l is a block diagram of the semiconductor nanocrystal compound of the invention.<br><br>FIG. 2 is a block diagram of the semiconductor nanocrystal probe of the invention.<br><br>FIG. 3 is a block diagram showing the affinity between a detectable substance and the semiconductor nanocrystal probe of the invention.<br><br>FIG. 4 is a flow sheet illustrating the process of forming the semiconductor nanocrystal probe of the invention.")<br><br>'359 Patent at 4:20-5:6; '153 Patent at 4:20-5:6 ("DETAILED DESCRIPTION OF THE INVENTION. The invention comprises a semiconductor nanocrystal compound capable of | "When the three-dimensional linking agent comprises an organic material, the organic material may comprise, for example, one or more resins or polymers. The semiconductor nanocrystals may be linked to the three-dimensional linking agent by physically mixing the semiconductor nanocrystals with the resin(s) or polymer(s), or may be mixed with the monomer(s) prior to polymerization of the monomer(s) to form the polymer(s). Alternatively, the semiconductor nanocrystals may be linked to the three-dimensional linking agent by covalent bonding to either the monomer or the resin or polymer, or the semiconductor nanocrystals may be linked to the three-dimensional linking agent by adsorption (adherence to the exterior) or absorption (embedded, at least partially, into the interior). Examples of polymers which could be used as organic three-dimensional linking agents include polyvinyl acetate, styrene-butadiene copolymers, polyacrylates, and styrene-divinylbenzene copolymers. More than one polymeric chain may be present in the three-dimensional linking agent, and more than one type of polymer may be used in the three-dimensional linking agent. The final product could be a solid structure, a hollow structure, or a semi-solid porous structure." ('359 patent at 13:46-67; '153 patent at 13:53-14:7.)<br><br>"An additional increase in the number of three-dimensional structured probes which can be distinguishably used may arise from placing one or more identical semiconductor nanocrystals in one of a plurality of substructures of the three-dimensionally structured probe, and organizing the various substructures of the probe in such a manner to allow a large number of uniquely identifiable probes to be formed. For example, in a single probe, the three-dimensional structured linking agent may comprise a |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| linking to either one or more second linking agents or to one or more affinity molecules, and capable of providing a detectable signal in response to exposure to energy. The semiconductor nanocrystal compound, in turn, comprises: (1) one or more semiconductor nanocrystals, each capable of providing a detectable signal in response to exposure to energy: and (2) one or more first linking agents, each having a first portion linked to the semiconductor nanocrystal and a second portion capable of linking either to one or more second linking agents or to one or more affinity molecules.<br><br>The invention also comprises the above described semiconductor nanocrystal compound linked to one or more affinity molecules (through either one or more first linking agents, or through one or more second linking agents which are in turn linked to one or more first linking agents) to form a semiconductor nanocrystal probe capable of bonding to one or more detectable substances and capable of providing a detectable signal in response to exposure to energy. Treatment of a material (typically a biological material) with the semiconductor nanocrystal probe, and subsequent exposure of this treated material to energy, as described above, to determine the presence of the detectable substance within the material, will result in the semiconductor nanocrystal in the semiconductor nanocrystal probe bonded to the detectable substance providing a detectable signal. This detectable signal, such as a change in absorption and/or emission of electromagnetic radiation of a narrow wavelength band and/or scattering or diffraction may signify (in either instance) the presence in the material, of the detectable substance bonded to the semiconductor nanocrystal probe. | first semiconductor nanocrystal in a first polymer comprising a first substructure, and a second semiconductor nanocrystal in a second polymer immiscible with the first substructure comprising second substructure." ('359 patent at 14:21-33; '153 patent at 14:27-39.)<br><br> "A further use of the semiconductor nanocrystal probe of the invention is to provide a detectable signal in response to energy transferred from one or more spatially proximal sources. In this context, "energy transfer" is meant the transfer of energy from one atom, molecule, or any other substance (e.g. a polymer, a gel, a lipid bilayer, etc.) to another atom, molecule, or any other substance by either (1) a radiative pathway (e.g., emission of radiation by a first atom or molecule followed by scattering—including diffraction—and/or absorption of the emitted radiation by a second atom or molecule): or (2) a non-radiative pathway (e.g., fluorescence resonance energy transfer, or FRET, from a first atom or molecule to a second atom or molecule). By use of the term "proximal source" is meant an atom, a molecule, or any other substance which is capable of transferring energy to and/or receiving energy transferred from another atom or molecule or any other substance. By use of the term •spatially proximal source• is meant a proximal source spaced sufficiently close to enable energy to be transferred from a proximal source to a semiconductor nanocrystal probe. For example, in the case of FRET, a spatially proximal source comprises a proximal source spaced 10 nm or less from the semiconductor nanocrystal probe. In the case of the transfer of radioactive energy, a spatially proximal source comprises a proximal source spaced 1 μm or less from the semiconductor nanocrystal probe." ('359 patent at 18:30-55; '153 patent at 18:35-60.) |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| The invention also comprises a process for making the semiconductor nanocrystal compound, and a process for making the semiconductor nanocrystal probe comprising the semiconductor nanocrystal compound linked to one or more affinity molecules capable of bonding to one or more detectable substances.<br><br>The invention further comprises a process for treating a material, such as a biological material, to determine the presence of one or more detectable substances in the material which comprises: (1) contacting the material with the semiconductor nanocrystal probe, (2) (optionally) removing from the material the semiconductor nanocrystal probes not bonded to the detectable substance, (3) exposing the material to energy (such as the above-described electromagnetic energy source or particle beam), to which, the semiconductor nanocrystal is capable of providing a response, signifying the presence of the semiconductor nanocrystal probe bonded to the detectable substance in the material, and (4) detecting the signal provided by the semiconductor nanocrystal in the semiconductor nanocrystal probe.")<br><br>'359 Patent at 6:52-63; '153 Patent at 6:58-7:3 (By use of the term "linking agent" is meant a substance capable of linking with one or more semiconductor nanocrystals and also capable of linking to one or more affinity molecules or one or more second linking agents.<br><br>By use of the term "first linking agent" is meant a substance capable of either (1) linking with one or more semiconductor nanocrystals, and also capable of linking to one or more affinity | "Similar to the process in which energy is transferred from one or more proximal sources to one or more semiconductor nanocrystal probes, energy may also be transferred from one or more semiconductor nanocrystal probes to one or more proximal structures in response to exposure of the semiconductor nanocrystal probe to energy. The term "proximal structure" as used herein may be an atom, a molecule, or any other substance (e.g. a polymer, a gel, a lipid bilayer, and any substance bonded directly to a semiconductor nanocrystal probe) which is capable of receiving energy transferred from another atom or molecule or other substance (including a semiconductor nanocrystal probe). The proximal structure, in response to the energy transferred from the semiconductor nanocrystal probe, may (1) provide a detectable signal, (2) undergo chemical and/or conformational changes, (3) transfer energy to one or more second proximal structures, or (4) any combination thereof. As used herein, a "second proximal structure" is a proximal structure to which energy is transferred from a first proximal structure which has received energy from a semiconductor nanocrystal probe. The second proximal structure, in response to the energy transferred from the first proximal structure may (1) provide a detectable signal, (2) undergo chemical and/or conformational changes, (3) transfer energy to one or more third proximal structures (where a "third proximal structure" is one to which energy has been transferred from a second proximal structure), or (4) any combination thereof. It will be understood that the transfer of energy between proximal structures may be further extended beyond a third proximal structure in a cascading effect." ('359 patent at 22:19-47; '153 patent at 22:23-51.)<br><br>"wherein the polymer is covalently bonded to the second |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| molecules; or (2) linking with one or more semiconductor nanocrystals and also capable of linking to one or more second linking agents.<br><br>By use of the term "second linking agent" is meant a substance capable of linking to one or more affinity molecules and also capable of linking to one or more linking agents.)<br><br>'359 Patent at 9:32-11:30; '153 Patent at 9:37-11:36 (d. The Linking Agents<br><br>The semiconductor nanocrystal probe of the invention will usually find utility with respect to the detection of one or more detectable substances in organic materials, and in particular to the detection of one or more detectable substances in biological materials. This requires the presence, in the semiconductor nanocrystal probe, of an affinity molecule or moiety, as described above, which will bond the semiconductor nanocrystal probe to the detectable substance in the organic/biological material so that the presence of the detectable material may be subsequently ascertained. However, since the semiconductor nanocrystals are inorganic, they may not bond directly to the affinity molecule. In this case therefore, there must be some type of linking agent present in the semiconductor nanocrystal probe which is capable of linking the inorganic semiconductor nanocrystal to the affinity molecule in the semiconductor nanocrystal probe. The linking agent may be in the form of one or more linking agents linking one or more semiconductor nanocrystals to one or more affinity molecules. Alternatively, two types of linking agents may be utilized. One or more of the first linking agents may be linked | semiconductor material"  ('359 patent at Claims 3, 32; '153 patent at Claims 4, 22).<br><br>"a polymerizable linking agent capable of linking said core/shell nanocrystal to an affinity molecule"  ('153 patent at Claim 17).<br><br>"To my knowledge, no one had made aqueous compatible core/shell nanocrystals prior to the experiments described in this declaration. It was completely unexpected to me that the photoluminescence of core/shell semiconductor nanocrystals that were quenched in butanol could be resurrected and made compatible for biological applications under aqueous conditions. In fact, in my laboratory notebook, I commented that, "[s]trangely, the supernatant luminesces fairly well," indicating my surprise that I was able to make core/shell nanocrystals linked to a polymer ligand while still being photoluminescent in aqueous conditions. Id." (90/009,908 Reexam File History, Nov. 14, 2011 Declaration of Marcel Bruchez, ¶ 12.)<br><br>"The amended independent claims are reiterated below. . . . Claim 18.  A composition, comprising:<br>a semiconductor nanocrystal, which emits light when excited, comprising:<br>(i) a core comprising a first semiconductor material; and<br>(ii) a core-over coating shell comprising a second semiconductor material;<br>a polymer; and<br>an affinity molecule.<br>During reexamination, claims are given the broadest reasonable interpretation consistent with the specification and limitations in the specification are not read into the claims . . . . |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| to one or more semiconductor nanocrystals and also linked to one or more second linking agents. The one or more second linking agents may be linked to one or more affinity molecules and to one or more first linking agents.<br><br>One form in which the semiconductor nanocrystal may be linked to an affinity molecule via a linking agent is by coating the semiconductor nanocrystal with a thin layer of glass, such as silica (SiOx where x=1-2), using a linking agent such as a substituted silane. e.g., 3-mercaptopropyl-trimethoxy silane to link the nanocrystal to the glass. The glass-coated semiconductor nanocrystal may then be further treated with a linking agent, e.g., an amine such as 3-aminopropyl-trimethoxysilane, which will function to link the glass-coated semiconductor nanocrystal to the affinity molecule. That is, the glass-coated semiconductor nanocrystal may then be linked to the affinity molecule. It is within the contemplation of this invention that the original semiconductor nanocrystal compound may also be chemically modified after it has been made in order to link effectively to the affinity molecule. A variety of references summarize the standard classes of chemistry which may be used to this end, in particular the "Handbook of Fluorescent Probes and Research Chemicals", (6th edition) by R. P. Haugland, available from Molecular Probes. Inc., and the book "Bioconjugate Techniques", by Greg Hermanson, available from Academic Press, New York.<br><br>When the semiconductor nanocrystal may be coated with a thin layer of glass, the glass, by way of example, may comprise a silica glass (SiOx where x=1-2), having a thickness ranging from about 0.5 nm to about 10 nm, and preferably from about | . . .<br>The independent claim 18 recites a composition comprising a semiconductor nanocrystal, a polymer and an affinity molecule. In claim 18, the relationship of the components, semiconductor nanocrystal, polymer and affinity molecule is not defined. The claim 18 composition is not structurally same as the claim I probe, which has a linking agent linking the nanocrystal and the affinity agent. However, the composition of claim 18 includes a probe comprising the linking agent linking both the affinity the molecule and the nanocrystal as in the probe of claim 1.  (90/009,908 Reexam File History, Jan. 26, 2013 Office Action, at pp. 4-6.) |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| 0.5 nm to about 2 nm.<br><br>The semiconductor nanocrystal is coated with the coating of thin glass, such as silica, by first coating the nanocrystals with a surfactant such as tris-octyl-phosphine oxide, and then dissolving the surfactant-coated nanocrystals in a basic methanol solution of a linking agent, such as 3-mercaptopropyl-tri-methoxy silane, followed by partial hydrolysis which is followed by addition of a glass-affinity molecule linking agent such as amino-propyl trimethoxysilane which will link to the glass and serve to form a link with the affinity molecule.<br><br>When the linking agent does not involve the use of a glass coating on the semiconductor nanocrystal, it may comprise a number of different materials, depending upon the particular affinity molecule, which, in turn, depends upon the type of detectable material being analyzed for. It should also be noted that while an individual linking agent may be used to link to an individual semiconductor nanocrystal, it is also within the contemplation of the invention that more than one linking agent may bond to the same semiconductor nanocrystal and vice versa; or a plurality of linking agents may be used to link to a plurality of semiconductor nanocrystals. In addition, when first and second linking agents are used, one or more first linking agents may be linked to the same second linking agent, or more than one second linking agents may be linked to the same first linking agent.<br><br>A few examples of the types of linking agents which may be used to link to both the semiconductor nanocrystal (or to a glass coating on the nanocrystal) and to the affinity molecule in the | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| probe are illustrated in the table below, it being understood that this is not intended to be an exhaustive list:<br><br><br><br>It should be further noted that a plurality of polymerizable linking agents may be used together to form an encapsulating net or linkage around an individual nanocrystal (or group of nanocrystals). This is of particular interest where the particular linking agent is incapable of forming a strong bond with the nanocrystal. Examples of linking agents capable of bonding | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| together in such a manner to surround the nanocrystal with a network of linking agents include, but are not limited to: diacetylenes, styrene-butadienes, vinyl acetates, acrylates, acrylamides, vinyl, styryl, and the aforementioned silicon oxide, boron oxide, phosphorus oxide, silicates, borates and phosphates, as well as polymerized forms of at least some of the above.)<br><br>'359 Patent at 13:46-67; '153 Patent at 13:53-14:7 (When the three-dimensional linking agent comprises an organic material, the organic material may comprise, for example, one or more resins or polymers. The semiconductor nanocrystals may be linked to the three-dimensional linking agent by physically mixing the semiconductor nanocrystals with the resin(s) or polymer(s), or may be mixed with the monomer(s) prior to polymerization of the monomer(s) to form the polymer(s ). Alternatively, the semiconductor nanocrystals may be linked to the three-dimensional linking agent by covalent bonding to either the monomer or the resin or polymer, or the semiconductor nanocrystals may be linked to the three-dimensional linking agent by adsorption (adherence to the exterior) or absorption (embedded, at least partially, into the interior). Examples of polymers which could be used as organic three-dimensional linking agents include polyvinyl acetate, styrene-butadiene copolymers, polyacrylates, and styrene-divinylbenzene copolymers. More than one polymeric chain may be present in the three-dimensional linking agent, and more than one type of polymer may be used in the three-dimensional linking agent. The final product could be a solid structure, a hollow structure, or a semi-solid porous structure.) | |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| '359 Patent at 14:21-33; '153 Patent at 14:27-39 (An additional increase in the number of three-dimensional structured probes which can be distinguishably used may arise from placing one or more identical semiconductor nanocrystals in one of a plurality of substructures of the three-dimensionally structured probe, and organizing the various substructures of the probe in such a manner to allow a large number of uniquely identifiable probes to be formed. For example, in a single probe, the three-dimensional structured linking agent may comprise a first semiconductor nanocrystal in a first polymer comprising a first substructure, and a second semiconductor nanocrystal in a second polymer immiscible with the first substructure comprising second substructure.)<br><br>**Extrinsic Evidence**<br><br>• *Oxford English Dictionary*, "polymer." (NAN50000447) ("A substance which has a molecular structure built up chiefly or completely from a large number of similar units bonded together, e.g. many synthetic organic materials used as plastics and resins.")<br><br>• *Merriam-Webster's Collegiate Dictionary*, p. 903 (10th ed. 1997), "polymer." (NAN50000448-50) ("a chemical compound or mixture of compounds formed by polymerization and consisting essentially of repeating structural units")<br><br>• Plaintiffs also intend to rely on a declaration submitted by Dr. Christopher Murray, Ph.D. Dr. Murray may provide an overview of nanocrystal semiconductor technology relevant to the Patents-in-Suit. Dr. Murray may also opine as to how a person of ordinary skill in the art would have understood |  |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| "polymer." Dr. Murray's opinions may include an assessment of the relevant intrinsic and extrinsic evidence presented above in light of his expertise, as well as any additional relevant materials that he may deem relevant. Dr. Murray's opinions may also include a rebuttal of any proposed definition and/or evidence that QDV discloses in its Patent L.R. 4-2 submission in connection with the claim term(s) at issue. In addition, to the extent that QDV contends that one or more of these claim terms (or limitations containing the term(s)) is indefinite, Dr. Murray may opine as to the reasons why a person of ordinary skill in the art would have reasonable certainty about the scope of the relevant claims at the relevant time period, in light of his or her background knowledge, the prior art, and the specification.<br><br>• Murray Decl. at Section VI.A. | |

2.      **"an overcoating uniformly deposited on the core"**

'901 Patent (Claim 10)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "a semiconductor material deposited on a core semiconductor material such that the overcoating is identical or consistent, as from example to example, place to place, or moment to moment, and without variations in detail." | **Defendant's Proposal:**<br>"an overcoating that is deposited on the core uniformly, i.e., without variation in detail" |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed construction is case-dispositive.  That is, even if the Court were to adopt Defendant's proposed construction, factual issues would remain with respect to non-infringement and/or invalidity. | **Defendant's Impact Statement**<br><br>Defendant's construction is the same construction adopted by the PTAB for this term.  Defendant's construction would establish non-infringement of claims 10, 12, 18, 19, 22 and 23 of the '901 Patent. |
| **Intrinsic Evidence**<br><br>'901 Patent at Figs 1-5; '229 Patent at Figs. 1-5; | **Intrinsic Evidence**<br><br>"We also adopted the ordinary definition of "uniformly" in construing this claim term, namely, "identical or consistent, as from example to example, place to place, or moment to moment," and "without variations in detail." Dec. on Inst. 10–11 (citing Ex. 3001). Based on the trial record, we see no reason to modify our claim construction of "an overcoating uniformly deposited on the core" as a structural component that is deposited on the core uniformly, i.e., without variation in detail." (IPR2015-00528 FWD at p. 8)<br><br>"A coated nanocrystal capable of light emission includes a |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  | substantially monodisperse nanoparticle selected from the group consisting of CdX, where x=S, Se, Te and an overcoating of ZnY, where Y=S, Se, uniformly deposited thereon, said coated nanoparticle characterized in that when irradiated the particles exhibit photoluminescence in a narrow spectral range of no greater than about 60 nm, and most preferably 40 nm, at full width half max (FWHM). The particle size of the nanocrystallite core is in the range of about 20 Å to about 125 Å, with a deviation of less than 10% in the core. The coated nanocrystal exhibits photoluminescence having quantum yields of greater than 30%." ('901 at Abstract)<br><br>"In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X=S, Se, Te; and an overcoating of ZnY, where Y=S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å." ('901 at 2:47-58)<br><br>"The fact that the overcoating is uniformly deposited on the core of the nanocrystal is a key inventive feature of the '901 patent. The specification of the '901 patent explains that an overcoating is "uniformly deposited thereon" such that the coated core when irradiated emits light in a narrow spectral range, as claimed, and its absence in the '155 patent cannot be ignored. See, e.g., Ex. 1001 at 2:50-54. This limitation is directed to the key inventive |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  | feature of the '901 patent of emitting light in a narrow spectral range. " (IPR Pr. Resp. at p. 23)<br><br>"We are not persuaded by Petitioner that the phrase "overcoating uniformly deposited," which is recited in each independent claim of the '901 patent, has no structural meaning and encompasses any overcoating. Dependent claim 26 does not limit "uniformly deposited" to a coating of zero as asserted by Petitioner. Cf. Pet. 9 ("claims 26 and 27 . . . further limit the overcoating to '0 to about 5.3 monolayers' (Claim 26) . . ."); Ex. 1001, 43–45 ("wherein the overcoating comprises greater than about 0 to about 5.3 monolayers of the second semiconductor material.") (emphasis added). In addition, Petitioner does not direct us to any support for the assertion that an overcoating which is greater than about 0 but less than about one monolayer of ZnS (as required by dependent claim 27) "does not completely cover the core." Pet. 10. Therefore, for purposes of this decision, we adopt the ordinary definition of "uniformly," in construing this claim term, namely, "identical or consistent, as from example to example, place to place, or moment to moment," and "without variations in detail." (IPR Inst.Dec. at pp. 10-11)<br><br>"We find that Petitioner has shown adequately, based on the current record, that it is reasonably likely to prevail in establishing that claim 1 is anticipated by Peng. We detect no defect in the calculations presented by Dr. Hines at the cited paragraph and, given Dr. Hines's qualifications and experience (Ex. 1002 ¶¶ 3– 4, Appendix A), on the current record, we credit her testimony on the issue of the photoluminescence of nanocrystals disclosed by Peng. Therefore, the Petition adequately shows that Peng teaches nanocrystals with a uniform coating that functions within the |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  '901 Patent at 2:45-58 ("SUMMARY OF THE INVENTION. In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X=S, Se, Te; and an overcoating of Zn Y, where Y =S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 A to about 125 A.")<br><br>'901 Patent at 3:48-4:5; '229 Patent at 3:39-63 ("BRIEF DESCRIPTION OF THE DRAWING. . . . | narrow spectral range required by claim 1. Moreover, the calculated photoluminescence of 33 nm at FWHM for Peng's nanocrystals also meets the functional aspect of the invention that Patent Owner asserts is tied to the claimed structural uniformity. See Prelim. Resp. 9–10 (citing Ex. 1001, 2:50–54 ("no greater than about 40 nm" at FWHM))." (IPR Inst.Dec. at p. 21)<br><br>"The "overcoating uniformly deposited on the core" claim limitation provides meaning, purpose, and context to the function of emitting light in a narrow spectral range. Indeed, the Board recognized and decided that an "overcoating uniformly deposited" has a specific structural meaning. Paper 6, p. 10 ("We are not by Petitioner that the phrase "overcoating uniformly deposited," which is recited in each independent claim of the '901 patent, has no structural meaning and encompasses any overcoating.)" (IPR PO Resp. at pp. 11-12)<br><br>"Petitioner proposes that "uniformly deposited" should be construed to "encompass any overcoating" because dependent claims 26 and 27 limit the overcoating recited in both independent claims 1 and 10 to "0 to about 5.3 monolayers" and "less than about one monolayer," respectively. Pet. 9–10. In the Decision on Institution, we indicated we were not persuaded by Petitioner's argument that the phrase "overcoating uniformly deposited," which is recited in each independent claim of the '901 patent, has no structural meaning. Dec. on Inst. 10. We found that dependent claim 26 does not limit "uniformly deposited" to a coating of zero as asserted by Petitioner. Id.; compare Pet. 9 ("claims 26 and 27 . . . . further limit the overcoating to '0 to about 5.3 monolayers' (Claim 26) . . .") with Ex. 1001, 12:43–45 ("wherein the overcoating comprises greater than about 0 to about 5.3 |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| FIG. 1 shows the absorption spectra of CdSe dots with diameters measuring (a) 23 Å, (b) 42 Å, (c) 48 Å and (d) 55 Å before (dashed lines) and after (solid lines) overcoating with 1-2 monolayers of ZnS<br><br>FIG. 2 shows the room temperature photoluminescence (PL) spectra of the samples of FIG. 1 before (dashed lines) and after (solid lines) overcoating with ZnS;<br><br>FIG. 3 is a color photograph which illustrates the wide spectral range of luminescence from and color purity of the (CdSe)ZnS composite quantum dots of the present invention;<br><br>FIG. 4 shows the progression of the absorption spectra for (CdSe)ZnS quantum dots with ZnS coverages of approximately 0, 0.65, 1.3, 2.6 and 5.3 monolayers; and<br><br>FIG. 5 shows the evolution of the PL for ˜40 Å diameter (CdSe)ZnS dots of FIG. 4 with varying ZnS coverage")<br><br>'901 Patent at 4:6-7:51 ("The ZnS precursor solution concentration and the rate of its addition to the CdSe particles is selected to promote heterogeneous growth of ZnS onto the CdSe nuclei instead of homogeneous nucleation to produce ZnS particles. Conditions favoring heterogeneous growth include dropwise addition, e.g., 1-2 drops/second, of the ZnS precursor solution to the CdSe solution and maintenance of the ZnS precursor solution at low concentrations. Low concentrations typically range from 0.0005-0.5 M. In some preferred embodiments, it may be desirable to include a final purification step in which the overcoated dots are subjected to size selective | monolayers of the second semiconductor material.") (emphasis added). We also adopted the ordinary definition of "uniformly" in construing this claim term, namely, "identical or consistent, as from example to example, place to place, or moment to moment," and "without variations in detail." Dec. on Inst. 10–11 (citing Ex. 3001). Based on the trial record, we see no reason to modify our claim construction of "an overcoating uniformly deposited on the core" as a structural component that is deposited on the core uniformly, i.e., without variation in detail." (IPR FWD at p. 8)<br><br>"We detect no defect in the calculations presented by Dr. Hines in the cited paragraph and, given Dr. Hines's qualifications and experience (Ex. 1002 ¶¶ 3–4, Appendix A), we credit her testimony on the issue of the photoluminescence of the nanocrystals disclosed by Peng. Therefore, the Petition adequately shows that Peng teaches nanocrystals with a uniform coating that functions within the narrow spectral range required by claim 1. See Ex. 1001, 2:50–54 ("an overcoating . . . uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm" at FWHM.") (IPR FWD at pp. 14-15)<br><br>**Extrinsic Evidence**<br>Definition of "uniform" from Webster's New World College Dictionary, Third Ed. (1997): "1 a) always the same; not varying or changing in form, rate, degree, manner, etc.; constant. [a uniform speed] … 2 b) being or looking the same in all parts; undiversified [a uniform surface]." |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| precipitation to further assure that mainly only (CdSe)ZnS composite particles are present in the final product. In other embodiments, it may be desirable to modify the crystallite outer surface to permit formation of stable suspensions of the capped quantum dots.")<br><br>'901 Patent at 8:11-29 ("In order to demonstrate the effect of ZnS passivation on the optical and structural properties of CdSe dots, a large quantity of -40 A (±410%) diameter CdSe dots were overcoated with varying amounts of Zn and S precursors under identical temperatures and variable times. The result was a series of samples with similar CdSe cores, but with varying ZnS shell thicknesses. FIG. 4 shows the progression of the absorption spectrum for these samples with ZnS coverages of approximately 0 (bare TOPO capped CdSe ), 0.65, 1.3, 2.6 and 5.3 monolayers. The right hand side of the figure shows the long wavelength region of the absorption spectra showing the lowest energy optical transitions. The spectra demonstrate an increased red-shift with the thicker ZnS overcoating as well as a broadening of the first peak in the spectra due to increased polydispersity of shell thicknesses. The left hand side of the spectra show the ultra-violet region of the spectra indicating an increased absorption at higher energies with increasing ZnS thickness due to direct absorption into the higher ZnS band gap ZnS shell.")<br><br>'901 Patent at 10:10-11:7 ("EXAMPLE 3. Preparation of (CdSe ZnS. Nearly monodisperse CdSe quantum dots ranging from 23 Å to 55 Å in diameter were synthesized and purified via size-selective precipitation as described in Example 1. A flask containing 5 g of TOPO was heated to 190° C. under vacuum | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| for several hours then cooled to 60° C. after which 0.5 mL trioctylphosphine (TOP) was added. Roughly 0.1-0.4 μmols of CdSe dots dispersed in hexane were transferred into the reaction vessel via syringe and the solvent was pumped off. Diethyl zinc (ZnEt2) and hexamethyldisilathiane ((TMS)2S) were used as the Zn and S precursors, respectively. The amounts of Zn and S precursors needed to grow a ZnS shell of desired thickness for each CdSe sample were determined as follows: First, the average radius of the CdSe dots was estimated from TEM or SAXS measurements. Next, the ratio of ZnS to CdSe necessary to form a shell of desired thickness was calculated based on the ratio of the shell volume to that of the core assuming a spherical core and shell and taking into account the bulk lattice parameters of CdSe and ZnS. For larger particles the ratio of Zn to Cd necessary to achieve the same thickness shell is less than for the smaller dots. The actual amount of ZnS that grows onto the CdSe cores was generally less than the amount added due to incomplete reaction of the precursors and to loss of some material on the walls of the flask during the addition. Equimolar amounts of the precursors were dissolved in 2-4 mL TOP inside an inert atmosphere glove box. The precursor solution was loaded into a syringe and transferred to an addition funnel attached to the reaction flask. The reaction flask containing CdSe dots dispersed in TOPO and TOP was heated under an atmosphere of N2. The temperature at which the precursors were added ranged from 140° C. for 23 Å diameter dots to 220° C. for 55 Å diameter dots. When the desired temperature was reached the Zn and S precursors were added dropwise to the vigorously stirring reaction mixture over a period of 5-10 minutes. After the addition was complete the mixture was cooled to 90° C. and left stirring for several hours. | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| Butanol (5 mL) was added to the mixture to prevent the TOPO from solidifying upon cooling to room temperature. The overcoated particles were stored in their growth solution to ensure that the surface of the dots remained passivated with TOPO. They were later recovered in powder form by precipitating with methanol and redispersing into a variety of solvents including hexane, chloroform, toluene, THF and pyridine. In some cases, the as-grown CdSe crystallites were judged to be sufficiently monodisperse that no size-selective precipitation was performed. Once these CdSe particles had grown to the desired size, the temperature of the reaction flask was lowered and the Zn and S precursors were added dropwise to form the overcapping. Optical Characterization. UV-Visible absorption spectra were acquired on an HP 8452 diode array spectrophotometer. Dilute solutions of dots in hexane were placed in 1 cm quartz cuvettes and their absorption and corresponding florescence were measured. The photoluminescence spectra were taken on a SPEX Fluorolog-2 spectrometer in front face collection mode. The room temperature quantum yields were determined by comparing the integrated emission of the dots in solution to the emission of a solution of rhodamine 590 or rhodamine 640 of identical optical density at the excitation wavelength.")<br><br>'901 IPR2015-00528 Institution Decision at 10-11 ("We are not persuaded by Petitioner that the phrase "overcoating uniformly deposited," which is recited in each independent claim of the '901 patent, has no structural meaning and encompasses any overcoating. Dependent claim 26 does not limit "uniformly deposited" to a coating of zero as asserted by Petitioner. Cf. Pet. 9 ("claims 26 and 27 . . . further limit the overcoating to '0 | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| to about 5.3 monolayers' (Claim 26) . . ."); Ex. 1001, 43–45 ("wherein the overcoating comprises greater than about 0 to about 5.3 monolayers of the second semiconductor material.") (emphasis added). In addition, Petitioner does not direct us to any support for the assertion that an overcoating which is greater than about 0 but less than about one monolayer of ZnS (as required by dependent claim 27) "does not completely cover the core." Pet. 10. Therefore, for purposes of this decision, we adopt the ordinary definition of "uniformly," in construing this claim term, namely, "identical or consistent, as from example to example, place to place, or moment to moment," and "without variations in detail.")<br><br>'901 IPR2015-00528 Jan. 5, 2015 Petition at 10 ("'uniformly deposited' overcoating includes less than a monolayer, i.e., **an overcoating that does not completely cover the core.** Therefore, the term 'uniformly deposited' does not distinguish one overcoating from any other and should therefore encompass any overcoating.")<br><br>IPR2015-00528, May 11, 2015 Preliminary Response at 9-10 ("this claim term provides meaning and purpose, as it further defines (i.e., limits) the function of emitting light in a **narrow spectral range**.  It is precisely this uniformity which is required for the claimed nanocrystals to perform in a predictable way of emitting light in a narrow spectral range.  Even if the coating is less than a monolayer, the claimed structural uniformity is tied to this function, and as such cannot be disregarded.").<br><br>'901 IPR2015-00528 Institution Decision at 21 ("We find that Petitioner has shown adequately, based on the current record, | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| that it is reasonably likely to prevail in establishing that claim 1 is anticipated by Peng. We detect no defect in the calculations presented by Dr. Hines at the cited paragraph and, given Dr. Hines's qualifications and experience (Ex. 1002 ¶¶ 3–4, Appendix A), on the current record, we credit her testimony on the issue of the photoluminescence of nanocrystals disclosed by Peng. Therefore, the Petition adequately shows that Peng teaches nanocrystals with a uniform coating that functions within the narrow spectral range required by claim 1. Moreover, the calculated photoluminescence of 33 nm at FWHM for Peng's nanocrystals also meets the functional aspect of the invention that Patent Owner asserts is tied to the claimed structural uniformity. See Prelim. Resp. 9–10 (citing Ex. 1001, 2:50–54 ("no greater than about 40 nm" at FWHM)).")<br><br>'901 IPR2015-00528 Patent Owner's Resp. at 11-12 ("The "overcoating uniformly deposited on the core" claim limitation provides meaning, purpose, and context to the function of emitting light in a narrow spectral range. Indeed, the Board recognized and decided that an "overcoating uniformly deposited" has a specific structural meaning. Paper 6, p. 10 ("We are not by Petitioner that the phrase "overcoating uniformly deposited," which is recited in each independent claim of the '901 patent, has no structural meaning and encompasses any overcoating.)")<br><br>'901 IPR2015-00528 Petitioner's Resp. at 23 ("The fact that the overcoating is uniformly deposited on the core of the nanocrystal is a key inventive feature of the '901 patent. The specification of the '901 patent explains that an overcoating is "uniformly deposited thereon" such that the coated core when | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| irradiated emits light in a narrow spectral range, as claimed, and its absence in the '155 patent cannot be ignored. See, e.g., Ex. 1001 at 2:50-54. This limitation is directed to the key inventive feature of the '901 patent of emitting light in a narrow spectral range. ")<br><br>'901 IPR2015-00528 Final Written Decision at 8 ("Petitioner proposes that "uniformly deposited" should be construed to "encompass any overcoating" because dependent claims 26 and 27 limit the overcoating recited in both independent claims 1 and 10 to "0 to about 5.3 monolayers" and "less than about one monolayer," respectively. Pet. 9–10. In the Decision on Institution, we indicated we were not persuaded by Petitioner's argument that the phrase "overcoating uniformly deposited," which is recited in each independent claim of the '901 patent, has no structural meaning. Dec. on Inst. 10. We found that dependent claim 26 does not limit "uniformly deposited" to a coating of zero as asserted by Petitioner. Id.; compare Pet. 9 ("claims 26 and 27 . . . further limit the overcoating to '0 to about 5.3 monolayers' (Claim 26) . . .") with Ex. 1001, 12:43–45 ("wherein the overcoating comprises greater than about 0 to about 5.3 monolayers of the second semiconductor material.") (emphasis added). We also adopted the ordinary definition of "uniformly" in construing this claim term, namely, "identical or consistent, as from example to example, place to place, or moment to moment," and "without variations in detail." Dec. on Inst. 10–11 (citing Ex. 3001). Based on the trial record, we see no reason to modify our claim construction of "an overcoating uniformly deposited on the core" as a structural component that is deposited on the core uniformly, i.e., without | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| variation in detail.") | |

'901 IPR2015-00528 Final Written Decision at 14-15 ("We detect no defect in the calculations presented by Dr. Hines in the cited paragraph and, given Dr. Hines's qualifications and experience (Ex. 1002 ¶¶ 3–4, Appendix A), we credit her testimony on the issue of the photoluminescence of the nanocrystals disclosed by Peng. Therefore, the Petition adequately shows that Peng teaches nanocrystals with a uniform coating that functions within the narrow spectral range required by claim 1. See Ex. 1001, 2:50–54 ("an overcoating . . . uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm" at FWHM).")

**Extrinsic Evidence**
- Plaintiffs also intend to rely on a declaration submitted by Dr. Christopher Murray, Ph.D. Dr. Murray may provide an overview of nanocrystal semiconductor technology relevant to the Patents-in-Suit. Dr. Murray may also opine as to how a person of ordinary skill in the art would have understood "an overcoating uniformly deposited on the core." Dr. Murray's opinions may include an assessment of the relevant intrinsic and extrinsic evidence presented above in light of his expertise, as well as any additional relevant materials that he may deem relevant. Dr. Murray's opinions may also include a rebuttal of any proposed definition and/or evidence that QDV discloses in its Patent L.R. 4-2 submission in connection with the claim term(s) at issue. In addition, to the extent that QDV contends that one or more of these claim terms (or limitations containing the term(s)) is indefinite, Dr. Murray may opine as to the

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| reasons why a person of ordinary skill in the art would have reasonable certainty about the scope of the relevant claims at the relevant time period, in light of his or her background knowledge, the prior art, and the specification.<br><br>• Murray Decl. at Section VI.C. | |

3.      **"wherein the first semiconductor material and the second semiconductor material are different"** /
        **"a second semiconductor material different from the first semiconductor material"**

   '112 Patent (Claims 1, 28)
   '113 Patent (Claims 1, 8)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary, including because "different" has a plain and ordinary meaning. To the extent that a construction is necessary:<br><br>"wherein the first semiconductor material and the second semiconductor material comprise more than a single semiconductor material wherein the second semiconductor material has at least one semiconductor material other than the first semiconductor material";<br><br>"a second semiconductor material that comprises at least one semiconductor material other than the first semiconductor material." | **Defendant's Proposal:**<br>"A second semiconductor material having no overlapping chemical elements with a first semiconductor material." |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed constructions are case-dispositive.  That is, even if the Court were to adopt Defendant's proposed constructions, factual issues would remain with respect to non-infringement and/or invalidity. | **Defendant's Impact Statement**<br>Defendant's construction is based on statements made by the patentee during the IPR of the '901 patent and is supported by the specification.  Defendant's construction would establish non-infringement of claims 1, 9, 11, 22, 23, and 28 of the '112 Patent, and claims 1, 7, 8, and 15 of the '113 Patent. |
| **Intrinsic Evidence**<br><br>'901 Patent at 2:45-58; '112 Patent at 2:57-3:2; '113 Patent at | **Intrinsic Evidence**<br>"With respect to claim 10-12, 18, 19 and 20 (over Murray alone), |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| 2:57-3:2 ("SUMMARY OF THE INVENTION. In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X=S, Se, Te; and an overcoating of Zn Y, where Y =S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å.")

'901 Patent at 4:6-8:64; '112 Patent at 4:7-8:61; '113 Patent at 4:7-8:61. (DETAILED DESCRIPTION OF THE INVENTION. The present invention is directed to the preparation of a series of room temperature, highly luminescent ZnS-capped CdSe ((CdSe)ZnS) nanocrystallites having a narrow particle size distribution. Nanocrystallites of the present invention exhibit high quantum yields greater than about 30% and preferably in the range of about 30-50% and a narrow band edge luminescence spanning most of the visible spectrum from 470 nm to 625 nm. The core of the nanocrystallites is substantially monodisperse. By monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended particles have substantially identical size and shape. For the purposes of the present invention, monodisperse particles deviate less than 10% in rms diameter in the core, and preferably less than 5% in the core.

When capped quantum dots of the invention are illuminated | the Board's construction of the "the same" language states that it encompasses nanocrystals comprise "a single semiconductor material." The Institution decision does not reconcile this with the requirement in both claims that the "coated nanocrystal" has "an overcoating uniformly deposited…comprising a second semiconductor." Even when the semiconductor materials are "the same," the claims structurally require a distinct "core" and an "overcoating." The Board did not address the fact that the "coated" and "overcoating" language is ignored when Murray was compared to the claims." (IPR PO Resp pp. 2-3)

"The Board determined that the plain meaning of the claim term "wherein the first and second semiconductor material are the same [or different]" encompasses nanocrystals comprising only a single semiconductor material. Paper 6, p. 9. However, Patent Owner respectfully submits that even when the phrase is interpreted in this way, the claims still require that the "coated nanocrystal" has "an overcoating uniformly deposited…comprising a second semiconductor" as recited in Claim 10. Based on the plain language in the claims, even if the materials are "the same" there is still a distinct "core" structure and an "overcoating" structure. Indeed, Petitioner's own expert, Dr. Hines, appears to agree with this premise and submitted the following figure, which shows a distinct overcoating and core, regardless of whether the second semiconductor material is different or the same as the first: |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| with a primary light source, a secondary emission of light occurs of a frequency that corresponds to the band gap of the semiconductor material used in the quantum dot. As previously discussed, the band gap is a function of the size of the nanocrystallite. As a result of the narrow size distribution of the capped nanocrystallites of the invention, the illuminated quantum dots emit light of a narrow spectral range resulting in high purity light. Spectral emissions in a narrow range of no greater than about 60 nm, preferably 40 nm and most preferably 30 nm at full width half max (FWHM) are observed.<br><br>The present invention also is directed to a method of making capped quantum dots with a narrow particle size distribution. The capped quantum dots of the invention may be produced using a two step synthesis in which a size selected nanocrystallite is first synthesized and then overcoated with a passivation layer of a preselected thickness. In preferred embodiments, processing parameters such as reaction temperature, extent of monodispersity and layer thickness may be monitored during crystal growth and overcoating to provide a coated quantum dot of narrow particle size distribution, high spectral purity and high quantum efficiency. "Quantum yield" as that term is used herein, means the ratio of photons emitted to that absorbed, e.g., the photoluminescence quantum yield.<br><br>The method is described for a (CdSe)ZnS quantum dot, but it is understood that the method may be applied in the preparation of a variety of known semiconductor materials. The first step of a two step procedure for the synthesis of (CdSe)ZnS quantum dots involves the preparation of nearly monodisperse CdSe nanocrystallites. The particles range in size from about 23 Å to | <br>Adopted From Hines Declaration, Ex. 1002, p. 10.<br><br>There is no description of creating such an overcoating in Murray." (IPR2015-00528 PO Resp pp. 10-11)<br><br>"By reading out this limitation, Petitioner is essentially and improperly alleging that "any" nanocrystal anticipates this term." (IPR2015-00528 PO Resp p. 12)<br><br>MR. FOX: I first want to address the grounds versus the Murray reference, the anticipation of Murray versus claim 10, where claim 10, as was discussed earlier, does have the elements of the core and the overcoating and then, you know, the statement that the material of the overcoating and the core are either the same or different.<br><br>We do point to the only evidence of record that addresses what is happening when we're talking about material of the same. We're relying on the statement, it's unsupported by Dr. Hines, that was on the screen moments ago, that shows that there might as well not be an interface. The same material is the same material. |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| about 55 Å with a particle size distribution of about 5-10%. These dots are referred to as "bare" dots. The CdSe dots are obtained using a high temperature colloidal growth process, followed by size selective precipitation.<br><br>The high temperature colloidal growth process is accomplished by rapid injection of the appropriate organometallic precursor into a hot coordinating solvent to produce a temporally discrete homogeneous nucleation. Temporally discrete nucleation is attained by a rapid increase in the reagent concentration upon injection, resulting in an abrupt supersaturation which is relieved by the formation of nuclei and followed by growth on the initially formed nuclei. Slow growth and annealing in the coordinating solvent results in uniform surface derivatization and regularity in the core structure.<br><br>Injection of reagents into the hot reaction solvent results in a short burst of homogeneous nucleation. The depletion of reagents through nucleation and the sudden temperature drop associated with the introduction of room temperature reagents prevents further nucleation. The solution then may be gently heated to reestablish the solution temperature. Gentle reheating allows for growth and annealing of the crystallites. The higher surface free energy of the small crystallites makes them less stable with respect to dissolution in the solvent than larger crystallites. The net result of this stability gradient is the slow diffusion of material from small particles to the surface of large particles ("Ostwald ripening"). Growth of this kind results in a highly monodisperse colloidal suspension from systems which may initially be highly polydisperse. | To the point I believe Judge Praiss was raising, that's not necessarily the case and it is certainly not the case here where the methodology involves growing a core and then overcoating on that core.<br><br>I don't believe I've seen evidence in the record by Petitioner that supports the position that, even though the materials are the same, the structure of the final nanocrystal is not distinct and doesn't have the improved emission properties that are noted throughout the application and as part of the invention here.<br><br>Because it is a stepwise process of growing the core and then growing the overcoating over that core, it is possible but not necessarily probable that those materials would be continuous and there will be no interface. The support that Dr. Hines supplies in her declaration is merely her statement that, when the materials are the same, there will be no effective interface.<br><br>The inventors contemplated in the drafting of the application that there would, indeed, be a difference in performance between a core and a shell that are built in the way that we're claiming with a distinct overcoating and a nanocrystal that is made according to Murray without any overcoating.<br><br>So that's the basic argument that we have with respect to the Murray ground and anticipation and it is our view that for that ground Petitioner has not met their burden because the record is incomplete.<br><br>JUDGE KOKOSKI: Counsel, I've got one question for you. You |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| Both the average size and the size distribution of the crystallites in a sample are dependent on the growth temperature. The growth temperature necessary to maintain steady growth increases with increasing average crystal size. As the size distribution sharpens, the temperature may be raised to maintain steady growth. As the size distribution sharpens, the temperature may be raised in 5-10° C. increments to maintain steady growth. Conversely, if the size distribution begins to spread, the temperature may be decreased 5-10° C. to encourage Ostwald ripening and uniform crystal growth. Generally, nanocrystallites 40 Angstroms in diameter can be grown in 2-4 hours in a temperature range of 250-280° C. Larger samples (60 Angstroms or more) can take days to grow and require temperatures as high as 320° C. The growth period may be shortened significantly (e.g., to hours) by using a higher temperature or by adding additional precursor materials.<br><br>Size distribution during the growth stage of the reaction may be approximated by monitoring the absorption line widths of the particles. Modification of the reaction temperature in response to changes in the absorption spectrum of the particles allows the maintenance of a sharp particle size distribution during growth. It is also contemplated that reactants could be added to the nucleation solution during crystal growth to grow larger crystals.<br><br>The particle size distribution may be further refined by size selective precipitation. In a preferred embodiment, this may be accomplished by manipulation of solvent composition of the nanocrystallite suspension. | keep referring to the process. However, claim 10 isn't to a process.<br><br>MR. FOX: Absolutely.<br><br>JUDGE KOKOSKI: It's to the product. Correct? So how is the process encompassed within your claim as your claim is written?<br><br>MR. FOX: It is encompassed structurally by the recitation of the element's core and overcoating. The overcoating is a distinct material. It comes from a distinct step in the process.<br><br>As Judge Praiss pointed out, you could and you can as disclosed build a core and then overcoat on the core. When those materials are the same, there is no evidence in the record that Dr. Hines' unsupported statement that there is no interface is accurate.<br><br>It was the belief of the applicant in the application as drafted that there would be a distinction. There is a core and an overcoating.<br><br>And so to answer your question, Judge, the structure that is in claim 10 is an artifact of the process that I mentioned.<br><br>JUDGE KOKOSKI: So then is it your contention that overcoating should be construed as a separate step element?<br><br>MR. FOX: No, the overcoating is a separate layer.<br><br>JUDGE KOKOSKI: It has to be a separate layer even if it is the same material as the core?<br><br>MR. FOX: Correct, because it is an artifact of the process. And |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| The CdSe nanocrystallites are stabilized in solution by the formation of a lyophilic coating of alkyl groups on the crystallite outer surface. The alkyl groups are provided by the coordinating solvent used during the growth period. The interparticle repulsive force introduced by the lyophilic coating prevents aggregation of the particles in solution. The effectiveness of the stabilization is strongly dependent upon the interaction of the alkyl groups with the solvent. Gradual addition of a non-solvent will lead to the size-dependent flocculation of the nanocrystallites. Non-solvents are those solvents in which the groups which may be associated with the crystallite outer surface show no great affinity. In the present example, where the coordinating group is an alkyl group, suitable non-solvents include low molecular weight alcohols such as methanol, propanol and butanol. This phenomenon may be used to further narrow the particle size distribution of the nanocrystallites by a size-selective precipitation process. Upon sequential addition of a non-solvent, the largest particles are the first to flocculate. The removal of a subset of flocculated particles from the initial solution results in the narrowing of the particle size distribution in both the precipitate and the supernatant.<br><br>A wealth of potential organometallic precursors and high boiling point coordinating solvents exist which may used in the preparation of CdSe dots. Organometallic precursors are selected for their stability, ease of preparation and clean decomposition products and low cracking temperatures. A particularly suitable organometallic precursor for use as a Cd source include alkyl cadmium compounds, such as CdMe2. Suitable organometallic precursors for use as a Se source | there is no evidence in the record other than the unsupported statement in the Hines declaration that, when the materials are the same, it is effectively no interface. Interface is an artifact of the process.<br><br>JUDGE PRAISS: Counsel, what evidence do we have in the record that the process of overcoating is, nevertheless, different from the process of forming the core?<br><br>MR. FOX: There is no evidence in the record other than the specification that states that that is one aspect of the invention that the inventors have contemplated.<br><br>The burden here in this proceeding is on Petitioner to show that in the case of the same material that the overcoating is nonexistent, basically. And it is our position that reading overcoating out of the claim by interpreting the material being the same as eliminating the overcoating, you know, eliminates one of the foundations of the structure of the claim, the fact that there is an overcoating.<br><br>JUDGE PRAISS: But by saying that the claim itself requires a separate step when it refers to an overcoating, aren't you asking us to read in a limitation to this claim that the process by which the overcoating is achieved is different from the process of forming the core?<br><br>MR. FOX: No, because if you look at the example in the Hines declaration, the drawing with the dotted line, that basically argues there is no effective interface.<br><br>From an enforcement standpoint, from an evaluation standpoint, if |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| include, bis(trimethylsilyl)selenium ((TMS)2Se), (tri-n-octylphosphine)selenide (TOPSe) and trialkyl phosphine selenides, such as (tri-n-butylphosphine)selenide (TBPSe). Other suitable precursors may include both cadmium and selenium in the same molecule. Alkyl phosphines and alkyl phosphine oxide be used as a high boiling coordinating solvent; however, other coordinating solvents, such as pyridines, furans, and amines may also be suitable for the nanocrystallite production.<br><br>The preparation of monodisperse CdSe quantum dots has been described in detail in Murray et al. (J. Am. Chem. Soc., 115:8706 (1993)), which is hereby incorporated in its entirety by reference.<br><br>Next, the CdSe particles are overcoated by introducing a solution containing zinc and sulfur precursors in a coordinating solvent (e.g., TOP) into a suspension of CdSe nanocrystallites at the desired temperature. The temperature at which the dots are overcoated is related to the quality of the resultant composite particle. Overcoating the CdSe particles at relatively higher temperatures may cause the CdSe seed crystals to begin to grow via Ostwald ripening and deterioration of the size distribution of the particles leading to broader spectral line widths. Overcoating the particles at relatively low temperatures could lead to incomplete decomposition of the precursors or to reduced crystallinity of the ZnS shell. An ideal growth temperature may be determined for each CdSe core size to ensure that the size distribution of the cores remains constant and that shells with a high degree of crystallinity are formed. In preferred embodiments, CdSe crystallites are overcoated using | you look at that material, you cut a cross-section of it, it is the same material and you see no interface, then there is no overcoating and this claim doesn't cover that material. (IPR2015-00528 Record of Oral Hearing at 18:15-22:15)<br><br>"As noted in our Decision to Institute, we are not persuaded that the phrase 'overcoating uniformly deposited' has no structural meaning. Dec. on Inst. 10. Patent Owner pointed out at oral hearing that the claimed 'overcoating is a noun . . . [i]t is a layer. It is a second layer that is naked nanocrystal is the same as a nanocrystal with 'an overcoating uniformly deposited on the core' when the core and the coating comprise the same semiconductor material is paragraph 11 of the Hines Declaration. Pet. 42; Pet. Reply 17–19; Tr. 18:21–23. At oral hearing, Petitioner conceded that the only evidence to support Dr. Hines's testimony regarding the presence or absence of an interface on a coated crystalline structure 'may be in Dr. Hines' paper and not in her declaration' showing an interface between a core and a coating when the semiconductor materials are different. Tr. 15:17–16:8 ('[T]here is a discussion of a lattice mismatch when you have crystalline structures that are different.'). The Hines Declaration is testimony of an employee of Petitioner. Ex. 1002 ¶1. No further evidence or explanation is provided by Dr. Hines on this issue in this proceeding apart from the statement in paragraph 11 that 'if the first and second semiconductor materials are the same, then there is no interface.' Id. ¶ 11. Although we consider the testimony of Dr. Hines, we do not attribute much weight to it given her employment by Petitioner and the lack of objective evidence in support thereof." (IPR2015-00528 FWD at p. 21-22)<br><br>"We agree with Patent Owner that the claim requires a separate |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| diethyl zinc and hexamethyldisilathiane as the zinc and sulfur precursors. CdSe crystallites having a diameter in the range of about 23 Å-30 Å are overcoated at a temperature in the range of about 135-145°C., and preferably about 140° C. Similarly, nanocrystallites having a diameter of about 35 Å, 40 Å, 48 Å, and 55 Å, respectively, are overcoated at a temperature of about 155-165° C., and preferably about 160° C., 175-185° C. and preferably about 180° C., about 195-205° C., and preferably about 200° C., and about 215-225° C., and preferably about 220° C., respectively. The actual temperature ranges may vary, dependent upon the relative stability of the precursors and the crystallite core and overlayer composition. These temperature ranges may need to be modified 10-20° C., depending upon the relative stability of the precursors. For example, when the more stable trialkyl phosphine chalcogenides (like TOPSe) are used, higher temperatures are employed. The resulting (CdSe)ZnS composite particles are also passivated with TOPO/TOP on their outermost surface.<br><br>The ZnS precursor solution concentration and the rate of its addition to the CdSe particles is selected to promote heterogeneous growth of ZnS onto the CdSe nuclei instead of homogeneous nucleation to produce ZnS particles. Conditions favoring heterogeneous growth include dropwise addition, e.g., 1-2 drops/second, of the ZnS precursor solution to the CdSe solution and maintenance of the ZnS precursor solution at low concentrations. Low concentrations typically range from 0.0005-0.5 M. In some preferred embodiments, it may be desirable to include a final purification step in which the overcoated dots are subjected to size selective precipitation to further assure that mainly only (CdSe)ZnS composite particles | overcoating layer. Absent any objective evidence in this record that a uniform core is identical to a core with an overcoating layer when the semiconductor materials are the same, we are not persuaded that Murray discloses the recited "overcoating" required by each of the independent claims. The '901 patent Specification incorporates by reference the teachings of Murray for forming "monodisperse CdSe quantum dots." Ex. 1001, 6:22–25. The passage goes on to describe how the CdSe particles, such as Murray's, are "overcoated." Id. at 6:26–29. This suggests structurally modifying a core, such as Murray's CdSe core, by adding an overcoating to it. The materials used to make both the core and the overcoating are broadly described as "a variety of known semiconductor materials." Id. at 4:50–52." (IPR2015-00528 FWD at p. 23)<br><br>"Passivation of quantum dots using inorganic materials also has been reported. Particles passivated with an inorganic coating are more robust than organically passivated dots and have greater tolerance to processing conditions necessary for their incorporation into devices. Previously reported inorganically passivated quantum dot structures include CdS-capped CdSe and CdSe-capped CdS (Tian et al., J. Phys. Chem. 100:8927 (1996)); ZnS grown on CdS (Youn et al., J. Phys. Chem. 92:6320 (1988)); ZnS on CdSe and the inverse structure (Kortan et al., J. Am. Chem. Soc. 112:1327 (1990)); and $SiO_2$ on Si (Wilson et al., Science 262:1242 (1993)). These reported quantum dots exhibit very low quantum efficiency and hence are not commercially useful in light emitting applications." ('901 patent at 2:1-14, '229 patent at 1:59-2:5. '112 patent at 2:18-31, '113 patent at 2:18-31)<br><br>"M. A. Hines and P. Guyot-Sionnest report the preparation of |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| are present in the final product.<br><br>In other embodiments, it may be desirable to modify the crystallite outer surface to permit formation of stable suspensions of the capped quantum dots. The outer surface of the nanocrystal includes an organic layer derived from the coordinating solvent used during the capping layer growth process. The crystallite surface may be modified by repeated exposure to an excess of a competing coordinating group. For example, a dispersion of the capped quantum dot may be treated a coordinating organic compound, such as pyridine, to produce crystallites which dispersed readily in pyridine, methanol, and aromatics but no longer dispersed in aliphatics. Such a surface exchange process may be carried out using a variety of compounds which are capable of coordinating or bonding to the outer surface of the capped quantum dot, such as by way of example, phosphines, thiols, amines and phosphates. In other embodiments, the capped quantum dots may be exposed to short chained polymers which exhibit an affinity for the capped surface on one and which terminate in a moiety having an affinity for the suspension or dispersion medium. Such affinity improves the stability of the suspension and discourages flocculation of the capped quantum dots.<br><br>The synthesis described above produces overcoated quantum dots with a range of core and shell sizes. Significantly, the method of the invention allows both the size distribution of the nanocrystallites and the thickness of the overcoating to be independently controlled. FIG. 1 shows the absorption spectra of CdSe dots with a particle size distribution of (a) 23 Å, (b) 42 Å, (c) 48 Å and (d) 55 Å in diameter before (dashed lines) and | ZnS-capped CdSe nanocrystallites which exhibited a significant improvement in luminescence yields of up to 50% quantum yield at room temperature (J. Phys. Chem. 100:468 (1996)). However, the quality of the emitted light remained unacceptable because of the large size distribution (12-15% rms) of the core of the resulting capped nanocrystallites. The large size distribution resulted in light emission over a wide spectral range. In addition, the reported preparation method does not allow control of the particle size obtained from the process and hence does not allow control of color." ('901 patent at 2:15-26, '229 patent at 2:6-17.)<br><br>"Danek et al. report the electronic and chemical passivation of CdSe nanocrystals with a ZnSe overlayer (Chem. Materials 8:173 (1996)). Although it might be expected that such ZnSe-capped CdSe nanocrystallites would exhibit as good as or better quantum yield than the ZnS analogue due to the better unit cell matching of ZnSe, in fact, the resulting material showed only disappointing improvements in quantum efficiency ($\leqq$0.4% quantum yield)." ('901 patent at 2:27-34, '229 patent at 2:18-25. '112 patent at 2:39-46, '113 patent at 2:39-46)<br><br>"In addition to having higher quantum efficiencies, ZnS overcoated particles are more robust than organically passivated nanocrystallites and are potentially more useful for optoelectronic devices. The (CdSe)ZnS dots of the invention may be incorporated into electroluminescent devices (LEDs). In addition, the (CdSe)ZnS dots of the invention may exhibit cathodoluminescence upon excitation with both high and low voltage electrons and may be potentially useful in the production of alternating current thin film electroluminescent devices (ACTFELD). In the naming convention used herein to refer to |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| after (solid lines) overcoating with 1-2 monolayers of ZnS. By "monolayer" as that term is used herein, it is meant a shell of ZnS which measures 3.1 Å (the distance between consecutive planes along the [002] axis in the bulk wurtzite ZnS) along the major axis of the prolate shaped dots. The absorption spectra represents the wavelength and intensity of absorption of light which is absorbed by the quantum dot. FIG. 1 indicates a small shift in the absorption spectra to the red (lower energies) after overcoating due to the partial leakage of the exciton into the ZnS matrix. This red shift is more pronounced in smaller dots where the leakage of the exciton into the ZnS shell has a more dramatic effect on the confinement energies of the charge carriers.<br><br>FIG. 2 shows the room temperature photoluminescence spectra (PL) of the samples shown in FIG. 1 before (dashed lines) and after (solid lines) overcoating with ZnS. The PL quantum yield increases from 5-15% for bare dots to values ranging from 30% to 50% for dots passivated with ZnS. The PL spectra are much more intense due to their higher quantum yield of (a) 40%, (b) 50%, (c) 35% and (d) 30%, respectively. The quantum yield reaches a maximum value with the addition of approximately 1.3 monolayers of ZnS. A decrease in quantum yields at higher ZnS coverages may be due to the formation of defects in the ZnS shell.<br><br>FIG. 3 is a color photograph which demonstrates the wide spectral range of luminescence from the (CdSe)ZnS composite quantum dots of the present invention. The photograph shows six different samples of ZnS overcoated CdSe dots dispersed in dilute hexane solutions and placed in identical quartz cuvettes. | capped nanocrystallites, the compound found within parentheses represents the core compound (i.e. the bare "dot"), while the compound which follows represents the overcoated passivation layer." ('901 patent at 3:31-34, '229 patent at 3:21-34. '112 patent at 3:42-55, '113 patent at 3:42-55)<br><br>"FIG. 1 shows the absorption spectra of CdSe dots with diameters measuring (a) 23 Å, (b) 42 Å, (c) 48 Å and (d) 55 Å before (dashed lines) and after (solid lines) overcoating with 1-2 monolayers of ZnS" ('901 patent at 3:57-60, '229 patent at 3:46-50. '112 patent at 3:61-64, '113 patent at 3:61-64)<br><br>"FIG. 2 shows the room temperature photoluminescence (PL) spectra of the samples of FIG. 1 before (dashed lines) and after (solid lines) overcoating with ZnS;" ('901 patent at 3:61-63, '229 patent at 3:51-53. '112 patent at 3:65-67, '113 patent at 3:65-67)<br><br>"FIG. 3 is a color photograph which illustrates the wide spectral range of luminescence from and color purity of the (CdSe)ZnS composite quantum dots of the present invention;" ('901 patent at 3:64-67, '229 patent at 3:54-57).<br><br>"FIG. 4 shows the progression of the absorption spectra for (CdSe)ZnS quantum dots with ZnS coverages of approximately 0, 0.65, 1.3, 2.6 and 5.3 monolayers; and" ('901 patent at 4:1-3, '229 patent at 3:58-60.)<br><br>"FIG. 5 shows the evolution of the PL for ˜40 Å diameter (CdSe)ZnS dots of FIG. 4 with varying ZnS coverage," ('901 patent at 4:4-5, '229 patent at 3:61-62.) |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| The samples were irradiated with 356 nm ultraviolet light form a uv lamp in order to observe luminescence from all solutions at once. As the size of the CdSe core increased, the color of the luminescence shows a continuous progression from the blue through the green, yellow, orange to red. Their PL peaks occur at (going from right to left in FIG. 3) (a) 470 nm, (b) 480 nm, (c) 520 nm, (d) 560 nm, (e) 594 nm and (f) 620 nm. In contrast, in the smallest sizes of bare TOPO-capped dots, the color of the PL is normally dominated by broad deep trap emissions and appears as faint white light.<br><br>In order to demonstrate the effect of ZnS passivation on the optical and structural properties of CdSe dots, a large quantity of ˜40 Å (±410%) diameter CdSe dots were overcoated with varying amounts of Zn and S precursors under identical temperatures and variable times. The result was a series of samples with similar CdSe cores, but with varying ZnS shell thicknesses. FIG. 4 shows the progression of the absorption spectrum for these samples with ZnS coverages of approximately 0 (bare TOPO capped CdSe), 0.65, 1.3, 2.6 and 5.3 monolayers. The right hand side of the figure shows the long wavelength region of the absorption spectra showing the lowest energy optical transitions. The spectra demonstrate an increased red-shift with the thicker ZnS overcoating as well as a broadening of the first peak in the spectra due to increased polydispersity of shell thicknesses. The left hand side of the spectra show the ultra-violet region of the spectra indicating an increased absorption at higher energies with increasing ZnS thickness due to direct absorption into the higher ZnS band gap ZnS shell. | "The present invention is directed to the preparation of a series of room temperature, highly luminescent ZnS-capped CdSe ((CdSe)ZnS) nanocrystallites having a narrow particle size distribution. Nanocrystallites of the present invention exhibit high quantum yields greater than about 30% and preferably in the range of about 30-50% and a narrow band edge luminescence spanning most of the visible spectrum from 470 nm to 625 nm. The core of the nanocrystallites is substantially monodisperse. By monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended particles have substantially identical size and shape. For the purposes of the present invention, monodisperse particles deviate less than 10% in rms diameter in the core, and preferably less than 5% in the core." ('901 patent at 4:9-22, '229 patent at 3:66-4:12, '112 patent at 4:9-22, '113 patent at 4:9-22)<br><br>"The method is described for a (CdSe)ZnS quantum dot, but it is understood that the method may be applied in the preparation of a variety of known semiconductor materials. The first step of a two step procedure for the synthesis of (CdSe)ZnS quantum dots involves the preparation of nearly monodisperse CdSe nanocrystallites. The particles range in size from about 23 Å to about 55 Å with a particle size distribution of about 5-10%. These dots are referred to as "bare" dots. The CdSe dots are obtained using a high temperature colloidal growth process, followed by size selective precipitation." ('901 patent at 4:50-60, '229 patent at 4:40-50, '112 patent at 4:47-56, '113 patent at 4:47-56)<br><br>"Next, the CdSe particles are overcoated by introducing a solution containing zinc and sulfur precursors in a coordinating solvent (e.g., TOP) into a suspension of CdSe nanocrystallites at the |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| The evolution of the PL for the same ~40 Å diameter CdSe dots with ZnS coverage is displayed in FIG. 5. As the coverage of ZnS on the CdSe surface increases one observes a dramatic increase in the fluorescence quantum yield followed by a steady decline after ~1.3 monolayers of ZnS. The spectra are red shifted (slightly more than the shift in the absorption spectra) and show an increased broadening at higher coverages. The inset to FIG. 5 charts the evolution of the quantum yield for these dots as a function of the ZnS shell thickness. For this particular sample, the quantum yield started at 15% for the bare TOPO capped CdSe dots and increased with the addition of ZnS approaching a maximum value of 50% at approximately ~1.3 monolayer coverage. At higher coverages, the quantum yield began to decrease steadily until it reached a value of about 30% at 5 monolayers coverage.<br><br>Although the invention has been described with reference to the preparation and performance of CdSe(ZnS), it will be readily apparent that the method of preparation may be used to obtain monodisperse overcoated quantum dots with various combinations of nanocrystallite core and overcoating. The method of the invention permits the preparation of a variety of capped nanocrystals having a very narrow particle size distribution and exhibiting improvements in color purity and intensity of their photoluminescent emissions. It is contemplated that a variety of cadmium chalcogenides, for example, CdX, where X=S, Se, Te may be prepared and overcoated according to the method of the invention. It is further contemplated that the overcoating may be varied and may include, by way of example only, ZnS, ZnSe, CdS and | desired temperature. The temperature at which the dots are overcoated is related to the quality of the resultant composite particle. Overcoating the CdSe particles at relatively higher temperatures may cause the CdSe seed crystals to begin to grow via Ostwald ripening and deterioration of the size distribution of the particles leading to broader spectral line widths. Overcoating the particles at relatively low temperatures could lead to incomplete decomposition of the precursors or to reduced crystallinity of the ZnS shell. An ideal growth temperature may be determined for each CdSe core size to ensure that the size distribution of the cores remains constant and that shells with a high degree of crystallinity are formed. In preferred embodiments, CdSe crystallites are overcoated using diethyl zinc and hexamethyldisilathiane as the zinc and sulfur precursors. CdSe crystallites having a diameter in the range of about 23 Å -30 Å are overcoated at a temperature in the range of about 135-145º C., and preferably about 140 º C. Similarly, nanocrystallites having a diameter of about 35 Å, 40 Å, 48 Å, and 55 Å, respectively, are overcoated at a temperature of about 155-165º C., and preferably about 160º C., 175-185º C. and preferably about 180º C., about 195-205º C., and preferably about 200º C., and about 215-225º C., and preferably about 220º C., respectively. The actual temperature ranges may vary, dependent upon the relative stability of the precursors and the crystallite core and overlayer composition. These temperature ranges may need to be modified 10-20° C., depending upon the relative stability of the precursors. For example, when the more stable trialkyl phosphine chalcogenides (like TOPSe) are used, higher temperatures are employed. The resulting (CdSe)ZnS composite particles are also passivated with TOPO/TOP on their outermost surface." ('901 patent at 6:26-61, '229 patent at 6:16-51. '112 patent at 6:22-56, '113 patent at 6:22- |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| mixtures thereof.<br><br>The invention is described with reference to the following examples, which are presented for the purpose of illustration and which are not intended to be limiting of the invention, the scope of which is set forth in the claims which follow this specification.")<br><br>'901 IPR2015-00528 – The evidence Plaintiffs cite from the '901 IPR2015-00528 is identical to that cited by Defendant herein.<br><br>**Extrinsic Evidence**<br>• Murray Decl. at Section VI.E. | 56)<br><br>"The ZnS precursor solution concentration and the rate of its addition to the CdSe particles is selected to promote heterogeneous growth of ZnS onto the CdSe nuclei instead of homogeneous nucleation to produce ZnS particles. Conditions favoring heterogeneous growth include dropwise addition, e.g., 1-2 drops/second, of the ZnS precursor solution to the CdSe solution and maintenance of the ZnS precursor solution at low concentrations. Low concentrations typically range from 0.0005-0.5 M. In some preferred embodiments, it may be desirable to include a final purification step in which the overcoated dots are subjected to size selective precipitation to further assure that mainly only (CdSe)ZnS composite particles are present in the final product." ('901 patent at 6:62-7:8, '229 patent at 6:52-65. '112 patent at 6:57-7:2, '113 patent at 6:57-7:2)<br><br>"The synthesis described above produces overcoated quantum dots with a range of core and shell sizes. Significantly, the method of the invention allows both the size distribution of the nanocrystallites and the thickness of the overcoating to be independently controlled. FIG. 1 shows the absorption spectra of CdSe dots with a particle size distribution of (a) 23 Å, (b) 42 Å, (c) 48 Å and (d) 55 Å in diameter before (dashed lines) and after (solid lines) overcoating with 1-2 monolayers of ZnS. By "monolayer" as that term is used herein, it is meant a shell of ZnS which measures 3.1 Å (the distance between consecutive planes along the [002] axis in the bulk wurtzite ZnS) along the major axis of the prolate shaped dots. The absorption spectra represents the wavelength and intensity of absorption of light which is absorbed by the quantum dot. FIG. 1 indicates a small shift in the absorption |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| | spectra to the red (lower energies) after overcoating due to the partial leakage of the exciton into the ZnS matrix. This red shift is more pronounced in smaller dots where the leakage of the exciton into the ZnS shell has a more dramatic effect on the confinement energies of the charge carriers." ('901 patent at 7:31-51, '229 patent at 7:20-40. '112 patent at 7:25-44, '113 patent at 7:25-44)<br><br>"FIG. 2 shows the room temperature photoluminescence spectra (PL) of the samples shown in FIG. 1 before (dashed lines) and after (solid lines) overcoating with ZnS. The PL quantum yield increases from 5-15% for bare dots to values ranging from 30% to 50% for dots passivated with ZnS. The PL spectra are much more intense due to their higher quantum yield of (a) 40%, (b) 50%, (c) 35% and (d) 30%, respectively. The quantum yield reaches a maximum value with the addition of approximately 1.3 monolayers of ZnS. A decrease in quantum yields at higher ZnS coverages may be due to the formation of defects in the ZnS shell." ('901 patent at 7:52-62, '229 patent at 6:41-51. '112 patent at 7:45-55, '113 patent at 7:45-55)<br><br>"FIG. 3 is a color photograph which demonstrates the wide spectral range of luminescence from the (CdSe)ZnS composite quantum dots of the present invention. The photograph shows six different samples of ZnS overcoated CdSe dots dispersed in dilute hexane solutions and placed in identical quartz cuvettes. The samples were irradiated with 356 nm ultraviolet light form a uv lamp in order to observe luminescence from all solutions at once. As the size of the CdSe core increased, the color of the luminescence shows a continuous progression from the blue through the green, yellow, orange to red. Their PL peaks occur at (going from right to left in FIG. 3) (a) 470 nm, (b) 480 nm, (c) 520 |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| | nm, (d) 560 nm, (e) 594 nm and (f) 620 nm. In contrast, in the smallest sizes of bare TOPO-capped dots, the color of the PL is normally dominated by broad deep trap emissions and appears as faint white light." ('901 patent at 7:63-8:11, '229 patent at 7:52-67.)<br><br>"In order to demonstrate the effect of ZnS passivation on the optical and structural properties of CdSe dots, a large quantity of ~40 Å (±410%) diameter CdSe dots were overcoated with varying amounts of Zn and S precursors under identical temperatures and variable times. The result was a series of samples with similar CdSe cores, but with varying ZnS shell thicknesses. FIG. 4 shows the progression of the absorption spectrum for these samples with ZnS coverages of approximately 0 (bare TOPO capped CdSe), 0.65, 1.3, 2.6 and 5.3 monolayers. The right hand side of the figure shows the long wavelength region of the absorption spectra showing the lowest energy optical transitions. The spectra demonstrate an increased red-shift with the thicker ZnS overcoating as well as a broadening of the first peak in the spectra due to increased polydispersity of shell thicknesses. The left hand side of the spectra show the ultra-violet region of the spectra indicating an increased absorption at higher energies with increasing ZnS thickness due to direct absorption into the higher ZnS band gap ZnS shell." ('901 patent at 8:12-30, '229 patent at 8:1-19. '112 patent at 8:7-25, '113 patent at 8:7-25)<br><br>"The evolution of the PL for the same ~40Å diameter CdSe dots with ZnS coverage is displayed in FIG. 4. As the coverage of ZnS on the CdSe surface increases one observes a dramatic increase in the fluorescence quantum yield followed by a steady decline after ˜1.3 monolayers of ZnS. The spectra are red shifted (slightly more |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| | than the shift in the absorption spectra) and show an increased broadening at higher coverages. The inset to FIG. 4 charts the evolution of the quantum yield for these dots as a function of the ZnS shell thickness. For this particular sample, the quantum yield started at 15% for the bare TOPO capped CdSe dots and increased with the addition of ZnS approaching a maximum value of 50% at approximately ˜1.3 monolayer coverage. At higher coverages, the quantum yield began to decrease steadily until it reached a value of about 30% at about 5 monolayers coverage." ('901 patent at 8:30-44, '229 patent at 8:20-35. '112 patent at 8:26-38, '113 patent at 8:26-38)<br><br>"Although the invention has been described with reference to the preparation and performance of CdSe(ZnS), it will be readily apparent that the method of preparation may be used to obtain monodisperse overcoated quantum dots with various combinations of nanocrystallite core and overcoating. The method of the invention permits the preparation of a variety of capped nanocrystals having a very narrow particle size distribution and exhibiting improvements in color purity and intensity of their photoluminescent emissions. It is contemplated that a variety of cadmium chalcogenides, for example, CdX, where X=S, Se, Te may be prepared and overcoated according to the method of the invention. It is further contemplated that the overcoating may be varied and may include, by way of example only, ZnS, ZnSe, CdS and mixtures thereof." ('901 patent at 8:45-58, '229 patent at 8:36-50. '112 patent at 8:42-56, '113 patent at 8:42-56)<br><br>"A coated nanocrystal capable of light emission, comprising: a core comprising a first semiconductor material, said core being a member of a monodisperse particle population; and an overcoating |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| | uniformly deposited on the core comprising a second semiconductor material, wherein the first semiconductor material and the second semiconductor material are the same or different, and wherein the monodisperse particle population is characterized in that it exhibits no more than about a 10% rms deviation in the diameter of the core." ('901 patent, claim 10)<br><br>"A method of producing a population of coated nanocrystals that exhibit photoluminescence having a quantum yield of greater than about 30%, comprising: providing a substantially monodisperse first population of semiconductor nanocrystal cores made from a first semiconductor material and a precursor capable of thermal conversion into a second semiconductor material different from the first semiconductor material in a coordinating solvent; and maintaining the coordinating solvent at a temperature sufficient to convert the precursor into the second semiconductor material as an overcoating on the first semiconductor material yet otherwise insufficient to substantially alter the monodisperse first population of semiconductor nanocrystal cores; wherein the plurality of coated nanocrystals emit light in a spectral range of no greater than about 40 nm full width at half max (FWHM) when irradiated." ('112 patent, claim 1)<br><br>"A monodisperse population of nanocrystals comprising: a plurality of nanocrystal particles, wherein each particle includes a core including a first semiconductor material and an overcoating including a second semiconductor material deposited on the core; wherein the first semiconductor material and the second semiconductor material are different; wherein the monodisperse population emits light in a spectral range of no greater than about 37 nm full width at half max (FWHM); and wherein the |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  | monodisperse population exhibits photoluminescence having a quantum yield of greater than 30%." ('113 patent, claim 1)<br><br>"A monodisperse population of nanocrystals comprising: a plurality of nanocrystal particles, wherein each particle includes a core including a first semiconductor material selected from CdS, CdSe, and CdTe, and an overcoating including a second semiconductor material selected from ZnS, CdS, and CdSe deposited on the core;<br>wherein the first semiconductor material and the second semiconductor material are different; wherein the monodisperse population emits light in a spectral range of no greater than about 37 nm full width at half max (FWHM)." ('113 patent, claim 8)<br><br>**Extrinsic Evidence**<br>N/A |

4.     **"a second semiconductor material selected from ZnS, CdS, and CdSe"**

'113 Patent (Claim 8)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "a second semiconductor material selected from ZnS, CdS, CdSe, and mixtures thereof." | **Defendant's Proposal:**<br>"a second semiconductor material is selected from the group consisting of ZnS, CdS, and CdSe" |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed construction is case-dispositive.  That is, even if the Court were to adopt Defendant's proposed construction, factual issues would remain with respect to non-infringement and/or invalidity. | **Defendant's Impact Statement**<br>Defendant's construction is the plain meaning of the claim term as shown by the claim language and specification. Defendant's construction would establish non-infringement of claims 8 and 15 of the '113 Patent. |
| **Intrinsic Evidence**<br>'113 Patent at 1:23-24 ("Previously reported inorganically passivated quantum dot structures include CdS-capped CdSe and CdSe-capped CdS (Tian et al., J. Phys. Chem. 100:8927 (1996))")<br><br>'113 Patent at 2:42-55 ("Although it might be expected that such ZnSe-capped CdSe nanocrystallites would exhibit as good as or better quantum yield than the ZnS analogue due to the better unit cell matching of ZnSe, in fact, the resulting material showed only disappointing improvements in quantum efficiency ($\leqq 0.4\%$ quantum yield).<br><br>Thus there remains a need for semiconductor nanocrystallites capable of light emission with high quantum efficiencies | **Intrinsic Evidence**<br>"The coated nanocrystal of claim 1 or 10, wherein the first semiconductor material is selected from the group consisting of CdS, CdSe, CdTe, and mixtures thereof."  ('901 patent, claim 22)<br><br>"The coated nanocrystal of claim 22, wherein the second semiconductor material is selected from the group consisting of ZnS, ZnSe, CdS, CdSe, and mixtures thereof.  ('901 patent, claim 23)<br><br>"The method of claim 1, wherein the first semiconductor material is selected from the group consisting of CdS, CdSe, CdTe, and mixtures thereof."  ('229 patent, claim 5) |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| throughout the visible spectrum, which possess a narrow particle size (and hence with narrow photoluminescence spectral range).<br><br>It is the object of the invention to provide semiconductor nanocrystallites which overcome the limitations of the prior art and which exhibit high quantum yields with photoluminescence emissions of high spectral purity.")<br><br>'113 Patent at 2:56-3:2 ("SUMMARY OF THE INVENTION<br><br>In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X═S, Se, Te; and an overcoating of ZnY, where Y═S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å.")<br><br>'113 Patent at 4:47-57 ("The method is described for a (CdSe)ZnS quantum dot, but it is understood that the method may be applied in the preparation of a variety of known semiconductor materials. The first step of a two step procedure for the synthesis of (CdSe)ZnS quantum dots involves the preparation of nearly monodisperse CdSe nanocrystallites. The particles range in size from about 23 Å to about 55 Å with a particle size distribution of about 5-10%. These dots are referred to as "bare" | "The method of claim 1, wherein the second semiconductor material is selected from the group consisting of ZnS, ZnSe, CdS, CdSe and mixtures thereof."  ('229 patent, claim 6)<br><br>14. The method of claim 12, wherein the first semiconductor material is selected from the group consisting of CdS, CdSe, CdTe, and mixtures thereof. ('229 patent, claim 14)<br><br>15. The method of claim 12, wherein the second semiconductor material is selected from the group consisting of ZnS, ZnSe, CdS, CdSe and mixtures thereof. ('229 patent, claim 15)<br><br>21. The method of claim 17, further comprising exchanging the organic layer on the coated nanocrystals with a coordinating organic compound selected from the group consisting of phosphine, thiol, amine, phosphate, and short chained polymer. ('112 patent, claim 21)<br><br>**Extrinsic Evidence**<br>N/A |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| dots. The CdSe dots are obtained using a high temperature colloidal growth process, followed by size selective precipitation.") <br><br> '113 Patent at 8:42-11:3 ("Although the invention has been described with reference to the preparation and performance of CdSe(ZnS), it will be readily apparent that the method of preparation may be used to obtain monodisperse overcoated quantum dots with various combinations of nanocrystallite core and overcoating. The method of the invention permits the preparation of a variety of capped nanocrystals having a very narrow particle size distribution and exhibiting improvements in color purity and intensity of their photoluminescent emissions. It is contemplated that a variety of cadmium chalcogenides, for example, CdX, where X═S, Se, Te may be prepared and overcoated according to the method of the invention. It is further contemplated that the overcoating may be varied and may include, by way of example only, ZnS, ZnSe, CdS and mixtures thereof. <br><br> The invention is described with reference to the following examples, which are presented for the purpose of illustration and which are not intended to be limiting of the invention, the scope of which is set forth in the claims which follow this specification. <br><br> Example 1 <br><br> Preparation of CdSe. Trioctylphosphine oxide (TOPO, 90% pure) and trioctylphosphine (TOP, 95% pure) were obtained from Strem and Fluka, respectively. Dimethyl cadmium | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| (CdMe2) and diethyl zinc (ZnEt2) were purchased from Alfa and Fluka, respectively, and both materials were filtered separately through a 0.2 μm filter in an inert atmosphere box. Trioctylphosphine selenide was prepare by dissolving 0.1 mols of Se shot in 100 ml of TOP thus producing a 1M solution of TOPSe. Hexamethyl(disilathiane) (TMS2S) was used as purchased from Aldrich. HPLC grade n-hexane, methanol, pyridine and n-butanol were purchased from EM Sciences.<br><br>The typical preparation of TOP/TOPO capped CdSe nanocrystallites follows. TOPO (30 g) was placed in a flask and dried under vacuum (˜1 Torr) at 180° C. for 1 hour. The flask was then filled with nitrogen and heated to 350° C. In an inert atmosphere drybox the following injection solution was prepared: CdMe2 (200 microliters, 2.78 mol), 1M TOPSe solution (4.0 mL, 4.0 mmol), and TOP (16 mL). The injection solution was thoroughly mixed, loaded into a syringe, and removed from the drybox.<br><br>The heat was removed from the reaction flask and the reagent mixture was delivered into the vigorously stirring TOPO with a single continuous injection. This produces a deep yellow/orange solution with a sharp absorption feature at 470-500 nm and a sudden temperature decrease to ˜240° C. Heating was restored to the reaction flask and the temperature was gradually raised to 260-280° C.<br><br>Aliquots of the reaction solution were removed at regular intervals (5-10 min) and absorption spectra taken to monitor the growth of the crystallites. The best samples were prepared over a period of a few hours steady growth by modulating the | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| growth temperature in response to changes in the size distribution, as estimated from the sharpness of the features in the absorption spectra. The temperature was lowered 5-10° C. in response to an increase in the size distribution. Alternatively, the reaction can also be stopped at this point. When growth appears to stop, the temperature is raised 5-10° C. When the desired absorption characteristics were observed, the reaction flask was allowed to cool to ˜60° C. and 20 mL of butanol were added to prevent solidification of the TOPO. Addition of a large excess of methanol causes the particles to flocculate. The flocculate was separated from the supernatant liquid by centrifugation; the resulting powder can be dispersed in a variety of organic solvents (alkanes, ethers, chloroform, tetrahydrofuran, toluene, etc.) to produce an optically clear solution.<br><br>Size-selective Precipitation. Nanocrystallites were dispersed in a solution of ˜10% butanol in hexane. Methanol was then added dropwise to this stirring solution until opalescence persisted. Separation of supernatant and flocculate by centrifugation produced a precipitate enriched with the largest crystallites in the sample. This procedure was repeated until no further sharpening of the optical absorption spectrum was noted. Size-selective precipitation can be carried out in a variety of solvent/nonsolvent pairs, including pyridine/hexane and chloroform/methanol.<br><br>Surface Exchange. Crystallite surface derivatization can be modified by repeated exposure to an excess of a competing capping group. Heating to ˜60° C. a mixture of ˜50 mg of TOPO/TOP capped crystallites and 5-10 mL of pyridine | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| gradually dispersed the crystallites in the solvent. Treatment of the dispersion with excess hexane resulted in the flocculation of the crystallites which are then isolated by centrifugation. The process of dispersion in pyridine and flocculation with hexane was repeated a number of times to produce crystallites which dispersed readily in pyridine, methanol, and aromatics but no longer dispersed in aliphatics.<br><br>Example 2<br><br>Preparation of CdSe. A second route to the production of CdSe core replaces the phosphine chalcogenide precursors in Example 1 with (TMS)2Se. The smallest (˜12 Å) CdSe species are produced under milder conditions with injection and growth carried out at ˜100° C. The product was further treated as described in Example 1.<br><br>Example 3<br><br>Preparation of (CdSe)ZnS. Nearly monodisperse CdSe quantum dots ranging from 23 Å to 55 Å in diameter were synthesized and purified via size-selective precipitation as described in Example 1.<br><br>A flask containing 5 g of TOPO was heated to 190° C. under vacuum for several hours then cooled to 60° C. after which 0.5 mL trioctylphosphine (TOP) was added.<br><br>Roughly 0.1-0.4 µmols of CdSe dots dispersed in hexane were transferred into the reaction vessel via syringe and the solvent was pumped off. | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| Diethyl zinc (ZnEt2) and hexamethyldisilathiane ((TMS)2S) were used as the Zn and S precursors, respectively. The amounts of Zn and S precursors needed to grow a ZnS shell of desired thickness for each CdSe sample were determined as follows: First, the average radius of the CdSe dots was estimated from TEM or SAXS measurements. Next, the ratio of ZnS to CdSe necessary to form a shell of desired thickness was calculated based on the ratio of the shell volume to that of the core assuming a spherical core and shell and taking into account the bulk lattice parameters of CdSe and ZnS. For larger particles the ratio of Zn to Cd necessary to achieve the same thickness shell is less than for the smaller dots. The actual amount of ZnS that grows onto the CdSe cores was generally less than the amount added due to incomplete reaction of the precursors and to loss of some material on the walls of the flask during the addition.<br><br>Equimolar amounts of the precursors were dissolved in 2-4 mL TOP inside an inert atmosphere glove box. The precursor solution was loaded into a syringe and transferred to an addition funnel attached to the reaction flask. The reaction flask containing CdSe dots dispersed in TOPO and TOP was heated under an atmosphere of N2. The temperature at which the precursors were added ranged from 140° C. for 23 Å diameter dots to 220° C. for 55 Å diameter dots. When the desired temperature was reached the Zn and S precursors were added dropwise to the vigorously stirring reaction mixture over a period of 5-10 minutes.<br><br>After the addition was complete the mixture was cooled to 90° C. and left stirring for several hours. Butanol (5 mL) was added | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| to the mixture to prevent the TOPO from solidifying upon cooling to room temperature. The overcoated particles were stored in their growth solution to ensure that the surface of the dots remained passivated with TOPO. They were later recovered in powder form by precipitating with methanol and redispersing into a variety of solvents including hexane, chloroform, toluene, THF and pyridine.<br><br>In some cases, the as-grown CdSe crystallites were judged to be sufficiently monodisperse that no size-selective precipitation was performed. Once these CdSe particles had grown to the desired size, the temperature of the reaction flask was lowered and the Zn and S precursors were added dropwise to form the overcapping.<br><br>Optical Characterization. UV-Visible absorption spectra were acquired on an HP 8452 diode array spectrophotometer. Dilute solutions of dots in hexane were placed in 1 cm quartz cuvettes and their absorption and corresponding florescence were measured. The photoluminescence spectra were taken on a SPEX Fluorolog-2 spectrometer in front face collection mode. The room temperature quantum yields were determined by comparing the integrated emission of the dots in solution to the emission of a solution of rhodamine 590 or rhodamine 640 of identical optical density at the excitation wavelength.")<br><br>**Extrinsic Evidence**<br>• Murray Decl. at Section VI.D. | |

5.      **"layer"**

   '524 Patent (Claims 1, 6, 14)
   '363 Patent (Claims 1, 9)
   '621 Patent (Claims 1, 4, 15)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "a composition distinct from its surrounding environment." | **Defendant's Proposal:**<br>"a single thickness, coating, or stratum covering a surface" |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed construction is case-dispositive.  That is, even if the Court were to adopt Defendant's proposed construction, factual issues would remain with respect to non-infringement and/or invalidity.<br><br>Plaintiffs and Defendant propose to construe this term.  Plaintiffs did so because Defendant's Invalidity Contentions pursuant to Pat. L.R. 3-3 allege that this term is indefinite.  (QDV Invalidity Contentions at 312).  In its claim construction submissions pursuant to Pat. L.R. 4-2 and 4-3, however, Defendant has not alleged indefiniteness for this term.  Nonetheless, Plaintiffs believe that their proposal would dispose of any indefiniteness challenges on the basis of this term. | **Defendant's Impact Statement**<br>Defendant's construction is the plain meaning of layer, as confirmed by multiple dictionaries and supported by the specification. Defendant's construction would establish non-infringement of claims 1, 2, 3, 6, and 14 of the '524 Patent, claims 1, 2, and 9 of the '363 Patent, and claims 1, 4, and 15 of the '621 Patent. |
| **Intrinsic Evidence**<br><br>'524 Patent at Figs. 1A-1G; '363 Patent at Figs. 1A-1G; '621 | **Extrinsic Evidence**<br>"layer . . . a single thickness, coat, fold, or stratum"  (Webster's New World College Dictionary, 3d ed. (1997)).<br>"layer . . . one thickness, course, or fold laid or lying over or under |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| Patent at Figs. 1A-1G;<br><br><br><br>FIG. 1A | another . . . stratum" (Merriam-Webster's Collegiate Dictionary, 10th ed. (1996)).<br><br>"layer . . . a thickness of some material laid on or spread over a surface" (Random House Webster's Unabridged Dictionary, 2d ed. (1997)).<br><br>"layer . . . A single thickness of a material covering a surface or forming an overlying part of segment" (American Heritage College Dictionary, 3d ed. (1997)).<br><br>"layer . . . A single thickness, coating, or stratum spread out or covering a surface" (Webster's II New College Dictionary, 3d ed. (2005)).<br><br>"layer . . . one thickness, course, or fold laid or lying over or under another" (Merriam-Webster's Collegiate Dictionary, 11th ed. (2014)).<br><br>"layer . . . a single thickness, coat, fold, or stratum" (Webster's New World College Dictionary, 5th ed. (2016)).<br><br>"layer . . . A single thickness of a material covering a surface or forming an overlying part or segment" (American Heritage Dictionary of the English Language, 4th ed. (2006)).<br><br>**Intrinsic Evidence**<br><br>"U.S. Pat. No. 5,537,000 to Alivisatos et al. describes an electroluminescent device having an electron transport layer of semiconductor nanocrystals. The device has a hole injection layer, a hole transport layer, the nanocrystal electron transport layer, and |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
|  | an electron injection layer. Device output color is controlled by voltage as well as nanocrystal size and type. A flat panel display is produced from an array of the electroluminescent devices." ('524 patent at 2:23-30; '363 patent at 2:11-18; '621 patent at 2:11-18.)<br><br>"The invention is a multi-color electronic display which utilizes arrays of luminescent semiconductor nanocrystals for pixel elements. Each pixel or addressable color element is formed of a number of suitably sized nanocrystals to produce a desired color. While the display can be based on the three primary colors, red, green and blue, greater flexibility in using many more different colors by selecting suitably sized nanocrystals to produce different colors is possible. In addition to the pixel array formed of the nanocrystals, the display includes a pixel addressing (including optical pumping) system. In one illustrative embodiment, a backlight source with a pixelated array of elements is used. In a second illustrative embodiment, a liquid crystal modulator is used to modulate a backlight. In a third illustrative embodiment, a modulated laser is raster scanned over the pixel array. Light of a single wavelength can be used to excite the nanocrystals of all colors. Ultraviolet or blue light sources are preferred. If UV backlight is used, all the pixels contain the appropriate sized nanocrystals; however, if blue excitation is used, then the blue pixels can contain no nanocrystals and merely pass the backlight directly. A long-pass filter having the appropriate wavelength typically covers the pixel array." ('524 patent at 2:37-58; '363 patent at 2:25-46; '621 patent at 2:25-46.)<br><br>"FIGS. 1A-G are simplified cross-sectional views of different embodiments of an optically pumped luminescent semiconductor nanocrystal based electronic display with three types of pixel |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  FIG. 1D<br><br>FIG. 1E | addressing systems." ('524 patent at 2:62-65; '363 patent at 2:50-54; '621 patent at 2:50-53.)<br><br>"As used herein, the term pixel refers to an independently addressable single color element, i.e. a group of red emitting nanocrystals which form a red color element on the display are referred to as a red pixel. The term pixel could be used to describe a combined element including a color element of each of the colors, e.g. a pixel with red, green and blue dots or subpixel elements. However, since each of the color elements must be separately addressable, it is simpler to refer to each color element as a pixel." ('524 patent at 3:30-38; '363 patent at 3:18-26; '621 patent at 3:18-26.)<br><br>"Instead of using color filters as in conventional LCDs, the screen "dots" are made of luminescent semiconductor nanocrystals. Each R, G, or B pixel, for example, contains single-sized, very high quantum-yield, very stable, core-shell nanocrystals with a very narrow emission spectrum (approx. 20-40 nm) in the red, green or blue. The nanocrystals can be deposited on a glass or other transparent panel by various techniques, e.g. by direct printing by ink-jet technology, or by chemical bonding through specific glass and nanocrystal surface derivitization and patterning techniques, or by embedding nanocrystals in a polymer film and then patterning. Nanocrystals can also be dissolved in a liquid. Pixelation in this case is achieved by etching micro-wells into the panel and sealing individual size nanocrystals in solution into different wells. The concentration/optical density of nanocrystals in each dot is optimized such that the excitation light is efficiently absorbed to provide bright emission from the nanocrystals with minimal reabsorption." ('524 patent at 3:59-4:9; '363 patent at |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| 

FIG. 1F

FIG. 1G

'524 Patent at 2:1-4; '363 Patent at 1:54-59; '621 Patent at 1:56-59 ("Nanocrystals are capable of emitting electromagnetic radiation upon excitation. The color of the emitted light depends on the size of the crystal and the material. The larger the crystal, the more red the output, and the wider the emission | 3:47-64; '621 patent at 3:47-64.)

"Illustrative embodiments of an optically pumped luminescent semiconductor nanocrystal based display (showing three pixels), with three different pixel addressing systems, are shown in FIGS. 1A-G. The electronic displays 10 a-f of FIGS. 1A-F include a plurality or array 12 of nanocrystals 14, 18, 22 which form a plurality of pixels 16, 20, 24 of different colors. As shown the plurality or array 12 of nanocrystals include a group of red light emitting nanocrystals 14 which form a red pixel 16, a group of green light emitting nanocrystals 18 which form a green pixel 20, and a group of blue light emitting nanocrystals 22, which form a blue pixel 24. Display 10 g of FIG. 1G has a blue pixel 24 without nanocrystals. While an electronic display based on the three primary colors RGB is illustrated, the nanocrystal approach provides great flexibility in using virtually any number of different of colors since the colors can easily be obtained by selecting the proper sized nanocrystals to produce a desired color. The nanocrystal array 12 may be sandwiched between a glass or other transparent plate 26 and long-pass filter 28 (FIGS. 1A, D, E, F). The nanocrystals can be deposited, as solids or even in a liquid medium, on glass panel 26 in a number of different ways, including but not limited to the exemplary techniques described above. Alternately, the nanocrystal array 12 and plate 26 can be reversed (FIG. 1B, G), or plate 26 can be omitted (FIG. 1C), or filter 28 can be omitted (FIG. 1G)."  ('524 patent at 4:10-34; '363 patent at 3:65-4:22; '621 patent at 3:65-4:22.)

"While the nanocrystal array 12 is similar in the display embodiments 10 a-g of FIGS. 1A-G, the pixel addressing systems (including optical pumping sources) 40 a-c are of three different |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| band.") | types. In FIG. 1A, backlight source 30 a is formed of a plurality or array of addressable or individually and independently operable source elements 42 a, b, c which correspond to an associated pixel 16, 20, 24 respectively. The source elements 42 a, b, c are typically UV or blue LEDs or semiconductor lasers (the schematic representations include associated electronics). As source elements 42 a, b, c are turned on and off, the associated pixels 16, 20, 24 are turned on and off, producing a color display. To avoid diffraction effects, backlight source 30 a should be as close to nanocrystal array as possible, i.e. contacting panel 26 (distance D=0)." ('524 patent at 4:35-48; '363 patent at 4:23-36; '621 patent at 4:23-36.) |
| '524 Patent at 2:23-30; '363 Patent at 2:11-18; '621 Patent at 2:11-18 ("U.S. Pat. No. 5,537,000 to Alivisatos et al. describes an electroluminescent device having an electron transport layer of semiconductor nanocrystals. The device has a hole injection layer, a hole transport layer, the nanocrystal electron transport layer, and an electron injection layer. Device output color is controlled by voltage as well as nanocrystal size and type. A flat panel display is produced from an array of the electroluminescent devices.") | |
| '524 Patent at 2:37-44; '363 Patent at 2:25-34; '621 Patent at 2:25-33 ("The invention is a multi-color electronic display which utilizes arrays of luminescent semiconductor nanocrystals for pixel elements. Each pixel or addressable color element is formed of a number of suitably sized nanocrystals to produce a desired color. While the display can be based on the three primary colors, red, green and blue, greater flexibility in using many more different colors by selecting suitably sized nanocrystals to produce different colors is possible.") | "Variations in displays using addressing system 40 a are shown in FIGS. 1B, C. In FIG. 1A, backlight source 30 a is separated from nanocrystal array 12 by plate 26. In order to get array 12 even closer to source 30 a to reduce diffraction effects, array 12 and plate 26 can be reversed, as shown in FIG. 1B. Display 10 b has array 12 deposited on plate 26, but backlight source 30 a is up against the array 12 side of plate 26 instead of the opposite side. Since array 12 is in contact with backlight source 30 a, it may be possible to deposit array 12 directly on source 30 a, and omit plate 26 altogether, to from display 10 c, as shown in FIG. 1C." ('524 patent at 4:49-59; '363 patent at 4:37-47; '621 patent at 4:37-47.) |
| '524 Patent at 2:62-65; '363 Patent at 2:49-53; '621 Patent at 2:49-53 ("FIGS. 1A-G are simplified cross-sectional views of different embodiments of an optically pumped luminescent semiconductor nanocrystal based electronic display with three types of pixel addressing systems.") | |
| '524 Patent at 3:30-38; '363 Patent at 3:18-26; '621 Patent at 3:18-26 ("As used herein, the term pixel refers to an independently addressable single color element, i.e. a group of | "In FIG. 1D, display 10 d has an addressing system 40 b in which backlight source 30 b is a single source. Light from backlight source 30 b is modulated by a liquid crystal modulator 44 positioned between source 30 b and nanocrystal array 12. Light from backlight source 30 b, which is typically an ultraviolet or blue light source, passes through polarizer 34 into the liquid |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| red emitting nanocrystals which form a red color element on the display are referred to as a red pixel. The term pixel could be used to describe a combined element including a color element of each of the colors, e.g. a pixel with red, green and blue dots or subpixel elements. However, since each of the color elements must be separately addressable, it is simpler to refer to each color element as a pixel.")<br><br>'524 Patent at 3:59-4:6; '363 Patent at 3:47-61; '621 Patent at 3:47-61("Instead of using color filters as in conventional LCDs, the screen "dots" are made of luminescent semiconductor nanocrystals. Each R, G, or B pixel, for example, contains single-sized, very high quantum-yield, very stable, core-shell nanocrystals with a very narrow emission spectrum (approx. 20-40 nm) in the red, green or blue. The nanocrystals can be deposited on a glass or other transparent panel by various techniques, e.g. by direct printing by ink-jet technology, or by chemical bonding through specific glass and nanocrystal surface derivitization and patterning techniques, or by embedding nanocrystals in a polymer film and then patterning. Nanocrystals can also be dissolved in a liquid. Pixelation in this case is achieved by etching micro-wells into the panel and sealing individual size nanocrystals in solution into different wells.")<br><br>'524 Patent at 4:10-34; '363 Patent at 3:65-4:22; '621 Patent at 3:65-4:23 ("Illustrative embodiments of an optically pumped luminescent semiconductor nanocrystal based display (showing three pixels), with three different pixel addressing systems, are shown in FIGS. 1A-G. The electronic displays 10 a-f of FIGS. 1A-F include a plurality or array 12 of nanocrystals 14, 18, 22 | crystal 32. Liquid crystal 32 is modulated by electrical signals applied on contacts 36 on opposed faces thereof, to produce the appropriate patterns of excitation signals to excite the nanocrystal array 12. The modulated excitation light from the liquid crystal 32 passes through an analyzer 38 which is a polarizer with its axis orthogonal to that of polarizer 34 and through glass plate 26 into the nanocrystal array 12. When the part of liquid crystal 32 which corresponds to a pixel is off, light passing through polarizer 34 is blocked by analyzer 38. When the liquid crystal 32 is turned on, the liquid crystal rotates the polarization of the light passing through so that the light is passed by analyzer 38 to array 12 to excite the pixel. If source 30 b is polarized, then polarizer 34 can be omitted. The position of array 12 and plate 26 can also be reversed as in FIG. 1B. FIG. 1E shows a display 10 e which is similar to 10 d. Backlight 30 b is a slab or waveguide 46 which is end pumped by pump source 48 and emits light along a lateral side."  ('524 patent at 4:60-5:16; '363 patent at 4:48-5:4; '621 patent at 4:48-5:4.)<br><br>"In FIG. 1F, the optical pumping source (addressing system) 40 c of display 10 f is a single laser 30 c which can be modulated and raster scanned across the nanocrystal array 12. Thus as the output beam of laser 30 c sweeps across the nanocrystal array 12 in a pattern, the output beam is turned on and off depending on whether a particular pixel 16, 20, 24 is to be on or off during that particular scanning cycle."  ('524 patent at 5:17-23; '363 patent at 5:5-11; '621 patent at 5:5-11.)<br><br>"FIG. 1G shows a display 10 g which is similar to display 10 b, but which utilizes the excitation scheme of FIG. 2B. Blue pixel 24 is formed as an open space without nanocrystals and passes blue |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| which form a plurality of pixels 16, 20, 24 of different colors. As shown the plurality or array 12 of nanocrystals include a group of red light emitting nanocrystals 14 which form a red pixel 16, a group of green light emitting nanocrystals 18 which form a green pixel 20, and a group of blue light emitting nanocrystals 22, which form a blue pixel 24. Display 10 g of FIG. 1G has a blue pixel 24 without nanocrystals. While an electronic display based on the three primary colors RGB is illustrated, the nanocrystal approach provides great flexibility in using virtually any number of different of colors since the colors can easily be obtained by selecting the proper sized nanocrystals to produce a desired color. The nanocrystal array 12 may be sandwiched between a glass or other transparent plate 26 and long-pass filter 28 (FIGS. 1A, D, E, F). The nanocrystals can be deposited, as solids or even in a liquid medium, on glass panel 26 in a number of different ways, including but not limited to the exemplary techniques described above. Alternately, the nanocrystal array 12 and plate 26 can be reversed (FIG. 1B, G), or plate 26 can be omitted (FIG. 1C), or filter 28 can be omitted (FIG. 1G).")<br><br>'524 Patent at 4:49-59; '363 Patent at 4:37-47; '621 Patent at 4:37-47 ("Variations in displays using addressing system 40 a are shown in FIGS. 1B, C. In FIG. 1A, backlight source 30 a is separated from nanocrystal array 12 by plate 26. In order to get array 12 even closer to source 30 a to reduce diffraction effects, array 12 and plate 26 can be reversed, as shown in FIG. 1B. Display 10 b has array 12 deposited on plate 26, but backlight source 30 a is up against the array 12 side of plate 26 instead of the opposite side. Since array 12 is in contact with backlight source 30 a, it may be possible to deposit array 12 directly on | light from source 30 a. No filter 28 is required over the blue pixels." ('524 patent at 5:24-28; '363 patent at 5:12-16; '621 patent at 5:12-16.)<br><br>"wherein said layer of quantum dots is positioned between said optical pumping source and said transparent plate" ('524 patent at Claims 1, 14).<br><br>"wherein the layer of quantum dots comprises a plurality of nanocrystals embedded in a polymer film" ('524 patent at Claims 8, 23).<br><br>"wherein the layer of quantum dots is positioned on the optical pumping source" ('524 patent at Claims 11, 26).<br><br>"wherein said layer of red core/shell nanocrystals and green core/shell nanocrystals is positioned between said optical pumping source and said transparent plate" ('363 patent at Claims 1, 9).<br><br>"such that said layer of quantum dots is positioned between said optical pumping source and said transparent plate" ('621 patent at Claims 1, 15).<br><br>"such that subsequent to placing said transparent plate on said layer of quantum dots, said long pass filter is located between layer of quantum dots and the transparent plate" ('621 patent at Claims 3, 17).<br><br>"wherein the layer of quantum dots is in the form of a polymer film comprising a plurality of quantum dots embedded therein" ('621 patent at Claims 4, 18). |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| source 30 a, and omit plate 26 altogether, to from display 10 c, as shown in FIG. 1C.") <br><br> '524 Patent at 4:60-64; '363 Patent at 4:47-52; '621 Patent at 4:48-52 ("In FIG. 1D, display 10 d has an addressing system 40 b in which backlight source 30 b is a single source. Light from backlight source 30 b is modulated by a liquid crystal modulator 44 positioned between source 30 b and nanocrystal array 12.") <br><br> '524 Patent at 5:2-6; '363 Patent at 4:57-61; '621 Patent at 4:57-61 ("The modulated excitation light from the liquid crystal 32 passes through an analyzer 38 which is a polarizer with its axis orthogonal to that of polarizer 34 and through glass plate 26 into the nanocrystal array 12.") <br><br> '524 Patent at 5:12-13; '363 Patent at 4:67-5:1; '621 Patent at 4:67-5:1 ("The position of array 12 and plate 26 can also be reversed as in FIG. 1B.") <br><br> **Extrinsic Evidence** <br> • Murray Decl. at Section VI.B. |  <br> FIG. 1A |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| |  |

FIG. 1B

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  |  FIG. 1C |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| | <br><br>FIG. 1D |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| |  FIG. 1E |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| |  FIG. 1F |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| |  FIG. 1G ('524 patent at FIGs. 1A-1G; '363 patent at FIGs. 1A-1G; '621 patent at FIGs. 1A-1G.) "Applicants submit that the specification shows with respect to Figure 1 C that the nanocrystal array 12 can be positioned to abut against the backlight source 30a. The specification also specifically states the following at page 7, second paragraph of the specification: Variations in displays using addressing system 40a are shown in FIGS. 1B, C. In FIG. 1A, backlight source 30a is separated from nanocrystal array 12 by plate 26. In order to get array 12 even closer to source 30a to reduce diffraction effects, array 12 and plate 26 can be reversed, as shown in FIG. IB. Display 10b has |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| | array 12 deposited on plate 26, but backlight source 30a is up against the array 12 side of plate 26 instead of the opposite side. Since array 12 is in contact with backlight source 30a, it may be possible to deposit array 12 directly on source 30a, and omit plate 26 altogether, to from display 10c, as shown in FIG. 1C. (Emphasis added.)<br><br>In this case, when the liquid crystal modulator 44 is added to the device as shown in Figures 1D and 1E, then the layer of nanocrystals would be positioned between the LCM and the backlight source as it would be positioned on the backlight source. See also Figure 1G. Accordingly, claim 2I complies with 35 U.S.C. 112, first paragraph."  (13/211,664 File History, Aug. 21, 2012 Response to Office Action, pp. 5-6.)<br><br>"One or ordinary skill in the art would have concluded that the introduction of a liquid crystal modulator, as shown in FIGS. 1D-1E, to the embodiments described at paragraph [0022] and shown in FIG. 1B-1C, would result in a layer of quantum dots positioned between the optical pumping source and the liquid crystal modulator. See paragraph 8 of Schlamp Declaration. Moreover, one of ordinary skill in the art would have further concluded that the disclosed advantages of positioning the array of quantum dots closer to the optical pumping source, i.e. to reduce diffraction effects, would still hold true upon introduction of the liquid crystal modulator. See id. As such, the disclosure as filed provides at least implicit support for "wherein said layer of quantum dots is positioned between said optical pumping source and liquid crystal modulator," and the disclosure as filed thus conveys with reasonable clarity to those skilled in the art that Applicants were in possession of the claimed invention." |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| | (13/211,664 File History, Feb. 8, 2013 Response to Office Action, pp. 4-5.)<br><br>"The purpose is to provide an improved fluorescent device in which "the color" can be easily modified. (summary, col. 3, lines 3, 7). The fluorescent screen has a fluorescent layer "containing a plurality of particles, each quantum confined by a size dictated by a specific desired color" (col. 3. lines 15-19). The screen is made by "providing a plurality of particles each quantum confined by a size dictated by a specific desired color" and "fixedly depositing the plurality of particles on a surface of the supporting substrate in a fluorescent layer." (col. 3, lines 22-30)"  (09/324,149 File History, June 19, 2003 Response to Office Action, p. 3.)<br><br>"As indicated by this passage and referring to FIG. 2 of Jaskie, particles 26 are "spread" over the surface of a substrate using a solution including the particles 26. The formed layer 24 is then dried. As illustrated by the cross-sectional view in FIG. 2, the particles 26 are somewhat randomly oriented in the layer 24 and are not arranged in a pixel array as in embodiments of the invention (compare FIG. 2 of Jaskie with the Figures in the present application). Jaskie discloses only one manufacturing process for his fluorescent screen. and that process clearly does not result in "an array of semiconductor nanocrystals forming a pixel array of different colors" as recited in independent claim 1." (09/324,149 File History, June 18, 2004 Response to Office Action, p. 9.) |

6.      **"no greater than about [60/40/37] nm"**

'229 Patent (Claims 1, 10)
'112 Patent (Claims 1, 28)
'113 Patent (Claims 1, 8)

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "no greater than approximately [60/40/37] nm." | **Defendant's Proposal:**<br>Indefinite |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed constructions are case-dispositive.  That is, even if the Court were to adopt Defendant's proposed constructions, factual issues would remain with respect to non-infringement and/or invalidity.<br><br>Plaintiffs believe, however, that their proposals for the "about" terms ("about a 10% rms deviation"; "in the range of about 20 Å to about 125 Å"; "no greater than about [60/40/37] nm"; "about 2 nm/3nm") would dispose of Defendant's allegations of indefiniteness under 35 U.S.C. § 112/2 as to claims 1, 7, 10, 11 of the '229 Patent; claims 1, 9, 28 of the '112 Patent; claims 1, 7, 8, 15 of the '113 Patent; claims 10, 12 of the '901 Patent; claim 21 of the '359 Patent; and claim 34 of the '153 Patent. | **Defendant's Impact Statement**<br><br>Determining that this claim term is indefinite would invalidate claims 1, 5, 6, 7, 10 and 11 of the '229 patent, claims 1, 9, 11, 22, 23, and 28 of the '112 patent and claims 1, 7, 8 and 15 of the '113 patent. |
| **Intrinsic Evidence**<br>• '229 Patent at Figs. 1-5; '112 Patent at Figs. 1-5; '113 Patent at Figs. 1-5 | **Intrinsic Evidence**<br><br>"In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X═S, Se, Te; and an |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  | overcoating of ZnY, where Y=S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å." ('901 patent at 2:47-58, '229 patent at 2:38-49. '112 patent at 2:59-3:2, '113 patent at 2:59-3:2)<br><br>"When capped quantum dots of the invention are illuminated with a primary light source, a secondary emission of light occurs of a frequency that corresponds to the band gap of the semiconductor material used in the quantum dot. As previously discussed, the band gap is a function of the size of the nanocrystallite. As a result of the narrow size distribution of the capped nanocrystallites of the invention, the illuminated quantum dots emit light of a narrow spectral range resulting in high purity light. Spectral emissions in a narrow range of no greater than about 60 nm, preferably 40 nm and most preferably 30 nm at full width half max (FWHM) are observed." ('901 patent at 4:24-35, '229 patent at 4:13-24. '112 patent at 4:23-33, '113 patent at 4:23-33)<br><br>"A method of preparing a coated nanocrystal capable of light emission, comprising: introducing a substantially monodisperse core population, wherein each member of the core population comprises a first semiconductor material, and a precursor capable of thermal conversion into a second semiconductor material into a coordinating solvent, the monodisperse core population, when irradiated, emits light in a spectral range of no greater than about 60 nm full width half max (FWHM), wherein the coordinating |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| FIG. 3<br><br>FIG. 4 | solvent is maintained at a temperature sufficient to convert the precursor into the second semiconductor material yet insufficient to substantially alter the monodispersity of the core population, wherein the second semiconductor material has a band gap greater than the first semiconductor material, and whereby an overcoating of the second semiconductor material is formed on a member of the core population." ('229 patent, claim 1)<br><br>"The method of claim 1, wherein the spectral range is no greater than about 40 nm FWHM." ('229 patent, claim 10)<br><br>"A method of producing a population of coated nanocrystals that exhibit photoluminescence having a quantum yield of greater than about 30%, comprising: providing a substantially monodisperse first population of semiconductor nanocrystal cores made from a first semiconductor material and a precursor capable of thermal conversion into a second semiconductor material different from the first semiconductor material in a coordinating solvent; and maintaining the coordinating solvent at a temperature sufficient to convert the precursor into the second semiconductor material as an overcoating on the first semiconductor material yet otherwise insufficient to substantially alter the monodisperse first population of semiconductor nanocrystal cores; wherein the plurality of coated nanocrystals emit light in a spectral range of no greater than about 40 nm full width at half max (FWHM) when irradiated." ('112 patent, claim 1)<br><br>"A method of producing a population of coated nanocrystals that exhibit photoluminescence having a quantum yield of about 30% or greater, comprising: providing a substantially monodisperse first population of semiconductor nanocrystal cores made from a |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| 

'229 Patent at 2:36-49; '112 Patent at 2:57-3:2; '113 Patent at 2:57-3:2 ("SUMMARY OF THE INVENTION

In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X=S, Se, Te; and an overcoating of Zn Y, where Y=S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å.")

'229 Patent at 3:39-62 ("BRIEF DESCRIPTION OF THE DRAWING

The file of this patent contains at least one drawing executed in | first semiconductor material; and overcoating a second semiconductor material different from the first semiconductor material onto the first semiconductor material, wherein overcoating does not substantially alter the monodispersity of the first population of semiconductor nanocrystal cores; wherein the plurality of coated nanocrystals emit light in a spectral range of no greater than about 40 nm full width at half max (FWHM) when irradiated." ('112 patent, claim 28)

"A monodisperse population of nanocrystals comprising: a plurality of nanocrystal particles, wherein each particle includes a core including a first semiconductor material and an overcoating including a second semiconductor material deposited on the core; wherein the first semiconductor material and the second semiconductor material are different; wherein the monodisperse population emits light in a spectral range of no greater than about 37 nm full width at half max (FWHM); and wherein the monodisperse population exhibits photoluminescence having a quantum yield of greater than 30%." ('113 patent, claim 1)

"A monodisperse population of nanocrystals comprising: a plurality of nanocrystal particles, wherein each particle includes a core including a first semiconductor material selected from CdS, CdSe, and CdTe, and an overcoating including a second semiconductor material selected from ZnS, CdS, and CdSe deposited on the core; wherein the first semiconductor material and the second semiconductor material are different; wherein the monodisperse population emits light in a spectral range of no greater than about 37 nm full width at half max (FWHM)." ('113 patent, claim 8) |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| color. Copies of this patent with color drawing(s) will be provided by the Patent and Trademark Office upon request and payment of the necessary fee.<br><br>The invention is described with reference to the figures, which are presented for the purpose of illustration only, and in which:<br><br>FIG. 1 shows the absorption spectra of CdSe dots with diameters measuring (a) 23 Å, (b) 42 Å, (c) 48 Å and (d) 55 Å before (dashed lines) and after (solid lines) overcoating with 1-2 monolayers of ZnS<br><br>FIG. 2 shows the room temperature photoluminescence (PL) spectra of the samples of FIG. 1 before (dashed lines) and after (solid lines) overcoating with ZnS;<br><br>FIG. 3 is a color photograph which illustrates the wide spectral range of luminescence from and color purity of the (CdSe)ZnS composite quantum dots of the present invention;<br><br>FIG. 4 shows the progression of the absorption spectra for (CdSe)ZnS quantum dots with ZnS coverages of approximately 0, 0.65, 1.3, 2.6 and 5.3 monolayers; and<br><br>FIG. 5 shows the evolution of the PL for ˜40 Å diameter (CdSe)ZnS dots of FIG. 4 with varying ZnS coverage,")<br><br>'229 Patent at 4:13-25; '112 Patent at 4:23-33; '113 Patent at 4:23-33 ("When capped quantum dots of the invention are illuminated with a primary light source, a secondary emission of light occurs of a frequency that corresponds to the band gap of the semiconductor material used in the quantum dot. As | **Extrinsic Evidence**<br>N/A |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| previously discussed, the band gap is a function of the size of the nanocrystallite. As a result of the narrow size distribution of the capped nanocrystallites of the invention, the illuminated quantum dots emit light of a narrow spectral range resulting in high purity light. Spectral emissions in a narrow range of no greater than about 60 nm, preferably 40 nm and most preferably 30 nm at full width half max (FWHM) are observed.")<br><br>'113 Patent at 3:59-4:5; '112 Patent at 3:59-4:5  ("BRIEF DESCRIPTION OF THE DRAWING<br><br>FIG. 1 shows the absorption spectra of CdSe dots with diameters measuring (a) 23 Å, (b) 42 Å, (c) 48 Å and (d) 55 Å before (dashed lines) and after (solid lines) overcoating with 1-2 monolayers of ZnS<br><br>FIG. 2 shows the room temperature photoluminescence (PL) spectra of the samples of FIG. 1 before (dashed lines) and after (solid lines) overcoating with ZnS;<br><br>FIG. 3 shows the progression of the absorption spectra for (CdSe)ZnS quantum dots with ZnS coverages of approximately 0, 0.65, 1.3, 2.6 and 5.3 monolayers; and<br><br>FIG. 4 shows the evolution of the PL for ˜40 Å diameter (CdSe)ZnS dots of FIG. 3 with varying ZnS coverage.")<br><br>Plaintiffs intend to rely on the prosecution history as a whole to demonstrate that, throughout prosecution, the applicants' use of this term and the PTO's understanding of it, confirm that a POSITA would have reasonable certainty about the scope of | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| this term.<br><br>**Extrinsic Evidence**<br><br>U.S. Patent No. 9,139,435 at 9:54-10:2 (NAN50000403-18) ("the metal precursor and the chalcogenide react to form quantum dots of metal and chalcogenide having a peak absorbance between about 420 nm and about 480 nm. According to one aspect, the quantum dots of peak absorbance between about 420 nm and about 480 nm are formed rapidly upon combination of the metal precursor and the chalcogenide in the reaction vessel. According to one aspect, the metal precursor is in a reaction vessel in a liquid medium at a temperature of above about 200° C. The secondary phosphine chalcogenide or secondary phosphine chalcogenide precursor or oxygen-treated tertiary phosphine chalcogenide is rapidly added to the reaction vessel and the liquid medium whereupon quantum dots including the metal and the chalcogenide of peak absorbance between about 420 nm and about 480 nm are formed upon the rapid addition of the chalcogenide.")<br><br>U.S. Patent No. 9,139,435 at 12:49-61 (NAN50000403-18) ("For example, an exemplary first absorbance peak for a CdSe nucleated nanocrystal may be between about 420 nm and 480 nm. According to one aspect, CdSe quantum dots having a first absorbance peak between about 420 nm and 480 nm are formed within about 0.5 seconds to about 10 seconds after injection of the chalcogenide into the solvent including the metal precursor. According to one aspect, CdSe quantum dots having a first absorbance peak between about 420 nm and 480 nm are formed within about 1 second seconds to about 8 seconds, within about | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| 1 second to about 5 seconds or immediately after injection of the chalcogenide into the solvent including the metal precursor.")<br><br>U.S. Patent No. 9,139,435 at 15:28-30 (NAN50000403-18) ("An example of an overcoating process is described, for example, in U.S. Pat. No. 6,322,901 incorporated herein in its entirety by reference.")<br><br>U.S. Patent No. 9,139,435 at 18:25-35 (NAN50000403-18) ("The population can be monodisperse and preferably exhibits less than a 15% rms (root-mean-square) deviation in diameter of such quantum dots, more preferably less than 10%, most preferably less than 5%. Spectral emissions in a narrow range of no greater than about 75 nm, preferably no greater than about 60 nm, more preferably no greater than about 40 nm, and most preferably no greater than about 30 nm full width at half max (FWHM) for such quantum dots that emit in the visible can be observed.")<br><br>U.S. Patent No. 9,303,153 at 18:38-44 (NAN500000228-48) ("Spectral emissions in a narrow range of no greater than about 75 nm, preferably 60 nm, more preferably 40 nm, and most preferably 30 nm full width at half max (FWHM) for such nanoparticles that emit in the visible can be observed.")<br><br>• Murray Decl. at Section VI.G.ii. | |

7.   **"having a quantum yield [of] greater than about [30%/40%]" /**
     **"about a 10% rms deviation"**

'229 Patent (Claim 11)
'112 Patent (Claims 1[1], 9)
'901 Patent (Claim 10)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary,<br><br>"having a ratio of photons emitted to photos absorbed greater than approximately [30%/40%]."<br><br>"approximately a 10 % root mean square deviation." | **Defendant's Proposal:**<br>Indefinite |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed constructions are case-dispositive.  That is, even if the Court were to adopt Defendant's proposed constructions, factual issues would remain with respect to non-infringement and/or invalidity.<br><br>Plaintiffs believe, however, that their proposals for the "about" terms ("about a 10% rms deviation"; "in the range of about 20 Å to about 125 Å"; "no greater than about [60/40/37] nm"; "about 2 nm/3nm") would dispose of Defendant's allegations of | **Defendant's Impact Statement**<br><br>Determining that this claim term is indefinite would invalidate claims 11 of the '229 patent, claims 1, 9, 11, 22 and 23 of the '112 patent, and claims 10, 12, 18, 19, 22 and 23 of the '901 patent. |

---

[1] Plaintiffs do not concede that the preamble in Claim 1 of the '112 Patent (or in any other claim) is a limitation.  *See Pitney Bowes, Inc. v. Hewlett-Packard Co.*, 182 F.3d 1298, 1305 (Fed. Cir. 1999). ("If the claim preamble, when read in the context of the entire claim, recites limitations of the claim, or, if the claim preamble is 'necessary to give life, meaning, and vitality' to the claim, then the claim preamble should be construed as if in the balance of the claim.")

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| indefiniteness under 35 U.S.C. § 112/2 as to claims 1, 7, 10, 11 of the '229 Patent; claims 1, 9, 28 of the '112 Patent; claims 1, 7, 8, 15 of the '113 Patent; claims 10, 12 of the '901 Patent; claim 21 of the '359 Patent; and claim 34 of the '153 Patent. | |
| **Intrinsic Evidence**<br><br>'901 Patent at Figs 1-5; '229 Patent at Figs. 1-5; '112 Patent at Figs. 1-4;<br><br><br>FIG.1 | **Intrinsic Evidence**<br><br>"In other embodiments of the invention, the coated nanocrystal is characterized in that the nanocrystal exhibits less than a 10% and preferably less than 5%, rms deviation in diameter of the core. The nanocrystal preferably exhibits photoluminescence having quantum yields of greater than 30%, and most preferably in the range of about 30 to 50%." ('901 patent at 2:59-64, '229 patent at 2:50-55, '112 patent at 3:3-8, '113 patent at 3:3-8)<br><br>"The present invention is directed to the preparation of a series of room temperature, highly luminescent ZnS-capped CdSe ((CdSe)ZnS) nanocrystallites having a narrow particle size distribution. Nanocrystallites of the present invention exhibit high quantum yields greater than about 30% and preferably in the range of about 30-50% and a narrow band edge luminescence spanning most of the visible spectrum from 470 nm to 625 nm. The core of the nanocrystallites is substantially monodisperse. By monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended particles have substantially identical size and shape. For the purposes of the present invention, monodisperse particles deviate less than 10% in rms diameter in the core, and preferably less than 5% in the core." ('901 patent at 4:10-23, '229 patent at 3:66-4:12, '112 patent at 4:9-22, '113 patent at 4:9-22)<br><br>"The method is described for a (CdSe)ZnS quantum dot, but it is |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  | understood that the method may be applied in the preparation of a variety of known semiconductor materials. The first step of a two step procedure for the synthesis of (CdSe)ZnS quantum dots involves the preparation of nearly monodisperse CdSe nanocrystallites. The particles range in size from about 23 Å to about 55 Å with a particle size distribution of about 5-10%. These dots are referred to as "bare" dots. The CdSe dots are obtained using a high temperature colloidal growth process, followed by size selective precipitation."  ('901 patent at 4:50-60, '229 patent at 4:40-50, '112 patent at 4:47-56, '113 patent at 4:47-56)<br><br>"The evolution of the PL for the same ~40Å diameter CdSe dots with ZnS coverage is displayed in FIG. 4. As the coverage of ZnS on the CdSe surface increases one observes a dramatic increase in the fluorescence quantum yield followed by a steady decline after ˜1.3 monolayers of ZnS. The spectra are red shifted (slightly more than the shift in the absorption spectra) and show an increased broadening at higher coverages. The inset to FIG. 4 charts the evolution of the quantum yield for these dots as a function of the ZnS shell thickness. For this particular sample, the quantum yield started at 15% for the bare TOPO capped CdSe dots and increased with the addition of ZnS approaching a maximum value of 50% at approximately ˜1.3 monolayer coverage. At higher coverages, the quantum yield began to decrease steadily until it reached a value of about 30% at about 5 monolayers coverage."  ('901 patent at 8:30-44, '229 patent at 8:20-35. '112 patent at 8:26-38, '113 patent at 8:26-38)<br><br>"A coated nanocrystal capable of light emission, comprising: a core comprising a first semiconductor material, said core being a member of a monodisperse particle population; and an overcoating |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
|  | uniformly deposited on the core comprising a second semiconductor material, wherein the first semiconductor material and the second semiconductor material are the same or different, and wherein the monodisperse particle population is characterized in that it exhibits no more than about a 10% rms deviation in the diameter of the core." ('901 patent, claim 10)<br><br>"The method of claim 1, wherein the coated nanocrystal exhibits photoluminescence having a quantum yield of greater than about 30%." ('229 patent, claim 11)<br><br>"A method of producing a population of coated nanocrystals that exhibit photoluminescence having a quantum yield of greater than about 30%, comprising: providing a substantially monodisperse first population of semiconductor nanocrystal cores made from a first semiconductor material and a precursor capable of thermal conversion into a second semiconductor material different from the first semiconductor material in a coordinating solvent; and maintaining the coordinating solvent at a temperature sufficient to convert the precursor into the second semiconductor material as an overcoating on the first semiconductor material yet otherwise insufficient to substantially alter the monodisperse first population of semiconductor nanocrystal cores; wherein the plurality of coated nanocrystals emit light in a spectral range of no greater than about 40 nm full width at half max (FWHM) when irradiated." ('112 patent, claim 1)<br><br>"The method of claim 1, wherein the plurality of coated nanocrystals exhibit photoluminescence having a quantum yield greater than about 40%." ('112 patent, claim 9) |

'901 Patent at 1:24-2:64; '229 Patent at 1:15-2:55; '112 Patent at 1:41-3:8 (Semiconductor nanocrystallites (quantum dots) whose radii are smaller than the bulk exciton Bohr radius constitute a

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| class of materials intermediate between molecular and bulk forms of matter. Quantum confinement of both the electron and hole in all three dimensions leads to an increase in the effective band gap of the material with decreasing crystallite size. Consequently, both the optical absorption and emission of quantum dots shift to the blue (higher energies) as the size of the dots gets smaller.<br><br>Bawendi and co-workers have described a method of preparing monodisperse semiconductor nanocrystallites by pyrolysis of organometallic reagents injected into a hot coordinating solvent (J. Am. Chem. Soc., 115:8706 (1993)). This permits temporally discrete nucleation and results in the controlled growth of macroscopic quantities of nanocrystallites. Size selective precipitation of the crystallites from the growth solution provides crystallites with narrow size distributions. The narrow size distribution of the quantum dots allows the possibility of light emission in very narrow spectral widths.<br><br>Although semiconductor nanocrystallites prepared as described by Bawendi and co-workers exhibit near monodispersity, and hence, high color selectivity, the luminescence properties of the crystallites are poor. Such crystallites exhibit low photoluminescent yield, that is, the light emitted upon irradiation is of low intensity. This is due to energy levels at the surface of the crystallite which lie within the energetically forbidden gap of the bulk interior. These surface energy states act as traps for electrons and holes which degrade the luminescence properties of the material.<br><br>In an effort to improve photoluminescent yield of the quantum | "A method of producing a population of coated nanocrystals that exhibit photoluminescence having a quantum yield of about 30% or greater, comprising: providing a substantially monodisperse first population of semiconductor nanocrystal cores made from a first semiconductor material; and overcoating a second semiconductor material different from the first semiconductor material onto the first semiconductor material, wherein overcoating does not substantially alter the monodispersity of the first population of semiconductor nanocrystal cores; wherein the plurality of coated nanocrystals emit light in a spectral range of no greater than about 40 nm full width at half max (FWHM) when irradiated." ('112 patent, claim 28)<br><br>"A monodisperse population of nanocrystals comprising: a plurality of nanocrystal particles, wherein each particle includes a core including a first semiconductor material and an overcoating including a second semiconductor material deposited on the core; wherein the first semiconductor material and the second semiconductor material are different; wherein the monodisperse population emits light in a spectral range of no greater than about 37 nm full width at half max (FWHM); and wherein the monodisperse population exhibits photoluminescence having a quantum yield of greater than 30%." ('113 patent, claim 1)<br><br>**Extrinsic Evidence**<br>N/A |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| dots, the nanocrystallite surface has been passivated by reaction of the surface atoms of the quantum dots with organic passivating ligands, so as to eliminate forbidden energy levels. Such passivation produces an atomically abrupt increase in the chemical potential at the interface of the semiconductor and passivating layer (See, A. P. Alivisatos, J. Phys. Chem. 100:13226 (1996)). Bawendi et al. (J. Am. Chem. Soc., 115:8706 (1993)) describe CdSe nanocrystallites capped with organic moieties such as tri-n-octyl phosphine (TOP) and tri-n-octyl phosphine oxide (TOPO) with quantum yields of around 5-10%.<br><br>Passivation of quantum dots using inorganic materials also has been reported. Particles passivated with an inorganic coating are more robust than organically passivated dots and have greater tolerance to processing conditions necessary for their incorporation into devices. Previously reported inorganically passivated quantum dot structures include CdS-capped CdSe and CdSe-capped CdS (Tian et al., J. Phys. Chem. 100:8927 (1996)); ZnS grown on CdS (Youn et al., J. Phys. Chem. 92:6320 (1988)); ZnS on CdSe and the inverse structure (Kortan et al., J. Am. Chem. Soc. 112:1327 (1990)); and SiO2 on Si (Wilson et al., Science 262:1242 (1993)). These reported quantum dots exhibit very low quantum efficiency and hence are not commercially useful in light emitting applications.<br><br>M. A. Hines and P. Guyot-Sionnest report the preparation of ZnS-capped CdSe nanocrystallites which exhibited a significant improvement in luminescence yields of up to 50% quantum yield at room temperature (J. Phys. Chem. 100:468 (1996)). However, the quality of the emitted light remained unacceptable | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| because of the large size distribution (12-15% rms) of the core of the resulting capped nanocrystallites. The large size distribution resulted in light emission over a wide spectral range. In addition, the reported preparation method does not allow control of the particle size obtained from the process and hence does not allow control of color.<br><br>Danek et al. report the electronic and chemical passivation of CdSe nanocrystals with a ZnSe overlayer (Chem. Materials 8:173 (1996)). Although it might be expected that such ZnSe-capped CdSe nanocrystallites would exhibit as good as or better quantum yield than the ZnS analogue due to the better unit cell matching of ZnSe, in fact, the resulting material showed only disappointing improvements in quantum efficiency ($\leqq$0.4% quantum yield).<br><br>Thus there remains a need for semiconductor nanocrystallites capable of light emission with high quantum efficiencies throughout the visible spectrum, which possess a narrow particle size (and hence with narrow photoluminescence spectral range).<br><br>It is the object of the invention to provide semiconductor nanocrystallites which overcome the limitations of the prior art and which exhibit high quantum yields with photoluminescence emissions of high spectral purity.<br><br>SUMMARY OF THE INVENTION<br><br>In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| selected from the group consisting of CdX, where X=S, Se, Te; and an overcoating of ZnY, where Y=S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å.<br><br>In other embodiments of the invention, the coated nanocrystal is characterized in that the nanocrystal exhibits less than a 10% and preferably less than 5%, rms deviation in diameter of the core. The nanocrystal preferably exhibits photoluminescence having quantum yields of greater than 30%, and most preferably in the range of about 30 to 50%.")<br><br>'901 Patent at 3:48-4:5; '112 Patent at 3:59-4:5; '229 Patent at 47-63 (FIG. 1 shows the absorption spectra of CdSe dots with diameters measuring (a) 23 Å, (b) 42 Å, (c) 48 Å and (d) 55 Å before (dashed lines) and after (solid lines) overcoating with 1-2 monolayers of ZnS<br><br>FIG. 2 shows the room temperature photoluminescence (PL) spectra of the samples of FIG. 1 before (dashed lines) and after (solid lines) overcoating with ZnS;<br><br>FIG. 3 is a color photograph which illustrates the wide spectral range of luminescence from and color purity of the (CdSe)ZnS composite quantum dots of the present invention; | |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| FIG. 4 shows the progression of the absorption spectra for (CdSe)ZnS quantum dots with ZnS coverages of approximately 0, 0.65, 1.3, 2.6 and 5.3 monolayers; and<br><br>FIG. 5 shows the evolution of the PL for ˜40 Å diameter (CdSe)ZnS dots of FIG. 4 with varying ZnS coverage,)<br><br>'901 Patent at 4:6-49; '229 Patent at 3:64-4:38; '112 Patent at 4:7-46 (The present invention is directed to the preparation of a series of room temperature, highly luminescent ZnS-capped CdSe ((CdSe)ZnS) nanocrystallites having a narrow particle size distribution. Nanocrystallites of the present invention exhibit high quantum yields greater than about 30% and preferably in the range of about 30-50% and a narrow band edge luminescence spanning most of the visible spectrum from 470 nm to 625 nm. The core of the nanocrystallites is substantially monodisperse. By monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended particles have substantially identical size and shape. For the purposes of the present invention, monodisperse particles deviate less than 10% in rms diameter in the core, and preferably less than 5% in the core.<br><br>When capped quantum dots of the invention are illuminated with a primary light source, a secondary emission of light occurs of a frequency that corresponds to the band gap of the semiconductor material used in the quantum dot. As previously discussed, the band gap is a function of the size of the nanocrystallite. As a result of the narrow size distribution of the capped nanocrystallites of the invention, the illuminated quantum dots emit light of a narrow spectral range resulting in | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| high purity light. Spectral emissions in a narrow range of no greater than about 60 nm, preferably 40 nm and most preferably 30 nm at full width half max (FWHM) are observed.<br><br>The present invention also is directed to a method of making capped quantum dots with a narrow particle size distribution. The capped quantum dots of the invention may be produced using a two step synthesis in which a size selected nanocrystallite is first synthesized and then overcoated with a passivation layer of a preselected thickness. In preferred embodiments, processing parameters such as reaction temperature, extent of monodispersity and layer thickness may be monitored during crystal growth and overcoating to provide a coated quantum dot of narrow particle size distribution, high spectral purity and high quantum efficiency. "Quantum yield" as that term is used herein, means the ratio of photons emitted to that absorbed, e.g., the photoluminescence quantum yield.)<br><br>'901 Patent at 7:51-8:11; '229 Patent at 7:41-67; '112 Patent at 7:45-8:6 (FIG. 2 shows the room temperature photoluminescence spectra (PL) of the samples shown in FIG. 1 before (dashed lines) and after (solid lines) overcoating with ZnS. The PL quantum yield increases from 5-15% for bare dots to values ranging from 30% to 50% for dots passivated with ZnS. The PL spectra are much more intense due to their higher quantum yield of (a) 40%, (b) 50%, (c) 35% and (d) 30%, respectively. The quantum yield reaches a maximum value with the addition of approximately 1.3 monolayers of ZnS. A decrease in quantum yields at higher ZnS coverages may be due to the formation of defects in the ZnS shell. | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| FIG. 3 is a color photograph which demonstrates the wide spectral range of luminescence from the (CdSe)ZnS composite quantum dots of the present invention. The photograph shows six different samples of ZnS overcoated CdSe dots dispersed in dilute hexane solutions and placed in identical quartz cuvettes. The samples were irradiated with 356 nm ultraviolet light form a uv lamp in order to observe luminescence from all solutions at once. As the size of the CdSe core increased, the color of the luminescence shows a continuous progression from the blue through the green, yellow, orange to red. Their PL peaks occur at (going from right to left in FIG. 3) (a) 470 nm, (b) 480 nm, (c) 520 nm, (d) 560 nm, (e) 594 nm and (f) 620 nm. In contrast, in the smallest sizes of bare TOPO-capped dots, the color of the PL is normally dominated by broad deep trap emissions and appears as faint white light.)<br><br>'901 Patent at 8:30-44; '229 Patent at 8:20-35; '112 Patent at 8:26-41 ("The evolution of the PL for the same ˜40 Å diameter CdSe dots with ZnS coverage is displayed in FIG. 5. As the coverage of ZnS on the CdSe surface increases one observes a dramatic increase in the fluorescence quantum yield followed by a steady decline after ˜1.3 monolayers of ZnS. The spectra are red shifted (slightly more than the shift in the absorption spectra) and show an increased broadening at higher coverages. The inset to FIG. 5 charts the evolution of the quantum yield for these dots as a function of the ZnS shell thickness. For this particular sample, the quantum yield started at 15% for the bare TOPO capped CdSe dots and increased with the addition of ZnS approaching a maximum value of 50% at approximately ˜1.3 monolayer coverage. At higher coverages, the quantum yield began to decrease steadily until it reached a value of about | |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| 30% at about 5 monolayers coverage.")<br><br>'901 Patent at 10:64-11:7; '229 Patent at 10:57-67; '112 Patent at 10:60-11:3 ("Optical Characterization. UV-Visible absorption spectra were acquired on an HP 8452 diode array spectrophotometer. Dilute solutions of dots in hexane were placed in 1 cm quartz cuvettes and their absorption and corresponding florescence were measured. The photoluminescence spectra were taken on a SPEX Fluorolog-2 spectrometer in front face collection mode. The room temperature quantum yields were determined by comparing the integrated emission of the dots in solution to the emission of a solution of rhodamine 590 or rhodamine 640 of identical optical density at the excitation wavelength.")<br><br>Plaintiffs intend to rely on the prosecution history as a whole to demonstrate that, throughout prosecution, the applicants' use of this term and the PTO's understanding of it, confirm that a POSITA would have reasonable certainty about the scope of this term.<br><br>**Extrinsic Evidence**<br><br>U.S. Patent No. 9,276,168 at 9:45-57 (NAN500000197-227) ("In certain of such embodiments, color conversion material preferably has a thickness of less than about 10 microns, and more preferably less than one micron.<br><br>In certain embodiments, a color conversion material includes quantum dots distributed in a host material. In certain of such embodiments, for example, including about 2-3 weight percent | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| quantum dots based on the weight of the host material, color conversion material preferably has a thickness of less than about 100 microns, and more preferably less than 70 microns. In certain embodiments, the thickness can be in a range from about 40-70 or 50-60 microns.") | |
| U.S. Patent No. 9,276,168 at 17:9-14 (NAN500000197-227) ("In certain embodiments, a color conversion layer includes an amount QDs per area effective to preferably achieve greater than or equal to about 70%, more preferably greater than or equal to about 80%, and most preferably greater than or equal to about 90%, absorption.") | |
| U.S. Patent No. 9,276,168 at 20:28-34 (NAN500000197-227) ("In certain embodiments, a semiconductor shell material for the Cd-based QD cores material comprises ZnS due to its large band gap leading to maximum exciton confinement in the core. The lattice mismatch between CdSe and ZnS is about 12%. The presence of Zn doped into the CdSe decreases this mismatch to some degree, while the lattice mismatch between CdZnS and ZnS is minimal.") | |
| U.S. Patent No. 9,276,168 at 21:2-9 (NAN500000197-227) ("The lattice mismatch between GaP and ZnS is less than 1%, while the lattice mismatch between InP and ZnS is about 8%, so doping of Ga into the InP will reduce this mismatch.") | |
| U.S. Patent No. 9,276,168 at 29:32-38 (NAN500000197-227) ("The effect is similar to transitioning more gradually from CdSe to CdS to ZnS (the lattice mismatch between CdSe and CdS is about 4% and that between CdS and ZnS about 8%), | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| which provides for more uniform and thicker shells and therefore better QD core surface passivation and higher quantum efficiencies.")<br><br>U.S. Patent No. 9,276,168 at 29:44-48 (NAN500000197-227) ("The lattice mismatch between GaP and ZnS is less than 1%, while the lattice mismatch between InP and ZnS is about 8%, so doping of Ga into the InP will reduce this mismatch.")<br><br>U.S. Patent No. 9,139,435 at 15:28-30 (NAN50000403-18) ("An example of an overcoating process is described, for example, in U.S. Pat. No. 6,322,901 incorporated herein in its entirety by reference.")<br><br>Murray Decl. at Section VI.G.iii. | |

8.    **"in the range of about 20 Å to about 125 Å"**

'901 Patent (Claim 12)
'229 Patent (Claim 7)
'113 Patent (Claims 7, 15)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "in the range of approximately 20 Å to about 125 Å." | **Defendant's Proposal:**<br>Indefinite |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed constructions are case-dispositive.  That is, even if the Court were to adopt Defendant's proposed constructions, factual issues would remain with respect to non-infringement and/or invalidity.<br><br>Plaintiffs believe, however, that their proposals for the "about" terms ("about a 10% rms deviation"; "in the range of about 20 Å to about 125 Å"; "no greater than about [60/40/37] nm"; "about 2 nm/3nm") would dispose of Defendant's allegations of indefiniteness under 35 U.S.C. § 112/2 as to claims 1, 7, 10, 11 of the '229 Patent; claims 1, 9, 28 of the '112 Patent; claims 1, 7, 8, 15 of the '113 Patent; claims 10, 12 of the '901 Patent; claim 21 of the '359 Patent; and claim 34 of the '153 Patent. | **Defendant's Impact Statement**<br><br>Determining that this claim term is indefinite would invalidate claim 12 of the '901 patent, claim 7 of the ''229 patent and claims 7 and 15 of the '113 patent. |
| **Intrinsic Evidence**<br><br>'901 Patent at 2:45-58; '229 Patent at 2:36-49; '113 Patent at 2:57-3:2; '112 Patent at 2:57-3:2 ("SUMMARY OF THE | **Intrinsic Evidence**<br><br>"In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X═S, Se, Te; and an |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| INVENTION<br><br>In one aspect of the invention, a coated nanocrystal capable of light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X=S, Se, Te; and an overcoating of ZnY, where Y=S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å.")<br><br>Plaintiffs intend to rely on the prosecution history as a whole to demonstrate that, throughout prosecution, the applicants' use of this term and the PTO's understanding of it, confirm that a POSITA would have reasonable certainty about the scope of this term.<br><br>**Extrinsic Evidence**<br><br>U.S. Patent No. 9,136,426 at 20:22-35 (NAN50000177-96) ("A quantum dot can have an average particle size in a range from about 1 to about 1000 nanometers (nm), and preferably in a range from about 1 to about 100 nm. In certain embodiments, quantum dots have an average particle size in a range from about 1 to about 20 nm (e.g., such as about 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, or 20 nm). In certain embodiments, quantum dots have an average particle size in a range from about 1 to about 10 nm. Quantum dots can have an | overcoating of ZnY, where Y=S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å." ('901 patent at 2:47-58, '229 patent at 2:38-49. '112 patent at 2:59-3:2, '113 patent at 2:59-3:2)<br><br> "The method is described for a (CdSe)ZnS quantum dot, but it is understood that the method may be applied in the preparation of a variety of known semiconductor materials. The first step of a two step procedure for the synthesis of (CdSe)ZnS quantum dots involves the preparation of nearly monodisperse CdSe nanocrystallites. The particles range in size from about 23 Å to about 55 Å with a particle size distribution of about 5-10%. These dots are referred to as "bare" dots. The CdSe dots are obtained using a high temperature colloidal growth process, followed by size selective precipitation."  ('901 patent at 4:50-60, '229 patent at 4:39-50. '112 patent at 4:47-56, '113 patent at 4:47-56)<br><br>"Next, the CdSe particles are overcoated by introducing a solution containing zinc and sulfur precursors in a coordinating solvent (e.g., TOP) into a suspension of CdSe nanocrystallites at the desired temperature. The temperature at which the dots are overcoated is related to the quality of the resultant composite particle. Overcoating the CdSe particles at relatively higher temperatures may cause the CdSe seed crystals to begin to grow via Ostwald ripening and deterioration of the size distribution of the particles leading to broader spectral line widths. Overcoating |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| average diameter less than about 150 Angstroms (Å). In certain embodiments, quantum dots having an average diameter in a range from about 12 to about 150 Å can be particularly desirable. However, depending upon the composition, structure, and desired emission wavelength of the quantum dot, the average diameter may be outside of these ranges.")<br><br>U.S. Patent No. 9,136,426 at 20:43-49 (NAN50000177-96) ("Preferably, a quantum dot comprises a semiconductor nanocrystal. In certain embodiments, a semiconductor nanocrystal has an average particle size in a range from about 1 to about 20 nm, and preferably from about 1 to about 10 nm. However, depending upon the composition, structure, and desired emission wavelength of the quantum dot, the average diameter may be outside of these ranges.")<br><br>U.S. Patent No. 9,139,435 at 13:66-14:15 (NAN50000403-18) ("Quantum dots of the present invention may be between about 2.2 nm and about 2.6 nm in diameter. In general, quantum dots according to the present disclosure can have an average particle size in a range from about 1 to about 1000 nanometers (nm), and preferably in a range from about 1 to about 100 nm. In certain embodiments, quantum dots have an average particle size in a range from about 1 to about 20 nm (e.g., such as about 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, or 20 nm). In certain embodiments, quantum dots have an average particle size in a range from about 1 nm to about 20 nm or about 1 nm to about 10 nm. Quantum dots can have an average diameter less than about 150 Angstroms (Å). In certain embodiments, quantum dots having an average diameter in a range from about 12 to about 150 Å can be particularly | the particles at relatively low temperatures could lead to incomplete decomposition of the precursors or to reduced crystallinity of the ZnS shell. An ideal growth temperature may be determined for each CdSe core size to ensure that the size distribution of the cores remains constant and that shells with a high degree of crystallinity are formed. In preferred embodiments, CdSe crystallites are overcoated using diethyl zinc and hexamethyldisilathiane as the zinc and sulfur precursors. CdSe crystallites having a diameter in the range of about 23 Å -30 Å are overcoated at a temperature in the range of about 135-145º C., and preferably about 140 º C. Similarly, nanocrystallites having a diameter of about 35 Å, 40 Å, 48 Å, and 55 Å, respectively, are overcoated at a temperature of about 155-165º C., and preferably about 160º C., 175-185º C. and preferably about 180º C., about 195-205º C., and preferably about 200º C., and about 215-225º C., and preferably about 220º C., respectively. The actual temperature ranges may vary, dependent upon the relative stability of the precursors and the crystallite core and overlayer composition. These temperature ranges may need to be modified 10-20° C., depending upon the relative stability of the precursors. For example, when the more stable trialkyl phosphine chalcogenides (like TOPSe) are used, higher temperatures are employed. The resulting (CdSe)ZnS composite particles are also passivated with TOPO/TOP on their outermost surface." ('901 patent at 6:26-61, '229 patent at 6:16-51. '112 patent at 6:22-56, '113 patent at 6:22-56)<br><br>**Extrinsic Evidence**<br>N/A |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| desirable. However, depending upon the composition, structure, and desired emission wavelength of the quantum dot, the average diameter may be outside of these ranges.")<br><br>U.S. Patent No. 9,303,153 at 1:57-60 (NAN500000228-48) ("In certain embodiments, the particles have at least one dimension in the range from about 0.01 μm to about 100 μm. In certain embodiments, the particle has at least one dimension in the range from about 0.01 μm to about 50 μm.")<br><br>U.S. Patent No. 9,303,153 at 8:58-9:11 (NAN500000228-48) ("In certain embodiments, a particle can have a size in a range from about 0.01 to about 100 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 80 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 60 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 50 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 40 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 20 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 10 microns. In certain embodiments, a particle can have a size in a range from about 0.5 to about 50 microns. In certain embodiments, a particle can have a size in a range from about 0.5 to about 30 microns. In certain embodiments, a particle can have a size in a range from about 0.5 to about 20 microns. Particles in accordance with certain embodiments of the invention that are micron sized can facilitate inclusion of nanoparticles in formulations, other compositions, processes, and applications, while avoiding the handling of nano-sized | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| materials.") <br><br> U.S. Patent No. 9,303,153 at 13:56-67 (NAN500000228-48) ("In certain embodiments, nanoparticles have an average particle size in a range from about 1 to about 1000 nanometers (nm), and preferably in a range from about 1 to about 100 nm. In certain embodiments, nanoparticles have an average particle size in a range from about 1 to about 20 nm. In certain embodiments, nanoparticles have an average particle size in a range from about 1 to about 10 nm.") <br><br> U.S. Patent No. 9,303,153 at 15:1-20 (NAN500000228-48) ("The shell can be a semiconductor material having a composition that is the same as or different from the composition of the core. The shell comprises an overcoat of a semiconductor material on a surface of the core semiconductor nanocrystal can include a Group IV element, a Group II-VI compound, a Group II-V compound, a Group III-VI compound, a Group III-V compound, a Group IV-VI compound, a Group I-III-VI compound, a Group II-IV-VI compound, a Group II-IV-V compound, alloys including any of the foregoing, and/or mixtures including any of the foregoing, including ternary and quaternary mixtures or alloys. Examples include, but are not limited to, ZnO, ZnS, ZnSe, ZnTe, CdO, CdS, CdSe, CdTe, MgS, MgSe, GaAs, GaN, GaP, GaSe, GaSb, HgO, HgS, HgSe, HgTe, InAs, InN, InP, InSb, AlAs, AlN, AlP, AlSb, TlN, TlP, TlAs, TlSb, PbO, PbS, PbSe, PbTe, Ge, Si, an alloy including any of the foregoing, and/or a mixture including any of the foregoing. For example, ZnS, ZnSe or CdS overcoatings can be grown on CdSe or CdTe semiconductor nanocrystals. An overcoating process is described, for example, in U.S. Pat. No. |  |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| 6,322,901. ") <br><br> U.S. Patent No. 9,303,153 at claim 2 (NAN500000228-48) ("2. A formulation in accordance with claim 1 wherein the particle has at least one dimension in the range from about 0.01 μm to about 100 μm.") <br><br> • Murray Decl. at Section VI.G.i. | |

9.     "about 3 nm" / "about 2 nm"

   '359 Patent (Claim 21)
   '153 Patent (Claim 34)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "approximately 3 nm / approximately 2 nm." | **Defendant's Proposal:**<br>Indefinite |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed constructions are case-dispositive.  That is, even if the Court were to adopt Defendant's proposed constructions, factual issues would remain with respect to non-infringement and/or invalidity.<br><br>Plaintiffs believe, however, that their proposals for the "about" terms ("about a 10% rms deviation"; "in the range of about 20 Å to about 125 Å"; "no greater than about [60/40/37] nm"; "about 2 nm/3nm") would dispose of Defendant's allegations of indefiniteness under 35 U.S.C. § 112/2 as to claims 1, 7, 10, 11 of the '229 Patent; claims 1, 9, 28 of the '112 Patent; claims 1, 7, 8, 15 of the '113 Patent; claims 10, 12 of the '901 Patent; claim 21 of the '359 Patent; and claim 34 of the '153 Patent. | **Defendant's Impact Statement**<br>Determining that this claim term is indefinite would invalidate claim 21 of the '359 patent and claim 45 of the '153 patent. |
| **Intrinsic Evidence**<br>• '359 Patent at 7:60-8:2; '153 Patent at 8:1-10 ("In one embodiment, the nanocrystals are used in a core/shell configuration wherein a first semiconductor nanocrystal forms a core ranging in diameter, for example, from about 20 Å to about 100 Å, with a shell of another semiconductor nanocrystal | **Intrinsic Evidence**<br><br>"By use of the terms "nanometer crystal" or "nanocrystal" herein is meant an organic or inorganic crystal particle, preferably a single crystal particle, having an average cross-section no larger than about 20 nanometers (nm) or 20×10−9 meters (200 |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| material grown over the core nanocrystal to a thickness of, for example, 1-10 monolayers in thickness. When, for example, a 1-10 monolayer thick shell of CdS is epitaxially grown over a core of CdSe, there is a dramatic increase in the room temperature photoluminescence quantum yield.")<br><br>'359 Patent at 8:31-45; '153 Patent at 8:36-50 ("Furthermore, the frequency or wavelength of the narrow wavelength band of light emitted from the semiconductor nanocrystal may be further selected according to the physical properties, such as size, of the semiconductor nanocrystal. The wavelength band of light emitted by the semiconductor nanocrystal, formed using the above embodiment, may be determined by either (1) the size of the core, or (2) the size of the core and the size of the shell, depending on the composition of the core and shell of the semiconductor nanocrystal. For example, a nanocrystal composed of a 3 nm core of CdSe and a 2 nm thick shell of CdS will emit a narrow wavelength band of light with a peak intensity wavelength of 600 nm. In contrast, a nanocrystal composed of a 3 nm core of CdSe and a 2 nm thick shell of ZnS will emit a narrow wavelength band of light with a peak intensity wavelength of 560 nm.")<br><br>Plaintiffs intend to rely on the prosecution history as a whole to demonstrate that, throughout prosecution, the applicants' use of this term and the PTO's understanding of it, confirm that a POSITA would have reasonable certainty about the scope of this term. | Angstroms), preferably no larger than about 10 nm (100 Angstroms) and a minimum average cross-section of about 1 nm, although in some instances a smaller average cross-section nanocrystal, i.e., down to about 0.5 nm (5 Angstroms), may be acceptable. Typically the nanocrystal will have an average cross-section ranging in size from about 1 nm (10 Angstroms) to about 10 nm (100 angstroms)."  ('359 patent at 5:22-32; '153 patent at 5:23-33.)<br><br>"By use of the term "a narrow wavelength band", with regard to the electromagnetic radiation emission of the semiconductor nanocrystal, is meant a wavelength band of emissions not exceeding about 40 nm, and preferably not exceeding about 20 nm in width and symmetric about the center, in contrast to the emission bandwidth of about 100 nm for a typical dye molecule, with a red tail which may extend the band width out as much as another 100 nm. It should be noted that the bandwidths referred to are determined from measurement of the width of the emissions at half peak height (FWHM), and are appropriate in the range of 200 nm to 2000 nm." ('359 patent at 6:4-15; '153 patent at 6:7-19.)<br><br>"The use of the term "small molecule" as used herein (for either an affinity molecule or a detectable substance) is any atom or molecule, inorganic or organic, including biomolecules, having a molecular weight below about 10.000 daltons (grams/mole)." ('359 patent at 6:48-52; '153 patent at 6:53-57.)<br><br>"In one embodiment, the nanocrystals are used in a core/shell configuration wherein a first semiconductor nanocrystal forms a core ranging in diameter, for example, from about 20 Å to about 100 Å, with a shell of another semiconductor nanocrystal material |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| **Extrinsic Evidence**<br><br>U.S. Patent No. 9,276,168 at 9:45-57 (NAN500000197-227) ("In certain of such embodiments, color conversion material preferably has a thickness of less than about 10 microns, and more preferably less than one micron.<br><br>In certain embodiments, a color conversion material includes quantum dots distributed in a host material. In certain of such embodiments, for example, including about 2-3 weight percent quantum dots based on the weight of the host material, color conversion material preferably has a thickness of less than about 100 microns, and more preferably less than 70 microns. In certain embodiments, the thickness can be in a range from about 40-70 or 50-60 microns.")<br><br>U.S. Patent No. 9,276,168 at 9:67-10:11 (NAN500000197-227) ("In certain embodiments, a feature can have a size in the range from about 100 nm to about 1 micron. Other sized may also be desired based on the application and desired light effect.<br><br>In certain embodiments of films, components, and devices described herein, the conductive material is disposed in a second predetermined arrangement. For example, in certain embodiments a conductive material can be patterned or unpatterned. In patterned embodiments, a feature of the pattern can have a size less than or equal to about 10 cm, less than or equal to about 1 cm, less than or equal to about 1 mm, less than or equal to about 100 microns.")<br><br>U.S. Patent No. 9,276,168 at 25:57-26:3 (NAN500000197-227) ("A quantum dot is a nanometer sized particle, e.g., in the size | grown over the core nanocrystal to a thickness of, for example, 1-10 monolayers in thickness. When, for example, a 1-10 monolayer thick shell of CdS is epitaxially grown over a core of CdSe, there is a dramatic increase in the room temperature photoluminescence quantum yield. Formation of such core/shell nanocrystals is described more fully in a publication by one of us with others entitled "Epitaxial Growth of Highly Luminescent CdSe/CdS Core/Shell Nanocrystals with Photostability and Electronic Accessibility", by Peng, Schlamp, Kadavanich, and Alivisatos, published in the Journal of the American Chemical Society. Volume 119, No. 30, 1997, at pages 7019-7029, the subject matter of which is hereby specifically incorporated herein by reference." ('359 patent at 7:60-8:10; '153 patent at 8:1-17.)<br><br>"The semiconductor nanocrystals used in the invention will have a capability of absorbing radiation over a broad wavelength band. This wavelength band includes the range from gamma radiation to microwave radiation. In addition, these semiconductor nanocrystals will have a capability of emitting radiation within a narrow wavelength band of about 40 nm or less, preferably about 20 nm or less, thus permitting the simultaneous use of a plurality of differently colored semiconductor nanocrystal probes with different semiconductor nanocrystals without overlap (or with a small amount of overlap) in wavelengths of emitted light when exposed to the same energy source. Both the absorption and emission properties of semiconductor nanocrystals may serve as advantages over dye molecules which have narrow wavelength bands of absorption (e.g. about 30-50 nm) and broad wavelength bands of emission (e.g. about 100 nm) and broad tails of emission (e.g. another 100 nm) on the red side of the spectrum. Both of these properties of dyes impair the ability to use a plurality of |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| range of up to about 1000 nm. In certain embodiments, a quantum dot can have a size in the range of up to about 100 nm. In certain embodiments, a quantum dot can have a size in the range up to about 20 nm (such as about 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, or 20 nm). In certain preferred embodiments, a quantum dot can have a size less than 100 Å. In certain preferred embodiments, a nanocrystal has a size in a range from about 1 to about 6 nanometers and more particularly from about 1 to about 5 nanometers. The size of a quantum dot can be determined, for example, by direct transmission electron microscope measurement. Other known techniques can also be used to determine nanocrystal size.")<br><br>U.S. Patent No. 9,136,426 at 17:34-47 (NAN50000177-96) ("The emissive material is preferably included in the device as a layer. In certain embodiments, the emissive layer can comprise one or more layers of the same or different emissive material(s). In certain embodiments, the emissive layer can have a thickness in a range from about 1 nm to about 20 nm. In certain embodiments, the emissive layer can have a thickness in a range from about 1 nm to about 10 nm. In certain embodiments, the emissive layer can have a thickness in a range from about 3 nm to about 6 about nm. In certain embodiments, the emissive layer can have a thickness of about 4 nm. A thickness of 4 nm can be preferred in a device including an electron transport material including a metal oxide. Other thicknesses outside the above examples may also be determined to be useful or desirable.")<br><br>U.S. Patent No. 9,136,426 at 21:7-14 (NAN50000177-96) ("In a core/shell quantum dot, the shell or overcoating may comprise | differently colored dyes when exposed to the same energy source." ('359 patent at 8:11-30; '153 patent at 8:18-35.)<br><br>"When the semiconductor nanocrystal may be coated with a thin layer of glass, the glass, by way of example, may comprise a silica glass (SiOx where x=1-2), having a thickness ranging from about 0.5 nm to about 10 nm, and preferably from about 0.5 nm to about 2 nm." ('359 patent at 10:12-16; '153 patent at 10:18-22.)<br><br>"Another illustration of a spatially proximal energy transfer using the semiconductor nanocrystal probe is as a distance indicator. The strength of the detectable signal, for example, an emission, from a semiconductor nanocrystal probe is a function of the distance (provided that the distance is less than about 1 μm) between the semiconductor nanocrystal probe and the proximal source from which energy is transferred. Therefore, the detectable signal provided by the semiconductor nanocrystal probe may serve as an indicator of the distance between the semiconductor nanocrystal probe and the proximal source from which energy is transferred. A possible application for this is in the ability to determine spatial proximity of individual subunits of a multi-subunit complex within a cell, such as a transcriptional initiation complex, a ribosome, a lipid-lipoprotein complex, etc. For example, a semiconductor nanocrystal probe may bond with a protein subunit of a ribosome, while a RNA subunit of the ribosome may be labeled with a radioactive phosphorous atom, which serves as the proximal source from which energy is transferred (in this illustration, the energy transferred from the proximal source to the semiconductor nanocrystal probe originates from the proximal source). Since the strength of the emission of a detectable signal is a function of the distance between the |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| one or more layers. The overcoating can comprise at least one semiconductor material which is the same as or different from the composition of the core. Preferably, the overcoating has a thickness from about one to about ten monolayers. An overcoating can also have a thickness greater than ten monolayers. In certain embodiments, more than one overcoating can be included on a core.")<br><br>U.S. Patent No. 9,136,426 at 25:51-52 (NAN50000177-96) ("The target thickness of ZnO film was about 50 mm")<br><br>U.S. Patent No. 9,139,435 at 7:7-9 (NAN50000403-18) ("An overcoating layer can have a thickness from about one to about ten monolayers. An overcoating layer can also have a thickness greater than ten monolayers.")<br><br>U.S. Patent No. 9,303,153 at 1:57-60 (NAN500000228-48) ("In certain embodiments, the particles have at least one dimension in the range from about 0.01 μm to about 100 μm. In certain embodiments, the particle has at least one dimension in the range from about 0.01 μm to about 50 μm.")<br><br>U.S. Patent No. 9,303,153 at 8:58-9:11 (NAN500000228-48) ("In certain embodiments, a particle can have a size in a range from about 0.01 to about 100 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 80 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 60 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 50 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 40 microns. | semiconductor nanocrystal probe and the proximal source from which energy is transferred, the signal provided by the semiconductor nanocrystal probe bonded to the protein subunit indicates the approximate distance between the portion of the protein subunit bonded to the semiconductor nanocrystal probe and the portion of the RNA which contains the radioactive phosphorus atom from which the energy is transferred." ('359 patent at 19:47-20:10; '153 patent at 19:51-20:14.)<br><br>"The spatially proximal energy transfer use of the semiconductor nanocrystal probe also may be utilized to detect the occurrence of an event. This event, for example, may cause the source from which energy is transferred to be located spatially proximal to the semiconductor nanocrystal probe. Since the detectable signal is a function of the distance between the proximal source from which energy is transferred and the semiconductor nanocrystal probe, the signal provided by the semiconductor nanocrystal probe may yield information reflective of an event which causes the source to be sufficiently proximal (less than about 10 nm) to enable energy to be transferred from the proximal source to the semiconductor nanocrystal probe. By way of illustration, a semiconductor nanocrystal probe may bond with a thyroid hormone receptor molecule. A thyroid hormone such as thyroxine may be labeled with a radioactive iodine atom, which serves as the source from which energy is transferred. An event which causes the thyroxine to bond to the thyroid hormone receptor will also cause the radioactive iodine atom in the thyroxine to be spatially proximal to the semiconductor nanocrystal probe. Therefore, this bonding event will cause energy to be transferred from the radioactive iodine atom to the semiconductor nanocrystal probe which may provide a detectable signal in response to the energy transfer. The |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| In certain embodiments, a particle can have a size in a range from about 0.01 to about 20 microns. In certain embodiments, a particle can have a size in a range from about 0.01 to about 10 microns. In certain embodiments, a particle can have a size in a range from about 0.5 to about 50 microns. In certain embodiments, a particle can have a size in a range from about 0.5 to about 30 microns. In certain embodiments, a particle can have a size in a range from about 0.5 to about 20 microns. Particles in accordance with certain embodiments of the invention that are micron sized can facilitate inclusion of nanoparticles in formulations, other compositions, processes, and applications, while avoiding the handling of nano-sized materials.")<br><br>U.S. Patent No. 9,303,153 at 13:56-67 (NAN500000228-48) ("In certain embodiments, nanoparticles have an average particle size in a range from about 1 to about 1000 nanometers (nm), and preferably in a range from about 1 to about 100 nm. In certain embodiments, nanoparticles have an average particle size in a range from about 1 to about 20 nm. In certain embodiments, nanoparticles have an average particle size in a range from about 1 to about 10 nm.")<br><br>U.S. Patent No. 9,303,153 at 15:1-20 (NAN500000228-48) ("The shell can be a semiconductor material having a composition that is the same as or different from the composition of the core. The shell comprises an overcoat of a semiconductor material on a surface of the core semiconductor nanocrystal can include a Group IV element, a Group II-VI compound, a Group II-V compound, a Group III-VI compound, a Group III-V compound, a Group IV-VI compound, a Group I-III-VI | detectable response will thus serve as an indicator of the event of thyroxine bonding to the thyroid hormone receptor." ('359 patent at 20:11-36; '153 patent at 20:15-40.)<br><br>"When the excitation of the proximal source arises as a result of energy transferred from a separate energy source (e.g., a laser beam) the energy transfer from the proximal source to the semiconductor nanocrystal probe may be accomplished by FRET, as previously mentioned. Thus, an energy source separate from the proximal source, such as a laser, may excite a proximal source. The proximal source, as a result of relaxing from an excited state, may transfer energy via fluorescence resonance energy transfer to the semiconductor nanocrystal probe when the proximal source is less than about 10 nm from the semiconductor nanocrystal probe. The semiconductor nanocrystal probe may then provide a detectable signal such as electromagnetic radiation in response to the energy transfer from the proximal molecule. An illustration of both the excitation of the proximal molecule by an energy source separate from the proximal energy source and the use of FRET as the pathway of energy transfer from the proximal source to the probe may be derived from the previously described ribosomal example. In contrast to the previous example which used an RNA subunit of the ribosome labeled with a radioactive phosphorus atom as the proximal source, a dye molecule may be attached to the RNA subunit instead of the radioactive phosphorous atom. The proximal source RNA subunit with attached dye molecule may then be excited by a separate source, for example a laser beam. The excited proximal source RNA subunit may transfer energy to a semiconductor nanocrystal probe by way of a non-radiative energy transfer pathway such as FRET, which may provide a detectable signal in response to the energy transferred from the |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| compound, a Group II-IV-VI compound, a Group II-IV-V compound, alloys including any of the foregoing, and/or mixtures including any of the foregoing, including ternary and quaternary mixtures or alloys. Examples include, but are not limited to, ZnO, ZnS, ZnSe, ZnTe, CdO, CdS, CdSe, CdTe, MgS, MgSe, GaAs, GaN, GaP, GaSe, GaSb, HgO, HgS, HgSe, HgTe, InAs, InN, InP, InSb, AlAs, AlN, AlP, AlSb, TlN, TlP, TlAs, TlSb, PbO, PbS, PbSe, PbTe, Ge, Si, an alloy including any of the foregoing, and/or a mixture including any of the foregoing. For example, ZnS, ZnSe or CdS overcoatings can be grown on CdSe or CdTe semiconductor nanocrystals. An overcoating process is described, for example, in U.S. Pat. No. 6,322,901. ")<br><br>U.S. Patent No. 9,303,153 at 15:25-31 (NAN500000228-48) ("The overcoating comprises at least one semiconductor material which is the same as or different from the composition of the core. Preferably, the overcoating has a thickness from about one to about ten monolayers. An overcoating can also have a thickness greater than ten monolayers. In certain embodiments, more than one overcoating can be included on a core.")<br><br>U.S. Patent No. 9,303,153 at claim 2 (NAN500000228-48) ("2. A formulation in accordance with claim 1 wherein the particle has at least one dimension in the range from about 0.01 μm to about 100 μm.")<br><br>Murray Decl. at Section VI.G.iv. | proximal source RNA subunit." ('359 patent at 21:5-34; '153 patent at 21:9-38.)<br><br>"This use of the semiconductor nanocrystal probe to break covalent bonds in the proximal structure may be particularly effective when the energy transferred to the semiconductor nanocrystal probe has a long wavelength which is transparent to the material surrounding the semiconductor nanocrystal probe. For example, a semiconductor nanocrystal probe may be exposed to electromagnetic radiation from a laser which emits at a wavelength of 700 nm (infrared radiation). Materials such as biological materials absorb very little radiation at 700 nm, but a semiconductor nanocrystal probe may absorb radiation at 700 nm. It is common for photolytic cleavages to require ultraviolet radiation for activation. An advantage of the semiconductor nanocrystal probe of the invention is that it may be made to transfer energy corresponding to ultraviolet radiation when exposed to infrared radiation as a result of a process termed two-photon absorption. Two-photon absorption may occur when a semiconductor nanocrystal probe is exposed to radiation in such a way that it simultaneously absorbs two quanta of radiation (i.e., two photons), and the resultant level of excitation of the semiconductor nanocrystal probe is twice as large as the level of excitation the semiconductor nanocrystal probe would have if it had absorbed a single quantum of radiation. By the physical relationship between energy and wavelength of radiation ($E = hc/\lambda$, where E is energy, h and c are constants, and $\lambda$ is wavelength), a level of excitation, corresponding to two quanta of a first type of radiation with a certain wavelength, would correspond to the level of excitation caused by absorption of a single quantum of a second type of radiation with a wavelength half that of the first type of |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
|  | radiation. Thus, if a semiconductor nanocrystal probe simultaneously absorbs two photons with wavelength of 700 nm, the excitation level of the semiconductor nanocrystal probe will be the same as the excitation level of a semiconductor nanocrystal probe which absorbs a single photon with a wavelength of about 350 nm (ultraviolet radiation). A semiconductor nanocrystal probe which has been excited by two-photon absorption may thus transfer energy, for example, by emitting electromagnetic radiation with a shorter wavelength than the wavelength of the radiation to which the semiconductor nanocrystal probe was exposed." ('359 patent at 23:22-61; '153 patent at 23:26-65.)<br><br>"As an illustration of the use of this two-photon absorption, a semiconductor nanocrystal probe, comprising one or more affinity molecules which may specifically bond to one or more detectable substances representative of the presence of a cancerous cell or tissue, may be exposed to radiation from an infrared laser emitting at 700 nm. This semiconductor nanocrystal probe may then be excited by the infrared radiation (through the process of two-photon absorption), and may then emit ultraviolet radiation (which has a shorter wavelength—e.g. about 350 nm). This emitted radiation in the ultraviolet range (or energy transferred by some other process, such as by FRET) may then cause a photolytic cleavage in a proximal structure, which results in a cytotoxic molecule being detached from the proximal structure and acting as a toxin to the cancerous cell or tissue." ('359 patent at 23:62-24:9; '153 patent at 23:66-24:14.)<br><br>"The amount of heat energy transferred to a proximal structure from a semiconductor nanocrystal probe in response to exposure to radiation may be enough to generate a large amount of local |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| | heating due to the high degree of stability and the large extinction coefficients characteristic of nanocrystals. In a specific example of the extent of local heating which may occur, when semiconductor nanocrystals (which emit infrared radiation) are present in a tissue at a concentration of about 0.0001 grams of semiconductor nanocrystals per gram of tissue, and these nanocrystals are exposed to an ultraviolet excitation source (or a two photon absorption source capable of exciting with an ultraviolet excitation energy), the heat energy transferred by these semiconductor nanocrystals over 1,000.000 photocycles (about one second of exposure to a saturating laser) in response to exposure to radiation may cause the tissue to increase in temperature by about 25 EC. This large amount of local heating may be, for example, great enough to kill local cells and tissue; and therefore this use of the semiconductor nanocrystal probe to transfer heat energy may be applied to the treatment of cancerous cells or other nefarious cells and tissues." ('359 patent at 24:45-65; '153 patent at 24:50-25:3.)<br><br>"Prior to using a semiconductor nanocrystal probe in a process comprising exposure of the semiconductor nanocrystal probe to energy, the semiconductor nanocrystal probe may be used as a precursor which may be subjected to further synthetic steps. These further synthetic steps may result in formation of a modified semiconductor nanocrystal probe which has a different affinity molecule than the affinity molecule of the precursor semiconductor nanocrystal probe. For example, a semiconductor nanocrystal probe, having one or more nucleic acid monomers as its affinity molecule portion, may serve as a precursor (primer) in a process for synthesizing DNA in large amounts, such as polymerase chain reaction (PCR); and the final PCR product may be a modified semiconductor nanocrystal probe having an affinity |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| | molecule with a greater number of nucleic acid monomers than the affinity molecule of the precursor semiconductor nanocrystal probe. The synthetic steps to which the semiconductor nanocrystal probe may be subjected include, for example, any method of nucleic acid synthesis (by use of the term, •nucleic acid synthesis• it is meant any enzymatic process of synthesizing nucleic acid strands using nucleic acid monomers). In any such nucleic acid synthesis (including the above PCR case), the precursor semiconductor nanocrystal probe is understood to comprise one or more nucleic acid strands, each comprising a number of nucleic acid monomers sufficient to allow the precursor semiconductor nanocrystal to be used as a primer in a nucleic acid synthesis reaction such as PCR (the nucleic acid strands often having from 1 to about 50 nucleic acid monomers) as the one or more affinity molecules portion of the semiconductor nanocrystal probe. The term "nucleic acid strand" should be understood to include a plurality of single or double stranded ribonucleic acid (RNA) or deoxyribonucleic acid (DNA) molecules or chemical or isotopic derivatives thereof, each molecule comprising two or more nucleic acid monomers. This nucleic acid strand affinity molecule portion may be modified by extending the nucleic acid strands by addition of nucleic acid monomers according to the desired sequence of the nucleic acid synthesis (chains may vary in length from 1 more nucleic acid monomer than the precursor, or primer, to as much as 500,000 nucleic acid monomers, or more if desired). This modified semiconductor nanocrystal probe is understood to have all of the properties and potential uses of any semiconductor nanocrystal probe. That is, the modified semiconductor nanocrystal probe is capable of bonding with one or more detectable substances, and is capable of providing a detectable signal in response to exposure to energy. This may include, for |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| | example, use of the modified semiconductor nanocrystal probe (comprising an affinity molecule with a modified DNA sequence) as a fluorescent marker in a plurality of nucleic acid based assays, including DNA sequencing assays and hybridization assays such as fluorescence in-situ hybridization and comparative genomic hybridization." ('359 patent at 25:21-26:6; '153 patent at 25:26-26:11.)<br><br>"Another advantage of the semiconductor nanocrystal probe (or a semiconductor nanocrystal compound) of the invention is in any process which involves elevated temperatures. As used herein, "elevated temperatures" are understood to include temperatures from room temperature (about 25 EC) up to the temperature at which the particular semiconductor nanocrystal probe undergoes thermal degradation. Typically this may occur at temperatures of about 150 EC or even as low as 100° C. Because of the high degree of thermal stability of the semiconductor nanocrystals, semiconductor nanocrystal probes (or semiconductor nanocrystal compounds) may withstand use at elevated temperatures, including use in processes which comprise thermal cycling steps (i.e., processes which comprise one or more steps in which the temperature is cycled between a low temperature and a high temperature, such as the aforementioned PCR). For example, as discussed above, a precursor semiconductor nanocrystal probe may be used in PCR, which requires multiple steps in which the temperature is cycled between a low temperature (the DNA synthesis step) and a high temperature (the DNA strand separation step). The high temperature of the PCR reaction mixture may be about 95° C. a temperature at which many dye molecules degrade. The thermal stability properties of the semiconductor nanocrystal probe enable it to withstand the thermal cycling of PCR." ('359 |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| | patent at 26:7-31; '153 patent at 26:12-36.)<br><br>**Extrinsic Evidence**<br>None |

10.     "substantially monodisperse" / "substantially alter the monodispersity"

'229 Patent (Claim 1)
'112 Patent (Claims 1, 28)
'337 Patent (Claim 15)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "having substantially identical size and shape."<br><br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "substantially change the substantially identical size and shape." | **Defendant's Proposal:**<br>Indefinite |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed constructions are case-dispositive.  That is, even if the Court were to adopt Defendant's proposed constructions, factual issues would remain with respect to non-infringement and/or invalidity.<br><br>Plaintiffs believe, however, that their proposals for the "substantially" terms ("substantially monodisperse," "substantially alter the monodispersity") would dispose of Defendant's allegations of indefiniteness under 35 U.S.C. § 112/2 as to claim 1 of the '229 Patent; claims 1, 28 of the '112 Patent; claim 15 of the '337 Patent. | **Defendant's Impact Statement**<br>Determining that this claim term is indefinite would invalidate claims 1, 5, 6, 7, 10 and 11 of the '229 patent, claims 1, 9, 11, 22, 23 and 28 of the '′112 patent, and claim 15 of the '337 patent. |
| **Intrinsic Evidence**<br>'229 Patent at 1:15-3:13; '901 Patent at 1:24-3:22;<br>    ("Semiconductor nanocrystallites (quantum dots) whose radii | **Intrinsic Evidence**<br>"In one aspect of the invention, a coated nanocrystal capable of |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| are smaller than the bulk exciton Bohr radius constitute a class of materials intermediate between molecular and bulk forms of matter. Quantum confinement of both the electron and hole in all three dimensions leads to an increase in the effective band gap of the material with decreasing crystallite size. Consequently, both the optical absorption and emission of quantum dots shift to the blue (higher energies) as the size of the dots gets smaller.<br><br>Bawendi and co-workers have described a method of preparing monodisperse semiconductor nanocrystallites by pyrolysis of organometallic reagents injected into a hot coordinating solvent (J. Am. Chem. Soc., 115:8706 (1993)). This permits temporally discrete nucleation and results in the controlled growth of macroscopic quantities of nanocrystallites. Size selective precipitation of the crystallites from the growth solution provides crystallites with narrow size distributions. The narrow size distribution of the quantum dots allows the possibility of light emission in very narrow spectral widths.<br><br>Although semiconductor nanocrystallites prepared as described by Bawendi and co-workers exhibit near monodispersity, and hence, high color selectivity, the luminescence properties of the crystallites are poor. Such crystallites exhibit low photoluminescent yield, that is, the light emitted upon irradiation is of low intensity. This is due to energy levels at the surface of the crystallite which lie within the energetically forbidden gap of the bulk interior. These surface energy states act as traps for electrons and holes which degrade the luminescence properties of the material. | light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X═S, Se, Te; and an overcoating of ZnY, where Y═S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å." ('901 patent at 2:47-58, '229 patent at 2:38-49. '112 patent at 2:59-3:2, '113 patent at 2:59-3:2)<br><br>"In another aspect of the invention, a method of preparing a coated nanocrystal capable of light emission includes introducing a substantially monodisperse first semiconductor nanocrystal and a precursor capable of thermal conversion into a second semiconductor material into a coordinating solvent. The coordinating solvent is maintained at a temperature sufficient to convert the precursor into the second semiconductor material yet insufficient to substantially alter the monodispersity of the first semiconducting nanocrystal and the second semiconductor material has a band gap greater than the first semiconducting nanocrystal. An overcoating of the second semiconductor material is formed on the first semiconducting nanocrystal." ('901 patent at 3:10-22, '229 patent at 3:1-10. '112 patent at 3:21-33, '113 patent at 3:21-33)<br><br>"The present invention is directed to the preparation of a series of room temperature, highly luminescent ZnS-capped CdSe ((CdSe)ZnS) nanocrystallites having a narrow particle size distribution. Nanocrystallites of the present invention exhibit high |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| In an effort to improve photoluminescent yield of the quantum dots, the nanocrystallite surface has been passivated by reaction of the surface atoms of the quantum dots with organic passivating ligands, so as to eliminate forbidden energy levels. Such passivation produces an atomically abrupt increase in the chemical potential at the interface of the semiconductor and passivating layer (See, A. P. Alivisatos, J. Phys. Chem. 100:13226 (1996)). Bawendi et al. (J. Am. Chem. Soc., 115:8706 (1993)) describe CdSe nanocrystallites capped with organic moieties such as tri-n-octyl phosphine (TOP) and tri-n-octyl phosphine oxide (TOPO) with quantum yields of around 5-10%. Passivation of quantum dots using inorganic materials also has been reported. Particles passivated with an inorganic coating are more robust than organically passivated dots and have greater tolerance to processing conditions necessary for their incorporation into devices. Previously reported inorganically passivated quantum dot structures include CdS-capped CdSe and CdSe-capped CdS (Tian et al., J. Phys. Chem. 100:8927 (1996)); ZnS grown on CdS (Youn et al., J. Phys. Chem. 92:6320 (1988)); ZnS on CdSe and the inverse structure (Kortan et al., J. Am. Chem. Soc. 112:1327 (1990)); and SiO2 on Si (Wilson et al., Science 262:1242 (1993)). These reported quantum dots exhibit very low quantum efficiency and hence are not commercially useful in light emitting applications. M. A. Hines and P. Guyot-Sionnest report the preparation of ZnS-capped CdSe nanocrystallites which exhibited a significant improvement in luminescence yields of up to 50% quantum yield at room temperature (J. Phys. Chem. 100:468 (1996)). | quantum yields greater than about 30% and preferably in the range of about 30-50% and a narrow band edge luminescence spanning most of the visible spectrum from 470 nm to 625 nm. The core of the nanocrystallites is substantially monodisperse. By monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended particles have substantially identical size and shape. For the purposes of the present invention, monodisperse particles deviate less than 10% in rms diameter in the core, and preferably less than 5% in the core." ('901 patent at 4:10-23, '229 patent at 3:66-4:12. '112 patent at 4:9-22, '113 patent at 4:9-22.) "A method of preparing a coated nanocrystal capable of light emission, comprising: introducing a substantially monodisperse core population, wherein each member of the core population comprises a first semiconductor material, and a precursor capable of thermal conversion into a second semiconductor material into a coordinating solvent, the monodisperse core population, when irradiated, emits light in a spectral range of no greater than about 60 nm full width half max (FWHM), wherein the coordinating solvent is maintained at a temperature sufficient to convert the precursor into the second semiconductor material yet insufficient to substantially alter the monodispersity of the core population, wherein the second semiconductor material has a band gap greater than the first semiconductor material, and whereby an overcoating of the second semiconductor material is formed on a member of the core population." ('229 patent, claim 1) "A method of producing a population of coated nanocrystals that exhibit photoluminescence having a quantum yield of greater than about 30%, comprising: providing a substantially monodisperse first population of semiconductor nanocrystal cores made from a |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| However, the quality of the emitted light remained unacceptable because of the large size distribution (12-15% rms) of the core of the resulting capped nanocrystallites. The large size distribution resulted in light emission over a wide spectral range. In addition, the reported preparation method does not allow control of the particle size obtained from the process and hence does not allow control of color.<br><br>Danek et al. report the electronic and chemical passivation of CdSe nanocrystals with a ZnSe overlayer (Chem. Materials 8:173 (1996)). Although it might be expected that such ZnSe-capped CdSe nanocrystallites would exhibit as good as or better quantum yield than the ZnS analogue due to the better unit cell matching of ZnSe, in fact, the resulting material showed only disappointing improvements in quantum efficiency ($\leqq$0.4% quantum yield).<br><br>Thus there remains a need for semiconductor nanocrystallites capable of light emission with high quantum efficiencies throughout the visible spectrum, which possess a narrow particle size (and hence with narrow photoluminescence spectral range).<br><br>It is the object of the invention to provide semiconductor nanocrystallites which overcome the limitations of the prior art and which exhibit high quantum yields with photoluminescence emissions of high spectral purity.<br><br>SUMMARY OF THE INVENTION<br><br>In one aspect of the invention, a coated nanocrystal capable of | first semiconductor material and a precursor capable of thermal conversion into a second semiconductor material different from the first semiconductor material in a coordinating solvent; and maintaining the coordinating solvent at a temperature sufficient to convert the precursor into the second semiconductor material as an overcoating on the first semiconductor material yet otherwise insufficient to substantially alter the monodisperse first population of semiconductor nanocrystal cores; wherein the plurality of coated nanocrystals emit light in a spectral range of no greater than about 40 nm full width at half max (FWHM) when irradiated." ('112 patent, claim 1)<br><br>"A method of producing a population of coated nanocrystals that exhibit photoluminescence having a quantum yield of about 30% or greater, comprising: providing a substantially monodisperse first population of semiconductor nanocrystal cores made from a first semiconductor material; and overcoating a second semiconductor material different from the first semiconductor material onto the first semiconductor material, wherein overcoating does not substantially alter the monodispersity of the first population of semiconductor nanocrystal cores; wherein the plurality of coated nanocrystals emit light in a spectral range of no greater than about 40 nm full width at half max (FWHM) when irradiated." ('112 patent, claim 28)<br><br>"The nanocrystallite can photoluminesce with a quantum efficiency of at least 10%, preferably at least 20%, and more preferably at least 40%. The nanocrystallite can have a particle size (e.g., average diameter when the nanocrystallite is spheroidal) in the range of about 20 Å to about 125 Å. The nanocrystallite can be a member of a substantially monodisperse core population. The |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| light emission includes a substantially monodisperse core selected from the group consisting of CdX, where X=S, Se, Te; and an overcoating of Zn Y, where Y=S, Se, and mixtures thereof uniformly deposited thereon, said coated core characterized in that when irradiated the particles emit light in a narrow spectral range of no greater than about 40 nm at full width half max (FWHM). In some embodiments, the narrow spectral range is selected from the spectrum in the range of about 470 nm to about 620 nm and the particle size of the core is selected from the range of about 20 Å to about 125 Å.<br><br>In other embodiments of the invention, the coated nanocrystal is characterized in that the nanocrystal exhibits less than a 10% and preferably less than 5%, rms deviation in diameter of the core. The nanocrystal preferably exhibits photoluminescence having quantum yields of greater than 30%, and most preferably in the range of about 30 to 50%.<br><br>In another embodiment of the invention, the overcoating comprises one to two monolayers of ZnY. The nanocrystal may further comprise an organic layer on the nanocrystal outer surface. The organic layer may be comprised of moieties selected to provide compatibility with a suspension medium, such as a short-chain polymer terminating in a moiety having affinity for a suspending medium, and moieties which demonstrate an affinity to the quantum dot surface. The affinity for the nanocrystal surface promotes coordination of the organic compound to the quantum dot outer surface and the moiety with affinity for the suspension medium stabilizes the quantum dot suspension. | population can emit light in a spectral range of no greater than about 75 nm at full width at half max (FWHM), preferably 60 nm FWHM, more preferably 40 nm FWHM, and most preferably 30 nm FWHM. The population can exhibit less than a 15% rms deviation in diameter of the nanocrystallites, preferably less than 10%, more preferably less than 5%." ('337 patent at 2:42-54)<br><br>**Extrinsic Evidence**<br>N/A |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| In another aspect of the invention, a method of preparing a coated nanocrystal capable of light emission includes introducing a substantially monodisperse first semiconductor nanocrystal and a precursor capable of thermal conversion into a second semiconductor material into a coordinating solvent. The coordinating solvent is maintained at a temperature sufficient to convert the precursor into the second semiconductor material yet insufficient to substantially alter the monodispersity of the first semiconducting nanocrystal and the second semiconductor material has a band gap greater than the first semiconducting nanocrystal. An overcoating of the second semiconductor material is formed on the first semiconducting nanocrystal.")<br><br>'229 Patent at 3:63-4:12; '901 Patent at 4:6-22;'112 Patent at 4:7-22 ("The present invention is directed to the preparation of a series of room temperature, highly luminescent ZnS-capped CdSe ((CdSe)ZnS) nanocrystallites having a narrow particle size distribution. Nanocrystallites of the present invention exhibit high quantum yields greater than about 30% and preferably in the range of about 30-50% and a narrow band edge luminescence spanning most of the visible spectrum from 470 nm to 625 nm. The core of the nanocrystallites is substantially monodisperse. By monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended particles have substantially identical size and shape. For the purposes of the present invention, monodisperse particles deviate less than 10% in rms diameter in the core, and preferably less than 5% in the core.")<br><br>'229 Patent at 10:51-57; '112 Patent at 10:54-59; '901 Patent at | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| 10:58-63 ("In some cases, the as-grown CdSe crystallites were judged to be sufficiently monodisperse that no size-selective precipitation was performed. Once these CdSe particles had grown to the desired size, the temperature of the reaction flask was lowered and the Zn and S precursors were added dropwise to form the overcapping.")<br><br>• '112 Patent at 1:41-3:33 ("Semiconductor nanocrystallites (quantum dots) whose radii are smaller than the bulk exciton Bohr radius constitute a class of materials intermediate between molecular and bulk forms of matter. Quantum confinement of both the electron and hole in all three dimensions leads to an increase in the effective band gap of the material with decreasing crystallite size. Consequently, both the optical absorption and emission of quantum dots shift to the blue (higher energies) as the size of the dots gets smaller.<br><br>Bawendi and co-workers have described a method of preparing monodisperse semiconductor nanocrystallites by pyrolysis of organometallic reagents injected into a hot coordinating solvent (J. Am. Chem. Soc., 115:8706 (1993)). This permits temporally discrete nucleation and results in the controlled growth of macroscopic quantities of nanocrystallites. Size selective precipitation of the crystallites from the growth solution provides crystallites with narrow size distributions. The narrow size distribution of the quantum dots allows the possibility of light emission in very narrow spectral widths.<br><br>Although semiconductor nanocrystallites prepared as described by Bawendi and co-workers exhibit near monodispersity, and hence, high color selectivity, the luminescence properties of the | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| crystallites are poor. Such crystallites exhibit low photoluminescent yield, that is, the light emitted upon irradiation is of low intensity. This is due to energy levels at the surface of the crystallite which lie within the energetically forbidden gap of the bulk interior. These surface energy states act as traps for electrons and holes which degrade the luminescence properties of the material.<br><br>In an effort to improve photoluminescent yield of the quantum dots, the nanocrystallite surface has been passivated by reaction of the surface atoms of the quantum dots with organic passivating ligands, so as to eliminate forbidden energy levels. Such passivation produces an atomically abrupt increase in the chemical potential at the interface of the semiconductor and passivating layer (See, A. P. Alivisatos, J. Phys. Chem. 100:13226 (1996)). Bawendi et al. (J. Am. Chem. Soc., 115:8706 (1993)) describe CdSe nanocrystallites capped with organic moieties such as tri-n-octyl phosphine (TOP) and tri-n-octyl phosphine oxide (TOPO) with quantum yields of around 5-10%.<br><br>Passivation of quantum dots using inorganic materials also has been reported. Particles passivated with an inorganic coating are more robust than organically passivated dots and have greater tolerance to processing conditions necessary for their incorporation into devices. Previously reported inorganically passivated quantum dot structures include CdS-capped CdSe and CdSe-capped CdS (Tian et al., J. Phys. Chem. 100:8927 (1996)); ZnS grown on CdS (Youn et al., J. Phys. Chem. 92:6320 (1988)); ZnS on CdSe and the inverse structure (Kortan et al., J. Am. Chem. Soc. 112:1327 (1990)); and SiO2 | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| on Si (Wilson et al., Science 262:1242 (1993)). These reported quantum dots exhibit very low quantum efficiency and hence are not commercially useful in light emitting applications.<br><br>M. A. Hines and P. Guyot-Sionnest report the preparation of ZnS-capped CdSe nanocrystallites which exhibited a significant improvement in luminescence yields of up to 50% quantum yield.")<br><br>'337 Patent at 1:23-2:62 ("Nanocrystallites having small diameters can have properties intermediate between molecular and bulk forms of matter. For example, nanocrystallites based on semiconductor materials having small diameters can exhibit quantum confinement of both the electron and hole in all three dimensions, which leads to an increase in the effective band gap of the material with decreasing crystallite size. Consequently, both the optical absorption and emission of nanocrystallites shift to the blue (i.e., to higher energies) as the size of the crystallites decreases.<br><br>Methods of preparing monodisperse semiconductor nanocrystallites include pyrolysis of organometallic reagents, such as dimethyl cadmium, injected into a hot, coordinating solvent. This permits discrete nucleation and results in the controlled growth of macroscopic quantities of nanocrystallites. Organometallic reagents can be expensive, dangerous and difficult to handle.<br><br>SUMMARY<br><br>The invention features methods of manufacturing a nanocrystallite. The nanocrystallite has a diameter of less than | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| 150 Å. The nanocrystallite can be a member of a population of nanocrystallites having a narrow size distribution. The nanocrystallite can be a sphere, rod, disk, or other shape. The nanocrystallite can include a core of a semiconductor material. The core can have an overcoating on a surface of the core. The overcoating can be a semiconductor material having a composition different from the composition of the core. Semiconducting nanocrystallites can photoluminesce and can have high emission quantum efficiencies. The method forms the nanocrystallite from an M-containing salt. The nanocrystallite can include a core having the formula MX, where M is cadmium, zinc, magnesium, mercury, aluminum, gallium, indium, thallium, or mixtures thereof, and X is oxygen, sulfur, selenium, tellurium, nitrogen, phosphorus, arsenic, antimony, or mixtures thereof. The M-containing salt can be the source of M in the nanocrystallite. An X-containing compound can be the source of the X in the nanocrystallite.<br><br>The M-containing salt can be a safe, inexpensive starting material for manufacturing a nanocrystallite relative to typical organometallic reagents which can be air sensitive, pyrophoric, or volatile. The M-containing salt is not air sensitive, is not pyrophoric, and is not volatile relative to organometallic reagents.<br><br>In one aspect, the invention features a method of manufacturing a nanocrystallite. The method includes contacting a metal, M, or an M-containing salt, and a reducing agent to form an M-containing precursor, M being Cd, Zn, Mg, Hg, Al, Ga, In or Tl. The M-containing precursor is contacted with an X donor, X being O, S, Se, Te, N, P, As, or Sb. The mixture is then heated | |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| in the presence of an amine to form the nanocrystallite. In certain embodiments, heating can take place in the presence of a coordinating solvent.<br><br>In another aspect, the invention features a method of manufacturing a nanocrystallite including contacting a metal, M, or an M-containing salt, and a reducing agent to form an M-containing precursor, contacting the M-containing precursor with an X donor, and heating the mixture to form the nanocrystallite. In certain embodiments, heating can take place in the presence of a coordinating solvent.<br><br>In another aspect, the invention features a method of manufacturing a nanocrystallite including contacting a metal, M, or an M-containing salt, an amine, and an X donor, and heating the mixture to form the nanocrystallite.<br><br>In yet another aspect, the invention features a method of overcoating a core nanocrystallite. The method includes contacting a core nanocrystallite population with an M-containing salt, an X donor, and an amine, and forming an overcoating having the formula MX on a surface of the core. In certain embodiments, a coordinating solvent can be present.<br><br>The amine can be a primary amine, for example, a C8-C20 alkyl amine. The reducing agent can be a mild reducing agent capable of reducing the M of the M-containing salt. Suitable reducing agents include a 1,2-diol or an aldehyde. The 1,2-diol can be a C6-C20 alkyl diol. The aldehyde can be a C6-C20 aldehyde.<br><br>The M-containing salt can include a halide, carboxylate, |  |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| carbonate, hydroxide, or diketonate. The X donor can include a phosphine chalcogenide, a bis(silyl) chalcogenide, dioxygen, an ammonium salt, or a tris(silyl) pnictide.<br><br>The nanocrystallite can photoluminesce with a quantum efficiency of at least 10%, preferably at least 20%, and more preferably at least 40%. The nanocrystallite can have a particle size (e.g., average diameter when the nanocrystallite is spheroidal) in the range of about 20 Å to about 125 Å. The nanocrystallite can be a member of a substantially monodisperse core population. The population can emit light in a spectral range of no greater than about 75 nm at full width at half max (FWHM), preferably 60 nm FWHM, more preferably 40 nm FWHM, and most preferably 30 nm FWHM. The population can exhibit less than a 15% rms deviation in diameter of the nanocrystallites, preferably less than 10%, more preferably less than 5%.<br><br>The method can include monitoring the size distribution of a population including of the nanocrystallite, lowering the temperature of the mixture in response to a spreading of the size distribution, or increasing the temperature of the mixture in response to when monitoring indicates growth appears to stop. The method can also include exposing the nanocrystallite to a compound having affinity for a surface of the nanocrystallite.")<br><br>'337 Patent at 3:10-3:33 ("The method of manufacturing a nanocrystallite is a colloidal growth process. Colloidal growth occurs by rapidly injecting an M-containing salt and an X donor into a hot coordinating solvent including an amine. The injection produces a nucleus that can be grown in a controlled | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| manner to form a nanocrystallite. The reaction mixture can be gently heated to grow and anneal the nanocrystallite. Both the average size and the size distribution of the nanocrystallites in a sample are dependent on the growth temperature. The growth temperature necessary to maintain steady growth increases with increasing average crystal size. The nanocrystallite is a member of a population of nanocrystallites. As a result of the discrete nucleation and controlled growth, the population of nanocrystallites obtained has a narrow, monodisperse distribution of diameters. The monodisperse distribution of diameters can also be referred to as a size. The process of controlled growth and annealing of the nanocrystallites in the coordinating solvent that follows nucleation can also result in uniform surface derivatization and regular core structures. As the size distribution sharpens, the temperature can be raised to maintain steady growth. By adding more M-containing salt or X donor, the growth period can be shortened.")<br><br>'337 Patent at 5:35- 6:2 ("U.S. Pat. No. 6,322,901, incorporated herein by reference. For example, nanocrystallites can be dispersed in a solution of 10% butanol in hexane. Methanol can be added dropwise to this stirring solution until opalescence persists. Separation of supernatant and flocculate by centrifugation produces a precipitate enriched with the largest crystallites in the sample. This procedure can be repeated until no further sharpening of the optical absorption spectrum is noted. Size-selective precipitation can be carried out in a variety of solvent/nonsolvent pairs, including pyridine/hexane and chloroform/methanol. The size-selected nanocrystallite population can have no more than a 15% RMS deviation from mean diameter, preferably 10% RMS deviation or less, and | |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| more preferably 5% RMS deviation or less.<br><br>Transmission electron microscopy (TEM) can provide information about the size, shape, and distribution of the nanocrystallite population. Powder x-ray diffraction (XRD) patterns can provided the most complete information regarding the type and quality of the crystal structure of the nanocrystallites. Estimates of size were also possible since particle diameter is inversely related, via the X-ray coherence length, to the peak width. For example, the diameter of the nanocrystallite can be measured directly by transmission electron microscopy or estimated from x-ray diffraction data using, for example, the Scherrer equation. It also can be estimated from the UV/Vis absorption spectrum.<br><br>The method can also be used to overcoat a core semiconductor material. Overcoating can improve the emission quantum efficiency of the core. Semiconductor band offsets determine which potential shell materials provide energy barriers for both the electron and hole. For example, ZnS, ZnSe or CdS overcoatings can be grown on CdSe or CdTe nanocrystallites. An overcoating process is described in U.S. Pat. No. 6,322,901, incorporated herein by reference in its entirety.")<br><br>Plaintiffs intend to rely on the prosecution history as a whole to demonstrate that, throughout prosecution, the applicants' use of this term and the PTO's understanding of it, confirm that a POSITA would have reasonable certainty about the scope of this term.<br><br>**Extrinsic Evidence** | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| U.S. Patent No. 9,139,435 at 14:62-15:11 (NAN50000403-18) ("Forming an overcoating layer can comprise including semiconductor nanocrystal cores in a liquid medium and adding precursors for forming a desired overcoating material and converting the precursors into such desired overcoating material. Preferably the semiconductor nanocrystal cores comprise a substantially monodisperse core population.")<br><br>U.S. Patent No. 9,139,435 at 15:28-30 (NAN50000403-18) ("An example of an overcoating process is described, for example, in U.S. Pat. No. 6,322,901 incorporated herein in its entirety by reference.")<br><br>U.S. Pat. No. 9,276,168 at 30:29-35 (NAN50000197-227) ("Quantum dots included in various aspects and embodiments of the inventions contemplated by this disclosure are preferably members of a population of quantum dots having a narrow size distribution. More preferably, the quantum dots comprise a monodisperse or substantially monodisperse population of quantum confined semiconductor nanoparticles.")<br><br>U.S. Pat. No. 2,266,638 at 1:20-22 ("in which the particles are nearly of the same size, i.e., substantially monodisperse.")<br><br>U.S. Pat. No. 6,039,894 at 24:31-28:18  ("What is claimed is:<br><br>1. A method for producing activated, substantially monodisperse, phosphorescent particles comprising the steps of:<br><br>  suspending substantially monodisperse, phosphor-precursor | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| particles in a fluidizing gas;<br><br>introducing a reactive gas to contact the suspended phosphor-precursor particles;<br><br>heating the suspended phosphor-precursor particles to a reaction temperature sufficient to form unactivated phosphorescent particles;<br><br>discontinuing the introduction of the reactive gas; and<br><br>activating the unactivated phosphorescent particles suspended within the fluidizing gas by heating the unactivated phosphorescent particles to an activation temperature to form activated, substantially monodisperse, phosphorescent particles, wherein the activation temperature is greater than or equal to the reaction temperature and wherein the reaction temperature ranges from about 500 to about 900° C.<br><br>. . .<br><br>7. A method of claim 1, wherein the substantially, monodisperse, phosphor-precursor particles range in size from about 0.1 to about 50 microns, and the activated, substantially monodisperse, phosphorescent particles range in size from about 0.1 to about 50 microns.<br><br>. . .<br><br>12. The method of claim 11, wherein the activated, substantially monodisperse, phosphorescent particles are an sulfide | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| phosphorescent particles.<br><br>14. The method of claim 13, wherein the activated, substantially monodisperse, phosphorescent particles are oxysulfide phosphorescent particles.<br><br>. . .<br><br>17. The method of claim 16, wherein the activated, substantially monodisperse, phosphorescent particles are oxyfluoride phosphorescent particles.<br><br>. . .<br><br>20. A method of claim 1, wherein the activated, substantially monodisperse, phosphorescent particles have a particle size of less than 1 micron.<br><br>21. A method of claim 1, wherein the substantially, monodisperse, phosphor-precursor particles range in size from about 0.1 to about 1.0 micron, and the activated, substantially monodisperse, phosphorescent particles range in size from about 0.1 to about 1.0 micron.<br><br>22. A method for producing activated, substantially monodisperse, phosphorescent particles comprising the steps of:<br><br>suspending substantially monodisperse, phosphor-precursor particles in an inert fluidizing gas;<br><br>introducing a reactive gas to contact the suspended phosphor- | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| precursor particles;<br><br>heating the suspended phosphor-precursor particles to a reaction temperature sufficient to form unactivated phosphorescent particles; and<br><br>activating the unactivated phosphorescent particles suspended within the fluidizing gas by heating the unactivated phosphorescent particles to an activation temperature to form activated, substantially monodisperse, phosphorescent particles having a particle size of less than about 10 microns, and wherein the activation temperature is greater than or equal to the reaction temperature.<br><br>. . .<br><br>27. A method of claim 22, after the activation step, further comprising the step of:<br><br>contacting the suspended, activated, substantially monodisperse, phosphorescent particles with a vaporized coating precursor at a coating temperature sufficient to form coated activated phosphorescent particles, and wherein the coating temperature is lower than the activation temperature.<br><br>. . .<br><br>29. A method of claim 22, wherein the substantially monodisperse, phosphor-precursor particles range in size from about 0.1 to about 1.0 micron, and the activated, substantially monodisperse, phosphorescent particles range in size from | |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| about 0.1 to about 1.0 micron.<br><br>30. A method of claim 22, wherein the activated, substantially monodisperse, phosphorescent particles have a particle size of less than 1 micron.<br><br>31. A method for producing activated, substantially monodisperse, phosphorescent particles comprising the steps of:<br><br>suspending substantially monodisperse, unactivated phosphorescent particles in an inert fluidizing gas; and,<br><br>activating the suspended, unactivated phosphorescent particles by heating the unactivated phosphorescent particles to an activation temperature to form activated, substantially monodisperse, phosphorescent particles having a particle size of less than about 10 microns.<br><br>32. A method of claim 31, wherein the substantially, monodisperse, phosphor-precursor particles range in size from about 0.1 to about 1.0 micron, and the activated, substantially monodisperse, phosphorescent particles range in size from about 0.1 to about 1.0 micron.<br><br>33. A method of claim 31, wherein the activated, substantially monodisperse, phosphorescent particles have a particle size of less than 1 micron.<br><br>34. A method for producing activated, substantially monodisperse, phosphorescent particles comprising the steps of:<br><br>suspending substantially monodisperse, phosphorescent- | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| precursor particles in an inert fluidizing gas;<br><br>heating the suspended phosphorescent-precursor particles to a reaction temperature sufficient to decompose the phosphorescent-precursor particles and form unactivated phosphorescent particles; and<br><br>activating the unactivated phosphorescent particles suspended within the fluidizing gas by heating the unactivated phosphorescent particles to an activation temperature to form activated, substantially monodisperse, phosphorescent particles having a particle size of less than about 10 microns, and wherein the activation temperature is greater than or equal to the reaction temperature.<br><br>. . .<br><br>38. A method of claim 34, after the activation step, further comprising the step of:<br><br>contacting the suspended, activated, substantially monodisperse, phosphorescent particles with a vaporized coating precursor at a coating temperature sufficient to form coated activated phosphorescent particles, and wherein the coating temperature is lower than the activation temperature.<br><br>. . .<br><br>40. A method of claim 34, wherein the substantially, monodisperse, phosphor-precursor particles range in size from about 0.1 to about 1.0 micron, and the activated, substantially monodisperse, phosphorescent particles range in size from | |

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - APPENDIX A
Case No.: 4:16-cv-1957-YGR

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| about 0.1 to about 1.0 micron.<br><br>41. A method of claim 39, wherein the activated, substantially monodisperse, phosphorescent particles have a particle size of less than 1 micron.discontinuing the introduction of the reactive gas; and<br><br>activating the unactivated phosphorescent particles suspended within the fluidizing gas by heating the unactivated phosphorescent particles to an activation temperature to form activated, substantially monodisperse, phosphorescent particles, wherein the activation temperature is greater than or equal to the reaction temperature and wherein the reaction temperature ranges from about 500 to about 900° C.")<br><br>H. Neil McMurray, "Uniform colloids of ruthenium dioxide hydrate evolved by the surface-catalyzed reduction of ruthenium tetroxide," J. Phys. Chem., 1993, 97 (30), pp 8039–8045  ("Hydrosols of ruthenium dioxide hydrate comprising substantially monodisperse, spherical, and pristine submicron particles have been synthesized by the reduction of aqueous ruthenium tetroxide.")<br><br>Murray Decl. at Section VI.H. | |

11.     **"coordinating solvent"**

'337 Patent (Claims 1, 18)

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| **Plaintiffs' Proposal:**<br>Plain and ordinary meaning, no construction is necessary.<br>To the extent that a construction is necessary, "a solvent that bonds to a metal or molecular surface and in which both electrons comprising the bond come from the solvent substance."<br><br>Or, alternatively, as Plaintiffs proposed to QDV during the meet and confer process, "a compound, which may include an amine, having a donor lone pair." | **Defendant's Proposal:**<br>"a compound, including an amine, having a donor lone pair" |
| **Plaintiffs' Impact Statement**<br><br>Plaintiffs do not believe that QDV's proposed constructions are case-dispositive.  That is, even if the Court were to adopt Defendant's proposed constructions, factual issues would remain with respect to non-infringement and/or invalidity. | **Defendant's Impact Statement**<br><br>Defendant's construction is taken from the Patent Office's statement as to the invention claimed by the '337 patent family, the Patentee's agreement with the Patent Office's position and the specification describing a coordinating solvent.  Defendant's construction would establish non-infringement of claims 1, 7, 9, 15, 17, and 18 of the '337 Patent. |
| **Intrinsic Evidence**<br>• '337 Patent at 1:21-2:30 (BACKGROUND<br><br>Nanocrystallites having small diameters can have properties<br>    intermediate between molecular and bulk forms of matter. For<br>    example, nanocrystallites based on semiconductor materials<br>    having small diameters can exhibit quantum confinement of<br>    both the electron and hole in all three dimensions, which leads | **Intrinsic Evidence**<br><br>"That applicant's method further comprises a reducing agent and/or an amine in the mixture subjected to heating is evidently critical or essential to the practice of the invention (see paragraphs [0008] - [0010], [0018], and [00024] - [0026] of corresponding Pre-Grant Publication US 2005/0084443A1 ), but, since such limitations are not included in these claims, it is respectfully |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| to an increase in the effective band gap of the material with decreasing crystallite size. Consequently, both the optical absorption and emission of nanocrystallites shift to the blue (i.e., to higher energies) as the size of the crystallites decreases.<br><br>Methods of preparing monodisperse semiconductor nanocrystallites include pyrolysis of organometallic reagents, such as dimethyl cadmium, injected into a hot, coordinating solvent. This permits discrete nucleation and results in the controlled growth of macroscopic quantities of nanocrystallites. Organometallic reagents can be expensive, dangerous and difficult to handle.<br><br>SUMMARY<br><br>The invention features methods of manufacturing a nanocrystallite. The nanocrystallite has a diameter of less than 150 Å. The nanocrystallite can be a member of a population of nanocrystallites having a narrow size distribution. The nanocrystallite can be a sphere, rod, disk, or other shape. The nanocrystallite can include a core of a semiconductor material. The core can have an overcoating on a surface of the core. The overcoating can be a semiconductor material having a composition different from the composition of the core. Semiconducting nanocrystallites can photoluminesce and can have high emission quantum efficiencies. The method forms the nanocrystallite from an M-containing salt. The nanocrystallite can include a core having the formula MX, where M is cadmium, zinc, magnesium, mercury, aluminum, gallium, indium, thallium, or mixtures thereof, and X is oxygen, sulfur, selenium, tellurium, nitrogen, phosphorus, arsenic, antimony, or | submitted that they are not enabled by the disclosure. See In re Mayhew, 527 F.2d 1229, 188 USPQ 356 (CCPA 1976). Again, based upon applicant's specification, it appears that a reducing agent and/or an amine must be present in the "mixture" of the independent claim 1. Therefore, amending claim 1 to recite such limitations (being sure to revise claims 2-5 and 9, as/if necessary) would be one means of overcoming this rejection. Clarification and/or appropriate correction is required." ('098 patent Office Action dated Oct. 11, 2005)<br><br>"The Examiner has rejected claims 1, 6-8, and 10-20 under 35 U.S.C. § 112, first paragraph, for lack of enablement. See the Office Action at page 3. Claim 1 is independent, and claims 6-8 and 10-20 depend from claim 1. The Examiner contends "[t]hat applicant's method further comprises a reducing agent and/or an amine in the mixture ... [which is] evidently critical or essential to the practice of the invention" and that "a reducing agent and/or an amine must be present .... " See the Office Action at pages 3-4. Applicants have amended claim 1 accordingly. Applicants have discovered a method of manufacturing a nanocrystal comprising heating a mixture including a coordinating solvent, an amine or a reducing agent, a chalcogen or pnictide source, and a metal-containing compound to form a nanocrystal. The specification teaches a person of ordinary skill to perform the method without undue experimentation. Applicants respectfully request reconsideration and withdrawal of the rejection of claims 1, 6-8, and 10-20 under 35 U.S.C. § 112, first paragraph." ('098 Amendment dated Jan. 10, 2006)<br><br>"Claims 1, 2, 6-9, 11-15, and 17-20 have also been rejected under 35 U.S.C. § 112, first paragraph, for lack of enablement. The |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| mixtures thereof. The M-containing salt can be the source of M in the nanocrystallite. An X-containing compound can be the source of the X in the nanocrystallite.<br><br>The M-containing salt can be a safe, inexpensive starting material for manufacturing a nanocrystallite relative to typical organometallic reagents which can be air sensitive, pyrophoric, or volatile. The M-containing salt is not air sensitive, is not pyrophoric, and is not volatile relative to organometallic reagents.<br><br>In one aspect, the invention features a method of manufacturing a nanocrystallite. The method includes contacting a metal, M, or an M-containing salt, and a reducing agent to form an M-containing precursor, M being Cd, Zn, Mg, Hg, Al, Ga, In or Tl. The M-containing precursor is contacted with an X donor, X being O, S, Se, Te, N, P, As, or Sb. The mixture is then heated in the presence of an amine to form the nanocrystallite. In certain embodiments, heating can take place in the presence of a coordinating solvent.<br><br>In another aspect, the invention features a method of manufacturing a nanocrystallite including contacting a metal, M, or an M-containing salt, and a reducing agent to form an M-containing precursor, contacting the M-containing precursor with an X donor, and heating the mixture to form the nanocrystallite. In certain embodiments, heating can take place in the presence of a coordinating solvent.<br><br>In another aspect, the invention features a method of manufacturing a nanocrystallite including contacting a metal, | Examiner states that, "the specification, while being enabling for either one of the compounds 1,2-diol, aldehyde and amine does not reasonably provide enablement for all oxygen- or nitrogen-containing compounds." See pages 3-4 of the Office Action." ('337 patent Amendment dated December 31, 2003 at p. 6)<br><br>"As described above, Applicants have discovered a method of synthesizing a nanocrystal that includes combining a metal-containing non-organometallic compound, a coordinating solvent, and a chalcogen source to form a nanocrystal. See independent claims 1, 19 and 20. The coordinating solvent can include a compound having an oxygen- or nitrogen-coordinating atom. At page 6, the specification describes coordinating solvents:<br><blockquote>The coordinating solvent is a compound having a donor lone pair that, for example, has a lone electron pair available to coordinate to a surface of the growing nanocrystallite. Solvent coordination can stabilize the growing nanocrystallite. Typical coordinating solvents include alkyl phosphines and alkyl phosphine oxides, however, other coordinating solvents, such as pyridines, furans, and amines may also be suitable for the nanocrystallite production.</blockquote>A person of ordinary skill in the art recognizes that alkyl phosphine oxides and furans are examples of compounds having an oxygen coordinating atom, and that pyridines and amines are examples of compounds having a nitrogen coordinating atom." ('337 patent Amendment dated December 31, 2003 at p. 6)<br><br>"In one aspect, the invention features a method of manufacturing a nanocrystallite. The method includes contacting a metal, M, or an M-containing salt, and a reducing agent to form an M-containing |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| M, or an M-containing salt, an amine, and an X donor, and heating the mixture to form the nanocrystallite.<br><br>In yet another aspect, the invention features a method of overcoating a core nanocrystallite. The method includes contacting a core nanocrystallite population with an M-containing salt, an X donor, and an amine, and forming an overcoating having the formula MX on a surface of the core. In certain embodiments, a coordinating solvent can be present.)<br><br>'337 Patent at 3:9-5:3 (DETAILED DESCRIPTION<br><br>The method of manufacturing a nanocrystallite is a colloidal growth process. Colloidal growth occurs by rapidly injecting an M-containing salt and an X donor into a hot coordinating solvent including an amine. The injection produces a nucleus that can be grown in a controlled manner to form a nanocrystallite. The reaction mixture can be gently heated to grow and anneal the nanocrystallite. Both the average size and the size distribution of the nanocrystallites in a sample are dependent on the growth temperature. The growth temperature necessary to maintain steady growth increases with increasing average crystal size. The nanocrystallite is a member of a population of nanocrystallites. As a result of the discrete nucleation and controlled growth, the population of nanocrystallites obtained has a narrow, monodisperse distribution of diameters. The monodisperse distribution of diameters can also be referred to as a size. The process of controlled growth and annealing of the nanocrystallites in the coordinating solvent that follows nucleation can also result in uniform surface derivatization and regular core structures. As | precursor, M being Cd, Zn, Mg, Hg, Al, Ga, In or Tl. The M-containing precursor is contacted with an X donor, X being O, S, Se, Te, N, P, As, or Sb. The mixture is then heated in the presence of an amine to form the nanocrystallite. In certain embodiments, heating can take place in the presence of a coordinating solvent." ('337 patent at 2:3-11)<br><br>"In another aspect, the invention features a method of manufacturing a nanocrystallite including contacting a metal, M, or an M-containing salt, and a reducing agent to form an M-containing precursor, contacting the M-containing precursor with an X donor, and heating the mixture to form the nanocrystallite. In certain embodiments, heating can take place in the presence of a coordinating solvent." ('337 patent at 2:3-11)<br><br>"In yet another aspect, the invention features a method of overcoating a core nanocrystallite. The method includes contacting a core nanocrystallite population with an M-containing salt, an X donor, and an amine, and forming an overcoating having the formula MX on a surface of the core. In certain embodiments, a coordinating solvent can be present." ('337 patent at 2:24-30)<br><br>"The method of manufacturing a nanocrystallite is a colloidal growth process. Colloidal growth occurs by rapidly injecting an M-containing salt and an X donor into a hot coordinating solvent including an amine. The injection produces a nucleus that can be grown in a controlled manner to form a nanocrystallite. The reaction mixture can be gently heated to grow and anneal the nanocrystallite. Both the average size and the size distribution of the nanocrystallites in a sample are dependent on the growth temperature. The growth temperature necessary to maintain steady |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| the size distribution sharpens, the temperature can be raised to maintain steady growth. By adding more M-containing salt or X donor, the growth period can be shortened.<br><br>The M-containing salt is a non-organometallic compound, e.g., a compound free of metal-carbon bonds. M is cadmium, zinc, magnesium, mercury, aluminum, gallium, indium or thallium. The M-containing salt can be a metal halide, metal carboxylate, metal carbonate, metal hydroxide, or metal diketonate, such as a metal acetylacetonate. The M-containing salt is less expensive and safer to use than organometallic compounds, such as metal alkyls. For example, the M-containing salts are stable in air, whereas metal alkyls a generally unstable in air. M-containing salts such as 2,4-pentanedionate (i.e., acetylacetonate (acac)), halide, carboxylate, hydroxide, or carbonate salts are stable in air and allow nanocrystallites to be manufactured under less rigorous conditions than corresponding metal alkyls.<br><br>Suitable M-containing salts include cadmium acetylacetonate, cadmium iodide, cadmium bromide, cadmium hydroxide, cadmium carbonate, cadmium acetate, zinc acetylacetonate, zinc iodide, zinc bromide, zinc hydroxide, zinc carbonate, zinc acetate, magnesium acetylacetonate, magnesium iodide, magnesium bromide, magnesium hydroxide, magnesium carbonate, magnesium acetate, mercury acetylacetonate, mercury iodide, mercury bromide, mercury hydroxide, mercury carbonate, mercury acetate, aluminum acetylacetonate, aluminum iodide, aluminum bromide, aluminum hydroxide, aluminum carbonate, aluminum acetate, gallium acetylacetonate, gallium iodide, gallium bromide, gallium hydroxide, gallium carbonate, gallium acetate, indium | growth increases with increasing average crystal size. The nanocrystallite is a member of a population of nanocrystallites. As a result of the discrete nucleation and controlled growth, the population of nanocrystallites obtained has a narrow, monodisperse distribution of diameters. The monodisperse distribution of diameters can also be referred to as a size. The process of controlled growth and annealing of the nanocrystallites in the coordinating solvent that follows nucleation can also result in uniform surface derivatization and regular core structures. As the size distribution sharpens, the temperature can be raised to maintain steady growth. By adding more M-containing salt or X donor, the growth period can be shortened."  ('337 patent at 3:10-30)<br><br>"The coordinating solvent can help control the growth of the nanocrystallite. The coordinating solvent is a compound having a donor lone pair that, for example, has a lone electron pair available to coordinate to a surface of the growing nanocrystallite. Solvent coordination can stabilize the growing nanocrystallite. Typical coordinating solvents include alkyl phosphines and alkyl phosphine oxides, however, other coordinating solvents, such as pyridines, furans, and amine may also be suitable for the nanocrystallite production. Examples of suitable coordinating solvents include tri-n-octyl phosphine (TOP) and tri-n-octyl phosphine oxide (TOPO). Technical grade TOPO can be used." ('337 patent at 4:36-49)<br><br>"The nanocrystallite manufactured from an M-containing salt grows in a controlled manner when the coordinating solvent includes an amine. Preferably, the coordinating solvent is a mixture of the amine and an alkyl phosphine oxide in a mole ratio |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| acetylacetonate, indium iodide, indium bromide, indium hydroxide, indium carbonate, indium acetate, thallium acetylacetonate, thallium iodide, thallium bromide, thallium hydroxide, thallium carbonate, or thallium acetate.<br><br>Alkyl is a branched or unbranched saturated hydrocarbon group of 1 to 100 carbon atoms, preferably 1 to 30 carbon atoms, such as methyl, ethyl, n-propyl, isopropyl, n-butyl, isobutyl, t-butyl, octyl, decyl, tetradecyl, hexadecyl, eicosyl, tetracosyl and the like, as well as cycloalkyl groups such as cyclopentyl, cyclohexyl and the like. Optionally, an alkyl can contain 1 to 6 linkages selected from the group consisting of —O—, —S—, —M— and —NR— where R is hydrogen, or C1-C8 alkyl or lower alkenyl.<br><br>Prior to combining the M-containing salt with the X donor, the M-containing salt can be contacted with a coordinating solvent and a 1,2-diol or an aldehyde to form an M-containing precursor. The 1,2-diol or aldehyde can facilitate reaction between the M-containing salt and the X donor and improve the growth process and the quality of the nanocrystallite obtained in the process. The 1,2-diol or aldehyde can be a C6-C20 1,2-diol or a C6-C20 aldehyde. A suitable 1,2-diol is 1,2-hexadecanediol and a suitable aldehyde is dodecanal.<br><br>The X donor is a compound capable of reacting with the M-containing salt to form a material with the general formula MX. Typically, the X donor is a chalcogenide donor or a pnictide donor, such as a phosphine chalcogenide, a bis(silyl) chalcogenide, dioxygen, an ammonium salt, or a tris(silyl) pnictide. Suitable X donors include dioxygen, | of 10:90, more preferably 30:70 and most preferably 50:50. The combined solvent can decrease size dispersion and can improve photoluminescence quantum yield of the nanocrystallite." ('337 patent at 4:50-57)<br><br>"The amine in the coordinating solvent contributes to the quality of the nanocrystallite obtained from the M-containing salt and X donor. The preferred amine is a primary alkyl amine, such as a C2-C20 alkyl amine, preferably a C8-C18 alkyl amine. One suitable amine for combining with tri-octylphosphine oxide (TOPO) is 1-hexadecylamine in a 50:50 mole ratio. When the 1,2-diol or aldehyde and the amine are used in combination with the M-containing salt to form a population of nanocrystallites, the photoluminescence quantum efficiency and the distribution of nanocrystallite sizes are improved in comparison to nanocrystallites manufactured without the 1,2-diol or aldehyde or the amine." ('337 patent at 4:58-5:3)<br><br>"The outer surface of the nanocrystallite includes an organic layer derived from the coordinating solvent used during the growth process. The surface can be modified by repeated exposure to an excess of a competing coordinating group. For example, a dispersion of the capped nanocrystallite can be treated with a coordinating organic compound, such as pyridine, to produce crystallites which dispersed readily in pyridine, methanol, and aromatics but no longer dispersed in aliphatic solvents. Such a surface exchange process can be carried out with any compound capable of coordinating to or bonding with the outer surface of the nanocrystallite, including, for example, phosphines, thiols, amines and phosphates. The nanocrystallite can be exposed to short chain polymers which exhibit an affinity for the surface and which |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| bis(trimethylsilyl) selenide ((TMS)2Se), trialkyl phosphine selenides such as (tri-noctylphosphine) selenide (TOPSe) or (tri-n-butylphosphine) selenide (TBPSe), trialkyl phosphine tellurides such as (tri-n-octylphosphine) telluride (TOPTe) or hexapropylphosphorustriamide telluride (HPPTTe), bis(trimethylsilyl)telluride ((TMS)2Te), sulfur, bis(trimethylsilyl)sulfide ((TMS)2S), a trialkyl phosphine sulfide such as (tri-noctylphosphine) sulfide (TOPS), tris(dimethylamino) arsine, an ammonium salt such as an ammonium halide (e.g., NH4Cl), tris(trimethylsilyl) phosphide ((TMS)3P), tris(trimethylsilyl) arsenide ((TMS)3As), or tris(trimethylsilyl) antimonide ((TMS)3Sb).<br><br>The coordinating solvent can help control the growth of the nanocrystallite. The coordinating solvent is a compound having a donor lone pair that, for example, has a lone electron pair available to coordinate to a surface of the growing nanocrystallite. Solvent coordination can stabilize the growing nanocrystallite. Typical coordinating solvents include alkyl phosphines and alkyl phosphine oxides, however, other coordinating solvents, such as pyridines, furans, and amines may also be suitable for the nanocrystallite production. Examples of suitable coordinating solvents include tri-n-octyl phosphine (TOP) and tri-n-octyl phosphine oxide (TOPO). Technical grade TOPO can be used.<br><br>The nanocrystallite manufactured from an M-containing salt grows in a controlled manner when the coordinating solvent includes an amine. Preferably, the coordinating solvent is a mixture of the amine and an alkyl phosphine oxide in a mole ratio of 10:90, more preferably 30:70 and most preferably | terminate in a moiety having an affinity for the suspension or dispersion medium. Such affinity improves the stability of the suspension and discourages flocculation of the nanocrystallite." ('337 patent at 6:11-28)<br><br>"The most pertinent reference is the Peng reference (Patent Application Publication US 2002/0066401 Al). The method taught in the Peng reference is similar to the method of the instant invention in that one of its two starting materials is an elemental chalcogenic precursor. However, the other starting material taught in the Peng reference is a metal complex comprising a precursor of a metal oxide or metal salt, a binder and a solvent while the second starting material of the method of the instant invention is a metal-containing precursor formed from contacting a metal or metal-containing salt with a reducing agent. Thus, the Peng method does not include the use of a reducing agent to form a metal containing precursor as one of the starting materials. Further, the instant claims do not require the presence of a ligand to form a metal complex as required by the Peng method. In addition, in the Peng method, an amine (i.e. the ligand and/ or the coordinating solvent) is present in the metal complex prior to admixing the two starting materials while in the method of the instant invention, amine is introduced during the heating step of the admixture of the two starting materials, i.e. after the formation of an admixture of the two starting materials." ('291 patent Reasons for Allowance).<br><br>**Extrinsic Evidence**<br>Organic Chemistry by Maitland Jones, Jr. and Steven A. Fleming (2010) C-2 ("A compound of the structure R3N where R can be H, |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| 50:50. The combined solvent can decrease size dispersion and can improve photoluminescence quantum yield of the nanocrystallite.<br><br>The amine in the coordinating solvent contributes to the quality of the nanocrystallite obtained from the M-containing salt and X donor. The preferred amine is a primary alkyl amine, such as a C2-C20 alkyl amine, preferably a C8-C18 alkyl amine. One suitable amine for combining with tri-octylphosphine oxide (TOPO) is 1-hexadecylamine in a 50:50 mole ratio. When the 1,2-diol or aldehyde and the amine are used in combination with the M-containing salt to form a population of nanocrystallites, the photoluminescence quantum efficiency and the distribution of nanocrystallite sizes are improved in comparison to nanocrystallites manufactured without the 1,2-diol or aldehyde or the amine.)<br><br>'337 Patent at 5:35-6:2 (For example, nanocrystallites can be dispersed in a solution of 10% butanol in hexane. Methanol can be added dropwise to this stirring solution until opalescence persists. Separation of supernatant and flocculate by centrifugation produces a precipitate enriched with the largest crystallites in the sample. This procedure can be repeated until no further sharpening of the optical absorption spectrum is noted. Size-selective precipitation can be carried out in a variety of solvent/nonsolvent pairs, including pyridine/hexane and chloroform/methanol. The size-selected nanocrystallite population can have no more than a 15% RMS deviation from mean diameter, preferably 10% RMS deviation or less, and more preferably 5% RMS deviation or less. | alkyl or aryl but not acyl.") |

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - APPENDIX A
Case No.: 4:16-cv-1957-YGR

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| Transmission electron microscopy (TEM) can provide information about the size, shape, and distribution of the nanocrystallite population. Powder x-ray diffraction (XRD) patterns can provided the most complete information regarding the type and quality of the crystal structure of the nanocrystallites. Estimates of size were also possible since particle diameter is inversely related, via the X-ray coherence length, to the peak width. For example, the diameter of the nanocrystallite can be measured directly by transmission electron microscopy or estimated from x-ray diffraction data using, for example, the Scherrer equation. It also can be estimated from the UV/Vis absorption spectrum.<br><br>The method can also be used to overcoat a core semiconductor material. Overcoating can improve the emission quantum efficiency of the core. Semiconductor band offsets determine which potential shell materials provide energy barriers for both the electron and hole. For example, ZnS, ZnSe or CdS overcoatings can be grown on CdSe or CdTe nanocrystallites. An overcoating process is described in U.S. Pat. No. 6,322,901, incorporated herein by reference in its entirety.)<br><br>'337 Patent at 6:11-28 (The outer surface of the nanocrystallite includes an organic layer derived from the coordinating solvent used during the growth process. The surface can be modified by repeated exposure to an excess of a competing coordinating group. For example, a dispersion of the capped nanocrystallite can be treated with a coordinating organic compound, such as pyridine, to produce crystallites which dispersed readily in pyridine, methanol, and aromatics but no longer dispersed in aliphatic solvents. Such a surface exchange process can be carried out with any compound capable of coordinating to or | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| bonding with the outer surface of the nanocrystallite, including, for example, phosphines, thiols, amines and phosphates. The nanocrystallite can be exposed to short chain polymers which exhibit an affinity for the surface and which terminate in a moiety having an affinity for the suspension or dispersion medium. Such affinity improves the stability of the suspension and discourages flocculation of the nanocrystallite.)<br><br>• '901 Patent at 1:35-45 (Bawendi and co-workers have described a method of preparing monodisperse semiconductor nanocrystallites by pyrolysis of organometallic reagents injected into a hot coordinating solvent (J. Am. Chem. Soc., 115:8706 (1993)). This permits temporally discrete nucleation and results in the controlled growth of macroscopic quantities of nanocrystallites. Size selective precipitation of the crystallites from the growth solution provides crystallites with narrow size distributions. The narrow size distribution of the quantum dots allows the possibility of light emission in very narrow spectral widths.)<br><br>'901 Patent at 3:10-30 (In another aspect of the invention, a method of preparing a coated nanocrystal capable of light emission includes introducing a substantially monodisperse first semiconductor nanocrystal and a precursor capable of thermal conversion into a second semiconductor material into a coordinating solvent. The coordinating solvent is maintained at a temperature sufficient to convert the precursor into the second semiconductor material yet insufficient to substantially alter the monodispersity of the first semiconducting nanocrystal and the second semiconductor material has a band gap greater than the first semiconducting nanocrystal. An overcoating of the second | |

| Plaintiffs' Construction & Support | Defendant's Construction & Support |
|---|---|
| semiconductor material is formed on the first semiconducting nanocrystal.<br><br>In one embodiment of the invention, the monodispersity of the nanocrystal is monitored during conversion of the precursor and overcoating of the first semiconductor nanocrystal. In another embodiment, an organic overcoating is present on the outer nanocrystal surface, obtained by exposing the nanocrystal to an organic compound having affinity for the nanocrystal surface, whereby the organic compound displaces the coordinating solvent.)<br><br>'901 Patent at 4:61-5:4 (The high temperature colloidal growth process is accomplished by rapid injection of the appropriate organometallic precursor into a hot coordinating solvent to produce a temporally discrete homogeneous nucleation. Temporally discrete nucleation is attained by a rapid increase in the reagent concentration upon injection, resulting in an abrupt supersaturation which is relieved by the formation of nuclei and followed by growth on the initially formed nuclei. Slow growth and annealing in the coordinating solvent results in uniform surface derivatization and regularity in the core structure.)<br><br>'901 Patent at 5:50-6:61 (The CdSe nanocrystallites are stabilized in solution by the formation of a lyophilic coating of alkyl groups on the crystallite outer surface. The alkyl groups are provided by the coordinating solvent used during the growth period. The interparticle repulsive force introduced by the lyophilic coating prevents aggregation of the particles in solution. The effectiveness of the stabilization is strongly dependent upon the interaction of the alkyl groups with the | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| solvent. Gradual addition of a non-solvent will lead to the size-dependent flocculation of the nanocrystallites. Non-solvents are those solvents in which the groups which may be associated with the crystallite outer surface show no great affinity. In the present example, where the coordinating group is an alkyl group, suitable non-solvents include low molecular weight alcohols such as methanol, propanol and butanol. This phenomenon may be used to further narrow the particle size distribution of the nanocrystallites by a size-selective precipitation process. Upon sequential addition of a non-solvent, the largest particles are the first to flocculate. The removal of a subset of flocculated particles from the initial solution results in the narrowing of the particle size distribution in both the precipitate and the supernatant.<br><br>A wealth of potential organometallic precursors and high boiling point coordinating solvents exist which may used in the preparation of CdSe dots. Organometallic precursors are selected for their stability, ease of preparation and clean decomposition products and low cracking temperatures. A particularly suitable organometallic precursor for use as a Cd source include alkyl cadmium compounds, such as CdMe2. Suitable organometallic precursors for use as a Se source include, bis(trimethylsilyl)selenium ((TMS)2Se), (tri-n-octylphosphine)selenide (TOPSe) and trialkyl phosphine selenides, such as (tri-n-butylphosphine)selenide (TBPSe). Other suitable precursors may include both cadmium and selenium in the same molecule. Alkyl phosphines and alkyl phosphine oxide be used as a high boiling coordinating solvent; however, other coordinating solvents, such as pyridines, furans, and amines may also be suitable for the nanocrystallite | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| production.<br><br>The preparation of monodisperse CdSe quantum dots has been described in detail in Murray et al. (J. Am. Chem. Soc., 115:8706 (1993)), which is hereby incorporated in its entirety by reference.<br><br>Next, the CdSe particles are overcoated by introducing a solution containing zinc and sulfur precursors in a coordinating solvent (e.g., TOP) into a suspension of CdSe nanocrystallites at the desired temperature. The temperature at which the dots are overcoated is related to the quality of the resultant composite particle. Overcoating the CdSe particles at relatively higher temperatures may cause the CdSe seed crystals to begin to grow via Ostwald ripening and deterioration of the size distribution of the particles leading to broader spectral line widths. Overcoating the particles at relatively low temperatures could lead to incomplete decomposition of the precursors or to reduced crystallinity of the ZnS shell. An ideal growth temperature may be determined for each CdSe core size to ensure that the size distribution of the cores remains constant and that shells with a high degree of crystallinity are formed. In preferred embodiments, CdSe crystallites are overcoated using diethyl zinc and hexamethyldisilathiane as the zinc and sulfur precursors. CdSe crystallites having a diameter in the range of about 23 Å-30 Å are overcoated at a temperature in the range of about 135-145°C., and preferably about 140° C. Similarly, nanocrystallites having a diameter of about 35 Å, 40 Å, 48 Å, and 55 Å, respectively, are overcoated at a temperature of about 155-165° C., and preferably about 160° C., 175-185° C. and preferably about 180° C., about 195-205° C., and preferably | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| about 200° C., and about 215-225° C., and preferably about 220° C., respectively. The actual temperature ranges may vary, dependent upon the relative stability of the precursors and the crystallite core and overlayer composition. These temperature ranges may need to be modified 10-20° C., depending upon the relative stability of the precursors. For example, when the more stable trialkyl phosphine chalcogenides (like TOPSe) are used, higher temperatures are employed. The resulting (CdSe)ZnS composite particles are also passivated with TOPO/TOP on their outermost surface.)<br><br>'901 Patent at 7:8-30 (In other embodiments, it may be desirable to modify the crystallite outer surface to permit formation of stable suspensions of the capped quantum dots. The outer surface of the nanocrystal includes an organic layer derived from the coordinating solvent used during the capping layer growth process. The crystallite surface may be modified by repeated exposure to an excess of a competing coordinating group. For example, a dispersion of the capped quantum dot may be treated a coordinating organic compound, such as pyridine, to produce crystallites which dispersed readily in pyridine, methanol, and aromatics but no longer dispersed in aliphatics. Such a surface exchange process may be carried out using a variety of compounds which are capable of coordinating or bonding to the outer surface of the capped quantum dot, such as by way of example, phosphines, thiols, amines and phosphates. In other embodiments, the capped quantum dots may be exposed to short chained polymers which exhibit an affinity for the capped surface on one and which terminate in a moiety having an affinity for the suspension or dispersion medium. Such affinity improves the stability of the suspension | |

| **Plaintiffs' Construction & Support** | **Defendant's Construction & Support** |
|---|---|
| and discourages flocculation of the capped quantum dots.) | |

**Extrinsic Evidence**

Plaintiffs also intend to rely on a declaration submitted by Dr. Christopher Murray, Ph.D. Dr. Murray may provide an overview of nanocrystal semiconductor technology relevant to the Patents-in-Suit. Dr. Murray may also opine as to how a person of ordinary skill in the art would have understood "coordinating solvent." Dr. Murray's opinions may include an assessment of the relevant intrinsic and extrinsic evidence presented above in light of his expertise, as well as any additional relevant materials that he may deem relevant. Dr. Murray's opinions may also include a rebuttal of any proposed definition and/or evidence that QDV discloses in its Patent L.R. 4-2 submission in connection with the claim term(s) at issue.

• Murray Decl. at Section VI.F.