# EXHIBIT 12

## (MURRAY DECLARATION)

1 | DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@lw.com
2 | RICHARD G. FRENKEL (Bar No. 204133)
rick.frenkel@lw.com
3 | NICHOLAS YU (Bar No. 298768)
nicholas.yu@lw.com
4 | LATHAM & WATKINS LLP
140 Scott Drive
5 | Menlo Park, California 94025
Telephone:  +1.650.328.4600
6 | Facsimile:  +1.650.463.2600

7 | GREGORY K. SOBOLSKI (Bar No. 267428)
gregory.sobolski@lw.com
8 | LATHAM & WATKINS LLP
505 Montgomery St. #2000
9 | San Francisco, California 94111
Telephone:  +1.415.391.0600
10 | Facsimile:  +1.415. 395.8095

11 | Attorneys for Plaintiffs
NANOSYS, INC. and MASSACHUSETTS
12 | INSTITUTE OF TECHNOLOGY

JAMES L. DAY (Bar No. 197158)
jday@fbm.com
ERIK C. OLSON (Bar No. 260452)
eolson@fbm.com
WINSTON LIAW (Bar No. 273899)
wliaw@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  +1.415.954.4400
Facsimile: +1.415.954.4480

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NANOSYS, INC., THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | CASE NO. 4:16-cv-01957-YGR |
| Plaintiffs, | **DECLARATION OF CHRISTOPHER B. MURRAY, PH.D. IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** |
| v. | **HEARING DATE:  April 5, 2017 at 1:00 p.m.** |
| QD VISION, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

1

**TABLE OF CONTENTS**

2
Page

3
I.  PROFESSIONAL BACKGROUND ................................................................. 2

4
II.  SUMMARY OF OPINIONS .......................................................................... 4

III.  SCIENTIFIC BACKGROUND ....................................................................... 5
5
A.  Overview of Quantum Dots ................................................................. 5
6
B.  Fabrication of Quantum Dots ............................................................... 7
7
C.  Attributes of Quantum Dots ................................................................. 8
8
IV.  PERSON OF ORDINARY SKILL IN THE ART .......................................... 11
9
V.  LEGAL STANDARDS .................................................................................. 11
10
A.  Claim Construction ............................................................................ 11
11
B.  Indefiniteness .................................................................................... 12
12
VI.  ANALYSIS .................................................................................................... 12
13
A.  "polymer" ........................................................................................... 12
14
B.  "layer" ................................................................................................ 15
15
C.  "an overcoating uniformly deposited on the core" ............................. 20
16
D.  "a second semiconductor material selected from ZnS, CdS, and
17    CdSe" ................................................................................................. 23

18
E.  "wherein the first semiconductor material and the second
      semiconductor material are different" /  "a second semiconductor
19    material different from the first semiconductor material" .................. 26
20
F.  "coordinating solvent" ....................................................................... 30
21
G.  The "about" Terms ............................................................................. 32
22
i.  "in the range of about 20 Å to about 125 Å" ........................... 33
23
ii.  "no greater than about [60/40/37] nm" .................................... 36
24
iii.  "having a quantum yield [of] greater than about
25    [30%/40%]"/ "about a 10 % rms deviation" ............................ 38
26
iv.  "about 3 nm" / "about 2 nm" .................................................... 41
27
H.  The "substantially" Terms .................................................................. 43
28
i.  "substantially monodisperse" /  "substantially alter the
      monodispersity" ......................................................................... 43

1    **DECLARATION OF CHRISTOPHER B. MURRAY, PH.D.**

2    1.    I, Christopher B. Murray, Ph.D., have been retained as an expert in this case by Nanosys,

3    Inc. ("Nanosys").  I submit this declaration in support of Plaintiffs' Opening Claim Construction

4    Brief.

5    2.    The opinions in this declaration are based on my personal knowledge, scientific training,

6    and professional experience, as well as my review of the documents and data referred to in this

7    declaration.

8    3.    I am being compensated at my customary rate of $400/hr.  My compensation is in no way

9    dependent on the outcome of this litigation.

10   4.    I reserve the right to supplement or amend this declaration should additional information

11   or developments that affect my opinions become available.  If asked to do so, I may testify at a

12   hearing regarding the topics in this declaration and any supplemental declaration(s) I may

13   prepare, as well as in response to any testimony or declarations submitted by or on behalf of

14   Defendant QD Vision, Inc. ("QDV").  I also may prepare and rely on demonstratives.

15   **I.    PROFESSIONAL BACKGROUND**

16   5.    I am currently the Richard Perry University Professor of Chemistry and Materials

17   Science and Engineering at the University of Pennsylvania, a position I have held since 2007.

18   6.    At the University of Pennsylvania, I lead a research laboratory that focuses on the study

19   of the design, methods of preparation, and properties of nanocrystals, including their applications

20   in various technologies like color displays.  My laboratory includes a team of post-doctoral

21   fellows, graduate students, and undergraduate students.  In addition to my research work, I teach

22   courses in materials science and engineering as well as chemistry, spanning from the freshman

23   level to advanced graduate students.

24   7.    Throughout my career, I have investigated inorganic materials at nanometer length

25   scales, including nanocrystal materials with various properties, such as quantum dots.  Research

26   topics I have pursued include physical and inorganic chemistry of semiconductor nanocrystals;

27   synthesis of nanostructured magnetic materials; granular giant magneto-resistance in

28   nanoparticle arrays; synthesis of infrared active quantum dots and quantum wires; bio-directed

1   assembly of magnetic nanostructures; and multi-component nanoscale assembly and doping

2   nanocrystal solids.

3   8.      Prior to my current role, I worked at IBM's T.J. Watson Research Center, where I served

4   as Manager of the Nanoscale Materials and Devices Department (2000-2006) and a research

5   scientist (1995-2000).

6   9.      From 1990 to 1995, I was a graduate student in the Department of Chemistry at the

7   Massachusetts Institute of Technology, where I received a Ph.D. in physical chemistry.   My

8   dissertation was entitled "Synthesis and characterization of II-IV quantum dots and their

9   assembly into 3D quantum dot superlattices" and generally regarded the preparation and

10  properties of solvothermally synthesized semiconductor nanocrystals (quantum dots).

11  10.     I have authored more than 200 scholarly articles and edited 3 books on nanomaterials and

12  nanotechnology, including quantum dots.   My publications have been cited more than 40,000

13  times in peer-reviewed literature.

14  11.     In addition, I have 6 years of consulting experience with regard to nanoscale materials

15  and nanotechnology, including specifically in connection with the use and fabrication of

16  quantum dots for display applications.

17  12.     I am a named inventor on more than 25 U.S. and foreign patents and was awarded the

18  distinction of "Master Inventor" in 2002 while working for IBM Corporation.

19  13.     In 2008, I served as the Founding Chair of World Economic Forum's Council on

20  Nanotechnology Forum.   From 2009-2011, I was the Founding Chair of the World Economic

21  Forum's Council on Emerging Technologies.

22  14.     In 2011, I was honored to receive a Doctor Honoris Causa for my contributions to

23  development of nanomaterials in service of energy and environmental sustainability.

24  15.     My curriculum vitae is attached as Exhibit A.  I previously submitted a declaration in the

25  Ex Parte Reexamination of U.S. Patent No. 6,322,901 (Control No. 90/010,736).   I have not

26  otherwise provided an expert report or testified as an expert in any other legal proceedings in the

27  last six years.

28

MURRAY DECLARATION ISO PLAINTIFFS'
OPENING CLAIM CONSTRUCTION BRIEF
CASE NO. 4:16-CV-01957-YGR

## II.   SUMMARY OF OPINIONS

16.    I understand that in this case, Plaintiffs allege that QD Vision, Inc. ("QDV") infringes U.S. Patent Nos. 6,322,901 ("'901 Patent"); 6,207,229 ("'229 Patent"); 8,481,112 ("'112 Patent"); 8,481,113 ("'113 Patent"); 6,821,337 ("'337 Patent"); 8,071,359 ("'359 Patent"); 8,288,152 ("'152 Patent"); 8,288,153 ("'153 Patent"); 8,648,524 ("'524 Patent"); 9,063,363 ("'363 Patent"); 9,182,621 ("'621 Patent") (collectively, the "Patents-in-Suit").   Exhibit B contains a list of the asserted claims from the Patents-in-Suit.  I further understand that the parties contend that certain terms that appear in the asserted claims of the Patents-in-Suit should be construed.

17.    As set forth in Section VI, to the extent that the disputed claim terms even require construction, I believe that Plaintiffs' proposals reflect how a person of ordinary skill in the art ("POSITA") would understand the various claim terms at issue at the relevant time periods.  I also believe that QDV's proposals do not accurately reflect a POSITA's understanding, and in some instances contradict it.

18.    I also understand that QDV alleges that certain claim terms are indefinite under 35 U.S.C. § 112/2.

- The "about" terms that QDV contends are indefinite are:
    - "**about** a 10% rms deviation" ('901 Patent, claim 10);
    - "in the range of **about** 20 Å to about 125 Å" ('901 Patent, claim 12; '229 Patent, claim 7; '113 Patent, claim 15);
    - "no greater than **about** 60/40/37 nm full width half max (FWHM)" ('229 Patent, claims 1, 10; '112 Patent, claims 1, 28; '113 Patent, claims 1, 7);
    - "having a quantum yield of greater than **about** 30%/40%" ('229 Patent, claim 11; '112 Patent, claims 1, 9, 28); and
    - "**about** 3 nm" / "**about** 2 nm" ('359 Patent, claim 21).
- The "substantially" terms that QDV contends are indefinite are:
    - "**substantially** monodisperse" ('229 Patent, claim 1; '112 Patent, claims 1, 28; '337 Patent, claim 15); and

1    o "**substantially** alter the monodispersity" ('229 Patent, claim 1; '112 Patent,

2        claims 1, 28).

3    19.    As set forth in Section VI, I disagree with QDV.  Based on his or her background and in

4    light of the intrinsic evidence, a POSITA would have reasonable certainty about the scope of

5    each of the above "about" and "substantially" terms, and thus also about the scope of the asserted

6    claims containing those terms.

7    20.    My opinions are based on the materials discussed below and those listed in Exhibit D.

8    My opinions are also based on my professional experience and expertise in the field of quantum

9    dot technology.

10   21.    If asked to do so, I may testify as to the opinions and content in this declaration.  I may

11   rely on certain demonstratives to do so.  I reserve the right to supplement and/or modify this

12   declaration in light of developments in the case, including in response to statements in QDV's

13   own claim construction briefing.  Further, I understand from counsel that QDV did not disclose

14   its intention to rely on an expert declaration in support of its claim construction positions.

15   **III.    SCIENTIFIC BACKGROUND**

16       **A.    Overview of Quantum Dots**

17   22.    "Quantum dot" is a term used to describe certain semiconductor nanocrystals.

18   23.    "Nanocrystal" refers to an array of atoms ordered in a crystal lattice, where the size of the

19   crystal is on the scale of nanometers ("nm").  "Semiconductors" are solid substances capable of

20   conducting electricity.  Relevant to the Patents-in-Suit, semiconductors can also have the useful

21   property that they absorb energy and emit it as light at wavelengths that correspond to what the

22   human eye can perceive as color.  "Semiconductor nanocrystals" are thus nanocrystals whose

23   constituent atomic species and atomic arrangements give rise to such semiconductor properties.

24   24.    Quantum dots can be described in terms of two structures: a core and an overcoat

25   (sometimes called a shell).  A purpose of the core is to control the wavelength of light emission.

26   Purposes of the overcoat include completing the chemical bonds at the surface of the core and

27   protecting the core from chemical degradation.  As a result of the overcoating, the quantum yield

28   of the quantum dot is improved.  Quantum yield is a measure of photoluminescence efficiency –

1   namely, the ratio of photons emitted to the ratio of photons absorbed.

2   25.     Quantum dots can also include chemical moieties called "ligands," which are typically

3   organic chemicals composed of chain-like structures.  Purposes of ligands can include improving

4   the quantum yield and preventing agglomeration of particles.

5   26.     The following illustration depicts the structure of a core-shell quantum dot with ligands.

6   It is intended only as a general depiction for illustrative purposes.



14   27.     Quantum dots have unique and useful light-emitting properties.  Light refers to the range

15   of wavelengths in the electromagnetic spectrum that is visible to the human eye.  The human eye

16   has three types of color receptors that respond to blue (about 390-490 nm), green (about 500-560

17   nm) and red (about 600-700 nm) wavelengths of light.  The full complement of colors and hues

18   (including white) that the human eye can perceive can be achieved using mixtures of the three

19   primary red, green, and blue colors.

20   28.     Quantum dots have the physical property of absorbing an energy source and emitting it in

21   the form of light having a particular wavelength, which in turn corresponds to a certain color to

22   the human eye.  This phenomenon is called "luminescence."  When the incoming energy source

23   is light, the process is called "photoluminescence."  When the incoming energy source is

24   electricity, the process is called "electroluminescence."

25   29.     Based on its chemical composition and size, each quantum dot emits light at a particular

26   wavelength.  Generally, larger quantum dots emit red light, while smaller ones emit green or blue

27   light.

28   30.     It is possible to control the color of a quantum dot of a given chemical composition by

1   altering its size.  And because it is possible to fabricate quantum dots over a range of sizes, it is

2   in turn possible to reproduce virtually the full spectrum of colors visible to the human eye.

3   31.     Owing to such unique properties, one commercial application for quantum dots is their

4   use as so-called "phosphors" or "lumophores" to produce color in liquid crystal display ("LCD")

5   panels, such as in televisions or computer monitors.  Quantum dots used in such displays can

6   produce remarkably vivid, life-like color images as compared to other display technologies.

7           **B.     Fabrication of Quantum Dots**

8   32.     As stated in the previous section, in general, the fabrication (or synthesis) of quantum

9   dots includes: (1) fabricating the cores and (2) growing an overcoat on top of the cores.  An

10  optional third step can include modification of the outer surface to attach ligands.

11  33.     First, the cores are grown.  The starting chemical source materials of the cores,

12  sometimes called the "core precursors," are injected into hot solvent, which results in

13  homogeneous nucleation, prompting growth of the core crystals.  In order to control the size and

14  rate of growth of the core crystals, the temperature and concentration can be controlled.  By

15  adjusting certain reaction parameters (*e.g.*, added precursors, concentration, time and the

16  temperature) it is possible to tune the size of the cores across a large range, while maintaining

17  narrow size distributions.

18  34.     Second, the overcoat is grown on top of the core particle.  This process is sometimes

19  called deposition of the overcoating or shell.  The core particles harvested from the above core

20  growth process and the overcoat precursors are introduced into a hot solvent liquid.  The

21  deposition of overcoating on the core can be chemically controlled based on three primary

22  factors: concentration of reactants relative to the number of core particles; temperature; and time.

23  35.     A goal of depositing an overcoating on the core is to passivate the surface bonding at the

24  interface of the core and overcoat, thus removing electronic trap sites and defects that would

25  result in a loss of quantum efficiency.  Another goal is to confine the electronic carriers to the

26  interior of the particle and prevent their localization at the surface or interface with the ligands.

27  Yet another goal is to provide chemical stability against chemicals in the environment that could

28  degrade the particles.  As further discussed below, the overcoat is designed to afford uniform

protection of the cores by a well-controlled shell material.   In real world chemistry the thermodynamics of nanocrystal surfaces and statistical variation in reactant arrival rates leads to radial variations in the overcoat, as was known at the time of the Patents-in-Suit.

36.   Third, optionally, organic ligands are attached to the completed overcoating.

37.   Semiconductor compounds can be produced by combining one or more members from Group II of the Periodic Table of the Elements (Zn, Cd, Hg) with one or more members from Group VI (O, S, Se, Te), or mixtures thereof.   Members of this so-called "II-VI" class of semiconductors include: ZnO, ZnS, ZnSe, ZnTe, CdO, CdS, CdSe, CdTe, HgO, HgS, HgSe, HgTe, and any alloys or solid solutions composed of these, including mixtures (such as, for example, CdZnS or CdSeS).

38.   The concept of mixtures that produce alloys is an important one.   Indeed, by selecting combinations of three or more atomic species from the above list of II-VI constituents a wider variety of II-VI semiconductor nanocrystals can be produced.   With such a wider range of II-VI semiconductors core-shell quantum dots are produced exhibiting improved control of the luminescent colors, luminescent quantum yield and chemical stability of the core- shell quantum dots.

## C.   Attributes of Quantum Dots

39.   As described above each quantum dot emits light at a particular wavelength based on its chemical composition and size.   Large aggregate populations of quantum dots are needed to make useful products.   As a result, quantum dots are characterized by the attributes of the collective or ensemble rather than individually.   A first of these collective characteristics is the distribution of QD sizes in a group.   Monodispersity is a term in the art used to characterize the narrow range of sizes in a group of QDs.   As some of the Patents-in-Suit state: "By monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended particles have **substantially** identical size and shape."   ('901 Patent at 4:17-20; '229 Patent at 4:7-10; '112 Patent at 4:17-19; '113 Patent at 4:17-19.)[1]   As discussed further below, the

---

[1] All emphasis is added unless stated otherwise.

modifier "substantially" is accurate and relevant because in reality, the physical and chemical limitations of quantum dot fabrication make it impossible to produce nanocrystals that have absolutely identical size and shape, as was known at the time of the Patents-in-Suit.

40.     Root mean square ("rms") is a statistical term helpful in mathematically describing a characteristic of a group of QDs, and it is defined as the square root of the arithmetic mean of the squares of a set of numbers.  For the Patents-in-Suit, those numbers are quantum dot diameters. As discussed further below, in the quantum dot field, % rms deviation of core diameters can be assessed directly (such as by Transmission Electron Microscopy) or indirectly (based on spectral data).

41.     In the field of quantum dot technology, it is widely understood that, because of the relationship between the size of a quantum dot and its photoluminescence properties, it is possible to confirm whether a population of quantum dots is substantially monodisperse based on the population's spectral emission properties.  In other terms, given spectral information about a monodisperse population of quantum dots, it is possible to understand the distribution of particle sizes and shapes of that same population.

42.     Full Width at Half Maximum ("FWHM" or "full width half max") is a term used generally to describe the width of a curve or a function.  It refers to the distance between points on the x-axis of a curve at which the function reaches half of its maximum value on the y-axis. In the context of spectroscopy for quantum dot applications, FWHM refers to the difference between the energies or frequencies on either side of a spectral line at which the line absorption or emission reaches half of its peak value.  In the field of quantum dots, FWHM can be measured through optical techniques.

1   43.    The illustration below depicts FWHM:

2

3

4

5

6

7

8



9   44.    An individual quantum dot typically emits light at a particular wavelength based on its

10   individual size.  (*See* ¶¶ 29-31.)  In a population of quantum dots isolated from solvothermal

11   synthesis procedure such as those described in the Patents-in-Suit, there is typically a normal

12   distribution in the individual dot sizes (or a distribution that approximates a normal distribution).

13   The population therefore exhibits a normal distribution of emitted wavelengths.  This produces a

14   curve from which the FWHM may be determined.

15   45.    At the time of the Patents-in-Suit, various apparatuses and techniques were commonly

16   used to measure the characteristics of quantum dots.  For instance, the characterization of light

17   intensity as a function of wavelength could be performed using a spectrometer, an illumination

18   source (such as a laser), and a calibrated light detector.  Furthermore, the determination of

19   quantum yield could be determined by measuring light intensity over all angles versus

20   wavelength, or by comparing a suspension of quantum dots.  Additionally, particle diameter

21   could be measured directly in a transmission electron microscope (TEM or STEM).  Particle size

22   distributions could be measured using X-ray scattering as a function of angle.  And % rms

23   deviation of particle diameter could be determined by either a statistical analysis of the diameter

24   variance as measured by TEM or X-ray, or by determining the range of luminescence

25   wavelengths associated with % rms deviation in particle diameters and the resulting associated

26   FWHM of the luminescence peak as detailed.

27   46.    Thus, as further discussed below in Section VI, because the physical, chemical, and

28   spectral characteristics of quantum dots are determined via measurements and/or statistical

calculations, it was at the time of the Patents-in-Suit (as today), common to refer to "substantially" monodisperse nanocrystals, spectral properties of "about" or "no greater than" or "less than" a value, quantum yield of "about" a percentage, or dimensions of quantum dots having "about" or "in the range of about" a value.  The use of these modifiers is commonly understood in the field to indicate that the measurement(s) is only so specific.  Those of ordinary skill in this field understood this common practice and would not have any confusion in interpreting such data or statements.

## IV.    PERSON OF ORDINARY SKILL IN THE ART

47.    In my opinion, a hypothetical POSITA for the Patents-in-Suit would have at least a B.S. in materials science or chemistry (or a related field), and at least one year of graduate work related to the design and/or synthesis of quantum dot nanocrystals.

48.    In considering the qualifications of the hypothetical POSITA, I have considered the subject matter of the Patents-in-Suit, the types of problems encountered in the art, the prior art solutions to those problems, the rapidity with which innovations are made in the art, the sophistication of the technology at issue, and the educational level of active workers in the field.

## V.    LEGAL STANDARDS

49.    I am not an attorney and do not have formal legal training.  Counsel has informed me about the relevant legal standards with regard to claim construction and indefiniteness.

### A.    Claim Construction

50.    I understand that the goal of claim construction is for a court to give each term its plain and ordinary meaning – i.e., the meaning to a POSITA at the time of the invention.[2]  I also understand that sometimes the plain and ordinary meaning is plainly apparent, and construction may not be necessary.

51.    I further understand that to ascertain the plain and ordinary meaning, courts can consider so-called "intrinsic evidence" – i.e., the claim language, the specification, and the prosecution file history.  I also understand that a term carries its plain and ordinary meaning unless the

---

[2] For the purposes of this declaration, I have been asked by counsel to consider the perspective of a POSITA as of the date of the earliest-filed application for each of the Patents-in-Suit.

1  patentee explicitly and clearly redefines the term or disavows its full scope.

2  52.     I further understand that courts can consider so-called "extrinsic evidence" (e.g.,

3  dictionaries or expert testimony) to understand the field of the invention and aid in the

4  determination of a POSITA's understanding of the claim terms.

5       **B.     Indefiniteness**

6  53.     I understand that issued U.S. patents are presumed to be valid, and that a party

7  challenging validity must do so by clear and convincing evidence.

8  54.     I understand that a patent claim is invalid as indefinite if, read in light of the patent's

9  specification and prosecution history, a POSITA cannot have "reasonable certainty" about the

10  scope of the claim.

11  **VI.     ANALYSIS**

12       **A.     "polymer"**

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"polymer"**<br>• '359 Patent (claims 1, 28, 32)<br>• '153 Patent (claims 1, 18, 23, 30) | Plain and ordinary meaning, no construction is necessary. To the extent that a construction is necessary, "a compound that consists essentially of repeating structural units." | "substance made of giant molecules formed by the union of simple molecules" |

19  55.     At the outset, while there is no express definition of "polymer" in the '359 or '153

20  Patents, a POSITA would readily understand the term, to a POSITA, "polymer" is a common

21  term that has a plain and ordinary meaning – namely, as Plaintiffs propose, a compound that

22  consists essentially of repeating (hence, "poly") structural units. Indeed, the term "polymer"

23  comes from the Greek word "polymerēs," which means "having many ('poly') parts ('merēs')."

24  *Merriam-Webster's Collegiate Dictionary*, p. 903 (10th ed. 1997), "polymer." NAN50000448-

25  50.

26  56.     Plaintiffs' and QDV's proposed constructions of "polymer" reflect dictionary definitions.

27  *Oxford English Dictionary*, "polymer" (NAN50000447); *Merriam-Webster's Collegiate*

28  *Dictionary*, p. 903 (10th ed. 1997), "polymer" (NAN50000448-50); Mc-Graw-Hill Dictionary,

1   (5th ed. 1994), "polymer" (QDV 0290420-22).  In my opinion, however, Plaintiffs' proposal is

2   correct because it not only reflects a POSITA's common understanding of what "polymer"

3   means (and meant at the relevant time), it also is consistent with my reading of the intrinsic

4   evidence.  In contrast, QDV's proposed definition is less precise because it refers to a substance

5   made of "giant molecules" and comprised of "simple molecules."

6   57.     In chemistry, the "parts" of a polymer are molecules known to as "monomers."  Through

7   a process known as "polymerization," multiple monomers bond together in repeating structural

8   subunits, the result of which is a polymer.

9   58.     For example, the cartoon below illustrates an exemplary polymer:



19  _**Claims**_

20  59.     A POSITA would find the use of "polymer" in claims 1, 28, and 32 of the '359 Patent

21  and in claims 1, 18, 23, and 30 of the '153 Patent to be in accord with its plain and ordinary

22  meaning.  Nothing about the claims suggests a deviation from that plain and ordinary meaning.

23  Indeed, these claims recite a "polymer" without a further restriction on how large or how many

24  repeating units the polymer needs, let alone that a polymer needs to be a "giant" molecule or

25  comprised of "simple" molecules.

26  _**Specification**_

27  60.     The specifications of the '359 and '153 Patents would also reinforce for a POSITA that

28  the plain and ordinary meaning of "polymer" applies.  For instance, the specification describes a

1   polymer as resulting from the polymerization of monomers.  '359 Patent at 13:48-53; '153 Patent

2   at 13:55-60 ("The semiconductor nanocrystals may be linked to the three-dimensional linking

3   agent by physically mixing the semiconductor nanocrystals with the resin(s) or polymer(s), or

4   may be mixed with the monomer(s) prior to polymerization of the monomer(s) to form the

5   polymer(s).").

6   61.     The specification includes vinyl acetates (monomers) among a list of "polymerizable

7   linking agents that may be used together to form an encapsulating net or linkage around an

8   individual nanocrystal," and it states that "polymerized forms of at least some of" the listed

9   linking agents can also be used to surround the nanocrystal.  '359 Patent at 11:17-29; '153 Patent

10  at 11:24-36.  It states that "[e]xamples of polymers which could be used as organic three-

11  dimensional linking agents include polyvinyl acetate, styrene-butadiene copolymers,

12  polyacrylates, and styrene-divinylbenzene copolymers."  '359 Patent at 13:59-62; '153 Patent at

13  13:66-14:2.  As with these exemplary polymers or any other polymer, a POSITA would have in

14  mind a substance consisting essentially of repeated structural subunits.

15  62.     In contrast, QDV's proposed construction is less precise regarding the meaning of

16  "polymer" for a POSITA.

17  63.     First, QDV's proposal refers to "giant molecules."  But different molecules range in size

18  in multiple ways, including in length and molecular weight.

19  64.     Second, QDV's proposal refers to "simple molecules."  Again, molecules vary in

20  multiple ways, not just in their lengths and molecular weights, but also in the number of their

21  constituent elements and the number of atoms of each of those constituent elements that are

22  present in each molecule.

23  65.     Simply put, Plaintiffs' proposal accurately reflects the plain and ordinary meaning of

24  "polymer," while QDV's proposal introduces unnecessary concepts like a "giant molecule" and a

25  "simple molecule."

26      ***File History***

27  66.     Based on my review of select portions of the file histories of the '359 and '153 Patents, a

28  POSITA would find no indication that the patentees deviated from the plain and ordinary usage

1    of "different" that appears in the claims and specification.

2        B.    **"layer"**

3

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"layer"** <br> • '524 Patent (claims 1, 6, 14) <br> • '363 Patent (claims 1, 9) <br> • '621 Patent (claims 1, 4, 15) | Plain and ordinary meaning, no construction is necessary. To the extent that a construction is necessary, "a composition distinct from its surrounding environment." | "a single thickness, coating, or stratum covering a surface" |

10   67.    At the outset, I note that "layer" is not a specialized term of art in the quantum dot field.

11   In other words, a POSITA understands "layer" to have its plain and ordinary meaning, as in

12   "layer of snow." For this reason, I do not think that "layer" needs to be construed. Nonetheless,

13   to the extent that QDV or the Court deems that it does need construction, for the reasons set forth

14   below, I believe that Plaintiffs' proposal accurately reflects how a POSITA would understand the

15   term in the relevant timeframe in the context of the '524, '363, and '621 Patents.

16   68.    By contrast, QDV's proposal, which appears to be based on dictionaries (*see* American

17   Heritage College Dictionary, 3d ed. (1997), "layer" (QDV 0290417-19), Merriam-Webster's

18   Collegiate Dictionary, 10th ed. (1996), "layer" (QDV 0290423-25), Random House Webster's

19   Unabridged Dictionary, 2d ed. (1997), "layer" (QDV 0290426-28), Webster's New World

20   College Dictionary, 3d ed. (1997) (QDV 0290429-31), Merriam-Webster's Collegiate

21   Dictionary, 11th ed. (2014), "layer" (QDV 0290503-06), American Heritage College Dictionary,

22   4th ed. (2006), "layer" (QDV 0290507-09), Webster's New World College Dictionary 5th ed.

23   (2016), "layer" (QDV 0290510-12), Webster's II New College Dictionary, 3d ed. (2005), "layer"

24   (QDV 0290513-15)), is unduly restrictive because it requires "a **single** thickness, coating, or

25   stratum covering a surface." As explained below, a POSITA would not think that a "layer" is

26   limited to a "single" thickness, coating, or stratum covering a surface. That may describe in

27   some circumstances a "monolayer," but these patent claims more broadly recite a "layer."

28

1    ***Claims***

2    69.    The following claims are illustrative of the use of "layer" in the '524, '363, and '621

3    Patents, respectively:

4                 1. A color display apparatus comprising:
                      an optical pumping source comprising one or more blue LED's:
5                     a transparent plate; and
                      a **layer** of quantum dots, said quantum dots emitting light in
6                         response to exposure to light from said optical pumping
                          source;
7                     wherein said **layer** of quantum dots is positioned between said
                          optical pumping source and said transparent plate.
8

9    '524 Patent, claim 1.

10                1. A color display apparatus comprising:
                      an optical pumping source comprising one or more blue LED's;
11                    a transparent plate; and
                      a polymer **layer** comprising red core/shell nanocrystals and green
12                        core/shell nanocrystals, said red core/shell nanocrystals and
                          green core/shell nanocrystals emitting light in response to
13                        exposure to light from said optical pumping source;
                      wherein said **layer** of red core/shell nanocrystals and green
14                        core/shell nanocrystals is positioned between said optical
                          pumping source and said transparent plate.
15

16   '363 Patent, claim 1.

17                1. A method for making a display apparatus, the method
                      comprising:
18                    providing an optical pumping source comprising one or more blue
                          LED's;
19                    placing a **layer** of quantum dots over said optical pumping source,
                          said quantum dots emitting light in response to exposure to
20                        light from said optical pumping source; and
                      placing a transparent plate over said **layer** of quantum dots such
21                        that said **layer** of quantum dots is positioned between said
                          optical pumping source and said transparent plate.
22

23   '621 Patent, claim 1.

24   70.    In each instance, the claim language indicates: (1) that a layer of quantum dots or a

25   polymer layer is one of multiple recited claim components (including an "optical pumping

26   source" and "a transparent plate"), and (2) the relative positioning of these various components

27   in the claimed color displays (or methods).

28   71.    And in each instance, the "wherein" portion of the claim identifies the relative

1  positioning of these components – that is, the layer of quantum dots or the polymer layer "is

2  positioned between said optical pumping source and said transparent plate."

3  72.    A POSITA reading "layer" in the context of the language of these claims would thus

4  understand that a quantum dot layer or a polymer layer is a composition that is distinct from its

5  environment in the color display apparatus.  This understanding of "layer" is consistent with the

6  plain and ordinary meaning of the term, which Plaintiffs' proposal reflects.

7          ***Specification***

8  73.    A POSITA's reading of the specification confirms the use of "layer" consistent with its

9  plain and ordinary meaning, and also supports Plaintiffs' proposed construction.  Beginning with

10  Figures 1A-1G, the "layer" of quantum dots/nanocrystals corresponds to item 12, the

11  nanocrystals.  While the figures are not drawn to scale (*see, e.g.*, '524 Patent at 2:62-65; '363

12  Patent at 2:50-53; '621 Patent at 2:50-54 ("FIGS. 1A-G are simplified cross-sectional views

13  . . . .")), they, like the claim language, are examples that identify components of a display and

14  their relative positioning.  For example, in Figure 1A, the nanocrystals (item 12) are positioned

15  between glass (item 26) and a longpass filter (item 28).

16  74.    The language describing the figures also does so in terms of the components and their

17  relative positions: "The nanocrystal array 12 may be sandwiched between a glass or other

18  transparent plate 26 and long-pass filter 28 (FIGS. 1A, D, E, F). . . .  Alternately, the nanocrystal

19  array 12 and plate 26 can be reversed (FIG. 1B, G), or plate 26 can be omitted (FIG. 1C), or filter

20  28 can be omitted (FIG. 1G)."  '524 Patent at 4:26-34; '363 Patent at 4:14-22; '621 Patent at

21  4:14-22; *see also* '524 Patent at 4:49-59, 5:12-13; '363 Patent at 4:37-47, 4:67-5:1; '621 Patent

22  at 4:37-47, 4:67-5:1.  A POSITA would understand that this language in the specification

23  comports with the plain and ordinary meaning of "layer."

24  75.    In contrast, QDV's proposed construction of "layer" as "a single thickness, coating, or

25  stratum covering a surface," would import structural limitations that, to a POSITA, contradict the

26  intrinsic evidence.

27  76.    For example, QDV's proposal suggests that a layer of quantum dots or a polymer layer

28  must be one continuous substance, like a film, from end to end on both axes of the display.  But

the specification expressly discloses several exemplary embodiments where this is **not** the case. *See* '524 Patent at 3:64-4:6; '363 Patent at 3:52-64; '621 Patent at 3:52-64 ("The nanocrystals can be deposited on a glass or other transparent panel by various techniques, e.g. by direct printing by ink-jet technology, or by chemical bonding through specific glass and nanocrystal surface derivatization and patterning techniques, or by embedding nanocrystals in a polymer film and then patterning. Nanocrystals can also be dissolved in a liquid. Pixelation in this case is achieved by etching micro-wells into the panel and sealing individual size nanocrystals in solution into different wells. The concentration/optical density of nanocrystals in each dot is optimized such that the excitation light is efficiently absorbed to provide bright emission from the nanocrystals with minimal reabsorption.").

77.     The first embodiment listed is deposition by ink-jet printing. In that process, spherical droplets are delivered to a specific location on a surface (*e.g.*, a transparent panel). The dried "ink" droplets containing nanoparticles will not result in a "single thickness or stratum" of material covering a surface but rather result in a small dot or mound of material. In a second embodiment the specification teaches patterning of the nanocrystal containing layer by lithographic removal of portions of the deposited nanocrystal material. A POSITA would understand that the patterning techniques taught herein would lead to stepped edges and intentionally non-uniform thickness across the surface of a glass. In a third embodiment the specification teaches depositing nanocrystals by etching micro-wells into the panel and sealing individual size nanocrystals in solution into different wells. A POSITA would understand that digging a small trench and filling it with quantum dots does not lead to a "single thickness or stratum" of material covering a surface. Indeed, the specification teaches the physical structure of nanocrystal material is in the form of "each dot."

78.     Similarly, QDV's proposal suggests that the "layer" of quantum dots must be uniformly thick from end to end on both axes of the display, *i.e.*, it must have a "single thickness." A POSITA reading the specification would disagree. For example, as discussed above, item 12 (nanocrystals) in Figs. 1A-1G corresponds to a "layer" of quantum dots. The top set of nanocrystals in that layer (item 14) are red nanocrystals, four deep. The middle set (item 18) are

1   green nanocrystals, also four deep.  The bottom set (item 22) are blue nanocrystals, also four

2   deep.  Although it appears in the figures that these nanocrystals are all the same size, again, the

3   figures are not drawn to scale.  A POSITA would know this because red nanocrystals green

4   nanocrystals, and blue nanocrystals are different sizes.   The specification confirms this in

5   numerous instances.  *See* '524 Patent at 2:2-4; '363 Patent at 1:57-59; '621 Patent at 1:57-59

6   ("The color of the emitted light depends on the size of the crystal and the material.  The larger

7   the crystal, the more red the output, and the wider the emission band."); '524 Patent at 2:39-41;

8   '363 Patent at 2:27-29; '621 Patent at 2:27-29 ("Each pixel or addressable color element is

9   formed of a number of suitably sized nanocrystals to produce a desired color."); '524 Patent at

10   2:53-57, '363 Patent at 2:41-43, '621 Patent at 2:41-43 ("If UV backlight is used, all the pixels

11   contain the appropriate sized nanocrystals . . . ."); '524 Patent at 3:61-64; '363 Patent at 3:49-52;

12   '621 Patent at 3:49-52 ("Each R, G, or B pixel, for example, contains single sized, very high

13   quantum-yield, very stable, core-shell nanocrystals with a very narrow emission spectrum

14   (approx. 20-40 mm) in the red, green or blue."); '524 Patent at 4:22-27; '363 Patent at 4:9-14;

15   '621 Patent at 4:9-14 ("While an electronic display based on the three primary colors RGB is

16   illustrated, the nanocrystal approach provides great flexibility in using virtually any number of

17   different of colors since the colors can easily be obtained by selecting the proper sized

18   nanocrystals to produce a desired color.")

19   79.     Thus, a layer of four red nanocrystals would be "thicker" than a layer of four green

20   nanocrystals, which would be "thicker" than a layer of four blue nanocrystals.  So reading the

21   specification, a POSITA would conclude that a "layer" of quantum dots or a polymer layer may

22   be – but does not need to be – uniformly thick, particularly if that "layer" includes nanocrystals

23   of different colors.  This is expressly the case, for example, in asserted claims 1, 2 and 9 of the

24   '363 Patent, which require both red and green nanocrystals in the layer.

25       ***File History***

26   80.     Based on my review of select portions of the file histories of the '524, '363, and '621

27   Patents, a POSITA would find no indication that the patentees deviated from the plain and

28   ordinary usage of "different" that appears in the claims and specification.

### C.   "an overcoating uniformly deposited on the core"

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"an overcoating <u>uniformly</u> deposited on the core"**<br>• '901 Patent (claim 10) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "a semiconductor material deposited on a core semiconductor material such that the overcoating is identical or consistent, as from example to example, place to place, or moment to moment, and without variations in detail." | "an overcoating that is deposited on the core uniformly, i.e., without variation in detail" |

81.    At the outset, I note that Plaintiffs' and QDV's proposed constructions both come from the same source – *i.e.*, statements by the United States Patent and Trademark Office ("USPTO") Patent Trial and Appeal Board ("PTAB" or "Board") concerning the *Inter Partes* Review of the '901 Patent (IPR2015-00528).  I believe that Plaintiffs' proposal more accurately reflects how a POSITA would understand the Board's statement in IPR2015-00528 by providing the full context of how the Board (and a POSITA) would understand "an overcoating uniformly deposited on the core" in the context of claim 10 of the '901 Patent.

82.    In particular, Plaintiffs' proposal echoes the Board's statement that a "uniformly" deposited overcoating means that it is "identical **or** consistent."  This accurately reflects a POSITA's understanding that a perfectly identical overcoating across the full surface area of a core is impossible in light of the physical and chemical limitations of quantum dot fabrication. As I discuss below, the specification is consistent with that reality.

83.    Indeed, even today (let alone in 1997), there is no known chemical process that permits total control of overcoat deposition such that the overcoating is considered to be completely "uniform" at the atomic level.  For instance, any initial variation in the size, shape, or surface structure of the core results in variations in the characteristics of the overcoating deposited on the core.  This creates an inherent inability to have total uniformity in the overcoating, either within a given nanocrystal or across nanocrystals in a population.  Moreover, in November 1997, the

limitations on measuring nanocrystal dimensions and spectral characteristics were limited in such a manner that it was not possible to determine if a population of nanocrystals, or a given nanocrystal, had completely identical deposition of the overcoat (such as a perfect monolayer).

### Claims

84.     Claim 10 of the '901 Patent recites in relevant part: "an overcoating uniformly deposited on the core comprising a second semiconductor material."  In the context of the claim as a whole, a POSITA would understand that uniform deposition on the core refers to consistent coverage of the surface of the core, so as to create a core-shell structure.

### Specification

85.     First, the specification discloses that an overcoating is "uniformly deposited" on the core such that the overcoated core, when irradiated, emits light in a narrow spectral range."  ('901 Patent at 2:50-54.)   The spectral range is narrow – but not "zero".   In other terms, the specification acknowledges what a POSITA would understand, that the underlying chemical process for overcoating achieves a high degree of consistency in coverage for very good spectral results, but not some theoretically "identical" coverage.

86.     Indeed, the specification discloses exemplary overcoating procedures.  In each instance, a POSITA would understand the deposition of a consistent overcoating on the core.  ('901 Patent at 6:26-8:64, 10:21-48.)   Moreover, the specification discloses spectral data in that confirm a consistent overcoating deposited on the core.  (*See id.* at Figure 2).  If the overcoating were not consistently deposited around the core, one would not expect the enhancement in quantum yield depicted in Figure 2.

### File History – IPR2015-00528

87.     The public record underlying the *Inter Partes* Review of the '901 Patent plainly confirms that Plaintiffs' proposal more accurately reflects the plain and ordinary meaning to a POSITA of this claim term, whereas QDV's proposal is truncated.

88.     The party that submitted the original petition in IPR2015-00528 regarding various claims of the '901 Patent argued, among other things, that a "'uniformly deposited' overcoating includes less than a monolayer, i.e., **an overcoating that does not completely cover the core.**

1   Therefore, the term 'uniformly deposited' does not distinguish one overcoating from any other

2   and should therefore encompass any overcoating."  (IPR2015-00528, 1/5/2015 Petition at 10)

3   (emphasis added).

4   89.     The patent owner responded that: "this claim term provides meaning and purpose, as it

5   further defines (i.e., limits) the function of emitting light in a **narrow spectral range**.  It is

6   precisely this uniformity which is required for the claimed nanocrystals to perform in a

7   predictable way of emitting light in a narrow spectral range.  Even if the coating is less than a

8   monolayer, the claimed structural uniformity is tied to this function, and as such cannot be

9   disregarded." IPR2015-00528, 5/11/15 Preliminary Response at 9-10.

10   90.     The PTAB, in its Decision to Institute IPR2015-00528, was "**not** persuaded . . . that the

11   phrase 'overcoating uniformly deposited,' . . . has no structural meaning and encompasses any

12   overcoating." IPR2015-00528, Institution Decision, Paper 6 at 10.

13   91.     Importantly, the PTAB then stated: "Therefore, for purposes of this decision, **we adopt**

14   **the ordinary definition of 'uniformly,' in construing this term, namely, identical or**

15   **consistent, as from example to example, place to place, or moment to moment,' and without**

16   **variations in detail.**'"   IPR2015-00528, Institution Decision, Paper 6 at 10-11.   Plaintiffs'

17   proposal reflects the preceding statement.  In contrast, QDV's proposal omits it.  A POSITA

18   would agree that, in the context of the '901 Patent, consistent with the widely understood

19   functions, an overcoating is "uniformly deposited" on the core where there is a consistent – but

20   not necessarily totally identical – coverage along the surface area of the core.

21   92.     Later, in its Final Written Decision, the Board summarized its initial position and

22   affirmed it:

23                       **We also adopted the ordinary definition of "uniformly" in**
                         **construing this claim term, namely, "identical or consistent, as**
24                       **from example to example, place to place, or moment to**
                         **moment," and "without variations in detail."** Dec. on Inst. 10–
25                       11 (citing Ex. 3001).  Based on the trial record, **we see no reason**
                         **to modify** our claim construction of "an overcoating uniformly
26                       deposited on the core" as a structural component that is deposited
                         on the core uniformly, i.e., without variation in detail.
27

28   (IPR2015-00528, 7/5/16 Final Written Decision, Paper 17 at 8.)   In other terms, the Board

echoed its statements in the earlier Institution Decision.

93.     The above statement by the Board again confirms that "an overcoating uniformly deposited on the core" means an overcoating without variation in detail, meaning identical **or** consistent throughout its coverage of the core.  As stated above, that meaning is consonant with a POSITA's understanding of the purpose and function of the chemical processes underlying overcoating.

94.     Plaintiffs' proposal more comprehensively and accurately reflects the Board's statements in IPR2015-00528 regarding this claim limitation, as compared to QDV's proposal.  Clarifying that uniform deposition encompasses identical **or** consistent coverage of the overcoating on the core correctly reflects a POSITA's understanding, and is consistent with the remainder of the intrinsic record.

        D.      <u>"a second semiconductor material selected from ZnS, CdS, and CdSe"</u>

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"a second semiconductor material selected from ZnS, CdS, and CdSe"**<br>• '113 Patent (claim 8) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "a second semiconductor material selected from ZnS, CdS, CdSe, **and mixtures thereof**." | "a second semiconductor material is selected from the group consisting of ZnS, CdS, and CdSe" |

95.     In my opinion, Plaintiffs' proposal more accurately reflects a POSITA's understanding that, in the context of the '113 Patent, a second semiconductor material may be selected from ZnS, CdS, CdSe, as well as mixtures of those compounds.

        ***Claims***

96.     This claim term appears in claim 8 of the '113 Patent, which recites in relevant part: "a plurality of nanocrystal particles, wherein each particle includes a core including a first semiconductor material selected from CdS, CdSe, and CdTe, and an overcoating including **a second semiconductor material selected from ZnS, CdS, CdSe** deposited on the core. . . ."

97.     A POSITA reading this claim would understand that deposition of a second semiconductor material on a core including a first semiconductor material could include any of

1   the recited compounds as well as mixtures thereof.  This is because the '113 Patent specification

2   explicitly teaches using mixtures of the group II cations and group VI anions in the compound

3   semiconductors and a POSITA would understand that there is no added utility to restricting the

4   compositions to only the three listed binary compound semiconductors.

5       ***Specification***

6   98.     Consistent with a POSITA's background understanding and the claims, the '113 Patent

7   discloses that the second semiconductor material can be selected from ZnS, CdS, and CdSe, **and**

8   **mixtures thereof**, for depositing on the core.

9   99.     For instance, the "Summary of the Invention" states that "a coated nanocrystal capable of

10  light emission includes . . . an overcoating of ZnY, where Y=S, Se, **and mixtures thereof**

11  uniformly deposited thereon." '113 Patent at 2:59-63.  At minimum, this includes ZnS (which is

12  recited in claim 8) **and** ZnSe **and** mixtures thereof.  QDV's proposed construction, by contrast,

13  would narrow the claim to exclude this disclosed embodiment.

14  100.    In the "Detailed Description of the Invention," the specification states that it discloses an

15  exemplary embodiment in which: "The method is described for a (CdSe)ZnS quantum dot, **but it**

16  **is understood that the method may be applied in the preparation of a variety of known**

17  **semiconductor materials.**" '113 Patent at 4:47-50.  Consistent with the specification, a

18  POSITA would understand this variety of known materials to include at least ZnS, CdS, CdSe,

19  and mixtures thereof.

20  101.    Indeed, at the time of the '113 Patent, a POSITA understood that purposes of overcoating

21  deposition on the core included passivation and improving quantum yield, *see, e.g.*, '113 Patent

22  at 8:7-41, and that this could be achieved using a semiconductor material selected from CdS,

23  CdSe, and CdTe, as well as mixtures thereof.  Accordingly, the specification reiterates that:

24  "Although the invention has been described with reference to the preparation and performance of

25  CdSe(ZnS), it will be readily apparent that the method of preparation may be used to obtain

26  monodisperse overcoated quantum dots with **various combinations of nanocrystallite core and**

27  **overcoating**." '113 Patent at 8:42-46.

28  102.    The specification goes on to state:

24

1
2
3
4
5
6

   The method of the invention permits the preparation of a variety of capped nanocrystals having a very narrow particle size distribution and exhibiting improvements in color purity and intensity of their photoluminescent emissions.  It is contemplated that a variety of cadmium chalcogenides, **for example**, CdX, where X=S, Se, Te may be prepared and overcoated according to the method of the invention.  It is further contemplated that the overcoating may be varied and may include, **by way of example** only, ZnS, ZnSe, CdS **and mixtures thereof**.

7
8
9

   The invention is described with reference to the following **examples**, which are presented for the purpose of illustration and which are not intended to be limiting of the invention, the scope of which is set forth in the claims which follow this specification.

10  '113 Patent at 8:47-61.

11 103. The '113 Patent discloses an exemplary preparation of core-shell CdSe/ZnS quantum

12 dots.  *See* '113 Patent at 10:6-59.  A POSITA would understand that different core- shell II-VI

13 semiconductors could be fabricated using different chemical starting materials and using a

14 parallel synthetic route.  Moreover a POSITA would know from the specification that other

15 combinations or mixtures of II-VI compounds were specifically taught.

16   ***File History***

17 104. Based on my review of select portions of the file histories of the '113 Patent, a POSITA

18 would find no indication that the patentees deviated from the plain and ordinary usage of

19 "different" that appears in the claims and specification.

20
21
22
23
24
25
26
27
28

E.   **"wherein the first semiconductor material and the second semiconductor material are different"** / **"a second semiconductor material different from the first semiconductor material"**

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"wherein the first semiconductor material and the second semiconductor material are different"**<br>• '113 Patent (claims 1, 8) | Plain and ordinary meaning, no construction is necessary, including because "different" has a plain and ordinary meaning.  To the extent that a construction is necessary:<br><br>"wherein the first semiconductor material and the second semiconductor material comprise more than a single semiconductor material wherein the second semiconductor material has at least one semiconductor material other than the first semiconductor material" | "A second semiconductor material having no overlapping chemical elements with a first semiconductor material." |
| **"a second semiconductor material different from the first semiconductor material"**<br>• '112 Patent (claims 1, 28) | Plain and ordinary meaning, no construction is necessary, including because "different" has a plain and ordinary meaning.  To the extent that a construction is necessary:<br><br>"a second semiconductor material that comprises at least one semiconductor material other than the first semiconductor material." | "A second semiconductor material having no overlapping chemical elements with a first semiconductor material." |

105.   With respect to these claim terms, the dispute appears to be regarding what it means for the first and second semiconductor materials to be "different."   At the outset, I note that "different" as it is used in the context of these claims is not a specialized term of art.  In other words, a POSITA understands "different" based on its plain and ordinary meaning – namely, a first semiconductor material and a second semiconductor material are "different" when they are

1   not exactly the same.  To a POSITA, that understanding comports with basics of chemistry,

2   because materials are considered to be different when their elemental composition is not

3   identical.  For this reason, I do not think that "layer" requires construction.

4   106.    Nonetheless, to the extent that QDV or the Court deems that these terms need

5   construction, I believe that Plaintiffs' proposal accurately reflects how a POSITA would

6   understand the term in the relevant timeframe in the context of the '524, '363, and '621 Patents.

7   QDV's proposal, on the other hand, contradicts a POSITA's basic understanding that a first and

8   second semiconductor material can have **some** overlap in elemental composition and be

9   "different."  That understanding is confirmed in the intrinsic evidence.  Thus, a POSITA would

10  understand based on her background knowledge and in light of the intrinsic evidence that QDV's

11  requirement of "**no** overlapping chemical elements" is incorrect.

12          _**Claims**_

13  107.    A POSITA reading the claims of the '113 and '112 Patents would understand the use of

14  "different" in context to be consistent with its plain and ordinary meaning.

15  108.    Claim 1 of the '113 Patent recites in relevant part: "a plurality of nanocrystal particles,

16  wherein each particle includes a core including a first semiconductor material … and … a second

17  semiconductor material deposited on the core … **wherein the first semiconductor material and**

18  **the second semiconductor material are different**. . . ."

19  109.    Claim 8 of the '113 Patent recites in relevant part: "a plurality of nanocrystal particles,

20  wherein each particle includes a core including a first semiconductor material selected from CdS,

21  CdSe, and CdTe, . . . and an overcoating including a second semiconductor material selected

22  from ZnS, CdS, and CdSe deposited on the core; **wherein the first semiconductor material**

23  **and the second semiconductor material are different**. . . ."

24  110.    In each instance, a POSITA understands that the first and second semiconductor

25  materials can have (and, in common practice, do have) some overlap in elemental composition.

26  So long as they are not identical in composition, the first and second materials are "different."

27  111.    Indeed, claim 8 of the '113 even states that a first semiconductor material can be selected

28  from compounds that have elemental overlap with the second semiconductor material.  For

27

1    example, the first semiconductor material can be **CdSe** and the second material can be **CdS**.

2    112.    The claim language is consistent with a POSITA's background understanding of the

3    chemical processes underlying quantum dot fabrication, which I discuss above.  Indeed, in the

4    relevant time frame, a POSITA plainly understood that one approach to core-shell quantum dot

5    fabrication included selection of two different semiconductor materials that had some overlap in

6    elemental composition.

7    113.    Claim 1 of the '112 Patent recites in relevant part: "A method of producing a population

8    of coated nanocrystals . . . comprising: providing a . . . first population of semiconductor

9    nanocrystal cores made from a first semiconductor material and a precursor capable of thermal

10   conversion into **a second semiconductor material different from the first semiconductor**

11   **material**. . . ."

12   114.    Claim 28 of the '112 Patent recites in relevant part: "A method of producing a population

13   of coated nanocrystals . . . comprising: providing a . . . first population of semiconductor

14   nanocrystal cores made from a first semiconductor material; and overcoating **a second**

15   **semiconductor material different from the first semiconductor material** onto the first. . . ."

16   115.    As with the '113 Patent, a POSITA would understand the use of "different" in these

17   claims to be consistent with a first and second semiconductor material that has some difference

18   in elemental composition.  Indeed, dependent claims 12, 22 and 23 of the '112 Patent, which

19   depend on claim 1, further clarify that the first and second semiconductor material can

20   encompass overlapping elemental composition, since those claims recite first and second

21   semiconductors that have overlapping elements.  Again, a POSITA would understand this to be

22   consistent with the basics of core-shell quantum dot fabrication processes.

23       *Specification*

24   116.    A POSITA reading the specification would find further confirmation that "different" is

25   used consistently with its plain and ordinary meaning.  The specification discloses that:

26       Although the invention has been described with reference to the preparation and
         performance of CdSe(ZnS), it will be readily apparent that the method of
27       preparation may be used to obtain monodisperse overcoated quantum dots with
         **various combinations of nanocrystallite core and overcoating.**  The method of
28       the invention permits the preparation of a variety of capped nanocrystals having a

1    very narrow particle size distribution and exhibiting improvements in color purity
     and intensity of their photoluminescent emissions.  **It is contemplated that a**
2    **variety of cadmium chalcogenides, for example, CdX, where X=S, Se, Te may**
     **be prepared and overcoated according to the method of the invention.  It is**
3    **further contemplated that the overcoating may be varied and may include,**
     **by way of example only, ZnS, ZnSe, CdS and mixtures thereof.**
4

5    '112 Patent at 8:42-56; '113 Patent at 8:42-56 (emphasis added)).

6    117.    Moreover, consistent with the above disclosure in the specification, a POSITA would

7    understand that the disclosure of an exemplary embodiment in which (CdSe)ZnS is prepared

8    (Example 3) is also consistent with the preparation of core-shell nanocrystals with overlapping

9    elements.   *See* '112 Patent at 8:57-61 ("The invention is described with reference to the

10   following examples, which are presented for the purpose of illustration and which **are not**

11   **intended to be limiting of the invention, the scope of which is set forth in the claims which**

12   **follow the specification.**") (emphasis added); '113 Patent at 8:57-61 (same).

13   118.    In other terms, a POSITA would know that the specification discloses exemplary

14   embodiments in which the first semiconductor material (for the core) has overlapping elemental

15   composition with a second semiconductor material (for the overcoating).  For instance, the first

16   semiconductor may be Cd**S** and the second material maybe Zn**S**.  Another disclosed possibility

17   includes Cd**Se** as a first material and Zn**Se** as a second material.

18   119.    Plaintiffs' proposal is consistent with this disclosure.   QDV's proposal, however,

19   contradicts it.  In fact, QDV's proposal would unduly narrow the claims so as to exclude these

20   disclosed exemplary embodiments.

21       *__File History__*

22   120.    Based on my review of select portions of the file histories of the '112 and '113 Patents, a

23   POSITA would find no indication that the patentees deviated from the plain and ordinary usage

24   of "different" that appears in the claims and specification.

25

26

27

28

1    **F.    "coordinating solvent"**

2

3

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"coordinating solvent"**<br>• '337 Patent (claims 1, 18) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "a solvent that bonds to a metal or molecular surface and in which both electrons comprising the bond come from the solvent substance."<br><br>Or, alternatively, as Plaintiffs proposed to QDV during the meet and confer process, "a compound, **which <u>may</u> include an amine**, having a donor lone pair."[3] | "a compound, **including an amine,** having a donor lone pair" |

13    121.    The main dispute here appears to be whether a "coordinating solvent" may or must

14    include an amine.  Plaintiffs' proposal correctly reflects a POSITA's understanding that an amine

15    may – but need not – be a "coordinating solvent."

16    122.    At the time of the '337 Patent, a POSITA would readily understand the term

17    "coordinating solvent" as a solvent that bonds to a quantum dot surface and donates its electron

18    lone pair in order to form that bond.  Plaintiffs' proposals reflect that chemical description of a

19    coordinating solvent.

20    123.    QDV's proposal, however, imports a limitation that is not in the claim and is imprecise in

21    its use of "including an amine."  QDV's proposed construction creates ambiguity where there is

22    none in the claim language.  On the one hand, QDV's proposal might refer to a compound that

23    includes an amine functional group.  On the other hand, it might mean that an amine, alone, is a

24    coordinating solvent.  Indeed, as the specification of the '337 Patent confirms, an amine **may** be

25    a coordinating solvent.  To be a coordinating solvent, the amine must donate its electron lone

26

27    ――――――――――――――――――

[3] I understand from counsel that Plaintiffs also proposed this alternative compromise definition

28    to QDV, which declined to accept it.

1  pair (*i.e.*, the lone pair must be a donor lone pair) as part of the coordination reaction.

2  124.    A POSITA would understand that there are scenarios in which amines can be "non-

3  coordinating," even though they have a lone pair.   One example is when the lone pair is

4  "sterically shielded."   Steric shielding occurs when the R groups around the Nitrogen are very

5  large and therefore do not allow the lone pair on the Nitrogen get close enough to another species

6  (e.g., a metal) to bond.

7  125.    An example of this phenomenon is tri-(tert-butyl)amine.   The steric effect of tri-(tert-

8  butyl)amine makes electrophilic reactions, like forming the tetraalkylammonium cation, difficult.

9  It is difficult for electrophiles to get close enough to allow attack by the lone pair of the nitrogen.

10  This is sometimes called a "frustrated Lewis base."[4]

11      ***Claims***

12  126.    A POSITA reading claims 1 and 18 of the '337 Patent would understand the use of

13  "coordinating solvent" is consistent with its plain and ordinary meaning.   Claim 1 recites: "A

14  method of synthesizing a nanocrystal comprising combining a metal-containing non-

15  organometallic compound, a **coordinating solvent**, and a chalcogen source to form a

16  nanocrystal."   Claim 18 recites: "The method of claim 1, further comprising heating the metal-

17  containing non-organometallic compound, the **coordinating solvent**, and the chalcogen source at

18  a temperature sufficient to form the nanocrystal."   A POSITA would understand the use of

19  "coordinating solvent" in this context is consistent with the coordination chemistry involved in

20  fabricating nanocrystals, which I discuss in Section III, above.   In particular, the coordinating

21  solvent performs the role of bonding with, for example, the surface of the growing nanocrystal in

22  order to keep the nanocrystals dispersed in the solution.

23      ***Specification***

24  127.    A POSITA would find that the specification of the '337 Patent also uses "coordinating

25  solvent" in accord with its plain and ordinary meaning.   For instance, the specification states:

26

27  _____

[4] *See, e.g.*, Stephan, Douglas W., "Frustrated Lewis pairs: a concept for new reactivity and
28  catalysis," Org. Biomol. Chem. 2008, 6, 1535-39.

1
2
3
4
5
6
7

The **coordinating solvent** can help control the growth of the nanocrystallite. **The coordinating solvent is a compound having a donor lone pair that, for example, has a lone electron pair available to coordinate to a surface of the growing nanocrystallite**. Solvent coordination can stabilize the growing nanocrystallite. Typical **coordinating solvents** include alkyl phosphines and alkyl phosphine oxides, however, **other coordinating solvents, such as** pyridines, furans, and **amine** <u>**may**</u> also be suitable for the nanocrystallite production. Examples of suitable **coordinating solvents** include tri-n-octyl phosphine (TOP) and tri-n-octyl phosphine oxide (TOPO). Technical grade TOPO can be used.

8

9   '337 Patent at 4:36-49.

10  128.    A POSITA would understand that in this passage, the specification identifies non-amine

11  coordinating solvents. Further, the specification also states that a coordinating solvent has a

12  **donor** lone pair, and then goes on to describe exemplary coordinating solvents, all of which are

13  consistent with Plaintiffs' proposal. Consistent with the specification, an amine that does not

14  donate its lone pair in a given chemical system would plainly not be a coordinating solvent.

15  Other portions of the specification refer to "coordinating solvent" in a consistent manner. *See*

16  '337 Patent at 1:34-40, 2:3-11, 2:12-19, 2:24-30, 3:10-30, 4:36-49, 4:50-57, 4:58-5:3, 6:11-28.

17      *File History*

18  129.    Based on my review of select portions of the file histories of the '337 Patent, a POSITA

19  would find no indication that the patentees deviated from the plain and ordinary usage of

20  "different" that appears in the claims and specification.

21      G.    **The "about" Terms**

22  130.    I understand that QDV contends that each of the terms I discuss in this subsection are

23  indefinite. The only word these terms have in common is "about."

24  131.    At the outset, I note that a POSITA would have reasonable certainty regarding the scope

25  of each of these terms (and thus the asserted claims in which they appear) because "about" has a

26  plain and ordinary meaning – namely, "approximately." Indeed, the usage of "about" as in these

27  claims was, and is, common in the field of quantum dots. This reflects the nature of the

28  measurements and calculations underlying the recited characteristics. *See* Section III.

132.     Thus, in the context of these claims, a POSITA would understand what is meant by quantum yields, FWHM, diameters, thickness, and % rms deviation of "about" (or "approximately") the values recited in the respective claims.  I therefore disagree that a POSITA would lack reasonable clarity about the scope and meaning of these claim terms (or the asserted claims in which they appear).

### i.     "in the range of about 20 Å to about 125 Å"

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"in the range of about 20 Å to about 125 Å"**<br>• '901 Patent (claim 12)<br>• '229 Patent (claim 7)<br>• '113 Patent (claims 7, 15) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "in the range of approximately 20 Å to about 125 Å." | Indefinite |

### _Claims_

133.     A POSITA reading these claims would readily understand the use of "about" to describe approximate ranges of the diameter of core particles, again reflecting the limitations of the measurement.

134.     Claim 12 of the '901 patent recites in relevant part: "wherein the diameter of the core is **in the range of <u>about</u> 20 Å to about 125 Å**."  Claim 7 of the '229 Patent recites in relevant part: "wherein the particle size of the core is **in the range of <u>about</u> 20 Å to about 125 Å**."  Claims 7 and 15 of the '113 Patent each recite in relevant part: "wherein the cores of the plurality of nanocrystal particles **have a mean diameter is in the range of <u>about</u> 20 Å to about 125 Å**."

135.     In each instance, a POSITA would understand that, because the context of the relevant portions of these claims is a measure of particle size, the values reported are approximate.  As discussed in Section III, the methods for such measurement are only so specific and thus a POSITA routinely would understand that it is appropriate to use the modifier "about" in this context.

1      ***Specification***

2      136.     The specification reflects a POSITA's background understanding that particle size ranges

3      are appropriately reported with approximate values. *See* '901 Patent at 2:54-58. (I cite the '901

4      Patent specification because the specifications of the '229 and '113 Patents are the same in

5      relevant part.)

6      137.     A POSITA would not find any indication from the specification that "about" in reference

7      to particle size somehow took on a different or indiscernible meaning apart from how a POSITA

8      would routinely have used that term at the time. *See* '901 Patent at 2:47-58, 5:50-60, 6:26-61. In

9      each instance, a POSITA would consider the modifier "about" in connection with reported

10     particle diameters to be comprehensible and consonant with standard practices in the field.

11     ***File History***

12     138.     Based on my review of select portions of the file histories of the '901, '229, and '113

13     Patents, a POSITA would find no indication that the patentees or the Examiner lacked reasonable

14     certainty (or were otherwise confused) about the scope of this claim term.

15     ***Additional Extrinsic Evidence***

16     139.     As I have stated above, at the time of these patents, as today, it was routine in the

17     quantum dot field to discuss particle size (and ranges of particle size) with the modifier "about.

18     140.     For example, a patent assigned to QDV states in its specification: "A quantum dot can

19     have an **average particle size in a range from about 1 to about 1000 nanometers (nm),** and

20     preferably **in a range from about 1 to about 100 nm**. In certain embodiments, quantum dots

21     have an **average particle size in a range from about 1 to about 20 nm** (e.g., such as **about** 5,

22     6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, or 20 nm). **In certain embodiments, quantum**

23     **dots have an average particle size in a range from about 1 to about 10 nm**. **Quantum dots**

24     **can have an average diameter less than about 150 Angstroms (Å)**. **In certain embodiments,**

25     **quantum dots having an average diameter in a range from about 12 to about 150 Å can be**

26     **particularly desirable.** However, depending upon the composition, structure, and desired

27     emission wavelength of the quantum dot, the average diameter may be outside of these ranges."

28     U.S. Patent No. 9,136,426 at 20:22-35; *see also id.* at 20:43-49 (NAN50000177-96).

141.    Another patent assigned to QDV states in its specification: "Quantum dots of the present invention may be **between about 2.2 nm and about 2.6 nm in diameter**. In general, quantum dots according to the present disclosure can have an **average particle size in a range from about 1 to about 1000 nanometers (nm), and preferably in a range from about 1 to about 100 nm**. In certain embodiments, quantum dots have an **average particle size in a range from about 1 to about 20 nm** (e.g., such as **about** 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, or 20 nm). In certain embodiments, quantum dots have an **average particle size in a range from about 1 nm to about 20 nm or about 1 nm to about 10 nm**. Quantum dots can have an average diameter less than **about** 150 Angstroms.  In certain embodiments, quantum dots having an average diameter **in a range from about 12 to about 150 Angstroms** can be particularly desirable. However, depending upon the composition, structure, and desired emission wavelength of the quantum dot, the average diameter may be outside of these ranges.")

142.    Another patent assigned to QDV states in its specification: "In certain embodiments, the particles have at least one dimension **in the range from about 0.01 μm to about 100 μm**. In certain embodiments, the particle has at least one dimension **in the range from about 0.01 μm to about 50 μm**."  U.S. Patent No. 9,303,153 at 1:57-60; *see also id.* at 8:58-9:11, 13:56-67 (NAN500000228-48).

143.    I further note that this patent incorporates the '901 Patent at issue in this case by reference. *Id.* at 15:1-20.

144.    I further note that this patent claims: "2. A formulation in accordance with claim 1 wherein the particle has at least one dimension **in the range from about 0.01 μm to about 100 μm.**"

145.    These instances reflect the practice of reporting particle size data (including ranges) as approximate values.  They reflect a POSITA's understanding today, as at the time of these patents.

1

**ii.    "no greater than about [60/40/37] nm"**

2

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"no greater than about [60/40/37] nm"**<br>• '229 Patent (Claims 1, 10)<br>• '112 Patent (Claims 1, 28)<br>• '113 Patent (Claims 1, 8) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "no greater than approximately [60/40/37] nm." | Indefinite |

9    ***Claims***

10    146.    A POSITA reading these claims would readily understand the use of "about" to describe

11    spectral data such as FWHM because such usage reflects the common understanding that such

12    measurements are reported with approximate values.

13    147.    Claim 1 of the '229 Patent recites in relevant part: "introducing a substantially

14    monodisperse core population . . . the monodisperse population, when irradiated, **emits light in a**

15    **spectral range of no greater than <u>about</u> 60 nm full width half max (FWHM).**"  Claim 1 of

16    the '112 Patent recites in relevant part: "wherein the plurality of coated nanocrystals **emit light**

17    **in a spectral range of no greater than <u>about</u> 40 nm full width half max (FWHM).**"  Claims 1

18    and 8 of the '113 Patent each recite in relevant part: "wherein the monodisperse population **emits**

19    **light in a spectral range of no greater than <u>about</u> 37 nm full width half max (FWHM).**"

20    148.    In each instance, a POSITA would understand from the context of the claims that,

21    because the characteristic at issue is FWHM, which is a spectral property, the value is

22    approximate.

23    ***Specification***

24    149.    Consistent with common and ordinary discussion of FWHM at the time of these patents,

25    the specification reports FWHM values using the modifier "about."  *See* '901 Patent at 2:47-58,

26    2:53-55, 4:32-35.  (I refer to the '901 specification here, which is in relevant part the same as the

27    '112 and '113 Patent specifications).  Moreover, the spectra data reported also confirm that

28    FWHM calculations are reported in approximate values.  *See* '901 Patent at Figures 1-3. A

1 POSITA would find this to be a routine and common use of the term "about" in relation to
2 FWHM.

3 ***File History***

4 150. Based on my review of select portions of the file histories of the 901, '112, and '113
5 Patents, a POSITA would find no indication that the patentees or the Examiner lacked reasonable
6 certainty (or were otherwise confused) about the scope of either of these claim terms.

7 ***Additional Extrinsic Evidence***

8 151. As I have stated above, at the time of these patents, as today, it was routine in the
9 quantum dot field to report and discuss FWHM values using the modifier "about" to indicate
10 approximate values.

11 152. For example, a patent assigned to QDV states in the specification: "the metal precursor
12 and the chalcogenide react to form quantum dots of metal and chalcogenide having a peak
13 absorbance between **about** 420 nm and **about** 480 nm. According to one aspect, the quantum
14 dots of peak absorbance between **about** 420 nm and **about** 480 nm are formed rapidly upon
15 combination of the metal precursor and the chalcogenide in the reaction vessel. According to one
16 aspect, the metal precursor is in a reaction vessel in a liquid medium at a temperature of above
17 about 200° C. The secondary phosphine chalcogenide or secondary phosphine chalcogenide
18 precursor or oxygen-treated tertiary phosphine chalcogenide is rapidly added to the reaction
19 vessel and the liquid medium whereupon quantum dots including the metal and the chalcogenide
20 of peak absorbance between **about** 420 nm and **about** 480 nm are formed upon the rapid
21 addition of the chalcogenide." U.S. Patent No. 9,139,435 at 9:54-10:2; *see also id.* at 12:49-61
22 (NAN50000403-18). While this discussion is about peak absorbance, these are the sorts of
23 spectral data on which FWHM is based. Therefore, the use of "about" for such spectral
24 measurements naturally leads to the use of "about" in connection with reported FWHM.

25 153. The same patent states in its specification: "The population can be monodisperse and
26 preferably exhibits less than a 15% rms (root-mean-square) deviation in diameter of such
27 quantum dots, more preferably less than 10%, most preferably less than 5%. Spectral emissions
28 in a narrow range of no greater than **about** 75 nm, preferably no greater than **about** 60 nm, more

preferably no greater than **about** 40 nm, and most preferably no greater than **about** 30 nm full width at half max (**FWHM**) for such quantum dots that emit in the visible can be observed." U.S. Patent No. 9,139,435 at 18:25-35 (NAN50000403-17.)

154.    I further note that this patent incorporates the '901 Patent at issue in this case by reference in its entirety.  *Id.* at 15:28-30.

155.    Another QDV patent similarly states in its specification: "Spectral emissions in a narrow range of no greater than **about** 75 nm, preferably 60 nm, more preferably 40 nm, and most preferably 30 nm full width at half max (**FWHM**) for such nanoparticles that emit in the visible can be observed."  U.S. Patent No. 9,303,153 at 18:38-44 (NAN500000228-48).

156.    These instances reflect the practice of reporting spectral data as approximate values, which in turn means approximate FWHM values.  They reflect a POSITA's understanding today, as at the time of these patents.

### iii.    "having a quantum yield [of] greater than about [30%/40%]"/ "about a 10 % rms deviation"

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"having a quantum yield [of] greater than about [30%/40%]"**<br>• '229 Patent (Claim 11)<br>• '112 Patent (Claims 1, 9) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "having a ratio of photons emitted to photos absorbed greater than approximately [30%/40%]." | Indefinite |
| **"about a 10 % rms deviation"**<br>• '901 Patent (Claim 10) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "approximately a 10 % root mean square deviation." | |

### *Claims*

157.    Claim 11 of the '229 Patent recites in relevant part: "The method of claim 1, wherein the coated nanocrystal exhibits photoluminescence **having a quantum yield of greater than <u>about</u> 30%.**"

158.    Claim 1 of the '112 Patent recites in relevant part: "A method of producing a population of coated nanocrystals that exhibit photoluminescence **having a quantum yield of greater than about 30%**, comprising . . . ."[5] Claim 9 recites in relevant part: "plurality of coated nanocrystals exhibit a photoluminescence **having a quantum yield greater than about 40%.**"

159.    In each instance, a POSITA would plainly understand that the claims recite quantum yields that must be greater than about 30% or 40%, respectively.  There would be no ambiguity or confusion about a ratio of photons emitted to photons absorbed that is approximately 30% or 40%.  A POSITA would understand the "approximately" to connote that the quantum yield is a ratio based on spectral data, which are in turn only so precise.

160.    Claim 10 of the '901 Patent recites in relevant part: "and wherein the monodisperse particle population is characterized in that **it exhibits no more than about a 10% rms deviation in the diameter of the core.**"

161.    A POSITA would understand, as that claim plainly states, that the % rms deviation of the diameter of the core is a characteristic of the monodisperse population.  As discussed in Section III and in the next section, a POSITA would understand that % rms deviation of particle diameter could be determined by either a statistical analysis of the diameter variance as measured by TEM or X-ray, or by determining the range of luminescence wavelengths associated with % rms deviation in particle diameters and the resulting associated FWHM of the luminescence peak.  Either way, a POSITA would understand that "about a 10% rms deviation" reflects that the underlying data can only be so precise.  A POSITA would have no ambiguity or confusion about the meaning of this limitation.

### *Specification*

162.    A POSITA would find in the specification uses of "about" that are consistent with her background understanding and the claims.

163.    With respect to quantum yield, the '229 Patent specification states: "'Quantum yield' as

---

[5] Counsel has asked me to consider this term even though it appears in the preamble.  I do so at this stage without stating any opinion as to whether the term (or any other term that may appear in a preamble) is limiting.

1   that term is used herein, means the ration of photons emitted to that absorbed, e.g., the

2   photoluminescence quantum yield." '229 Patent at 4:37-39.  (The specification of the '112

3   Patent is the same in relevant part.)  Consistent with that statement, a POSITA would understand

4   that such ratios could be expressed in approximate values due to the measurement limitations of

5   the underlying data.  *See also* '229 Patent at 1:54-58, 2:50-55, 4:2-6, 8:20-35.

6   164.    Indeed, Figures 2 and 5 of the '229 Patent depicts percent quantum yield in a manner that

7   was common at the time, and consistent with the values being approximate.  *See* '229 Patent at

8   7:41-51 (Fig. 2), 8:20-35 (Fig. 5).  Likewise, the specification discloses Example 3, which

9   includes quantum yield determinations consistent with generation of values that would be

10   understood to be approximate.  *See* '229 Patent at 10:58-67.

11   165.    With respect to % rms deviation, the specification of the '901 Patent states that: "By

12   monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended

13   particles have substantially identical size and shape. For the purposes of the present invention,

14   **monodisperse particles deviate less than 10% in rms diameter in the core, and preferably**

15   **less than 5% in the core**." '901 Patent at 4:16-22.  While this passage does not use the term

16   "about," a POSITA would understand the approximate value of this characteristic, because it is

17   based on underlying spectral or size distribution measurements.  *See also* '901 Patent at 2:56-64,

18   4:50-60.  Indeed, elsewhere, the specification confirms that % rms deviation is approximate.  *See*

19   '901 Patent at 2:21 ("(12-15% rms)).  At bottom, a POSITA knew that % rms ultimately refers to

20   a statistical distribution of particle sizes, which would be expressed in approximate percentage

21   values.

22       ***File History***

23   166.    Based on my review of select portions of the file histories of the '229, '112, and '901

24   Patents, a POSITA would find no indication that the patentees or the Examiner lacked reasonable

25   certainty (or were otherwise confused) about the scope of either of these claim terms.

26       ***Additional Extrinsic Evidence***

27   167.    As I have stated above, at the time of the '229 and '901 Patents, as today, it was routine

28   in the quantum dot field to discuss these characteristics using the modifier "about."

MURRAY DECLARATION ISO PLAINTIFFS'
OPENING CLAIM CONSTRUCTION BRIEF
CASE NO. 4:16-CV-01957-YGR

168.   For example, a patent assigned to QDV states in its specification: "In certain embodiments, a color conversion layer includes an amount QDs per area effective to preferably achieve greater than or equal to **about** 70%, more preferably greater than or equal to **about** 80%, and most preferably greater than or equal to **about** 90%, absorption."  U.S. Patent No. 9,276,168 at 17:9-14 (NAN500000197-227).

### iv.   "about 3 nm" / "about 2 nm"

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"about 3 nm" / "about 2 nm"**<br>• '359 Patent (claim 21)<br>• '153 Patent (claim 34) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "approximately 3 nm / approximately 2 nm." | Indefinite |

### _Claims_

169.   A POSITA reading these claims would readily understand the use of "about" to describe approximate core diameter and approximate shell thickness, respectively, again reflecting the limitations of such measurements.

170.   Claim 21 of the '359 Patent and claim 34 of the '153 Patent each recite in relevant part: "wherein the core has a **diameter of <u>about</u> 3 nm** and comprises CdSe, and wherein the **core-overcoating shell has a thickness of <u>about</u> 2 nm** and comprises CdS."

171.   In each instance, a POSITA would readily recognize that the context of these claims is the measurement of two dimensions in a particle, which was commonly reported with approximate values, owing to the nature of the measurement.

### _Specification_

172.   A POSITA reading the specification would find a use of "about" in connection with core diameter and shell thickness consistent with its plain and ordinary meaning.  This reflects the nature of such measurements.  _See_ '359 Patent at 5:20-32, 6:4-15, 6:48-52, 7:60-65, 8:-30, 10:12-15 ("about" in reference to various dimensions).  (The '153 Patent specification is the same in relevant part.)

1      *File History*

2      173.    Based on my review of select portions of the file histories of the '359 and '153 Patents, a

3      POSITA would find no indication that the patentees or the Examiner lacked reasonable certainty

4      (or were otherwise confused) about the scope of these claim terms.

5      *Additional Extrinsic Evidence*

6      174.    As I have stated above, at the time of these patents, as today, it was routine in the

7      quantum dot field to discuss particle dimensions (including core diameter and shell thickness, as

8      in the present claims) using the modifier "about.

9      175.    For example, a patent assigned to QDV states in its specification: "In certain of such

10     embodiments, color conversion material preferably has a **thickness of less than about 10**

11     **microns**, and more preferably less than one micron . . . . In certain of such embodiments, for

12     example, including about 2-3 weight percent quantum dots based on the weight of the host

13     material, color conversion material preferably has a **thickness of less than about 100 microns**,

14     and more preferably less than 70 microns. In certain embodiments, the **thickness can be in a**

15     **range from about 40-70 or 50-60 microns**.")"   "U.S. Patent No. 9,276,168 at 9:45-57

16     (NAN500000197-227).

17     176.    The same patent states in its specification: "In certain embodiments, a feature can have a

18     size in the range from **about 100 nm to about 1 micron**. Other sized may also be desired based

19     on the application and desired light effect." *Id.* at 9:67-10:11; *see also id.* at 25:57-26:3.

20     177.    Another patent assigned to QDV states in the specification: "The emissive material is

21     preferably included in the device as a layer. In certain embodiments, the emissive layer can

22     comprise one or more layers of the same or different emissive material(s). In certain

23     embodiments, the emissive layer can have a **thickness in a range from about 1 nm to about 20**

24     **nm**. In certain embodiments, the emissive layer can have a **thickness in a range from about 1**

25     **nm to about 10 nm.** In certain embodiments, the emissive layer can have a **thickness in a range**

26     **from about 3 nm to about 6 about nm**. In certain embodiments, the emissive layer can have a

27     **thickness of about 4 nm**. A thickness of 4 nm can be preferred in a device including an electron

28     transport material including a metal oxide. Other thicknesses outside the above examples may

1   also be determined to be useful or desirable.")  U.S. Patent No. 9,136,426 at 17:34-47; *see also*

2   *id.* at 21:7-14, 25:51-52 (NAN50000177-96).

3   178.   Another patent assigned to QDV states in the specification: "In certain embodiments, the

4   particles have at least one dimension in the range from about 0.01 μm to about 100 μm. In

5   certain embodiments, the particle has at least one dimension in the range from about 0.01 μm to

6   about 50 μm." U.S. Patent No. 9,303,153 at 1:57-60; *see also id.* at 8:58-9:11, 13:56-67, claim 2

7   (NAN500000228-48).

8   179.   These instances reflect the practice of reporting particle dimension data using the

9   modifier "about."  They reflect a POSITA's understanding today, as at the time of these patents.

10      **H.      The "substantially" Terms**

11          **i.      "substantially monodisperse" /**

12                   **"substantially alter the monodispersity"**

13

| Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"substantially monodisperse"** <br> • '229 Patent (Claim 1) <br> • '112 Patent (Claim 28) <br> • '337 Patent (Claim 15) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "having substantially identical size and shape." | Indefinite |
| **"substantially alter the monodispersity"** <br> • '112 Patent (Claim 1) | Plain and ordinary meaning, no construction is necessary.  To the extent that a construction is necessary, "substantially change the substantially identical size and shape." | |

23   180.   At the outset, I note that a POSITA would have reasonable certainty regarding the scope

24   of each of these terms (and thus the asserted claims in which they appear) because

25   "substantially" is not a technical term of art in this field.  In the context of these claims, a

26   POSITA would understand that, because it is not in practice possible to fabricate core-shell

27   quantum dots that have perfectly identical size and shape, or a zero-width spectral emission at

28   FWHM, the claims recite "substantially" monodisperse particles.

181.   Indeed, the usage of "substantially" as in these claims was, and is, common in the field of quantum dots.   This reflects the nature of the measurements and calculations underlying monodispersity.  *See* Section III.

### *Claims*

182.   Claim 1 of the '229 Patent recites in relevant part: "introducing a **substantially monodisperse** core population . . . ."   Claim 28 of the '112 Patent recites in relevant part: "providing a **substantially monodisperse** first population of semiconductor nanocrystal cores . . . ."   Claim 15 of the '337 Patent recites in relevant part: "wherein the nanocrystal is a member of a substantially monodisperse population of nanocrystals."   Finally, Claim 1 of the '112 Patent recites in relevant part: "maintaining the coordinating solvent at a temperature sufficient to convert the precursor into the second semiconductor material . . . yet otherwise insufficient to **substantially alter the monodisperse first population** . . . ."

183.   In each instance, a POSITA reading these claims would understand that the context is the characteristic of monodispersity.  A POSITA plainly understood at the time of these patents (as today) that a perfectly monodisperse population of nanocrystals (*i.e.*, one in which every member of the population has identical size and shape, and thus the population exhibits a FWHM of 0) was not achievable.  Thus, a POSITA would have understood the common practice of referring to a "substantially" monodisperse population.  And in the specific case of claim 1 of the '112 Patent, a POSITA would also have plainly understood performing chemical overcoating processes at a temperature that does not alter the monodispersity of a core population in a "substantial" manner.

### *Specification*

184.   A POSITA would understand that the specification's use of "substantially monodisperse" is consistent with its plain and ordinary meaning, particularly in the quantum dot field.  The specification states: "By monodisperse, as that term is used herein, it is meant a colloidal system in which the suspended particles have **substantially identical size and shape.** For the purposes of the present invention, monodisperse particles **deviate less than 10% in rms diameter in the core, and preferably less than 5% in the core.**"  '229 Patent at 4:6-12.  (The specification of

1   the '112 patent is the same in relevant part.)

2   185.   The '337 Patent specification incorporates the '901 patent in its entirety (*see* '337 Patent

3   at 6:1-3), which contains the same statement.  The '337 Patent specification also states: "The

4   nanocrystallite is a member of a population of nanocrystallites.  As a result of the discrete

5   nucleation and controlled growth, **the population of nanocrystallites obtained has a narrow,**

6   **monodisperse distribution of diameters**.  The monodisperse distribution of diameters can also

7   be referred to as a size.  '337 Patent at 3:20-26.

8   186.   A POSITA would know that the modifier "substantially" in the context of these

9   discussions reflects the basic understanding in the field that "perfectly" monodisperse

10   populations are only a theoretical exercise.  *See* '229 Patent at 2:36-40, 3:1-10, 3:66-4:12; '337

11   Patent at 2:46-55.  In practice, quantum dot particle size distributions can only reflect substantial

12   monodispersity.

13   187.   Indeed, a POSITA would readily understand that the exemplary fabrications and related

14   data in the specifications of these patents reflect that reality.  A POSITA would comprehend that

15   the exemplary fabrications in Examples 1-3 of the '229 and '112 Patents achieve substantially

16   monodisperse particles, as opposed to perfectly monodisperse particles.  That understanding

17   would be based on the disclosed chemistry as well as the disclosed results.  *See* Figures 1-5.

18   Likewise, in the '337 Patent, a POSITA would understand that the exemplary syntheses achieved

19   a population of nanocrystals with a substantially monodisperse size distribution.  *See* '337 Patent

20   at 6:39-7:37, especially 7:25-37.

21   ***File History***

22   188.   Based on my review of select portions of the file histories of the '229, '112, and '337

23   Patents, a POSITA would find no indication that the patentees or the Examiner lacked reasonable

24   certainty (or were otherwise confused) about the scope of these "substantially" terms.

25   189.   To the contrary, the patentees explained during prosecution of the '229 Patent that:

26          **The term monodisperse is defined in the specification at page**
27          **5, lines 26-28, as "a colloidal system in which the suspended**
         **particles have substantially identical size and shape."**
28          **Applicants have further defined the monodisperse population**

1

2

3

4

5

6

7

8

9

**as a plurality of particles that deviate less than 10% in rms diameter.**  Moreover, a monodisperse population also emits light in a range no greater than 60 nm at full width half max (FWHM).  See, for example, the specification at page 5, line 25 through page 6, line 26.  Kortan provides spectroscopic characteristics of the core materials: "[t]he initial CdSe seed shows extremely weak broad visible emission similar to that of Figure 2A".  See page 1328, 2nd column of Kortan" (emphasis added).  Indeed, the emission produced by the core materials of Kortan is approximately 200 nm FWHM.  As shown in Figure 2 of the present specification, CdSe core materials of a monodisperse population exhibit emission in a range no greater than 60 nm FWHM.  Thus, the core materials of Kortan, which have a FWHM of the emission of the core material of greater than about 60 nm, are not a mono disperse population.

10  6/23/2000 Response to Office Action at 2.  The Examiner did not indicate that the use of

11  "substantially" – whether in the specification or in the claims – was confusing or was uncertain

12  in scope.

13        ***Additional Extrinsic Evidence***

14  190.    As I have stated above, at the time of the '229, '112, and '337 Patents, as today, it was

15  routine in the quantum dot field to discuss monodispersity with the modifier "substantially."

16  191.    For example, as early as in 1941, U.S. Patent No. 2,266,638 stated: "in which the

17  particles are nearly of the same size, i.e., **substantially monodisperse**."  '638 Patent at 1:20-22

18  (NAN50000451-53).

19  192.    As another example, U.S. Patent No. 6,038,894 (issued March 21, 2000) is entitled

20  "Production of Substantially Monodisperse Phosphor Particles" and refers throughout the

21  specification to "substantially monodisperse" particles.  *See, e.g.*, '894 patent at 2:65-3:20, 3:39-

22  59 (NAN50000454-74).

23  193.    The same patent recites "substantially monodisperse" in numerous claims: "1. A method

24  for producing activated, **substantially monodisperse**, phosphorescent particles comprising the

25  steps of: suspending **substantially monodisperse**, phosphor-precursor particles in a fluidizing

26  gas . . . ."  *See also id.* at Claims 7, 12, 14,17, 20-22, 27, 29-34, 38, 40-41.

27  194.    Additionally, a scientific article from 1993 also uses "substantially monodisperse".  *See*

28  H. Neil McMurray, "Uniform colloids of ruthenium dioxide hydrate evolved by the surface-

catalyzed reduction of ruthenium tetroxide," J. Phys. Chem., 1993, 97 (30), pp 8039–8045 ("Hydrosols of ruthenium dioxide hydrate comprising **substantially monodisperse**, spherical, and pristine submicron particles have been synthesized by the reduction of aqueous ruthenium tetroxide.") (NAN50000475-81).

195.    Additionally, patents assigned to QDV also use "substantially monodisperse."  One such patent states in its specification: "Forming an overcoating layer can comprise including semiconductor nanocrystal cores in a liquid medium and adding precursors for forming a desired overcoating material and converting the precursors into such desired overcoating material. Preferably the semiconductor nanocrystal cores comprise a **<u>substantially</u> monodisperse core population**."  U.S. Patent No. 9,139,435 at 14:62-15:11 (NAN50000403-18).  I note this patent also incorporates the '901 Patent at issue in this case in its entirety. *Id.* at 15:28-30.

196.    Another patent assigned to QDV states in the specification: "Quantum dots included in various aspects and embodiments of the inventions contemplated by this disclosure are preferably members of a population of quantum dots having a narrow size distribution. More preferably, the quantum dots comprise a monodisperse or **<u>substantially</u> monodisperse population of quantum confined semiconductor nanoparticles**."  U.S. Pat. No. 9,276,168 at 30:29-35 (NAN50000197-227).

197.    The same patent states in its specification: "in which the particles are **nearly of the same size, i.e., substantially monodisperse.**" *Id.* at 1:20-22.

198.

1

* * *

2          I hereby declare under penalty of perjury that the foregoing is true and accurate to the

3    best of my knowledge.

4          Executed on December 23, 2016 in Philadelphia, PA.

5

6

7          _____
            Christopher B. Murray

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Curriculum Vitae

**Curriculum Vitae: Professor Christopher B. Murray (09/20/2016)**

Department of Chemistry
School of Arts and Sciences
University of Pennsylvania
231 South 34th St
RM 347
Philadelphia, PA 19104
cbmurray@sas.upenn.edu
215-898-0588

Materials Science & Engineering
School of Engineering & Applied
Sciences
3231 Walnut Street
Philadelphia, PA 19104-6202
cbmurray@seas.upenn.edu
215-898-0588

Home: 22 Derwen Road Bala
Cynwyd PA 19004 USA

University of Pe

**Employment:**

| | |
|---|---|
| 2007- Present | University of Pennsylvania:   Richard Perry University Professor of Chemistry and Materials Science. |
| 2000 - 2006 | Manager of "Nanoscale materials and devices department" IBM Research, T. J. Watson Research Center, Yorktown Heights, NY |
| 2005-2006 | IBM Strategist for research opportunities in "Sustainable Energy" |
| 2002-2006 | IBM Strategist for nanomaterials research. |
| 1995-2006 | Member of research staff, IBM Corporation, T. J. Watson Research Center. Responsible for establishing a research project focused on the preparation and characterization of nanostructured materials and devices. |

**Consulting Engagements and Prior Cases:**

| | |
|---|---|
| 2016 – Present | Consulting for Intellegent Materials Solutions Inc Princton NJ |
| 2010 -2016 | Consulting for Steptoe and Johnson LLP, Washington DC |
| 2012-Present | Consulting for Universal Display Corporation, Ewing NJ |

**Education:**

| | |
|---|---|
| 1990-1995 | Ph.D. Physical/Inorganic Chemistry, Massachusetts Institute of Technology, Cambridge, MA |
| 1989 | Rotary International Fellow, University of Auckland, New Zealand |
| 1985-1988 | B.Sc. Honors Chemistry, Summa cum Laude, Saint Mary's University, Halifax, Nova Scotia, Canada. |

**Teaching experience:**

| | |
|---|---|
| 2014-Present | Taught Chemistry 116 (Honors Section of Freshman Chemistry) |
| 2011-Present | Developed and taught a graduate/senior undergraduate level MSE course MSE545/445 on "Materials Science for Energy Conversion & Storage" |
| 2011-Present | Developed and taught graduate level Chem700, "Sustainability by Chemical Design" |
| 2007-2010 | Developed and taught a graduate level chemistry class Chem700 on "Materials Chemistry". |

| | |
|---|---|
| 2007-2010 | Developed and taught a 3rd year undergraduate MSE course on "Structure at the Nanoscale" |
| 2004 | Developed and taught a graduate course on "Designing Nanomaterials" for the Debye Institute at University of Utrecht the Netherlands. |
| 2007-2014 | Advised/Graduated  9 Postdoc,  8 PhD Students, 12 MSc Students |
| 1995- 2006 | Mentored/Managed 16 Post docs and 15 summer interns over 10 years. |
| 1990-1991 | Teaching assistant for Chemical Thermodynamics, MIT. |
| 1987-1988 | Physical Chemistry Lab Demonstrator, St. Mary's University, Halifax, Nova Scotia, Canada. |

**Research Topics:**

| | |
|---|---|
| 2012-Present | Nanoscale design of photocatalysis, electrocatalysts and thermal catalysts. |
| 2008-present | Design of monodisperse transition metal and metal oxide nanocatalysts. |
| 2008-present | Rare earth doped Lanthanide Nanophosphors |
| 2003-present | Electronic transport in nanocrystal superlattices. |
| 2002-present | Bio-directed assembly of magnetic nanostructures |
| 2000-present | Synthesis of IR active quantum dots and quantum wires |
| 2002-present | Exploration of nanoscale assembly and doping nanocrystal solids |
| 2002-2004 | Bio-directed assembly of magnetic nanostructures |
| 2000-2005 | Synthesis of IR active quantum dots and quantum wires |
| 2000-2003 | Granular giant magneto-resistance in nanoparticle arrays |
| 1995-2002 | Synthesis of Nanostructured magnetic materials, IBM Corporation, |
| 1990-1995 | Physical/Inorganic chemistry of semiconductor nanocrystals, with Professor Moungi Bawendi, Massachusetts Institute of Technology |
| 1987-1988 | Development of surfactant based additives for the reduction of hydraulic drag in turbulent flows, with Professor John Young, Saint Mary's University |
| 1986 (summer) | Design and construction of salt hydrate units for energy storage in solar thermal applications with Professor John Young, Saint Mary's University |

**Awards and Distinctions:**

| | |
|---|---|
| 2015 | Aldrich Distinguished Lecturer in Chemistry at the University of Alabama. |
| 2013 | Davis Distinguished Lecturer in Chemistry at University of South Carolina |
| 2012 | Fellow of the Materials Research Society |
| 2012 | 2012 Nankamura Lecturer, U. C. Santa Barbara 02/24/12 |
| 2011 | Doctor Honoris Causa from the University of Utrecht, the Netherlands |
| 2011 | Distinguished Lecturer in Electrical &  Computer Engineering, University of Toronto,  Canada 01/13/11 |
| 2011 | BASF Lecturer in "The Frontiers of Chemistry", Case Western Reserve University |
| 2010 | Sproul Distinguished Lecturer, Cornell University, Ithaca NY 5/17/10 |

| | |
|---|---|
| 2009-2011 | Chair, World Economic Forum's Global Council on Emerging Technologies. |
| 2008 | Chair, World Economic Forum's Global Council on Nanotechnology. |
| 2004 | Debye Chair Professor, University of Utrecht, Utrecht the Netherlands |
| 2004 | R.B. Woodward Fellow, Harvard University, March 11&12, 2004 |
| 2003 | IBM Outstanding Technical Achievement Award, 2003 |
| 2002 | 2002 Distinguished Lecturer in Materials Science, Univ. of Maryland |
| 2002 | Goodyear Lecturerz "The Frontiers of Chemistry", Case Western University |
| 2002 | Selected as IBM Master Inventor |
| 2001 | Top 10% Patent Award for value to IBM Corporation in 2001 |
| 2001 | IBM outstanding technical achievement award |
| 2000 | IBM Team Award for development of the IBM Materials Research community |
| 1999 | TR100: selected one of Technology Reviews Top 100 Young Innovators 11/04/99 |
| 1997 | ACS Noble Laureate Signature Award for Graduate Research in Chemistry |
| 1995 | NSERC Canada Postdoctoral Fellowship (declined) |
| 1995 | Elected as a Member of Sigma Xi |
| 1990-1994 | NSERC Canada "1967 Centennial Science Scholarship" |
| 1989 | Saint Mary's University Gold Medal in Sciences |
| 1989 | Rotary International Fellowship, University of Auckland, Auckland, NZ |
| 1985-1988 | Saint Mary's University Presidential Scholarship |
| 1986 | Hinman Memorial Award in Chemistry (co-recipient) |

**University Service:**

| | |
|---|---|
| 2015-Present | SAS Dean's Council on Innovation |
| 2014-Present | Penn University Research Fund (URF) |
| 2014-Present | Member: Oversight committee for the Quatrone Nanofabrication Facility |
| 2014-Present | Member: Oversight Committee for the Singh Center for Nanotechnology |
| 2008-Present | Faculty:  Advisor to the Nanoscale Characterization Facility |
| 2008-2011 | Member: NBIC Exec Committee |
| 2008-2014 | Member: Wolfe Nanofabrication Facility Executive Committee |
| 2010-2014 | Chair: Scientific Design Committee, Singh Center for Nanotechnology |
| 2010-2014 | Chair: Characterization Committee Singh Center for Nanotechnology |
| 2011-Present | Member: Chemistry Department Chair's Advisory committee |
| 2009-2014 | Member: Radcliffe Scholars Selection Committee |
| 2011-2013 | Member: Penn's Nano Council |
| 2011-Present | Member: SEAS Nanocluster Hiring Committee |
| 2011-2014 | Member: Advisory Committee for the Pearlman SOM Electron Microscopy Core Facility |

**Professional Service:**

| | |
|---|---|
| 2014-Presnt | Member: Scientific Advisory Committee European Materials Research Society Meeting (E-MRS) Spring 2016 |
| 2016-Present | Chair of the Directors Review Board for the Materials Science Division LBNL |
| 2014-Present | Member:  The International Advisory Board 4th Nano Today Conference (2015) |
| 2014-Present | Member: Editorial Board the Journal of Physical Chemistry Letters (ACS) |
| 2012-Present | Franklin Institute Awards, Committee on the Sciences and the Arts. |
| 2012-Present | Member of the External advisory Board of the U. Chicago MRSEC |
| 2011-2012 | Member of Evaluation Committee World Class Universities Seoul National University, South Korea. |

| | |
|---|---|
| 2011 | Review Panelist for user proposals The Molecular Foundry, Lawrence Berkeley National Labs. |
| 2010-2013 | Member of the User Executive Committee of The Molecular Foundry, Lawrence Berkeley National Labs. |
| 2010-2014 | Member of the Scientific Advisory Committee, The Center for Nanomaterials, Argonne National Labs. |
| 2010-Present | Member of the Editorial Board for The Chemistry of Materials (ACS) |
| 2010-Present | Member of the Editorial Board of Nano Today (Elsevier). |
| 2010 | Co-organizer panel "DOE Workshop, Carbon Capture beyond 2020", on "Solid Sorbents" Gaithersburg, MD 03/04/10-03/06/10. |
| 2009-Present | Served on the Nanophotonics Subcommittee of the IEEE Photonic Society |
| 2009- 2010 | Served as Area Chair in Nanotechnology/Nanomaterials for IEEE Annual International Conference on Bioinformatics and Bioengineering (BIBE) |
| 2008 | Co-Organizer, Symposium on "Nanostructured Materials" ACS Spring Meeting New Orleans LA. |
| 2008 –2014 | Judge for MIT Technology Review TR35 competition. |
| 2007 | Vice Chair: Gordon Research Conference on "Chemistry of Electronic Materials" Mount Holyoke College, South Hadley, MA 0723/07-07/23/07 |
| 2007- Present: | Program Committee Member "Nanotech Conference and Expo" and "Clean Technology Conference and Expo" Tech Connects World. |
| 2007 | Chair: America Physical Society Selection Committee for the McGroddy Prize in New Materials. |
| 2006-Present | Chair, International Advisory Board for the "Iberian International Nanotechnology Center", Braga, Portugal |
| 2006 | Review panelist DOE "Center for Integrated Nanotechnologies CINT" Sandia National Labs. |
| 2006 | Vice Chair America Physical Society Selection Committee for the McGroddy Prize in New Materials. |
| 2006-2008 | Member of the research advisory board for "Council for scientific and industrial research (CSIR)" in South Africa. |
| 2004-2006 | Member of the advisory board for The "Center for Molecular Materials" Dartmouth College. |
| 2004 | Spring MRS Symposium of Nanocrystals & Nanowire Building Blocks: Synthesis, Characterization, and Theory," San Francisco, April, 2004 |
| 2004 | GAFOC III "Frontiers in Chemistry," Joint ACS/German Chemical Society, Seeon, Germany, July 2004 |
| 2001 | Meeting Chair, NY State Section APS Spring Meeting, Yorktown Heights, NY |
| 2000 | Spring MRS Symp. F "Materials for information storage," San Francisco, 03/00 |
| 1998 | APS March Meeting Focused session on "nanoparticles and quantum dots" |

**Publications:**   Summary:  2 Books edited, 3 book chapters, 201 peer-reviewed articles.
H-index 73 with 42772 citations

Books edited and book chapters contributed:

5 "Formic Acid Oxidation", Y. Kang, C. B. Murray, in the Encyclopedia of Applied Electrochemistry (Eds Kreysa G.; Ota, K. I.; Savinell, R. F., Springer  2014, pp 895-901 Date: 25 Sep 2014

4        <u>From materials to devices: Scaling and integration,</u> Annual Reviews of Materials Science 2000, **30**: XII-XV, Editors R. Rosenberg and CB Murray, Palo Alto, CA, USA.

3        <u>Magnetic Materials, Structures and Processing for Information Storage,</u> BJ Daniels, MA Seigler, TP Nolan, SX Wang and CB Murray, MRS Proceedings, Vol. **614**, Spring, 2000.

2        "Self-assembled magnetic nanoparticle arrays" in <u>The physics of high density magnetic recording</u>, Editors S Sun, D Weller, C Murray, M Plumer, J van Ek and D Weller, Springer-Verlag, Chapter 9, 2001.

1        "Synthesis and Characterization of Monodisperse Nanocrystals and Close-Packed Nanocrystal Assemblies," CB Murray, CR Kagan and MG Bawendi, Annual Reviews of Materials Science 2000, Vol. **30**, pp. 545-610.

**Publications to May 01, 2016: Total Citations 42,772 H-index 73, i10-index 159**

**2016 to date:**

219      "Visualizing non-equilibrium lithiation of spinel oxide via in situ transmission electron microscopy", K. He,      S. Zhang, J. Li, X. Yu,      Q. Meng, Y. Zhu, E. Hu,  K. Sun, H. Yun,  X.      Q. Yang, Y. Zhu,     H. Gan, Y. Mo,  E. A. Stach,       C. B. Murray    & D. Su, Nat. Comm. 7, Article number: 11441 doi:10.1038/ncomms11441

218      "A Statistical Description of CdSe/CdS Dot-in-Rod Heterostructures Using Scanning Transmission Electron Microscopy", B. T. Diroll, N. Gogotsi, C. B. Murray, Chem. Mat. 2016 ASAP, DOI: 10.1021/acs.chemmater.6b00376

217      "Protein-directed self-assembly of a fullerene crystal", K. H. Kim, D. K. Ko, Y. T. Kim, N. H. Kim, J. Paul, S. Zhang, C. B. Murray,    R. Acharya, W. F. DeGrado, Y. H. Kim, G. Grigoryan, Nature Comm.2016 7, Article number: 11429 doi:10.1038/ncomms11429

216      "One-step green synthesis of gold and silver nanoparticles with ascorbic acid and their versatile surface post-functionalization", L. Malassis, R. Dreyfus, R. J. Murphy, L A. Hough, B. Donnio, C. B. Murray, RSC Adv., 2016, 6, 33092-33100, DOI: 10.1039/C6RA00194G

215      "Revealing particle growth mechanisms by combining high-surface-area catalysts made with monodisperse particles and electron microscopy conducted at atmospheric pressure", S. Zhang, M. Cargnello, W. Cai, C. B Murray, G. W Graham, X. Pan, Journal of Catalysis 2016 337, 240-247

214      "Engineering titania nanostructure to tune and improve its photocatalytic activity"M. Cargnello, T. Montini, S. Y Smolin, J. B Priebe, J. J D. Jaén, V. V. T Doan-Nguyen, I. S McKay, J. A Schwalbe, M.-M. Pohl, T. R Gordon, Y. Lu, J. B Baxter, A. Brückner, P. Fornasiero, C. B Murray, PNAS 2016 113 (15) 3966-3971

213      "Exploiting the colloidal nanocrystal library to construct electronic devices", J-H. Choi, H Wang, S. Ju Oh, T. Paik, P. Sung, J. Sung, X. Ye, T. Zhao, B. T Diroll, C. B. Murray, C. R. Kagan, Science 2016 352(6282) 205-208

212      "Ultrafast Photoluminescence from the Core and the Shell in CdSe/CdS Dot-in-Rod Heterostructures", B. T. Diroll, M. E. Turk, N. Gogotsi, C. B. Murray, J. M. Kikkawa, ChemPhysChem, 2016, 16(5) 759-765, DOI: 10.1002/cphc.201500747

211      "The H2 Pressure Dependence of Hydrodeoxygenation Selectivities for Furfural Over Pt/C Catalysts", J. Luo, M. Monai, H. Yun, L. Arroyo-Ramírez, C. Wang, C. B. Murray, P. Fornasiero, R. J. Gorte, Cat. Lett. 2016, 146(4), 711-717

210     "Alternate current magnetic property characterization of nonstoichiometric zinc ferrite nanocrystals for inductor fabrication via a solution based process", H. Yun, J. Kim, T. Paik, L. Meng, P. S. Jo, J. M. Kikkawa, C. R. Kagan, M. G Allen, C. B. Murray, J. Appl. Phys. 2016, 119(11), 113901

209     "Roadmap on optical metamaterials", A. M. Urbas, Z. Jacob, L. Dal Negro, N. Engheta, A. D. Boardman, P Egan, A. B Khanikaev, V. Menon, M. Ferrera, N. Kinsey, C. DeVault, J. Kim, V. Shalaev, A. Boltasseva, J. Valentine, A. Grbic, E. Narimanov, L. Zhu, S. Fan, A. Alù, E. Poutrina, N. M. Litchinitser, M. A Noginov, K. F. MacDonald, E. Plum, X. Liu, P F Nealey, C. R Kagan, C. B. Murray, Dorota A Pawlak, I. I. Smolyaninov, V. N. Smolyaninova, D. Chanda, J. of Optics 2016, 1-69

209     "Combined Poltirf and Sub-Pixel Particle Tracking of Cytoplasmic Dynein Supports a Winch-Like Stepping Mechanism", L. G Lippert, T. Dadosh, B. T Diroll, C. B. Murray, E. L. F. Holzbaur, S. L Reck-Peterson, Y. E. Goldman, Biophysical Journal, 2016, 110, 457a-458a

207     "Engineering uniform nanocrystals: Mechanism of formation and self-assembly into bimetallic nanocrystal superlattices", M. Cargnello, V. V. T. Doan-Nguyen, C. B. Murray, AIChE Journal, 2016, 62(2) 392-398

206     "One-step green synthesis of gold and silver nanoparticles with ascorbic acid and their versatile surface post-functionalization", L. Malassis, R. Dreyfus, R. J. Murphy, L. A. Hough, B. Donnio, C. B. Murray, RSC Advances, 2016 6(39), 33092-33100

205     "NeutrAvidin Functionalization of CdSe/CdS Quantum Nanorods and Quantification of Biotin Binding Sites using Biotin-4-Fluorescein Fluorescence Quenching", L. G. Lippert, J. T. Hallock, T. Dadosh, B. T. Diroll, C. B. Murray, and Y. E. Goldman, Bioconjugate Chem., 2016, 27 (3), pp 562–568, DOI: 10.1021/acs.bioconjchem.5b00577

204     "Synthesis and Size Selective Precipitation of Monodisperse Nonstoichiometric MxFe3-xO4 (M= Mn, Co) Nanocrystals and Their DC and AC Magnetic Properties.", D. Li, H. Yun, B. T. Diroll, V. V. T. Doan-Nguyen, J. M. Kikkawa, C. B. Murray, Chem. Mat. 2016, 28(2) 480-489

203     "Coherent Acoustic Phonons in Colloidal Semiconductor Nanocrystal Superlattices", C. L. Poyser, Thomas Czerniuk, A. Akimov, B. T. Diroll, E. A. Gaulding‖, A. S. Salasyuk⊥, A. J. Kent, D. R. Yakovlev, M. Bayer, and C. B. Murray, ACS Nano, 2016, 10 (1), pp 1163–1169, DOI: 10.1021/acsnano.5b06465

**2015:**

202     "Comparison of HMF hydrodeoxygenation over different metal catalysts in a continuous flow reactor", J. Luo, L. Arroyo-Ramírez, J. Wei, H. Yun, C. B Murray, R J Gorte, Appl. Cat. A. 2015 508 86-93, doi:10.1016/j.apcata.2015.10.009

201     "Quantifying "Softness" of Organic Coatings on Gold Nanoparticles Using Correlated Small-Angle X-ray and Neutron Scattering", B. T. Diroll, K. M. Weigandt, D. Jishkariani, M. Cargnello, R. J. Murphy, L. A. Hough, C. B. Murray, and B. Donnio, Nano Lett., 2015, 15 (12), pp 8008–8012, DOI:10.1021/acs.nanolett.5b04011

200     "Charge transport in strongly coupled quantum dot solids", C. R. Kagan   C.   B.   Murray, Nature Nanotech. 2105 10, 1013–1026, doi:10.1038/nnano.2015.247

199     "Increased Carrier Mobility and Lifetime in CdSe Quantum Dot Thin Films through Surface Trap Passivation and Doping", D. B. Straus, E. D. Goodwin, E. A. Gaulding, S. Muramoto, C. B. Murray, and C. R. Kagan, J. Phys. Chem. Lett., 2015, 6 (22), pp 4605–4609, DOI: 10.1021/acs.jpclett.5b02251

198    "Flexible, High-Speed CdSe Nanocrystal Integrated Circuits", F S. Stinner, Y. Lai, D. B Straus, B. T Diroll, D. K. Kim, C. B Murray, C. R Kagan, 2015 15(10) 7155-7160, DOI: 10.1021/acs.nanolett.5b03363

197    "A comparison of hierarchical Pt@ CeO 2/Si–Al 2 O 3 and Pd@ CeO 2/Si–Al2O3", L. Arroyo-Ramírez, C. Chen, M.  Cargnello, C B Murray, R J Gorte, Catalysis Today, 2015 253 137-141, doi:10.1016/j.cattod.2015.01.036

196    "Spectrally-Resolved Dielectric Functions of Solution-Cast Quantum Dot Thin Films", B. T. Diroll, E. A. Gaulding, C. R. Kagan, and C. B. Murray, Chem. Mater., 2015, 27 (18), pp 6463–6469, DOI: 10.1021/acs.chemmater.5b02953

195    "Shape-Controlled Synthesis of Isotopic Yttrium-90-Labeled Rare Earth Fluoride Nanocrystals for Multimodal Imaging", T. Paik, A-M. Chacko, J. L. Mikitsh, J. S. Friedberg, D. A. Pryma, and C. B. Murray, ACS Nano, 2015, 9 (9), pp 8718–8728, DOI: 10.1021/acsnano.5b03355

194    "Probing the Structure, Composition, and Spatial Distribution of Ligands on Gold Nanorods", M. J. A. Hore, X. Ye, J. Ford, Y. Gao⊥, J. Fei, Q. Wu, S J. Rowan, R. J. Composto⊥, C. B. Murray, and B. Hammouda, Nano Lett., 2015, 15 (9), pp 5730–5738, DOI: 10.1021/acs.nanolett.5b03088

193    "Substitutional doping in nanocrystal superlattices", M. Cargnello, A. C. Johnston-Peck, B. T. Diroll, E. Wong, B. Datta, D. Damodhar, V. V. T. Doan-Nguyen, A. A. Herzing, C. R. Kagan and C. B. Murray, Nature 2015 524, 450–453, doi:10.1038/nature14872

192    "Fast Nanorod Diffusion through Entangled Polymer Melts", J. Choi, M. Cargnello, C. B. Murray, N. Clarke, K. I. Winey, R. J. Composto, ACS Macro Lett., 2015, 4 (9), pp 952–956, DOI: 10.1021/acsmacrolett.5b00348

191    "Dendron-Mediated Engineering of Interparticle Separation and Self-Assembly in Dendronized Gold Nanoparticles Superlattices", D. Jishkariani, B. T. Diroll†, M. Cargnello†, D. R. Klein, L. A. 190  Hough, C. B. Murray, and Bertrand Donnio, J. Am. Chem. Soc., 2015, 137 (33), pp 10728–10734, DOI: 10.1021/jacs.5b06306

189    "Uniform Bimetallic Nanocrystals by High-Temperature Seed-Mediated Colloidal Synthesis and Their Catalytic Properties for Semiconducting Nanowire Growth", M. Cargnello, R. Agarwal‡, D. R. Klein, B. T. Diroll, R. Agarwal, and C. B. Murray, Chem. Mater., 2015, 27 (16), pp 5833–5838, DOI: 10.1021/acs.chemmater.5b02900

188     "The effects of inorganic surface treatments on photogenerated carrier mobility and lifetime in PbSe quantum dot thin films", E.D. Goodwin, D. B. Straus, E. A. Gaulding, C. B. Murray, C. R. Kagan, Chem. Phys. August 2015 Corrected proof, doi:10.1016/j.chemphys.2015.07.031

187    "In-situ Study of Coarsening Mechanisms of Supported Metal Particles in Reducing Gas", S. Y.  Zhang, M. Cargnello, C B Murray, G. W Graham, X. Pan, Microscopy and Microanalysis, 2015 21(S3) 643-644, doi:10.1017/S1431927615004018

186    "Synthesis and X-ray Characterization of Cobalt Phosphide (Co2P) Nanorods for the Oxygen Reduction Reaction", V. V. T. Doan-Nguyen, S. Zhang, E. B. Trigg, R. Agarwal, J. Li, D. Su, K. I. Winey, and C. B. Murray, ACS Nano, 2015, 9 (8), pp 8108–8115, DOI: 10.1021/acsnano.5b02191

185    "Large-Area Nanoimprinted Colloidal Au Nanocrystal-Based Nanoantennas for Ultrathin Polarizing Plasmonic Metasurfaces", W. Chen, M. Tymchenko, P. Gopalan, X. Ye, Y. Wu, M. Zhang, C. B. Murray, A. Alu, and C. R. Kagan, Nano Lett., 2015, 15 (8), pp 5254–5260, DOI: 10.1021/acs.nanolett.5b02647

184     Selective p- and n-Doping of Colloidal PbSe Nanowires To Construct Electronic and Optoelectronic Devices", S. J. Oh, C. Uswachoke, T. Zhao, J-H. Choi, B. T. Diroll, C. B. Murray, and C. R. Kagan, ACS Nano, 2015, 9 (7), pp 7536–7544, DOI: 10.1021/acsnano.5b02734

183     "Efficient Removal of Organic Ligands from Supported Nanocrystals by Fast Thermal Annealing Enables Catalytic Studies on Well-Defined Active Phases", M. Cargnello, C. Chen, B. T. Diroll, V. V. T. Doan-Nguyen, R. J. Gorte, and C. B. Murray,  J. Am. Chem. Soc., 2015, 137 (21), pp 6906–6911, DOI: 10.1021/jacs.5b03333

182     "Binary and Ternary Superlattices Self-Assembled from Colloidal Nanodisks and Nanorods", T. Paik, B. T. Diroll, C. R. Kagan, and C. B. Murray, J. Am. Chem. Soc., 2015, 137 (20), pp 6662–6669, DOI: 10.1021/jacs.5b03234

181     "Deposition of Wafer-Scale Single-Component and Binary Nanocrystal Superlattice Thin Films Via Dip-Coating", E. A. Gaulding, B. T. Diroll, E. D. Goodwin, Z. J. Vrtis, C. R. Kagan, C. B. Murray, Adv. Mat. 27(18) pages 2846–2851, DOI: 10.1002/adma.201405575

180     "Smectic Nanorod Superlattices Assembled on Liquid Subphases: Structure, Orientation, Defects, and Optical Polarization", B. T. Diroll, N. J. Greybush, C. R. Kagan, and C. B. Murray, Chem. Mater., 2015, 27 (8), pp 2998–3008, DOI: 10.1021/acs.chemmater.5b00355

179     "Phosphor-based fiber optic microprobes for ionizing beam radiation dosimetry", A. Darafsheh, H. Liu, S. Najmr, M. Tenuto, C. B. Murray, J. S. Friedberg, T. C. Zhu,  J. C. Finlay. Proc. SPIE 9317, Optical Fibers and Sensors for Medical Diagnostics and Treatment Applications XV, 93170R (March 11, 2015); doi:10.1117/12.2078021.

178     "Characterization of rare-earth-doped nanophosphors for photodynamic therapy excited by clinical ionizing radiation beams", A. Darafsheh ; S. Najmr ; T. Paik ; M. E. Tenuto; C. B. Murray; J. C. Finlay; J. S. Friedberg, Proc. SPIE 9308, Optical Methods for Tumor Treatment and Detection: Mechanisms and Techniques in Photodynamic Therapy XXIV, 930812 (DOI:10.1117/12.2079373) 03/02/15

177     "Plasmon-Enhanced Upconversion Luminescence in Single Nanophosphor–Nanorod Heterodimers Formed through Template-Assisted Self-Assembly", N. J. Greybush, M. Saboktakin, X. Ye §, C. D. Giovampaola , S. J. Oh, N. E. Berry, N. Engheta, C. B. Murray, and C. R. Kagan, ACS Nano, 2014, 8 (9), pp 9482–9491 (DOI: 10.1021/nn503675a) 09/02/14

176     "Size- and Composition-Dependent Radio Frequency Magnetic Permeability of Iron Oxide Nanocrystals"H. Yun, X. Liu, T. Paik, D. Palanisamy, J. Kim, W. D. Vogel, A. J. Viescas, J. Chen, G. C. Papaefthymiou, J. M. Kikkawa, M. G. Allen, and C. B. Murray, ACS Nano, 2014, 8 (12), pp 12323–12337 (DOI: 10.1021/nn504711g) 11/12/14

175     "Supported platinum–zinc oxide core–shell nanoparticle catalysts for methanol steam reforming", L. Arroyo-Ramírez, C. Chen, M. Cargnello, C. B. Murray, P. Fornasiero and R. J. Gorte, J. Mater. Chem. A, 2014, 2, 19509-19514 (DOI: 10.1039/C4TA04790G) 10/15/14

174     "Nanodisco Balls: Control over Surface versus Core Loading of Diagnostically Active Nanocrystals into Polymer Nanoparticles",  P. Chhour, N. Gallo, R. Cheheltani, D. Williams, A. Al-Zaki, T. Paik, J. L. Nichol, Z. Tian, P. C. Naha, W.  R. Witschey, H. R. Allcock, C. B. Murray, A.Tsourkas, and D. P. Cormode, ACS Nano, 2014, 8 (9), pp 9143–9153 (DOI: 10.1021/nn502730q) 09/04/2014

173     "A comparison of hierarchical Pt@CeO2/Si–Al2O3 and Pd@CeO2/Si–Al2O3" L. Arroyo-Ramíreza, C. Chen, M. Cargnello, C. B. Murray, R. J. Gorte, Catalysis Today (DOI:10.1016/j.cattod.2015.01.036) 03/09/15

172     "Structure determination and modeling of monoclinic trioctylphosphine oxide" V. V. T. Doan-Nguyen, P. J. Carroll and C. B. Murray, Acta Cryst. 2015. C71(3), 239-241 (DOI:10.1107/S2053229615003009) 03/01/15

171     "Characterization of Shape and Monodispersy of Anisotropic Nanocrystals through Atomistic X-ray Scattering Simulation", T. R. Gordon, B. T. Diroll, T. Paik, V. V. T. Doan-Nguyen, E. A. Gaulding, and C. B. Murray, Chem. Mater., 2015, 27 (7), pp 2502–2506 (DOI: 10.1021/cm5047676) 03/19/15

170     "Ultrafast Electron Trapping in Ligand-Exchanged Quantum Dot Assemblies", M. E. Turk, P. M. Vora, A. T. Fafarman, B. T. Diroll, C. B. Murray, C. R. Kagan, and J. M. Kikkawa, ACS Nano, 2015, 9 (2), pp 1440–1447 (DOI: 10.1021/nn505862g) 01/30/15

169     "Prospects of Nanoscience with Nanocrystals" M. V. Kovalenko, L. Manna, A. Cabot, Z. Hens, D. V. Talapin, C. R. Kagan, V. I. Klimov, A. L. Rogach, P. Reiss, D. J. Milliron, P. Guyot-Sionnnest, G. Konstantatos, W. J. Parak, T. Hyeon, B. A. Korgel, C. B. Murray, and W. Heiss, ACS Nano, 2015, 9 (2), pp 1012–1057 (DOI: 10.1021/nn506223h)

168     "Synergistic Oxygen Evolving Activity of a TiO2-Rich Reconstructed SrTiO3(001) Surface", J. M. P. Martirez, S. Kim, E. H. Morales, B. T. Diroll, M. Cargnello, T. R. Gordon, C. B. Murray, D. A. Bonnell, and A. M. Rappe, J. Am. Chem. Soc., 2015, 137 (8), pp 2939–2947 (DOI: 10.1021/ja511332y) 02/09/15


**2014**

167     "High-Temperature Photoluminescence of CdSe/CdS Core/Shell Nanoheterostructures", B. T. Diroll  and C. B. Murray, ACS Nano, 2014, 8 (6), pp 6466–6474 (DOI: 10.1021/nn5021314) 05/13/14

166     "Gate-Induced Carrier Delocalization in Quantum Dot Field Effect Transistors", M. E. Turk, J-H Choi, S. J. Oh, A. T. Fafarman, B. T. Diroll, C. B. Murray, C. R. Kagan, and J. M. Kikkawa, Nano Lett., 2014, 14 (10) 5948–5952 (DOI: 10.1021/nl5029655) 08/29/14

165     "Monodisperse Core/Shell Ni/FePt Nanoparticles and Their Conversion to Ni/Pt to Catalyze Oxygen Reduction", S. Zhang, Y. Hao, D. Su, V. V. T. Doan-Nguyen, Y. Wu, J. Li, S. Sun, and C. B. Murray, J. Am. Chem. Soc., 2014, 136 (45), pp 15921–15924 (DOI: 10.1021/ja5099066) 10/18/14

164     "Solution-Phase Synthesis of Titanium Dioxide Nanoparticles and Nanocrystals" M. Cargnello, T. R. Gordon, and C. B. Murray, Chem. Rev., 2014, 114 (19), pp 9319–9345 (DOI: 10.1021/cr500170p) 07/08/14

163     "Effects of Post-Synthesis Processing on CdSe Nanocrystals and Their Solids: Correlation between Surface Chemistry and Optoelectronic Properties", E. D. Goodwin, B. T. Diroll, S. J. Oh, T. Paik, C. B. Murray, and C. R. Kagan, J. Phys. Chem. C, 2014, 118 (46), pp 27097–27105 (DOI: 10.1021/jp5076912) 10/21/14

162     "Doubling the Efficiency of Third Harmonic Generation by Positioning ITO Nanocrystals into the Hot-Spot of Plasmonic Gap-Antennas", B Metzger, M. Hentschel, T. Schumacher, M. Lippitz, X. Ye, C. B. Murray, B. Knabe, K. Buse, and H. Giesen, Nano Lett., 2014, 14 (5), pp 2867–2872DOI: 10.1021/nl500913t (04/14/14)

161     "Expanding the Spectral Tunability of Plasmonic Resonances in Doped Metal-Oxide Nanocrystals through Cooperative Cation–Anion Codoping", X. Ye, Jiayang Fei, B. T. Diroll, T. Paik, and C. B. Murray, J. Am. Chem. Soc., 2014, 136 (33), pp 11680–11686 (DOI: 10.1021/ja5039903) 07/28/14

160     "Methane Oxidation on Pd@ZrO2/Si–Al2O3 Is Enhanced by Surface Reduction of ZrO2", C.hen, Y-H. Yeh, M. Cargnello, C. B. Murray, P. Fornasiero, and R. J. Gorte, ACS Catal., 2014, 4 (11), pp 3902–3909 (DOI: 10.1021/cs501146u) 09/23/14

159     "Ligand Coupling Symmetry Correlates with Thermopower Enhancement in Small-Molecule/Nanocrystal Hybrid Materials", J. Lynch , M. Kotiuga, V. V. T. Doan-Nguyen, W. L. Queen, J. D. Forster, R. A. Schlitz, C. B. Murray, J. B. Neaton, M. L. Chabinyc, and J. J. Urban, ACS Nano, 2014, 8 (10), pp 10528–10536 (DOI: 10.1021/nn503972v) 09/11/14

158     "Engineering Charge Injection and Charge Transport for High Performance PbSe Nanocrystal Thin Film Devices and Circuits", S. J. Oh, Z. Wang, N. E. Berry, J-H. Choi, T. Zhao, E. A. Gaulding, T. Paik, Y. Lai, C. B. Murray, and C. R. Kagan, Nano Lett., 2014, 14 (11), pp 6210–6216 (DOI: 10.1021/nl502491d) 10/09/14

157     "Cytoplasmic Dynein Ring Tilting Detected by Combined polTIRF and Sub-Pixel Particle Tracking of Semiconductor Quantum Rods", L. G. Lippert, T. Dadosh, B. T. Diroll, J. T. Hallock, C. B. Murray, E. L.F. Holzbaur, S. L. Reck-Peterson, Y. E. Goldman, Biophysical Journal 108 (2), Sup 1, 22a, (DOI: http://dx.doi.org/10.1016/j.bpj.2014.11.144) 01/27/15

156     "X-ray Mapping of Nanoparticle Superlattice Thin Films", B. T. Diroll , V. V. T. Doan-Nguyen , M. Cargnello , E. A. Gaulding, C. R. Kagan, and C. B. Murray, ACS Nano, 2014, 8 (12), pp 12843–12850 (DOI: 10.1021/nn5062832) 12/05/14

155     "Gold Nanorod Translocations and Charge Measurement through Solid-State Nanopores", K.E. Venta, M. B. Zanjani, X. Ye, G. Danda, C. B. Murray, J. R. Lukes, and M. Drndić, Nano Lett., 2014, 14 (9), pp 5358–5364 (DOI: 10.1021/nl502448s) 08/05/14

154     "Smectic Nanorod Superlattices Assembled on Liquid Subphases: Structure, Orientation, Defects, and Optical Polarization", B. T. Diroll, N. J. Greybush, C. R. Kagan, and C. B. Murray, Chem. Mater., 2015, 27 (8), 2998–3008 (DOI: 10.1021/acs.chemmater.5b00355) 03/10/15

153     "Mineralizer-Assisted Shape-Control of Rare Earth Oxide Nanoplates", D. Wang, Y. Kang, X. Ye, and C. B. Murray, Chem. Mater., 2014, 26 (22), pp 6328–6332 (DOI: 10.1021/cm502301u) 09/03/14

152     "Lifetime, Mobility, and Diffusion of Photoexcited Carriers in Ligand-Exchanged Lead Selenide Nanocrystal Films Measured by Time-Resolved Terahertz Spectroscopy"G. W. Guglietta, B. T. Diroll, E. A. Gaulding, J. L. Fordham, S. Li, C. B. Murray, and J. B. Baxter, ACS Nano, 2015, 9 (2), pp 1820–1828 (DOI: 10.1021/nn506724h) 02/02/15

151     "Low-Frequency (1/f) Noise in Nanocrystal Field-Effect Transistors", Y. Lai, H. Li, D. K. Kim, B. T. Diroll, C. B. Murray, and C. R. Kagan, ACS Nano, 2014, 8 (9), pp 9664–9672 (DOI: 10.1021/nn504303b) 09/07/14

150     "Synthesis of N-Type Plasmonic Oxide Nanocrystals and the Optical and Electrical Characterization of their Transparent Conducting Films", B. T. Diroll, T. R. Gordon, E. A. Gaulding, D. R. Klein, T. Paik, H. Jin Yun, E.D. Goodwin, D. Damodhar, C. R. Kagan, and C. B. Murray, Chem. Mater., 2014, 26 (15), pp 4579–4588 (DOI: 10.1021/cm5018823) 07/18/14

149     "Gold nanorod length controls dispersion, local ordering, and optical absorption in polymer nanocomposite films", D. Wang, M. J. A. Hore, X. Ye, C. Zheng, C. B. Murray and R. J. Composto, Soft Matter, 2014, 10, 3404-3413 (DOI: 10.1039/C3SM52514G) 03/07/14

148     "Bulk Metallic Glass-like Scattering Signal in Small Metallic Nanoparticles" V. V. T. Doan-Nguyen, S. A. J. Kimber, D. Pontoni, D. Reifsnyder Hickey, B. T. Diroll, X. Yang, M. Miglierini, C. B. Murray, and S. J. L. Billinge, ACS Nano, 2014, 8 (6), pp 6163–6170 (DOI: 10.1021/nn501591g) 05/28/14

147     "Au@TiO2 Core–Shell Nanostructures with High Thermal Stability", C. Chen, M. Shi, M. Cargnello, P. Fornasiero, C. B. Murray, R. J. Gorte, Catalysis Letters 144(11) pp 1939-1945 (DOI: 10.1007/s10562-014-1351-0) 09/05/14

146     "Plasmon-Enhanced Upconversion Luminescence in Single Nanophosphor–Nanorod Heterodimers Formed through Template-Assisted Self-Assembly", N. J. Greybush, M. Saboktakin, X. Ye §, C. D. Giovampaola , S. J. Oh, N. E. Berry, N. Engheta, C. B. Murray, and C. R. Kagan, ACS Nano, 2014, 8 (9), pp 9482–9491 (DOI: 10.1021/nn503675a) 09/02/14

145     "Size- and Composition-Dependent Radio Frequency Magnetic Permeability of Iron Oxide Nanocrystals", H. Yun, X. Liu, T. Paik, D. Palanisamy, J. Kim, W. D. Vogel, A. J. Viescas, J. Chen, G. C. Papaefthymiou, J. M. Kikkawa, M. G. Allen, and C. B. Murray, ACS Nano, 2014, 8 (12), pp 12323–12337 (DOI: 10.1021/nn504711g) 11/12/14

144     "Supported platinum–zinc oxide core–shell nanoparticle catalysts for methanol steam reforming", L. Arroyo-Ramírez, C. Chen, M. Cargnello, C. B. Murray, P. Fornasiero and R. J. Gorte, J. Mater. Chem. A, 2014, 2, 19509-19514 (DOI: 10.1039/C4TA04790G) 10/15/14

143     "Nanodisco Balls: Control over Surface versus Core Loading of Diagnostically Active Nanocrystals into Polymer Nanoparticles",  P. Chhour, N. Gallo, R. Cheheltani, D. Williams, A. Al-Zaki, T. Paik, J. L. Nichol, Z. Tian, P. C. Naha, W.  R. Witschey, H. R. Allcock, C. B. Murray, A.Tsourkas, and D. P. Cormode, ACS Nano, 2014, 8 (9), pp 9143–9153 (DOI: 10.1021/nn502730q) 09/04/2014

142     "Ultrafast Optical Properties of PbSe Nano-Rods: One Dimensional Excitons" E. Kinigstein, S-W. Huang, M. Sfeir, W-K. Koh, C. B. Murray, T. F. Heinz, and C. W. Wong, Carrier Dynamics in 0-D and 1-D Nanostructures (FTh4C), CLEO: QELS_Fundamental Science 2014 (DOI:10.1364/CLEO_QELS.2014.FTh4C.5) 06/08/2014

141     S. J. Oh, Z. Wang, N. E. Berry, J-H. Choi, T. Zhao, E. A. Gaulding, T. Paik, Y. Lai, C. B. Murray, and C. R. Kagan, Nano Lett., 2014, 14 (11), pp 6210–6216 (DOI: 10.1021/nl502491d) 10/09/14

140     "Lifetime, Mobility, and Diffusion of Photoexcited Carriers in Ligand-Exchanged Lead Selenide Nanocrystal Films Measured by Time-Resolved Terahertz Spectroscopy"

G. W. Guglietta, B. T. Diroll, E. A. Gaulding, J. L. Fordham, S. Li, C. B. Murray, and J. B. Baxter, ACS Nano, 2015, 9 (2), pp 1820–1828 (DOI: 10.1021/nn506724h) 02/02/15

139     "Low-Frequency (1/f) Noise in Nanocrystal Field-Effect Transistors", Y. Lai, H. Li, D. K. Kim, B. T. Diroll, C. B. Murray, and C. R. Kagan, ACS Nano, 2014, 8 (9), pp 9664–9672 (DOI: 10.1021/nn504303b) 09/07/14

138     "Au@TiO2 Core–Shell Nanostructures with High Thermal Stability", C. Chen, M. Shi, M. Cargnello, P. Fornasiero, C. B. Murray, R. J. Gorte, Catalysis Letters 144(11) pp 1939-1945 (DOI: 10.1007/s10562-014-1351-0) 09/05/14

137     "Designing High-Performance PbS and PbSe Nanocrystal Electronic Devices through Stepwise, Post-Synthesis, Colloidal Atomic Layer Deposition",  S. Ju Oh, N. E. Berry, J-H. Choi, E. A. Gaulding, H. Lin, T. Paik, B. T. Diroll, S. Muramoto ,  C.  B. Murray, and C.R. Kagan, Nano Lett., 2014, 14 (3), pp 1559–1566 DOI: 10.1021/nl404818z

136     "Enhanced Energy Transfer in Quasi-Quaternary Nanocrystal Superlattices" M. Cargnello, B.T. Diroll, E. A. Gaulding and C. B. Murray, Advanced Materials, Volume 26, Issue 15, pages 2419–2423, April 16, 2014 DOI: 10.1002/adma.201304136

135    "Solution-Processed Phase-Change VO2 Metamaterials from Colloidal Vanadium Oxide (VOx) Nanocrystals" T.  Paik, S-H . Hong , E. A. Gaulding , H. Caglayan, T. R. Gordon , N. Engheta, Cherie R. Kagan, and C. B. Murray, ACS Nano, 2014, 8 (1), pp 797–806, DOI: 10.1021/nn4054446

134    "Air-Stable, Nanostructured Electronic and Plasmonic Materials from Solution-Processable, Silver Nanocrystal Building Blocks", A. T. Fafarman, S-H. Hong, S.  Ju Oh, H. Caglayan, X. Ye, B. T. Diroll, N. Engheta, C. B. Murray, and C. R. Kagan, ACS Nano, 2014, 8 (3), pp 2746–2754, DOI: 10.1021/nn406461p

133    "Doubling the Efficiency of Third Harmonic Generation by Positioning ITO Nanocrystals into the Hot-Spot of Plasmonic Gap-Antennas", B Metzger, M. Hentschel, T. Schumacher, M. Lippitz, X. Ye, C. B. Murray, B. Knabe, K. Buse, and H. Giesen, Nano Lett., 2014, 14 (5), pp 2867–2872DOI: 10.1021/nl500913t (04/14/14)

132    "Tunable Optical Anisotropy of Seeded CdSe/CdS Nanorods" B. T. Diroll, A.  Koschitzky, and C.  B. Murray, J. Phys. Chem. Lett., 2014, 5 (1), pp 85–91, DOI: 10.1021/jz402426f

130    "Seeded Growth of Metal-Doped Plasmonic Oxide Heterodimer Nanocrystals and Their Chemical Transformation", X. Ye, D, C, Reifsnyder Hickey, J. Fei, B. T. Diroll, T.  Paik, J. Chen, and C.  B. Murray, J. Am. Chem. Soc., 2014, 136 (13), pp 5106–5115, DOI: 10.1021/ja500871j

129    "Enhanced Charge Transfer Kinetics of CdSe Quantum Dot-Sensitized Solar Cell by Inorganic Ligand Exchange Treatments", H. J. Yun, T. Paik, M. E. Edley, J. B. Baxter, and C. B. Murray,  ACS Appl. Mater. Interfaces, 2014, 6 (5), pp 3721–3728, DOI: 10.1021/am500026a

## 2013

128    "Shape Alloys of Nanorods and Nanospheres from Self-Assembly" X. Ye, J. A. Millan, M. Engel , J. Chen, B. T. Diroll, S. C. Glotzer, and C. B. Murray, Nano Lett., 2013, 13 (10), pp 4980–4988, DOI: 10.1021/nl403149u

127     "Shape-Directed Binary Assembly of Anisotropic Nanoplates: A Nanocrystal Puzzle with Shape-Complementary Building Blocks", T.  Paik and C. B. Murray, Nano Lett., 2013, 13 (6), pp 2952–2956, DOI: 10.1021/nl401370n

126    "Plasmonic Enhancement of Nanophosphor Upconversion Luminescence in Au Nanohole Arrays" M. Saboktakin, X. Ye, U. K. Chettiar, N. Engheta, C.  B. Murray, and C. R. Kagan, ACS Nano, 2013, 7 (8), pp 7186–7192, DOI: 10.1021/nn402598e

125    "A Technology Overview of the PowerChip Development Program" M.  Araghchini, J. Chen, V. T. Doan-Nguyen, D. V. Harburg, D.  Jin, J. Kim, M. S. Kim,S. Lim, J. Qiu, , J. Ranson, M. Sun, X. Yu, H. Yun, M. G. Allen, J. A. del Alamo, G. DesGroseilliers, F. Herrault, J H. Lang, C. G. Levey, C.  B. Murray, D. Otten, T. Palacios ´ , D. J. Perreault, and C. R. Sullivan, IEEE TRANSACTIONS ON POWER ELECTRONICS, VOL. 28, NO. 9, SEPTEMBER 2013

124    "Shape-Dependent Plasmonic Response and Directed Self-Assembly in a New Semiconductor Building Block, Indium-Doped Cadmium Oxide (ICO)", T. R. Gordon, T. Paik, D.  R. Klein, G. V. Naik , H. Caglayan, A. Boltasseva , and C.  B. Murray, Nano Lett., 2013, 13 (6), pp 2857–2863, DOI: 10.1021/nl4012003

123    "Interpreting the Energy-Dependent Anisotropy of Colloidal Nanorods Using Ensemble and Single-Particle Spectroscopy", B. T. Diroll, T. Dadosh, A. Koschitzky,  Y.  E. Goldman, and C. B. Murray,  J. Phys. Chem. C, 2013, 117 (45), pp 23928–23937 DOI: 10.1021/jp407151f

122     "Control of Metal Nanocrystal Size Reveals Metal-Support Interface Role for Ceria Catalysts", M. Cargnello,  V. T. Doan-Nguyen, T. R. Gordon, R. E. Diaz, E.  A. Stach, R. J. Gorte, P. Fornasiero, C. B. Murray, Science 2013 341 (6147) 771-773, DOI: 10.1126/science.1240148

121     "Three-Dimensional Self-Assembly of Chalcopyrite Copper Indium Diselenide Nanocrystals into Oriented Films", D. C. Reifsnyder, X. Ye, T. R. Gordon, C. Song, and C.  B. Murray. *ACS Nano*, 2013, *7* (5), 4307–4315 DOI: 10.1021/nn4008059

120     "Solution-Based Stoichiometric Control over Charge Transport in Nanocrystalline CdSe Devices" D. K. Kim, A. T. Fafarman , B. T. Diroll, S. H. Chan, T.  R. Gordon ,C. B. Murray, and C. R. Kagan, *ACS Nano*, **2013**, *7* (10), pp 8760–8770, **DOI:** 10.1021/nn403132x

119     "Competition of shape and interaction patchiness for self-assembling nanoplates", X. Ye, J. Chen, M. Engel, J. A. Millan, W. Li,  L. Qi, G. Xing, J. E. Collins, C. R. Kagan,  J. Li, S. C. Glotzer & C. B. Murray, Nature Chemistry 5, 466–473 (2013)  doi:10.1038/nchem.1651 12

118     "In Situ Repair of High-Performance, Flexible Nanocrystal Electronics for Large-Area Fabrication and Operation in Air", J-H. Choi, S. Ju Oh, Y. Lai, D. K. Kim, T. Zhao, A. T. Fafarman, B. T. Diroll , C.  B. Murray, and C. R. Kagan, ACS Nano, 2013, 7 (9), pp 8275–8283, DOI: 10.1021/nn403752d

117     "Tunable Plasmonic Coupling in Self-Assembled Binary Nanocrystal Superlattices Studied by Correlated Optical Microspectrophotometry and Electron Microscopy",  X. Ye, J. Chen, B. T. Diroll, and C. B. Murray, Nano Lett., 2013, 13 (3), pp 1291–1297 DOI: 10.1021/nl400052w.

116     "Stoichiometric Control of Lead Chalcogenide Nanocrystal Solids to Enhance Their Electronic and Optoelectronic Device Performance", S. J. Oh, N. E. Berry, J-H Choi, E. A. Gaulding, T. Paik, S-H Hong, C. B. Murray, and C. R. Kagan, ACS Nano, Article ASAP DOI: 10.1021/nn3057356 Publication Date (Web): January 31, 2013

115     "Designing Tripodal and Triangular Gadolinium Oxide Nanoplates and Self-Assembled Nanofibrils as Potential Multimodal Bioimaging Probes" T. Paik, T. R. Gordon, A. M. Prantner, H. Yun, and C. B. Murray, ACS Nano, Article ASAP DOI: 10.1021/nn4004583 Publication Date (Web): February 22, 2013

114     "Microreactor Chemical Bath Deposition of Laterally Graded Cd1–xZnxS Thin Films: A Route to High-Throughput Optimization for Photovoltaic Buffer Layers", K. M. McPeak, B. Opasanont, T.  Shibata, D-K. Ko, M. A. Becker , S.Chattopadhyay, H. P. Bui , T. P. Beebe , B. A. Bunker , C. B. Murray, and J. B. Baxter,  Chem. Mater., 2013, 25 (3), pp 297–306, DOI: 10.1021/cm3023506

113     "Coating Evaluation and Purification of Monodisperse, Water-Soluble, Magnetic Nanoparticles Using Sucrose Density Gradient Ultracentrifugation", A. M. Prantner, J. Chen, C. B. Murray, and N. Scholler,  Chem. Mater., 2012, 24 (21), pp 4008–4010, DOI: 10.1021/cm302582z,

112     "Flexible and low-voltage integrated circuits constructed from high-performance nanocrystal transistors", D. K. Kim,         Y. Lai, B. T. Diroll, C. B. Murray and C.R. Kagan, Nature Communications 3, 2012 doi:10.1038/ncomms2218

111     "Heterogeneous Catalysts Need Not Be so Heterogeneous: Monodisperse Pt Nanocrystals by Combining Shape-Controlled Synthesis and Purification by Colloidal Recrystallization", Y. Kang, M. Li, Y. Cai, M. Cargnello, R. E. Diaz , T. R. Gordon, N. L. Wieder , R. R. Adzic, R. J. Gorte , E. A. Stach , and C. B. Murray, J. Am. Chem. Soc., 2013, 135 (7), pp 2741–2747, DOI: 10.1021/ja3116839

110     "Engineering Catalytic Contacts and Thermal Stability: Gold/Iron Oxide Binary Nanocrystal Superlattices for CO Oxidation", Y. Kang, X. Ye, J. Chen, L. Qi , R. E. Diaz , V. Doan-Nguyen, G. Xing, C. R. Kagan, J. Li, R. J. Gorte, E. A. Stach , and C. B. Murray, J. Am. Chem. Soc., 2013, 135 (4), pp 1499–1505 DOI: 10.1021/ja310427u Publication Date (Web): January 7, 2013

109    "Bistable Magnetoresistance Switching in Exchange-Coupled CoFe2O4–Fe3O4 Binary Nanocrystal Superlattices by Self-Assembly and Thermal Annealing", J. Chen, X. Ye, Soong J. Oh, J. M. Kikkawa, C. R. Kagan, and C. B. Murray,  ACS Nano, Article ASAP DOI: 10.1021/nn3052617,

108    "Using Binary Surfactant Mixtures To Simultaneously Improve the Dimensional Tunability and Monodispersity in the Seeded Growth of Gold Nanorods", X. Ye, C. Zheng, J. Chen, Y. Gao, and C. B. Murray, Nano Lett., 2013, 13 (2), pp 765–771, DOI: 10.1021/nl304478h,

107    "Dendritic upconverting nanoparticles enable in vivo multiphoton microscopy with low-power continuous wave sources", T.  V. Esipova, X. Ye, J. E. Collins, S. Sakadžić, E. T. Mandeville, C.  B. Murray, and S. A. Vinogradov, PNAS vol. 109 (51),  20826–20831, 2012

106    "Design of Pt–Pd Binary Superlattices Exploiting Shape Effects and Synergistic Effects for Oxygen Reduction Reactions" Y. Kang, X. Ye, J. Chen, Y. Cai , R. E. Diaz , Radoslav R. Adzic , E. A. Stach , and C. B. Murray, J. Am. Chem. Soc., 2013, 135 (1), pp 42–45 DOI: 10.1021/ja3097527

105    "Shape-Controlled Synthesis of Pt Nanocrystals: The Role of Metal Carbonyls", Y. Kang, J. B. Pyo, X. Ye, Rosa E. Diaz, T. R. Gordon, E. A. Stach, and C. B. Murray. ACS Nano, 2013, 7 (1), pp 645–653 DOI: 10.1021/nn3048439

104    "Chemically Tailored Dielectric-to-Metal Transition for the Design of Metamaterials from Nanoimprinted Colloidal Nanocrystals" A.T. Fafarman, S-H. Hong, H. Caglayan, X. Ye, B. T. Diroll, T. Paik, N. Engheta, C. B. Murray, and C. R. Kagan, Nano Lett., 2013, 13 (2), pp 350–357 DOI: 10.1021/nl303161d

## 2012

103    "Magnetic anisotropy considerations in magnetic force microscopy studies of single superparamagnetic nanoparticles" T. M Nocera, J. Chen, C. B Murray and G. Agarwal, Nanotechnology Volume 23 Number 49, 2012 doi:10.1088/0957-4484/23/49/495704

102    "Ultrafast Electron Trapping at the Surface of Semiconductor Nanocrystals: Excitonic and Biexcitonic Processes", J. I. Saari, E. A. Dias, D. Reifsnyder, M. M. Krause, B. R. Walsh, C. B. Murray, and P. Kambhampati, J. Phys. Chem. B, Article ASAP DOI: 10.1021/jp307668g, Publication Date (Web): November 27, 2012

101    "Improved Size-Tunable Synthesis of Monodisperse Gold Nanorods through the Use of Aromatic Additives" X.  Ye, L. Jin, H. Caglayan, J Chen,  G. Xing, C. Zheng, Vicky Doan-Nguyen, Y. Kang, N. Engheta, C. R. Kagan, and C. B. Murray, ACS Nano, 2012, 6 (3), pp 2804–2817 DOI: 10.1021/nn300315j

100    "Nonaqueous Synthesis of TiO2 Nanocrystals Using TiF4 to Engineer Morphology, Oxygen Vacancy Concentration, and Photocatalytic Activity", T. R. Gordon, M. Cargnello, T. Paik, F.Mangolini, R. T. Weber, P. Fornasiero, and C. B. Murray, J. Am. Chem. Soc., 2012, 134 (15), pp 6751–6761 DOI: 10.1021/ja300823a

99    "Bandlike Transport in Strongly Coupled and Doped Quantum Dot  Solids: A Route to High-Performance Thin-Film Electronics", J-H Choi, A. T. Fafarman, S. Ju Oh, D-K Ko, D K. Kim, B. T. Diroll, S. Muramoto, J. G. Gillen, C. B. Murray, and C. R. Kagan, Nano Lett., Article ASAP DOI: 10.1021/nl301104z Publication Date (Web): April 17, 2012

98    "Synthesis, Shape Control, and Methanol Electro-oxidation Properties of Pt–Zn Alloy and Pt3Zn Intermetallic Nanocrystals" Y. Kang, J B Pyo, X Ye, T R. Gordon, and C B. Murray, ACS Nano, Article ASAP DOI: 10.1021/nn301583g Publication Date (Web): May 4, 2012

97     "Ultrafast supercontinuum spectroscopy of carrier multiplication and biexcitonic effects in excited states of PbS quantum dots" F. Gesuele, M. Sfeir , W-k Koh , C. B. Murray, T. F. Heinz ,

and C. W. Wong Nano Lett., Just Accepted Manuscript DOI: 10.1021/nl2021224 Publication Date (Web): December 8, 2011

96       "Highly Active Pt3Pb and Core–Shell Pt3Pb–Pt Electrocatalysts for Formic Acid Oxidation", Y. Kang, L. Qi, M. Li, R. E. Diaz, D. Su, R. R. Adzic, E. Stach, J Li, and C. B. Murray, ACS Nano,  2012, 6 (3), pp 2818–2825 DOI: 10.1021/nn3003373


**2011**

95       "Probing the Fermi Energy Level and the Density of States Distribution in PbTe Nanocrystal (Quantum Dot) Solids by Temperature-Dependent Thermopower Measurements", D-K Ko and C. B. Murray, ACS Nano, 2011, 5 (6), pp 4810–4817 DOI: 10.1021/nn2007817

94       "Thiocyanate-Capped PbS Nanocubes: Ambipolar Transport Enables Quantum Dot Based Circuits on a Flexible Substrate" W-k Koh, S. R. Saudari, A. T. Fafarman, Cherie R. Kagan, and C. B. Murray, Nano Lett., 2011, 11 (11), pp 4764–4767DOI: 10.1021/nl202578g

93       "Near-Infrared Absorption of Monodisperse Silver Telluride (Ag2Te) Nanocrystals and Photoconductive Response of Their Self-Assembled Superlattices", Y-W. Liu, D-K. Ko, S. J. Oh, T. R. Gordon, V. Doan-Nguyen, T. Paik, Y. Kang, X. Ye, L. Jin, C. R. Kagan, and C. B. Murray, Chem. Mater., 2011, 23 (21), pp 4657–4659 DOI: 10.1021/cm2019795

92       "Studies of Liquid Crystalline Self-Assembly of GdF3 Nanoplates by In-Plane, Out-of-Plane SAXS" T. Paik, D. K. Ko, T Gordon, V. Doan-Nguyen, C. B. Murray ACS Nano In Press 2011.

91       "Thiocyanate-Capped Nanocrystal Colloids: Vibrational Reporter of Surface Chemistry and Solution-Based Route to Enhanced Coupling in Nanocrystal Solids" A. T. Fafarman, W-K Koh, B. T. Diroll, D.K. Kim, D-K Ko, S. J. Oh, X. Ye, V. Doan-Nguyen, M. R. Crump, D. C. Reifsnyder, C. B. Murray, and C. R. Kagan, J. Am. Chem. Soc., Article ASAP (Web): August 17, 2011

90       "Enhanced Thermal Stability and Magnetic Properties in NaCl-Type FePt–MnO Binary Nanocrystal Superlattices" A. Dong, J. Chen, X. Ye, J. M. Kikkawa, and C.B. Murray, J. Am. Chem. Soc., 2011, 133 (34), 13296–13299 2011

89       "Far-Infrared Absorption of PbSe Nanorods" B. R. Hyun, A. C. Bartnik, W. K.  N. I. Agladze, J. P. Wrubel A. J. Sievers C. B. Murray F.W. Wise. NANO LETTERS  (11) 7, 2786-2790 2011

88        "Enhanced Thermopower via Carrier Energy Filtering in Solution-Processable Pt-Sb2Te3 Nanocomposites", D. K. Ko,  Y Kang and C. B. Murray, NANO LETTERS  (11) 7, 2841-2844 2011

87       " Probing the Fermi Energy Level and the Density of States Distribution in PbTe Nanocrystal (Quantum Dot) Solids by Temperature-Dependent Thermopower Measurements", D.K.  Ko C. B.  Murray. ACS NANO (5) 6 4810-4817 2011

86       "Platinum nanocrystals selectively shaped using facet-specific peptide sequences" C. Y. Chiu , Y. Li L. Ruan, X. Ye, C. B. Murrayand Y. Huang, NATURE CHEMISTRY  (3) 5 393-399 2011

85       "Investigating the Phosphine Chemistry of Se Precursors for the Synthesis of PbSe Nanorods" W. K. Koh, Y. Yoon and C. B.  Murray, CHEMISTRY OF MATERIALS  (23) 7   1825-1829 2011

84       "Ambipolar and Unipolar PbSe Nanowire Field-Effect Transistors", D. K. Kim T R. Vemulkar S.J. Oh, W. K. Koh, C. B. Murray and C. R. Kagan, ACS NANO  (5) 4   3230-3236 2011

83       "Two-Dimensional Binary and Ternary Nanocrystal Superlattices: The Case of Monolayers and Bilayers", A. Dong, X. Ye, J. Chen and C. B. Murray NANO LETTERS  (11) 4  1804-1809 2011

82      "Polymorphism in Self-Assembled AB(6) Binary Nanocrystal Superlattices" X. Ye, J.  Chen and C. B. J. Am. Chem. Soc. (133) 8   2613-2620 2011

81      "A Generalized Ligand-Exchange Strategy Enabling Sequential Surface Functionalization of Colloidal Nanocrystals" A. Dong, X. Ye, J. Chen, Y. Kang, T. Gordon, J. M. Kikkawa and C. B. Murray, J. Am Chem. Soc. (133) 4   998-1006  2011

80      "Multiscale Periodic Assembly of Striped Nanocrystal Super lattice Films on a Liquid Surface" A. Dong J. Chen,  S. J. Oh, W. K. Koh, F. Xi, X. Ye, D. K. Ko, K. L. Wang, C. R. Kang, and C. B. Murray, NANO LETTERS (11)  2   841-846  2011

79      "Synthesis and Oxygen Storage Capacity of Two-Dimensional Ceria Nanocrystals" D. Wang, Y. Kang, V. Doan-Nguyen, J. Chen, R. Kungas, N. L. Wieder, K. Bakhmutsky, R. J. Gorte, and C. B. Murray ANGEWANDTE CHEMIE-INTERNATIONAL EDITION  (50) 19  4378-4381 2011

## 2010

78      "Morphologically controlled synthesis of colloidal upconversion nanophosphors and their shape-directed self-assembly" X. Ye J. E. Collins Y.  Kang, J. Chen, D. T. N. Chen, A. G. Yohd, and C. B. Murray PNAS (107)  52 22430-22435  2010

77      "Collective Dipolar Interactions in Self-Assembled Magnetic Binary Nanocrystal Superlattice Membranes", J. Chen, A. Dong, J. Cai Jing, X. Ye, Y. Kang, J. M. Kikkawa and C. B. Murray. NANO LETTERS (10 )12   5103-5108  2010

76      "Electronic states and optical properties of PbSe nanorods and nanowires" A. C. Bartnik, Al L. Efros, W. K Koh W. C. B. Murray and F. W. Wise. PHYSICAL REVIEW B (82)19  195313   2010

75      "Binary nanocrystal superlattice membranes self-assembled at the liquid-air interface", A. Dong , J. Chen , P. M. Vora, J. M. Kikkawa, and C. B. Murray, NATURE  (466)  474-477  2010

74      "Synthesis and Electrocatalytic Properties of Cubic Mn-Pt Nanocrystals (Nanocubes)" Y. Kang, C. B. Murray, J. Am. Chem. Soc. (132)  22   Pages: 7568-7569 2010

73      "Carrier Distribution and Dynamics of Nanocrystal Solids Doped with Artificial Atoms" D. K. Ko. J. J. Urban C. B.  Murray, NANO LETTERS  (10) 5 1842-1847 2010

72      "Systematic Electron Crystallographic Studies of Self-Assembled Binary Nanocrystal Superlattices" J. Chen, X. Ye and C. B. Murray, ACS NANO (4) 4 2374-2381 2010

71      "Synthesis of Monodisperse PbSe Nanorods: A Case for Oriented Attachment" W. K. Koh, A. C. Bartnik, F. W. Wise, and C. B. Murray J. Am. Chem. Soc. (132)11 3909-3913 2010

70      "Size- and Shape-Selective Synthesis of Metal Nanocrystals and Nanowires Using CO as a Reducing Agent" Y. Kang, X. Ye and C. B. Murray, ANGEWANDTE CHEMIE-INTERNATIONAL EDITION  (49) 35 6156-6159  2010

## 2009

69      "Quasicrystalline order in self-assembled binary nanoparticle superlattices" D. V. Talapin, E. V. Shevchenko M. I.  Bodnarchuk, X. Ye, J. Chen and C. B. Murray, NATURE  (461) 964-967 2009

68      "Watching Nanocrystals Grow" C. B. Murray, SCIENCE (324) 1276-1277 2009.

67      "Cluster-Assembled Materials" S. A. Claridge, A. W. Jr. Castleman , S. N. Khanna Shiv, C. B. Murray, A. Sen, P. S. Weiss. ACS NANO  (3) 2   244-255  2009

66      "In vivo multiple color lymphatic imaging using upconverting nanocrystals" H. Kobayashi, N. Kosaka, M. Ogawa, N. Y. Morgan, P. D. Smith, C. B. Murray, X. Ye, J. Collins, G. A. Kumar, H. Bell, and P. L. ChoykeJ. Mater. Chem. (19) 36 6481-6484 2009

**2008**

65      "Temperature-tuning of near-infrared monodisperse quantum dot solids at 1.5 mu for controllable Forster energy transfer", R. Bose J. F. McMillan James, J. Gao Jie, K. M. Kelly, C. J. Chen, D. V. Talapin, C. B. Murray and C. W. Wong, NANO LETTERS  (8) 7 2006-2011 2008

**2007**

64      "Synthesis of colloidal PbSe/PbS core-shell nanowires and PbS/Au nanowire-nanocrystal heterostructures" D. V. Talapin, H. Yu, E. V. Shevchenko and C. B. Murray, J. Phys. Chem. C. (111) 38 14049-14054  2007

63      "Alignment, electronic properties, doping, and on-chip growth of colloidal PbSe nanowires" D. V. Talapin, C. T. Black, C. R., Kagan J. Phys. Chem. C. (111) 35 13244-13249 2007

62      'Dipole-dipole interaction in nanoparticle superlattices' D. V. Talapin, E. V. Shevchenko, c. B. Murray, A. V. Titov, Petr Kral Nano Letters vol 7, No 5 1213-1219, 2007

61      "Synergism in binary nanocrystal superlattices leads to enhanced p-type conductivity in self-assembled PbTe/Ag2Te thin films" J. J. Urban, D. V. Talapin E. V. Shevchenko C. R. Kagan & C. B. Murray Nature Materials 6, 115 - 121 (2007)

60      "Resonant energy transfer within a colloidal nanocrystal polymer host system" S. Kaufmann, T. Stöferle, N. Moll, R. F. Mahrt, U. Scherf, A. Tsami, D. V. Talapin, and C. B. Murray, Applied Physics Letters, Volume (90) 7, 071108 (2007).

**2006**

59      "Observation of optical nonlinearities in strongly quantum confined PbS nanocrystals for all-optical tunable nanophotonics,", C.  J. Chen, J.I. Dadap Jr., J. J. Urban, C.B. Murray, and C.W. Wong, *Proc. of Optics East* (2006).

58      "Structural Characterization of Self-Assembled Multifunctional Binary Nanoparticle Superlattices", E. V. Shevchenko, D. V. Talapin; C. B. Murray, S. O'Brien, *J. Am. Chem. Soc.; 128*(11); 3620-3637, 2006

57      Self-Assembly of PbTe Quantum Dots into Nanocrystal Superlattices and Glassy Films J. J. Urban, D. V. Talapin, E. V. Shevchenko, and C. B. Murray, *J. Am. Chem. Soc, 128*(10); 3248-3255, 2006

56      "Magnetotransport of magnetite nanoparticle arrays", Hao Zeng, C. T. Black, R. L. Sandstrom, P. M. Rice, C. B. Murray, and Shouheng Sun, Phys. Rev. B 73, 020402 (2006)

55      "Structural Diversity in Binary Nanoparticle Superlattices" E. V. Shevchenko, D V. Talapin, N A. Kotov, S. O'Brien and C. B. Murray Nature, Nature 439, 55-59 (05 Jan 2006)

**2005**

54      "Time-resolved intraband relaxation of strongly confined electrons and holes in colloidal PbSe nanocrystals" Jeffrey M. Harbold, Hui Du, Todd D. Krauss, Kyung-Sang Cho, Chris B. Murray, and Frank W. Wise, Phys. Rev. B 72, 195312 (2005)

53      "PbSe Nanocrystal Solids for n- and p-Channel Thin Film Field-Effect Transistors" D. V. Talapin[1] and C. B. Murray Science (310) 5745, 86-89, 2005

52      "Bio-functionalization of monodisperse magnetic nanoparticles and their use as biomolecular labels in a magnetic tunnel junction based sensor" S. G. Grancharov, H. Zeng, S. Sun, S. X. Wang, S O'Brien, C. B. Murray, J. R. Kirtley, G. A. Held. J. Phys Chem B, 109 26; 1303-13035, 2005

51      "Designing PbSe Nanowires and Nanorings Through Oriented Attachment of Nanoparticles", K. S. Cho, D. V. Talapin, W. Gaschler and C. B. Murray. *J. Am. Chem Soc (*127) 19 7140-7147 2005

50      "Polymorphism in AB13 Nanoparticle Superlattices: an Example of Semiconductor-metal Metamaterials" EV Shevchenko, D. Talapin, SP O'Brien and CB Murray JACS 127 (24): 8741-8747 JUN 22 2005


**2004**

49      "Dielectric tunability of BST : MgO composites prepared by using nanoparticles" Agrawal S, Guo R, Agrawal DK, Bhalla AS, Neurgaonkar RR, Murray CB, Ferroelectrics Letters Section 31 (5-6): 149-156 2004

48      "Magnetic, electronic, and structural characterization of nonstoichiometric iron oxides at the nanoscale," FX Redl, CT Black, GC Papaefthymiou, RL Sandstrom, M Yin, H Zeng, CB Murray and SP O'Brien, *JACS* **126** (44): 14583-14599, Nov. 10, 2004.

47      "CdSe and CdSe/CdS nanorod solids," DV Talapin, EV Shevchenko, CB Murray, A Kornowski, S Forster and H Weller, *JACS* **126** (40): 12984-12988, Oct. 13, 2004.

46      "Electric fields on oxidized silicon surfaces: Static polarization of PbSe nanocrystals" C H Ben-Pora, O Cherniavskaya O, L Brus, KS Cho, CB Murray Journal Of Physical Chemistry A 108 (39): 7814-7819 SEP 30 2004

45      "Structural and magnetic model of self-assembled FePt nanoparticle arrays," T Thomson, MF Toney, S Raoux, SL Lee, S Sun, CB Murray and BD Terris, *JAPS* **96** (2): 1197-1201, July 15, 2004.


**2003**

44      "Thermal decomposition of surfactant coatings on Co and Ni nanocrystals," V Perez-Dieste, OM Castellini, JN Crain, MA Eriksson, A Kirakosian, JL Lin, JL McChesney, FJ Himpsel, CT Black and CB Murray, *APL* **83** (24): 5053-5055, Dec. 15, 2003.

43      "Cooperative assembly of magnetic nanoparticles and block copolypeptides in aqueous media," LE Euliss, SG Grancharov, S O'Brien, TJ Deming, GD Stucky, CB Murray and GA Held, *Nano Letters* **3** (11): 1489-1493, Nov., 2003.

42      "Chemical ordering of FePt nanoparticle self-assemblies by rapid thermal annealing," H Zeng, SH Sun, RL Sandstrom and CB Murray, *J. of Magnetism and Magnetic Materials* **266** (1-2): 227-232, Oct., 2003.

41      "Polymer mediated self-assembly of magnetic nanoparticles," SH Sun, S Anders, T Thomson, JEE Baglin, MF Toney, HF Hamann, CB Murray and BD Terris, *JPC B* **107** (23): 5419-5425, June 12, 2003.

40      "Three-dimensional binary superlattices of magnetic nanocrystals and semiconductor quantum dots," FX Redl, KS Cho, CB Murray and S O'Brien, *Nature* **423** (6943): 968-971, June 26, 2003.

39      "Controlled synthesis and assembly of FePt nanoparticles," SH Sun, S Anders, T Thomson, JEE Baglin, MF Toney, HF Hamann, CB Murray and BC Terris, *JPC B* **107** (23): 5419-5425, June 12, 2003.

38      "X-ray studies of magnetic nanoparticle assemblies," S Anders, MF Toney, T Thomson, JU Thiele, BD Terris, SH Sun and CB Murray, *JAP* **93** (10): 7343-7345 Part 2, May 15, 2003.

37      "Ion Beam Stabilization of FePt Nanoparticle Arrays for Magnetic Storage Media," JEE Baglin,  S Sun, AJ Kellock, T Thomson, MF Toney, BD Terris, CB Murray, *Mat. Res. Soc. Symp. Proc.*, Spring, 2003.

36      "X-ray absorption and diffraction studies of thin polymer/FePt nanoparticle assemblies," S Anders, MF Toney, T Thomson, RFC Farrow, JU Thiele, BD Terris, S Sun and CB Murray, *JAP* **93** (10): 6299-6304 Part 1, May 15, 2003.


**2002**

35       "Lithography and self-assembly for nanometer scale magnetism," S Anders, S Sun, CB Murray, CT Rettner, ME Best, T Thomson, M Albrecht, JU Thiele, EE Fullerton and BD Terris, *Microelectronic Engineering* **61-2**: 569-575 July, 2002.

34      "Polymer mediated self-assembly of magnetic nanoparticles" SH Sun, S Anders, HF Hamann, JU Thiele, JEE Baglin, T Thomson, EE Fullerton, CB Murray and BD Terris, *JACS* **124** (12): 2884-2885, March 27, 2002.


**2001**

33      "Monodisperse 3d Transition Metal  (Co, Ni, Fe) Nanoparticles and Their Assembly into Nanoparticle Superlattices," CB Murray, S Sun, H Doyle and T Betley, *MRS Bulletin*, **26** (12): 981-+, Dec., 2001.

32      "Synthesis of monodisperse nanoparticles of barium titanate: Toward a generalized strategy of oxide nanoparticle synthesis," S O'Brien, L Brus and CB Murray, *JACS* **123** (48): 12085-12086, Dec. 5, 2001.

31      "Compositionally controlled FePt nanoparticle materials," SH Sun, EE Fullerton, D Weller and CB Murray , *IEEE Transactions on Magnetics* **37** (4): 1239-1243 Part 1, July, 2001.

30      "MOKE spectra and ultrahigh density data storage perspective of FePt nanomagnet arrays," D Weller, S Sun, CB Murray, L Folks and A Moser, *IEEE Trans. Magn.*, **37**, 2185 (2001).

29      "Low-voltage electron transport in self-assembled nanocrystal arrays," CT Black, CB Murray, RL Sandstrom and S Sun, *Mat. Res. Soc. Symp. Proc.,* **636**, D10.7 (2001).

28      "Competing interactions in dispersions of superparamagnetic nanoparticles," GA Held, G Grinstein, H Doyle, S Sun, CB Murray, *Phys. Rev. B*, **64**, 12408 (2001).

27      "Crystalline, shape, and surface anisotropy in two crystal morphologies of superparamagnetic cobalt nanoparticles by ferromagnetic resonance," M. R. Diehl, J. Y. Yu, J. R. Heath, G. A. Held, H  Doyle, S. H. Sun and C. B. Murray, *JPC B* **105** (33): 7913-7919 Aug. 23, 2001.

26      "Colloidal synthesis of nanocrystals and nanocrystal superlattices," CB Murray, SH Sun, W Gaschler, H Doyle, TA Betley and CR Kagan, *IBM J. of Research and Development* **45** (1): 47-56, Jan., 2001.

**1990-2000**

25     "Spin-dependent tunneling in self-assembled cobalt-nanocrystal superlattices," CT Black, CB Murray, RL Sandstrom and SH Sun, *Science* **290** (5494): 1131-1134 Nov. 10, 2000.

24     "Monodisperse FePt nanoparticles and ferromagnetic FePt nanocrystal superlattices," SH Sun, CB Murray, D Weller, L Folks and A Moser, *Science* **287** (5460): 1989-1992 March 17, 2000.

23     "Synthesis of monodisperse cobalt nanocrystals and their assembly into magnetic superlattices," SH Sun and CB Murray, *JAP* **85** (8): 4325-4330 Part 2A, April 15, 1999.

22   "Controlled Assembly of Monodisperse e-Cobalt-Based Nanocrystal," S Sun, CB Murray and H Doyle,  *MRS Proceedings* Vol. **577** Spring 1999 (Nov., 1999).

21     "Properties of CdSe nanocrystal dispersions in the dilute regime:  Structure and interparticle interactions," H Mattoussi, AW Cumming, CB Murray, MG Bawendi and R Ober, *Physical Review B* **58** (12): 7850-7863, Sept. 15, 1998.

20     "Characterization of CdSe nanocrystallite dispersions by small angle x-ray scattering," H Mattoussi, AW Cumming, CB Murray, MG Bawendi and R Ober, *Journal of Chemical Physics* **105** (22): 9890-9896 Dec. 8, 1996, ISSN: 0021-9606.

19     "Long-range resonance transfer of electronic excitations in close-packed CdSe quantum-dot solids," CR Kagan, CB Murray and MG Bawendi, *PRB* **54** (12): 8633-8643, Sept. 15, 1996.

18     "Electronic energy transfer in CdSe quantum dot solids," CR Kagan, CB Murray, M Nirmal and MG Bawendi *PRL* **76** (9): 1517-1520, Feb. 26, 1996.

17     "Synthesis of luminescent thin-film CdSe/ZnSe quantum dot composites using CdSe quantum dots passivated with an overlayer of ZnSe," M Danek, KF Jensen, CB Murray and MG Bawendi, *Chemistry of Materials* **8** (1): 173-180, Jan., 1996.

16     "Self-Organization of CdSe Nanocrystallites into 3-dimensional Quantum-Dot," CB Murray, CR Kagan and MG Bawendi, *Science* **270** (5240): 1335-1338 Nov. 24, 1995.

15     "Synthesis and Characterization of II-VI Quantum Dots and Their Assembly into 3-D Quantum Dot Superlattices," CB Murray, Ph.D. Thesis, Massachusetts Institute of Technology (1995).

14     "Synthesis, Structural Characterization and Optical Spectroscopy of Close Packed CdSe Nanocrystallites," CR Kagan, CB Murray and MG Bawendi, *Mater. Res. Symp. Proc.* (Microcrystalline and Nanocrystalline Semiconductors) 219, (1995).

13     "Stark Spectroscopy of CdSe Nanocrystallites – The Significance of Transition Linewidths," A Sacra, DJ Norris, CB Murray and MG Bawendi, *J. of Chemical Physics* **103** (13): 5236-5245, Oct. 1, 1995.

12     "Preparation of II-VI Quantum-dot Composites by Electrospray Organometallic Chemical-Vapor-Deposition," M Danek, KF Jensen, CB Murray and MG Bawendi, *J. of Crystal Growth* **145** (1-4): 714-720, Dec., 1994.

11     "Preparation of II-VI Quantum Dot Composites by Electrospray OMCVD," M Danek, KF Jensen, CB Murray and MG Bawendi, *Mater. Res. Soc. Symp. Proc.* **326** (Growth, Processing and Characterization of Semiconductor Heterostructures): 275 (1994).

10     "Electrospray Organometallic Chemical Vapor Deposition – A Novel Technique for Preparation of II-VI Quantum-dot Composites," M Danek, KF Jensen, CB Murray and MG Bawendi, *APL* **65** (22): 2795-2797 Nov. 28, 1994.

9       "Fluorescence-line Narrowing in CdSe Quantum Dots – Surface Localization of the Photogenerated Exciton," M Nirmal, CB Murray and MG Bawendi, *PRB* **50** (4): 2293-2300, July 15, 1994.

8       "Measurement of the Size-dependent Hole Spectrum in CdSe Quantum Dots," DJ Norris, A Sacra, CB Murray and MG Bawendi, *PRL* **72** (16): 2612-2615, April 18, 1994.

7       "Investigation of the Surface Morphology of Capped CdSe Nanocrystallites by P-31 Nuclear Magnetic Resonance," LR Becerra, CB Murray, RG Griffin and MG Bawendi, *J. of Chemical Physics* **100** (4): 3297-3300, Feb. 15, 1994.

6       "Langmuir-Blodgett Manipulation of Size-selected CdSe Nanocrystallites," BL Dabbousi, CB Murray, MF Rubner and MG Bawendi, *Chemistry of Materials* **6** (2): 216-219 Feb. 1994.

5       "Synthesis and Structural Characterization of II-VI Semiconductor Nanocrystallites (Quantum Dots)," CB Murray, M Nirmal, DJ Norris and MG Bawendi, *Zeitschrift für Physik D-Atoms, Molecules, and Clusters,* **26**: S231-S233 Suppl. S, May, 1993.

4       "Synthesis and Characterization of Nearly Monodisperse CDE (E = S, Se, Te) Semiconductor Nanocrystallites," CB Murray, DJ Norris and MG Bawendi, *JACS* **115** (19): 8706-8715, Sept. 22, 1993, ISSN: 0002-7863.

3       "Size-dependent Optical Spectroscopy of II-VI Semiconductor Nanocrystallites (Quantum Dots)," DJ Norris, M Nirmal, CB Murray, A Sacra and MG Bawendi, *Zeitschrift für Physik D-Atoms, and Clusters,* **26** (1-4): 355-357, May, 1993.

2       "Surface Electronic Properties of CdSe Nanocrystallites," M Nirmal, CB Murray, DJ Norris and MG Bawendi, *Zeitschrift für Physik D-Atoms, Molecules, and Clusters* **26** (1-4): 361-363, May, 1993.

1       "Size-Dependent Spectroscopy and Photodynamics of Some II-VI Semiconductor Nanocrystallites (Quantum Dots)," M Nirmal, CB Murray, DJ Norris and MG Bawendi, *Proc. SPIE-Int. Soc. Opt. Eng.* **280**, 1861 (Ultrafast Pulse Generation and Spectroscopy) (1993).


**Patent activity:**

Pending: Patent: US20130146854 A1, "Phosphorescent small molecules that are bonded to inorganic nanocrystal host for organic light emitting devices and methods of making the same", Angang Dong, Chun Lin, Aaron T. Fafarman, Xingchen Ye, Cherie R. Kagan, and Christopher B. Murray. Application number US 13/745,436 Jun 13, 2013

Patent Pending: US 20140050851 A1, "Colloidal nanocrystal-based thin film and solution apparatuses and methods" Inventors    C. R. Kagan, A. T. Fafarman, J-H. Choi, W-k Koh, D. K. Kim, S. J. Oh, Y.  Lai, S-H Hong, S. Rao Saudari, C. B. Murray. Published Feb 20, 2014.

(22)    **US 8802047 B2** "Embedded nanoparticle films and method for their formation in selective areas on a surface" C. T. Black, C. B. Murray, R. L. Sandstrom 08/12/14

(21)    **US 20140203259 A1** "Host for organic light emitting devices", A. T. Fafarman, X. Ye, A. Dong, C. B. Murray, C. R. Kagan, C. Lin, 07/24/14

(20)    **US Patent 0236594A1**, D. B. Mitzi, C. B. Murray and D. V. Talapin, "Method for fabricating an inorganic nanocomposite"

(19)   **US Patent 7,582,534 B2** A. Afzali-Ardakani, P. Avouris, J. Chen, C. Klinke, C. B. Murray and D. V. Talapin, "Chemical doping of nano-components"

(18)   **US Patent 20070160747** "Method for fabricating an inorganic nanocomposite" David B. Mitzi, Christopher B. Murray, Dmitri V. Talapin, 07/12/2007

(17)   **US Patent 7208133** "Method for the preparation of IV-VI semiconductor nanoparticles" Kyung-Sang Cho, Wolfgang Gaschler, Christopher B. Murray, Dmitri Talapin" Issue date: Apr 24, 2007

(16)   **US Patent 7282710** "Scanning probe microscopy tips composed of nanoparticles and methods to form same" Charles T. Black, Adam E. Cohen, Christopher B. Murray, Robert L. Sandstrom, 10/16/2007

(15)   **US Patent 7342301** "Connection device with actuating element for changing a conductive state of a via" David J. Frank, Kathryn W. Guarini, Christopher B. Murray, Xinlin Wang, Hon-sum Philip Wong, 03/11/2008

(14)   **US Patent 6780499**  "Ordered Two-Phase Dielectric Film and Semiconductor Device Containing the Same," SM Gates, CB Murray, SV Nitta and S Purushothaman (2004).

(13)   **US Patent 6737107**  "Nanoparticles Formed with Rigid Connector Compounds," SM Gates and CB Murray (2004).

(12)    **US Patent 6599623** Nanoparticles Formed with Rigid Connector Compounds," SM Gates and CB Murray (2004).

(11)   **US Patent 6440560** Nanoparticles Formed with Rigid Connector Compounds," SM Gates and CB Murray (2004).

(10)   **US Patent 6673401** "Nanoparticle Structures Utilizing Synthetic DNA Lattices," CT Black, SM Gates, CB Murray and S Sun (2004).

(9)   **US Patent 6265021** "Nanoparticle Structures Utilizing Synthetic DNA Lattices, CT Black, SM Gates, CB Murray and S Sun (2004).

(8)   **US Patent 6562633** "Assembling Arrays of Small Particles using an Atomic Force Microscope to Define Ferroelectric Domains," CB  Murray, J Misewich and AG Schrott (2003).

(7)   **Taiwan Patent  NI-149375** "Low Dielectric Constant, Porous Film formed from Regularly Arrayed Nanoparticles," SM Gates, CB Murray and S Sun (2002).

(6)   **US Patent 6737364**  "Method for Fabricating Crystalline-Dielectric Thin Films and Devices Formed Using Same," CT Black and CB Murray (2002).

(5)   **US Patent 6302940**  "Chemical Synthesis of Monodisperse and Magnetic Alloy Nanocrystal Containing Thin Films," in US, CB Murray, DK Weller and S Sun (2001).

(4)   **US Patent 6254662**  "Chemical Synthesis of Monodisperse and Magnetic Alloy Nanocrystal Containing Thin Films," CB Murray, S Sun and DK Weller (2001).

(3)   **US Patent 6262129**  "Method for Producing Nanoparticles of Transition Metals," S Sun and CB Murray (2001).

(2)   **US Patent 6162532** "Magnetic Storage Medium Formed of Nanoparticles," CT Black, SM Gates, CB Murray and S Sun (2000).

(1)     **Can Patent 514 3635** "Hydraulic Drag Reducing Agents For Low Temperature Applications," CB Murray and JCO'C Young (1990)

**Invited Talks and Presentations:** 251 invited presentations on Nanomaterials & Nanotechnology

# EXHIBIT B

## Asserted Claims

**Exhibit B**

**Asserted Claims**

| ASSERTED PATENT | ASSERTED CLAIMS |
|---|---|
| U.S. Patent No. 6,207,229 | 1, 5, 6, 7, 10, 11 |
| U.S. Patent No. 6,322,901 | 10, 12, 18, 19, 22, 23 |
| U.S. Patent No. 8,481,112 | 1, 9, 11, 22, 23, 28 |
| U.S. Patent No. 8,481,113 | 1, 7, 8, 15 |
| U.S. Patent No. 6,821,337 | 1, 7, 9, 15, 17, 18 |
| U.S. Patent No. 8,071,359 | 1, 21, 28, 32 |
| U.S. Patent No. 8,288,152 | 1, 12, 24, 26 |
| U.S. Patent No. 8,288,153 | 1, 18, 19, 23, 30, 34 |
| U.S. Patent No. 8,648,524 | 1, 2, 3, 6, 14 |
| U.S. Patent No. 9,063,363 | 1, 2, 9 |
| U.S. Patent No. 9,182,621 | 1, 4, 15 |

# EXHIBIT C

## Materials Relied Upon

**Exhibit C**

**Materials Relied Upon**

- All materials cited and discussed in this Declaration.

- Plaintiffs' Disclosure of Preliminary Claim Constructions and Identification of Intrinsic and Extrinsic Evidence Pursuant to Patent Local Rule 4-2, dated December 1, 2016, and the underlying documents and evidence cited therein.

- Defendant QD Vision, Inc.'s Patent L.R. 4-2 Disclosure of Proposed Constructions and Supporting Evidence, dated December 1, 2016, and the documents and underlying documents and evidence cited therein.

- U.S. Patent No. 6,207,229

- U.S. Patent No. 6,322,901

- U.S. Patent No. 6,821,337

- U.S. Patent No. 8,071,359

- U.S. Patent No. 8,288,152

- U.S. Patent No. 8,288,153

- U.S. Patent No. 8,481,112

- U.S. Patent No. 8,481,113

- U.S. Patent No. 8,648,524

- U.S. Patent No. 9,063,363

- U.S. Patent No. 9,182,621